

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED

MAR 0 5 2009  NB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| THOMAS DART, SHERIFF OF COOK COUNTY | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| CRAIGSLIST, INC., | ) ) |
| Defendant. | ) ) ) ) |

09CV 1385
JUDGE GRADY
MAGISTRATE JUDGE NOLAN

**Plaintiff Demands Trial By Jury.**

## COMPLAINT

NOW COMES THOMAS DART, as Sheriff of Cook County, Illinois ("the Sheriff"), by and through his attorneys, QUERREY & HARROW, LTD., and for his Complaint against Craigslist, Inc., ("Defendant") states as follows:

### BACKGROUND

1.     Prohibited activity typically transpires in secret. Rare is the instance when such conduct occurs unabashed. Yet as these words are read, Defendant's website craigslist.org ("Craigslist") is facilitating prostitution. To say Craigslist's "erotic services" forum makes prostitution accessible is an understatement. Advocacy groups consider the website to be one of the largest sources for prostitution in the country.

2.     Prostitution arrests in Cook County via Craigslist are incessant. Arrests consume the time, money, and resources of law enforcement agencies. This civil action seeks damages, abatement costs, and injunctive relief to remedy Defendant's creation of

Dockets.Justia.com

and contribution to a public nuisance in Cook County. The Sheriff seeks to close only the erotic services section of Craigslist. This section is a convenient clearinghouse for pimps, prostitutes, and patrons that enables sellers to advertise and buyers to peruse discreetly.

3. Defendant's facilitation of prostitution meets the definition of a public nuisance – a condition that injures the property, health, and safety of many people. Prostitution spawns STDs, inflicts psychological scars, and creates a market for human trafficking. Children are also damaged, whether as prostitutes themselves or babies whose mothers service clients in the next room. These realities belie the bromide that prostitution is simply "two consenting adults."

4. Conduct that violates established laws is quintessential evidence of nuisance. Defendant's conduct contravenes city, state, and federal prohibitions on prostitution. They are as follows: § 8-8-020 of the Chicago Municipal Code, which proscribes directing persons to prostitutes; 720 ILCS § 5/11-15, which criminalizes soliciting for a prostitute; and 18 U.S.C. § 1952, which prohibits facilitating prostitution. Defendant's violations of these restrictions establish its conduct is a public nuisance.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332, in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and the action is between citizens of different States.

2

6.    The Court has personal jurisdiction over Defendant because it has continuous and systematic contacts with Illinois and the events giving rise to the action are related to Defendant's contact with the state. Additionally, Defendant has purposefully directed its activities at Illinois residents by maintaining a webpage devoted to the Chicagoland area.

7.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) because the events giving rise to these claims occurred in this district, and Defendant conducts business in this district.

## PARTIES

8.    Upon information and belief, Craigslist, Inc., is a Delaware corporation with its principal place of business at 1381 9th Avenue, San Francisco, California. It was created in connection with the website craigslist.org, which provides online classified advertisements. "Defendant" refers to Craigslist, Inc., while "Craigslist" denotes the website itself.

9.    Thomas Dart is the duly elected Sheriff of Cook County, Illinois. Dart is a citizen of the United States who resides in Cook County, Illinois.

## FACTS

**A.    Craigslist's Background.**

10.    The late 1990s were the halcyon days for Internet startups. A number of websites gained an early foothold and later became Internet institutions. Craigslist is one such site. What began as a free classifieds service for the San Francisco Bay area has

mushroomed into a multimillion dollar a year, globe-girdling website.

11.     Craigslist is now a forum for locals in 450 cities in 50 countries. The site allows users to post listings for jobs, housing, dating, used items, and community information. It also includes discussion forums on various topics.

12.     Defendant maintains a specific webpage for Chicago and its environs, located at chicago.craigslist.org.

13.     Craigslist bears no banner advertisements. Upon information and belief, its sole source of revenue is paid job ads in select cities – $75 per ad in San Francisco; $25 per ad in other cities and paid broker apartment listings in New York ($10 per ad).

14.     Craigslist maintains over thirty million new classified advertisements each month. It is the leading classifieds service in any medium and one of the top job boards in the world.

15.     Craigslist is viewed over nine billion times each month, putting it in 47th place among web sites world wide and ninth place among web sites in the United States.

16.     Upon information and belief, Defendant's revenues in 2007 were approximately $55 million. Revenues for 2008 are estimated at $80 million.

**B.     Craigslist's Content.**

17.     Craigslist is not limited to innocuous postings selling sofas and advertising apartments. Craigslist has an erotic services section where people openly promise sex for money.

4

18. Erotic services is located on the website's homepage in the "services" section of the page. (See copy of webpage attached as Exhibit A).

19. Craigslist's erotic services has existed since at least September of 2003. (See copy of webpage from September 19, 2003, obtained from archive.org, attached as Exhibit B).

20. Erotic services is placed among other service forums like automotive, computer, real estate, and legal. These other forums contain posts advertising services in exchange for compensation.

21. Defendant's placement of erotic services alongside other service forums demonstrates erotic services is for individuals willing to provide sexual services for money.

22. Additionally, the title of the forum, "erotic services," speaks for itself. "Erotic" is defined as "satisfying sexual desire." (Random House Webster's Dictionary 239 (3d ed. 1998)). "Services" is defined as "the act of doing something useful for a person or company for a fee." (Black's Law Dictionary 1399 (8th ed. 2004)).

23. When users click on the erotic services link, they find Defendant has further delineated twenty-one categories. Defendant uses abbreviations to reference its twenty-one categories. Thus, "m" stands for men, "w" for women, "4" means "for", and "t" means transvestite.

24. The twenty-one categories Defendant created are: w4m, m4m, m4w, w4w, t4m, m4t, mw4mw, mw4w, mw4m, w4mw, m4mw, w4ww, m4mm, mm4m, ww4w,

5

ww4m, mm4w, w4mm, t4mw, mw4t. (See copy of erotic services webpage attached as Exhibit C).

25.     Users then click on a category. Within each category are posts users can search through.

26.     To further aid the search process, Defendant provides a word search function. This allows users to search for a prostitute based on desired search terms relating to location, type of service, physical dimensions, or ethnicity.

27.     While Defendant warns that "offers for or solicitation of prostitution" are prohibited, such posts are the *raison d' être* of erotic services.

**C.     Craigslist's Erotic Services Posts**.

28.     Upon entering a category, users will first scan a page that provides the titles of postings. The title of a typical post provides a short description, relevant category, age, and location.

29.     Clicking on the post title opens the post. Within the post is information about prices, services, and physical attributes, often accompanied by pornographic images.

30.     Most posts in the erotic services forum clearly provide for prostitution. Others use thinly veiled code words. For example, "roses," "diamonds," "kisses," or "thank yous" means dollars. "Greek" refers to anal sex. While the methods differ, the aim is the same: money for sex.

31.     Terms such as "young and fresh," "virgin," "new girl," and "new to

Craigslist" are believed by some advocacy groups to be code words for minors. (See

KlaasKids Foundation's Human Trafficking Report Newsletter, January 2009, attached

as Exhibit D).

32. The following are a microcosm of Craigslist's erotic services:

### A. ASIAN S.E.X KITTIN - w4m - 23 (OHARE AIRPORT)

Reply to: pers-1005312414@craigslist.org
Date: 2009-01-23, 9:53PM CST

For a total mind b.l.o.w.i.n.g expeiance, give me a call...

### B. ~•☐•~STUNNING~•☐•~SEXY~•☐•~SOPHISTICATED~•☐•~ - w4m - 27 (Chicago/sur areas)

Reply to: pers-985562996@craigslist.org
Date: 2009-01-08, 6:20PM CST

In A hurry??
15 Min $50 Roses
Wanna Have A Wild Time??
1hour $150 Roses
Ready To Get Naughty And Also Relax!!
Wanna Relax At your Own Home!!
same Roses 4 Outcall
How About A G-R-E-E-K Lesson I'm A Great Student!!

### C. Spend the night with me - w4m

Reply to: pers-1003753366@craigslist.org
Date: 2009-01-22, 6:42PM CST

My classy sex appeal and stunning beauty will initially attract you by
spontaneous wild side and erotic nature are sure to captivate your full
attention for as long as you can handle With a tight curvy figure silky
smooth skin and captivating brown eyes I'm sure your every sense will be
pleased by my erotic looks tempting touch and sweet seductive smell call
jessica

### D. ----YOUNG-------TIGHT------&------JUST------- RIGHT-------4----YOU--- - w4m - 18 (Exit I-94 Old Orchard Rd:SKOKIE, IL)

Reply to: pers-1010719152@craigslist.org
Date: 2009-01-27, 11:14PM CST

Hey Guys, its *K*I*T*O*Y* and I'm AVAILABLE NOW!!!
I'm truly every man's FANTASY!
I'm a 18 year old, 5'9", 120 pound, sweetheart with long black hair and
adorable hazel eyes. I have a TIGHT LITTLE BODY that'll keep you
coming back for more!!!
TO MAKE YOUR FANTASY COME TRUE, I'M THE GIRL FOR YOU!!!

**E.    ***2 GIRLS***BODIES OF SUPERSTARS***SKILLS OF
PORNSTARS*** - w4m (SCHAUMBURG INCALLS/OUTCALLS ALL
OVER)**

Reply to: pers-1007165221@craigslist.org
Date: 2009-01-25, 1:37PM CST

My mission and Pleasure is to Provide You with That Complete Erotic Sensual
Encounter. Your experience with Me will be Unrushed, Passionate and
Personalized for You, with Plenty of Time to Explore. I provide safe, sensual
sessions with no rush. Ask about my 2 girl specials!

**F.    Femme Son looking for Sugar Daddy - m4m - 19 (Travel Chicago)**

Reply to: pers-987529501@craigslist.org
Date: 2009-01-10, 11:48AM CST

Just another young white college boy in the city looking for some scholarship
from a generous older man. Clean and disease free, shaved. I am mostly sub but I
can dom on occasion. Suggested donation for a massage is 75 for in the city, no
hidden fees.

**G.    HOT~~TRANSEXUAL~~VISITING~~SHORT~~TIME~~IN~TWON~ - t4m -
27 (O'HARE/ROSEMONT~~)**

Reply to: pers-1005644116@craigslist.org
Date: 2009-01-24, 9:33AM CST
iam sexy cristal, a natural,beautiful and sexy latina ready to make your dreams
come true, let me seduce you with my hot body, i have a very nice,slim body, i
stand 5'4 135bs 36d-22-38 very sexy and hot,i love to show my affections in all the
right places,i have 7"surprises and iam always ready to play

## H. Handsome Puerto Rican - m4w - 24 (Chicagoland)

Reply to: pers-1000723771@craigslist.org
Date: 2009-01-20, 3:32PM CST

Hello to all the great ladies out there. Due to the way the economy is I am willing to do almost anything to get money. I'm 5'11" and very good looking. I will do anything. I will go out with you on a night in town; I will be your boyfriend for the night. Ill go to a wedding with you or clubbing or even strip for a bachelorette party or just for you or a group of girls. I have no age limit from 18-99, I have no look preferences you can be 3'5" or 7' tall be skinny or heavy I don't care I just need money.

## I. HOT EROTIC MASSAGE/ESCORT FROM HOT BOI - m4m - 20 (Chicago)

Reply to: pers-1004104258@craigslist.org
Date: 2009-01-23, 4:21AM CST

Sexy outgoing hot boi giving erotic massage / escort service from hot 6ft 150lbs and 8 " and thick all for your erotic needs
rates are 100 an hour and 350 for 4 or more hours and 1700 for the whole week

## J. Busty Blonde Pregant Beauty ~ Massage~Specials~ All Day~!!!~ - w4m - 28 (Barrington Rd & I-90)

Reply to: pers-1009578861@craigslist.org
Date: 2009-01-27, 9:42AM CST

Have You Ever Fantasized About A Fully Nude, Full Body Erotic Massage, Given To You By A Busty Blonde Pregant Beauty!
If You Have The Desire And Time For An Alluring Encounter, You Will Never Be Disappointed With The Erotic Experience That Awaits You.

## K. T e e ns for CASH.....Young Hot GIrlSS!!! open all night! $150!!!!!!! - w4m

Reply to: pers-1005462616@craigslist.org
Date: 2009-01-24, 2:57AM CST

T e e ns for CASH.....Young Hot GIrlSS!!! open all night! $150!!!!!!!
$100 q u i c k i e
youngest and hottest girls in chicagoland
actual pic of Jennifer (19 ) all girls here are over 18!!!!!

9

**L.** **Hott young girls needed for new naughty nanny service - m4ww - 35 (Chicago (South Midway))**

Reply to: pers-991610815@craigslist.org
Date: 2009-01-13, 3:03PM CST

Are looking to make some good money in this tough economy. Minimum pay is $25 per hour to look pretty and be a nanny to single fathers across the chicagoland area. Ever fantasized about being a hot young sexy nanny for an attractive man and his children, then this job is for you. Looking to hire women ages 18 to 27 for this new enterprise. Must provide 3 pics (At least one sexy photo). Amatuers only. No professional ladies need apply. Anything that happens during your employment with clients is between two consenting adults. Pay is for hours in which you are performing duties specified in Naughty Nannies handbook.

(All errors in original. Some posts have been edited for content. The complete postings, with nude images, are attached as Exhibit E).

33.    New advertisements are posted at an inexorable rate. Updated every few minutes, the Sheriff has determined the Chicago erotic services collects over 300 posts per day.

34.    For example, over the span of four days, the w4m category alone logged over 1,000 posts. (See collection of posts from January 24-28, 2009 attached as Exhibit F).

35.    Craigslist has cultivated an extensive user base through erotic services, as the section is Craigslist's most popular.

36.    The popularity of erotic services was confirmed by an April 2007 study released by the website analysis firm Compete.com. The study examined eight American cities for one month and found "erotic services consistently garner the highest number of individual visitors for February – almost always twice as many as

10

the next ranking category, averaging 260,000 people per city." (See Report Findings attached as Exhibit G).

37. While Defendant does not profit from erotic services per se, erotic services is the catalyst behind Craigslist being the ninth most popular website in the country. Erotic services enables Defendant to charge fees of up to $75 per post for job openings due to the significant web traffic garnered by erotic services.

38. Advocacy groups confirm the popularity of Craigslist's erotic services. The Polaris Project, a group against human sexual trafficking, believes Craigslist is now the single largest source for prostitution, including child exploitation, in the country. Love 146 works for the abolition of child sex slavery and exploitation. It notes Craigslist is commonly used to solicit prostitution and child prostitution. (See Portland Tribune article, "*Craigslist or Crimeslist?*" November 27, 2007, and Love 146 "Craigslist Facts" attached as Exhibit H).

**D. Craigslist's Entanglements with Law Enforcement.**

39. The blatancy of erotic services has made Craigslist the *bête noire* of law enforcement. Police departments across the country make arrests through Craigslist routinely.

40. Most arrests result in charges of prostitution and other illegalities. Some involve the pimping of children.

41. Atlanta Mayor Shirley Franklin charged Craigslist as being a significant source of child prostitution in her city. She asked Defendant to do more to prevent

11

Craigslist from being used "as a means of promoting and enabling child prostitution." (See Atlanta Journal-Constitution article, *Mayor: Web Site Enables Child Sex*" August 22, 2007, attached as Exhibit I).

42.     Atlanta vice officer Kelleita Thurman said that Craigslist and similar sites account for 85% of the sexual liaisons men arrange in Atlanta with boys and girls. (See Exhibit I).

43.     Authorities across the country have also found Craigslist's erotic services to be popular with sex traffickers. (See articles and press release attached as Exhibit J). In one such instance, the FBI uncovered a sex ring involving child prostitutes in which the pimps "posted over 2,800 advertisements on craigslist.org." (See Exhibit J).

44.     Connecticut Attorney General Richard Blumenthal wrote a letter on March 27, 2008, asking Defendant to purge the graphic solicitations for prostitution. (Letter is attached as Exhibit K). Blumenthal also asked Defendant to better enforce its rules prohibiting illegal activity such as prostitution.

45.     Blumenthal noted that erotic services is rife with ads containing explicit language and pornographic images. Blumenthal sent the letter after several months of discussions with Defendant about curtailing prostitution ads.

46.     Negotiations culminated in a "joint statement" between Defendant and forty state attorneys general, announced on November 6, 2008. (The joint statement is attached as Exhibit L).

47.     The Illinois Attorney General was a signatory to the joint statement.

48.    Per the joint statement, erotic service advertisers must provide valid identification and pay a small fee for each ad — $5 to $10 with a credit card.

49.    Defendant has agreed to donate the money from the erotic services advertisements to charities, including those that combat child exploitation and human trafficking.

50.    The joint statement is not binding on Defendant and bestows no authority on the attorneys general to enforce the terms. Its impact on prostitution has been imperceptible as arrests through Craigslist are unabated.

51.    Ironically, the joint statement enables Defendant to receive money for the erotic services posts. While Defendant says it will donate this money to charity, the joint statement allows the website to generate goodwill and possible tax benefits through its proliferation of prostitution.

52.    Prostitutes have found ways to circumvent the less than onerous restrictions posed by the joint statement as the following post attests:

> **I WILL BE YOUR SEX SLAVE CALL ME ! - w4m - 22 (Mchenry County)**
> Reply to: pers-954483954@craigslist.org [?]
> Date: 2008-12-11, 6:29PM CST
>
> In-call only
> I used to post and haven't in a long time because now you gotta pay 5.00 to post up on this and i don't have a credit card luckly i got a way to post from a friend thanx friend lol so I am ready to be your sex slave so hope you call me :)
> When you call I will give you more detail.

53.    Proving that the joint statement with the attorneys general has done

13

nothing to stem the tide of prostitution, erotic services continues to attract more than 300 posts per day.

54.     Arrests continue as well. On February 20, 2009, federal and local authorities participated in a nationwide sting, arresting more than 571 individuals on prostitution related charges. They also uncovered 48 teenage prostitutes, some as young as thirteen. (See Associated Press article, "*FBI, Police Rescue Child Prostitutes Around U.S.*" February 23, 2009, attached as Exhibit M).

55.     In some instances, Craigslist was the conduit through which arrests were made. (See Boston Globe article, "*5 Arrested in U.S. Sting at Marriott*" February 21, 2009, attached as Exhibit N).

56.     Chicagoland prostitution was also targeted. Forty-four people were arrested in the Chicago area: five were charged with running prostitution operations, thirty-four were charged with prostitution, and five were charged with soliciting prostitutes. (See Chicago Tribune article, "*Nationwide Prostitution Net*" February 24, 2009, attached as Exhibit O).

E.     **Craigslist-Spawned Prostitution in Cook County.**

57.     The Sheriff conducts stings through Craigslist regularly. However, the deluge of erotic services postings taxes its resources. The sheer number of daily postings has made it impossible to stymie Craigslist generated prostitution.

58.     Since January of 2007, the Sheriff has arrested over 200 people through Craigslist on charges ranging from prostitution, juvenile pimping, and human

14

trafficking.

59. The Sheriff arrested one woman on December 31, 2006 for pimping a 16-year-old girl on Craigslist. (See Associated Press article, *"Police Say Two Chicago Women Were Pimping Children"* January 12, 2007, attached as Exhibit P).

60. The Sheriff made another arrest a week later for the pimping of a 14-year-old girl on Craigslist. That arrest also netted nine weapons and ninety grams of crack cocaine. (See Exhibit P).

61. In December of 2007, the Sheriff conducted a sting that resulted in the arrests of four men charged with running a prostitution ring through Craigslist. (See Chicago Tribune article, *"10 Charged in Internet Prostitution; Illinois, Indiana Ring Placed Ads on Craigslist"* December 22, 2007, attached as Exhibit Q).

62. The ring involved eleven women, some of whom were high school freshman and sophomores.

63. The Sheriff conducted another sting in the summer of 2008 that resulted in the arrest of 76 people on prostitution-related charges in a crackdown aimed at Craigslist. (See Chicago Tribune article, *"76 Arrested in Craigslist Sting Project"* June 16, 2008, attached as Exhibit R).

64. The Sheriff's stings typically target several fronts. Undercover male Sheriff's officers pose as customers, arranging meetings with women featured in erotic services ads. Once an offer of sex for money is made, the offender is taken into custody.

65. In two such cases, Sheriff's officers arrested women at local hotels and

15

found that each prostitute had rented a second room where they left their children unattended while they met with patrons. One woman left a 1-year-old and 4-year-old alone in the second room, and another woman left a 2-year-old and a 4-year-old unattended. (See Exhibit R).

66.     On another occasion, Sheriff's officers responded to a Craigslist post that featured a nude photograph of a 16-year-old girl. The girl was forced into prostitution by two men who were later charged with involuntary servitude of a minor and prostitution pandering. (See Chicago Tribune article, "2 Men Prostituted Teen, Police Say," November 9, 2008, attached as Exhibit S).

67.     Sheriff's officers have also posted fake advertisements in erotic services. One advertisement, which clearly indicated a 15-year-old girl was looking for sex and would accept money, received three responses. One response was traced to a registered sex offender who had previously been arrested by the Sheriff. (See Exhibit R).

68.     A second advertisement posted by the Sheriff featured a fictitious 14-year-old girl looking for a boyfriend, which Defendant never removed.

69.     Prostitution in Cook County is not relegated to the City of Chicago. It is endemic in the suburbs as well, especially those adjacent to O'Hare airport. For example, one Des Plaines police officer explained "at this moment there are 55 people alone selling sex in Des Plaines on Craigslist." (See Chicago Tribune article, "Prostitutes Use Web as New 'Street Corner'" September 13, 2006, attached as Exhibit T).

70.     Chicagoland suburbs have also been the scene of arrests for juvenile

16

pimping through Craigslist. (See news articles attached as Exhibit U).

71. The Sheriff has netted offenders on various charges through Craigslist.

72. There have been arrests for human trafficking, juvenile pimping, and child endangerment. (See arrest reports attached as Exhibit V).

73. These arrests are the results of the Sheriff's constant surveillance of Craigslist's erotic services.

**F.** **Costs Incurred Through Craigslist**.

74. The surveillance of Craigslist's erotic services and the concomitant arrests consume the Sheriff's resources.

75. Evidence of the expenditures made in monitoring Craigslist's erotic services is embodied by a Sheriff's Memorandum dated December 3, 2008. (See Sheriff's Memorandum attached as Exhibit W).

76. The memorandum enumerates the actions taken by the Sheriff in apprehending offenders through Craigslist's erotic services.

77. A single arrest necessitates the presence of at least three officers: "(1) officer maintains covert surveillance on the hotel/motel room to ensure officer safety; (1) officer poses as a potential client; (1) officer present to assist with arrest and processing." (See Exhibit W).

78. Between January and November 2008, 156 arrests were made. These arrests totaled 3,120 hours and cost approximately $105,081.

17

79. This figure does not include the additional costs relating to the prosecution of these individuals, the healthcare costs incurred through treating STDs and HIV, or the rehabilitation and counseling of prostitutes.

80. These experiences prompted pleas from the Sheriff to Defendant to close Craigslist's erotic services. The Sheriff publicly called erotic services a "free advertising network for prostitutes and pimps." (See Exhibit Q).

81. The Sheriff also sent five separate letters to Defendant seeking erotic services' closure between September 2007 and May 2008. Defendant declined. (See letters attached as Exhibit X).

82. Defendant's refusal to close or regulate erotic services has left the Sheriff with only legal recourse to combat this proliferation of prostitution.

## CAUSES OF ACTION

### Count I - Public Nuisance

83. The Sheriff realleges paragraphs 1 through 82 of this Complaint and incorporates them herein.

**A. Defendant's Creation of the Nuisance.**

84. Cook County residents have a common right to be free from conduct that injures the public's health, safety, peace, and welfare. The residents also have the right to be free from conduct that creates a disturbance to person and property.

85. Prostitution epitomizes public nuisance. Facilitating it is no less a nuisance.

18

86.     Defendant knowingly and intentionally facilitates prostitution through Craigslist's erotic services forum, its twenty-one categories, and the word search function.

87.     Defendant invites and solicits the illegal conduct through its own communications, namely, its creation of the erotic services forum, the twenty-one categories, and the word search function.

88.     Defendant knows the erotic services advertisements are used by individuals seeking prostitutes.

89.     Defendant knows the erotic services advertisements leads to prostitution.

90.     The link between Craigslist and prostitution arrests in Cook County is clear. Defendant's conduct in creating erotic services, developing twenty-one categories, and providing a word search function for Cook County residents enables prostitution.

91.     Defendant's proliferation of prostitution results in crime, disease, drug abuse, and child endangerment, leading to a higher level of discomfort and danger to Cook County residents. It further necessitates the expenditures of tax dollars to combat these ills.

92.     Defendant's conduct in creating erotic services, developing twenty-one categories, and providing a word search function causes a significant interference with the public's health, safety, peace, and welfare. It further undermines the community's ability to be free from dangers to person and property. Thus, there is a substantial and unreasonable interference with rights common to the general public.

93. Additionally, facilitating prostitution is proscribed by federal, state, and local law. Violating such provisions is evidence Defendant's conduct is a nuisance.

**B.    720 ILCS 5/11-15 - Soliciting for a Prostitute.**

94. Under 720 ILCS 5/11-15, one who "arranges or offers to arrange a meeting of persons for the purpose of prostitution, or directs another to a place knowing such direction is for the purpose of prostitution" is soliciting for a prostitute. Soliciting for a prostitute is a Class A misdemeanor

95. Craigslist's erotic services offers to arrange and does arrange meetings of persons for the purpose of prostitution.

96. Craigslist invites posts for erotic services and then enables users to search based on their preferences.

97. Craigslist directs users of erotic services to places of prostitution knowing such direction is for prostitution.

98. The erotic services forum, its twenty-one categories, and the search function represent affirmative acts taken by Defendant that facilitate meetings of persons for prostitution.

99. Defendant cannot claim ignorance as the Sheriff has asked Defendant to close erotic services and has provided Defendant with evidence of the rampant prostitution and juvenile pimping arrests via Craigslist.

100. Craigslist facilitates the liaisons between prostitute and patron. Erotic services is the *sine qua non* of the arrangement.

20

101. Defendant's participation is sufficient under 720 ILCS 5/11-15 because the law was designed "to deter passive co-operation by persons who have, perhaps only an indirect connection with the trade." (720 ILCS 5/11-15, Committee Comments, at 342).

102. Defendant has violated and continues to violate 720 ILCS 5/11-15.

103. Defendant's violation of 720 ILCS 5/11-15 is evidence its conduct is a nuisance.

**C. Chicago Municipal Code 8-8-020 - Directing Persons to Houses of Ill-Fame.**

104. Additional evidence Defendant's conduct is a nuisance is its violation of Section 8-8-020 of the Chicago Municipal Code.

105. Section 8-8-020 of the Chicago Municipal Code provides, in part, that "no person knowingly shall direct, take, transport, or offer to direct, take, or transport, any person for immoral purposes to any other person, or assist any person by any means to seek or to find any prostitute."

106. Craigslist's erotic services directs users to prostitutes and brothels by providing the location of prostitutes and brothels.

107. Craigslist's erotic services assists users in finding prostitutes and brothels by providing the contact information of prostitutes and brothels.

108. Craigslist's erotic services also assists users in finding prostitutes by streamlining the search process. It allows users to search the section based on sexual proclivity, physical dimensions, price range, and location.

21

109.    Craigslist's erotic services provides a forum for prostitutes to advertise their attributes and the sexual acts they will perform.

110.    Craigslist's erotic services provides a forum for prostitutes and brothels to provide their location and contact information.

111.    Craigslist prompts the illegal activity by creating a forum for the specific purpose of prostitution. Craigslist invites pimps, prostitutes, and sex-oriented businesses to post their services in an accessible and convenient place.

112.    Defendant has been rebuked in the national media for facilitating prostitution. The national attention devoted to Defendant's facilitation of prostitution is evidence that Defendant knows erotic services directs users to prostitutes.

113.    Defendant's conduct has violated and continues to violate Section 8-8-020 of the Chicago Municipal Code.

114.    Section 8-8-020 mandates that violators "shall be fined not less than $100.00 nor more than $400.00 for each offense."

115.    Defendant's violation of Section 8-8-020 of the Chicago Municipal Code is evidence its conduct is a nuisance.

**D.    18 U.S.C.S. § 1952 (a) (3) - Transportation in Aid of Racketeering Enterprises.**

116.    A final example that Defendant's conduct is a nuisance is that it runs afoul of 18 U.S.C.S. § 1952.

117.    Section 1952 prohibits the use of the mail or any facility in interstate commerce, with intent to "promote, manage, establish, carry on, or facilitate the

22

promotion, management, establishment, or carrying on, of any unlawful activity."

118.  "Unlawful activity" under Section 1952 includes "prostitution offenses in violation of the laws of the State in which they are committed."

119.  Defendant uses the mail and Internet in interstate commerce in connection with Craigslist and erotic services.

120.  Craigslist's erotic services facilitates, enables, and permits the dissemination of materials that aid individuals in procuring prostitution services.

121.  Craigslist's erotic services advertisements propose illegal commercial activity under local and state law and can thus be regulated and suppressed.

122.  Defendant is responsible in part for the creation of the offending content. Its website induces users to post prostitution related advertisements in erotic services.

123.  Defendant's creation of erotic services, the twenty-one categories, and the search function makes it more than a passive transmitter of information provided by others.

124.  Thus, Defendant promotes unlawful activity, to wit, prostitution. In so doing, Defendant violates state and local laws relating to prostitution, Chicago Municipal Code Section 8-8-020 and 720 ILCS 5/11-15, and public nuisance.

125.  Defendant facilitates the carrying on of unlawful activity, to wit, prostitution. In so doing, Defendant violates state and local laws relating to prostitution, Chicago Municipal Code Section 8-8-020 and 720 ILCS 5/11-15, and public nuisance.

23

126. Defendant's violation of 18 U.S.C.S. § 1952 is evidence that its conduct is a nuisance.

127. Thus, as evinced by Chicago Municipal Code Section 8-8-020, 720 ILCS 5/11-15, and 18 U.S.C.S. § 1952, Defendant's conduct contravenes prohibitions on prostitution.

128. Violating such provisions constitutes an unreasonable interference with a public right.

E.     Defendant Knowingly Facilitates Prostitution.

129. Defendant's conduct creates an ongoing nuisance as posts for prostitution are continuously made in erotic services and arrests invariably follow.

130. Defendant knows its conduct has an ongoing detrimental effect upon the public's health, safety, and welfare, and the community's right to be free from disturbance.

131. There is a reasonable certainty Defendant's acts injured and continue to injure the public's health, safety, and welfare.

132. Craigslist's erotic services spawns the numerous stings and concomitant arrests in Cook County.

133. The Sheriff attributes the surge in prostitution arrests to the popularity and accessibility of Craigslist's erotic services.

134. Craigslist's erotic services is a substantial factor in bringing about injuries to the public because it streamlines the prostitution process. Erotic services is considered convenient, discreet, and legitimate by patrons and prostitutes alike.

135. It was foreseeable to Defendant that prostitution would be a likely result where it created a section named "erotic services" and designated twenty-one categories based on sexual preference. A reasonable person would understand that creating the erotic services section would lead to sexual favors for money.

136. Defendant's conduct is the direct and proximate cause of injuries to Cook County residents: it interferes with their public safety, health, and the quality of life.

137. Defendant's facilitation of prostitution will continue to threaten the health, safety, and welfare of the County's residents. The Sheriff has a clearly ascertainable right to abate conduct that perpetuates such harm.

138. This public nuisance constitutes an injury in fact to the Sheriff and Cook County residents that is concrete and particularized, actual and imminent, and caused by Defendant.

139. Defendant's facilitation of prostitution proximately results in significant costs to the Sheriff and Cook County in enforcing prostitution laws and treating the social, health, and psychological damage wrought by prostitution, trafficking, and child endangerment.

140. The Sheriff and Cook County must also prosecute those who have been charged with prostitution through Craigslist, fund the criminal justice system in which such prosecutions take place, and detain those culprits.

141. The costs expended in monitoring Craigslist's erotic services and making 156 arrests were approximately $105,081. (See Exhibit W). This figure does not encompass the myriad costs of prostitution relating to rehabilitation, health care, and the criminal justice system, which far exceed the $105,081.

142. Defendant could reasonably eliminate its creation of this nuisance by simply removing erotic services. The costs of this step is negligible compared to the costs of harm that would be avoided.

WHEREFORE, the Sheriff of Cook County requests the Court declare Defendant, Craigslist, Inc.'s conduct a nuisance, award the Sheriff costs incurred in abating this nuisance, and award compensatory and punitive damages.

## Count II-Declaratory and Injunctive Relief

143. The Sheriff realleges paragraphs 1 through 142 of this Complaint and incorporates them herein.

144. Pursuant to 28 U.S.C. § 2201, the Court "may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought."

145. As set forth above, Defendant's conduct constitutes a public nuisance and will continue to be in the future.

26

146.    Enjoining Defendant from committing this conduct in the future is appropriate. The Sheriff has no adequate remedy at law and will suffer irreparable harm in the absence of the Court's declaratory and injunctive relief.

147.    Monetary damages will not adequately compensate the Sheriff for the harm he will continue to suffer if Defendant's conduct continues. Moreover, the harm to the safety, health, and welfare of Cook County residents in the absence of an injunction is irreparable. Thus, a permanent injunction is necessary.

WHEREFORE, the Sheriff of Cook County requests trial by jury and that the Court grant judgment for the Sheriff of Cook County and against Defendant, Craigslist, Inc., as follows:

A.    Find Craigslist, Inc. liable for creating a public nuisance;

B.    Issue a permanent injunction enjoining Craigslist, Inc. from engaging in the conduct complained of herein;

C.    Order Craigslist, Inc. to comply with federal, state, and municipal laws related to facilitating prostitution;

D.    Award compensatory and punitive damages in an amount to be determined at trial;

E.    Retain jurisdiction of this case until such time as it is assured that Craigslist, Inc. has remedied the unlawful conduct complained of herein and is determined to be in full compliance with the law;

F.    Award costs incurred in abating the nuisance, and

G.    Award such other relief as the Court may deem just or equitable.

27

Respectfully submitted,

The Sheriff of Cook County.

By: _____
One of the Sheriff's attorneys

Daniel F. Gallagher
Paul O'Grady
Christopher P. Keleher
Querrey & Harrow, Ltd.
175 West Jackson Blvd.
Suite 1600
Chicago, IL 60604
(312) 540-7000

28

# EXHIBIT A

# craigslist

## chicago w chc nch wcl sox nwi nwc

post to classifieds

my account

help, faq, abuse, legal

### search craigslist

| for sale | > |

#### event calendar

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 8 | 9 | 10 | 11 | 12 | **13** | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

avoid scams & fraud

personal safety tips

craigslist blog

craigslist factsheet

best-of-craigslist

job boards compared

craigslist movie & dvd

craigslist T-shirts

craigslist foundation

defend net neutrality

### system status

terms of use  privacy

about us  help

### community

| activities | lost+found |
|---|---|
| artists | musicians |
| childcare | local news |
| general | politics |
| groups | rideshare |
| pets | volunteers |
| events | classes |

### personals

strictly platonic
women seek women
women seeking men
men seeking women
men seeking men
misc romance
casual encounters
missed connections
rants and raves

### discussion forums

| 1099 | gifts | pets |
|---|---|---|
| apple | haiku | philos |
| arts | health | politic |
| atheist | help | psych |
| autos | history | queer |
| beauty | housing | recover |
| bikes | jobs | religion |
| celebs | jokes | rofo |
| comp | kink | science |
| crafts | l.t.r. | shop |
| diet | legal | spirit |
| divorce | linux | sports |
| dying | loc pol | t.v. |
| eco | m4m | tax |
| educ | money | testing |
| etiquet | motocy | transg |
| feedbk | music | travel |
| film | npo | vegan |
| fitness | open | w4w |
| fixit | outdoor | wed |
| food | over 50 | wine |
| frugal | p.o.c. | women |
| gaming | parent | words |
| garden | pets | writers |

### housing

apts / housing
rooms / shared
sublets / temporary
housing wanted
housing swap
vacation rentals
parking / storage
office / commercial
real estate for sale

### for sale

| barter | arts+crafts |
|---|---|
| bikes | auto parts |
| boats | baby+kids |
| books | cars+trucks |
| business | cds/dvd/vhs |
| computer | clothes+acc |
| free | collectibles |
| furniture | electronics |
| general | farm+garden |
| jewelry | games+toys |
| material | garage sale |
| rvs | household |
| sporting | motorcycles |
| tickets | music instr |
| tools | photo+video |
| | wanted |

### services

| beauty | automotive |
|---|---|
| computer | household |
| creative | labor/move |
| erotic | skill'd trade |
| event | real estate |
| financial | sm biz ads |
| legal | therapeutic |
| lessons | travel/vac |
| | write/ed/tr8 |

### jobs

accounting+finance
admin / office
arch / engineering
art / media / design
biotech / science
business / mgmt
customer service
education
food / bev / hosp
general labor
government
human resources
internet engineers
legal / paralegal
manufacturing
marketing / pr / ad
medical / health
nonprofit sector
real estate
retail / wholesale
sales / biz dev
salon / spa / fitness
security
skilled trade / craft
software / qa / dba
systems / network
technical support
transport
tv / film / video
web / info design
writing / editing
[ETC]     [part time]

### gigs

| computer | event |
|---|---|
| creative | labor |
| crew | writing |
| domestic | talent |
| | adult |

resumes

us cities

atlanta
austin
boston
chicago
dallas
denver
houston
las vegas
los angeles
miami
minneapolis
new york
orange co
philadelphia
phoenix
portland
raleigh
sacramento
san diego
sf bayarea
wash dc
more ...

canada

calgary
edmonton
halifax
montreal
ottawa
toronto
vancouver
victoria
winnipeg
more ...

intl cities

amsterdam
bangalore
bangkok
barcelona
berlin
buenosaires
hongkong
london
manila
mexico
paris
riodejaneiro
rome
shanghai
sydney
tokyo
zurich

us states

alabama
alaska
arizona
arkansas
california
colorado
connecticut
dc
delaware
florida
georgia
guam
hawaii
idaho
illinois
indiana
iowa
kansas
kentucky
louisiana
maine
maryland
mass
michigan
minnesota
mississippi
missouri
montana
n carolina
n hampshire
nebraska
nevada
new jersey
new mexico
new york
north dakota
ohio
oklahoma
oregon
pennsylvania
puerto rico
rhode island
s carolina
south dakota
tennessee
texas
utah
vermont
virginia
washington
west virginia
wisconsin
wyoming

countries

argentina
australia
austria
bangladesh
belgium
brazil
canada
caribbean
chile
china
colombia
costa rica
czech repub
denmark
egypt
finland
france
germany
great britain
greece
hungary
india
indonesia
ireland
israel
italy
japan
korea
lebanon
malaysia
mexico
micronesia
netherlands
new zealand
norway
pakistan
panama
peru
philippines
poland
portugal
russia
singapore
south africa
spain
sweden
switzerland
taiwan
thailand
turkey
UAE
UK
US
venezuela
vietnam

# EXHIBIT B

# craigslist

# chicago

more cities

post to classifieds
help    subscriptions

### search craigslist

| community | > |

**event calendar** (88)

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

best-of-craigslist
craig blog new
craigslist T-shirts
craigslist in the news
teachers' wishlists
craigslist foundation

terms of use    your privacy
about us    contact us

© 2003 craigslist

**community** (1794)
activity partners
artists        lost+found
childcare    musicians
general      politics
groups       rideshare
pets          volunteers
events       classes

**personals** (5270)
women seek women
women seeking men
men seeking women
casual encounters
men seeking men
missed connections
rants and raves

**discussion forums**

| arts | jobs | poc |
|---|---|---|
| autos | kink | politic |
| beauty | legal | psych |
| comp | loc pol | queer |
| educ | m4m | rofo |
| fdbk | mc | selfem |
| film | money | shop |
| fitness | music | spirit |
| fixit | night | sports |
| food | open | testing |
| gaming | outdoor | transit |
| garden | parent | travel |
| haiku | pefo | w4w |
| health | pets | women |
| housing | philos | writers |

**housing** (4580)
apts / housing
rooms / shared
sublets / temporary
housing wanted
housing swap
vacation rentals
parking / storage
office / commercial
real estate for sale

**for sale** (6851)

| barter | cars+trucks |
|---|---|
| bikes | clothes+acc |
| books | collectibles |
| free | computer |
| furniture | electronics |
| general | garage sales |
| sporting | household |
| tickets | motorcycles |
| wanted | music instr |

**services** (2114)

| computer | household |
|---|---|
| creative | labor/haul |
| erotic | sm biz ads |
| event | skill'd trade |
| lessons | therapeutic |

**jobs** (1097)
accounting / finance
admin / office
art / media / design
biotech / science
business / mgmt
customer service
education / teaching
engineering / arch
human resources
internet engineering
legal / government
marketing / pr / adv
medical / healthcare
nonprofit sector
retail / food / hosp
sales / biz dev
skilled trade / craft
software / qa / dba
systems / networks
technical support
tv / film / video
web / info design
writing / editing
et cetera jobs
part time

**resumes** (351)

# EXHIBIT C

craigslist > erotic services > warning & disclaimer

Unless all of the following points are true, please use your "back" button to exit this part of craigslist:

1. I am at least 18 years old.

2. I understand "erotic services" may include adult content.

3. I agree to flag as "prohibited" anything illegal or in violation of the craigslist terms of use. This includes, but is not limited to, offers for or the solicitation of prostitution.

4. I agree to report suspected exploitation of minors to the appropriate authorities.

5. By clicking on the links below, I release craigslist from any liability that may arise from my use of this site.

Human trafficking and exploitation of minors are not tolerated - any suspected activity will be reported to law enforcement.

erotic services >>>>> w4m m4m m4w w4w t4m m4t
mw4mw mw4w mw4m w4mw m4mw w4ww m4mm mm4m ww4w ww4m mm4w m4ww w4mm t4mw mw4t

For those interested there is background information available about the "erotic services" category

Choosing safer sex for you and your partner greatly reduces the risk of contracting STDs including HIV -- you can get answers to your safer sex questions, courtesy of staff members at the SF city clinic

craigslist has implemented the PICS content labeling system to assist parents and others who may be interested in content filtering. The PICS system is compatible with most commercially available as well as open source content control software packages.

# EXHIBIT D

**KLAASKIDS FOUNDATION**
NATIONAL SEARCH CENTER FOR
MISSING & TRAFFICKED CHILDREN
312 E. NINE MILE RD., SUITE 20 PMB414
PENSACOLA, FL 32514
WEBSITE: www.klaaskids.org

# INDICATIONS & WARNING TRAFFICKING INTELLIGENCE FUSION CENTER REPORT

A mile a minute....
*that is how fast your child can disappear*



## NATIONAL SEARCH CENTER FOR MISSING & TRAFFICKED CHILDREN

### Super Bowl of Sex Trafficking

**Tackle the Traffickers**

Anytime a major event such as the Super Bowl comes into town, a massive influx of tourists, money, and a no holds barred party atmosphere attract the prostitution scene.

In an effort to combat the inevitable proliferation of child prostitution the KlaasKids Foundation and the Florida Coalition Against Human Trafficking (FCAHT) teamed up to conduct an all-out blitz against sex trafficking during the Super Bowl in Tampa, Florida.



**Operation:** Tackle the Traffickers included more than 45 volunteers who targeted hotels, restaurants, gas stations and other businesses in Tampa, St. Petersburg and Clearwater during Super Bowl weekend. Morgan Dennis of the KlaasKids Foundation supplied the majority of the intelligence reporting during the event. Her analysis was conducted on-line using Craigslist as well as several other websites used by providers and customers. Areas that were targeted were selected based upon intelligence analysis derived from the Internet.

FCAHT event organizer Giselle Rodriguez recruited volunteers from the local Human Trafficking Coalition and several colleges. She compiled an enormous amount of anti-trafficking literature that outreach workers then supplied to business owners prior to the Super Bowl. Outreach workers received a tremendous response from the business owners. Several of the hotel managers requested follow-up training for their staff so that in the future they would be able to better identify sex trafficking. More importantly, the outreach effort developed several leads regarding the sex trafficking of minors.

*(Continued on Page 4)*

Many of our readers have asked us questions regarding the types of cases that KlaasKIDS Foundation is involved in.

Below is a brief peak into the inner workings of the KlaasKIDS Foundation during the period of this report – January 24 – February 7.

Staff and volunteers were involved in the Human Trafficking Outreach "Tackle the Trafficker" in Tampa, Florida.

Our volunteer search and rescue team was involved in two separate missing person cases:
♦ Assisted in the successful recovery of Alzheimer's patient in Destin, Florida;
♦ Assisted in the search for a homicide victim in Atmore, Alabama.

Our staff assisted the family of a missing 16 year-old girl from Michigan who was lured to Puerto Rico by a 26 year-old man.

Our staff assisted investigators involved in the cold case investigation of a missing 14 year-old from Florida.

*(Continued on Page 5)*

## Super Defense – Tampa Law Enforcement



Area law enforcement agencies including the Tampa Police Department and the Hillsborough County Sheriff's Department conducted numerous sting operations during the days leading up to the Super Bowl. Their efforts produced impressive results.

Law enforcements efforts to squash the proliferation of prostitution were apparent everywhere we looked. Street prostitution along popular tracks like Dale Mabry and Nebraska Ave were nonexistent. Customers using the popular website www.usasexguide.info constantly updated their special thread to discuss the oppressive law enforcement presence.

| 01-27-09 at 01:30 | #43 |
|---|---|
| **Oldcenturion** | **Increased LEO Activities** |
| Regular Member Reports: 5 | I can't recall which TV news I heard this on today but they mentioned that the LEO units would be using "attractive decoys" during night actions. They interviewed a rather gruff looking LEO captain who stated they have noticed a big increase in Craigslist ads and would take action. |
| | Stay safe out there guys. |
| | Regards, the Old Centurion |

Sting operations focused on street prostitution, strip clubs and massage parlors during the days leading up to the big game. On Monday, January 26th their operations netted 13 arrests. On Thursday, January 29th they had added an additional 19 arrests. By Friday night potential customers were hard pressed to find any street prostitution in Tampa.

© 2008 by the KlaasKids Foundation. *Indications & Warning Trafficking Intelligence Fusion Center Report* is published monthly for Foundation members. Dedicated to the memory of Polly Klaas, the Foundation's purpose is to inform parents, children and communities about how to prevent crimes against children through personal action and support of legislation. Editorial: Brad Dennis, Director of KlaasKids Foundation National Search Center for Missing & Trafficked Children. Design Concept: Blackburn Design, Petaluma, CA. Printing: MSI Litho, San Rafael, CA.



## Pair Sacked at Super Bowl with Profiting from the Prostitution of a Juvenile

Pasquale Holt, 23, and Erica Licata, 19 were charged with felony prostitution, and accused of using a 17-year-old girl for sex.

Licata, who listed her employer as Platinum Showgirls according to jail records, is also charged with procuring a person under 18 for prostitution, a felony, and offering to commit prostitution, a misdemeanor.

According to affidavits, the Hillsborough County Sheriff's Office arrested the three on Cypress Avenue in Tampa on January 26th around 11:50pm. Licata and the 17-year-old offered an undercover deputy oral sex in exchange for $300. Affidavits state that Holt was expected to be compensated $300 for driving the two to the location.

## Our Monitoring of Craigslist Activity during the Super Bowl

| January | # of Daily Ads | # of Ads for 18 to 20yo | CRAIGSLIST ACTIVITY - TAMPA SUPER BOWL |
|---|---|---|---|
| | | | **High Risk Trafficking Indicators** |
| 1 | 87 | 6 | |
| 2 | 86 | 12 | High Risk Trafficking Indicators (HRTI's) are key words or |
| 3 | 84 | 7 | features used in online ads that typically signify minors or |
| 4 | 73 | 6 | trafficking situations. |
| 5 | 85 | 7 | |
| 6 | 69 | 8 | **Examples of HRTI's found on Tampa Craigslist** |
| 7 | 91 | 10 | January 1 - February 1, 2009 |
| 8 | 104 | 13 | "New to Craigslist" |
| 9 | 104 | 15 | "First time on here" |
| 10 | 112 | 12 | "New to business" |
| 11 | 88 | 10 | "New to Tampa" |
| 12 | 121 | 10 | "New to town" |
| 13 | 106 | 12 | "Virgin, Virgin, Virgin" |
| 14 | 112 | 7 | "Young and Fresh" |
| 15 | 117 | 17 | "New Girl" |
| 16 | 115 | 13 | "Break her in" |
| 17 | 114 | 7 | |
| 18 | 111 | 13 | |
| 19 | 123 | 14 | Ads with out-of-state phone numbers |
| 20 | 129 | 15 | Ads offering 2 girl specials |
| 21 | 139 | 19 | Ads featuring multiple girls |
| 22 | 120 | 27 | |
| 23 | 118 | 26 | |
| 24 | 124 | 24 | |
| 25 | 128 | 23 | |
| 26 | 133 | 27 | |
| 27 | 156 | 27 | |
| 28 | 153 | 29 | |
| 29 | 174 | 31 | |
| 30 | 177 | 30 | |
| 31 | 196 | 35 | |

... 

## Example of the transitory nature of trafficking during the Super Bowl:

The Craigslist advertisements below show Angel and her friends advertising in Detroit the week prior to the Super Bowl and then show her again in Tampa during the Super Bowl.

Advertisements of girls on Craigslist indicated travel from around the country including ads from Washington, DC, New York, Detroit, Atlanta, Las Vegas, California and Hawaii.

### DOUBLE THE FUN- w4m - 21 (SOUTHFIELD/ DETRIOT)[* Internal error: Invalid file format. | In-line.WMF *]

Reply to: pers-1007179610@craigslist.org [2]
Date: 2009-01-25, 2:49PM EST
*************************ANGEL********************

HI GUYS I'M NEW TO THE LIST!
BUT MY GIRLFRIEND AMANDA
ISNT!
ARE YOU READY FOR THE
EXPERIENCE OF A LIFETIME?
WERE DOING IN AND OUTCALL
ALL NIGHT LONG!!!



CALL US WHEN YOU NEED US!!! —313—523—8423---
SINGLE RATES:—HH....100——H.....190.—
*CALL FOR OUT CALL AND DOUBLE RATES!

### GET READY FOR THE BIG GAME WITH ME! - w4m - 23 (DOWNTOWN TAMPA)

Reply to: pers-1016133000@craigslist.org [2]
Date: 2009-02-01, 5:57AM EST
*******************ANGEL*****************



—-313—- -289—7104— CALL AND
ASK ABOUT MY GIRLFRIENDS
AMANDA AND HEIDE, AND FOR
OUTCALL RATES - - HH......125——
H.....225

## GOT FOLKS.COM

Got Folks.com originated in 2006 but didn't really come on the scene until October 2008. This website and its on-line magazine are growing in recognition and feature a series of on-



line chat connections using the popular "chat-n-go" system.

The magazine recently announced its growing popularity within the sex industry community by launching a new look on its website with added features. One feature that caught our interest is the upcoming launch of Got Folks.TV. This new addition will feature video shot within the sex industry.

Got Folks.Com was actively advertising its website in several locations, including Tampa's Craigslist during the Super Bowl.▨

---

### Super Bowl of Sex Trafficking
<em>(Continued from Page 1)</em>

Each of these leads were turned over to law enforcement authorities.

Ms. Rodriguez efforts were instrumental in the success of the program. Plans are already in progress for next year's Super Bowl in Miami, Florida. ■

For more information about the Florida Coalition Against Human Trafficking please go to their website at:
www.stophumantrafficking.org.

*(Continued from Page 2)*

Marc Klaas, our founder, wrote an editorial regarding child safety and appeared on the Nancy Grace show to comment on current missing child cases.

Our partner organization, Beyond Missing was responsible for providing digital and print Amber Alert flyers for a child in Texas and missing posters for the child in Puerto Rico.

\* \* \* \* \* \* \* \* \* \* \* \* \*

The KlaasKIDS Foundation would like to thank the following groups for the successful "Tackle the Trafficker" Super Bowl outreach.

**Florida Coalition Against Human Trafficking**
\* \* \* \* \*

**Eden Fellowship Church**
**of Pensacola, Florida**
\* \* \* \* \*

**Salvation Army, Tampa**
\* \* \* \* \*

**Santokiproductions**

# MISSING



| Date Missing: | 9/29/2008 | | |
|---|---|---|---|
| Missing From: | Clearwater, FL | County: | PINELLAS |
| Birth Date: | 1/9/1992 | Age Disappeared: | 16 yrs 8 months |
| Race: | White | Sex: | Female |
| Height: | 5' 05" | Weight: | 129 |
| Hair: | Brown | Eyes: | Brown |

**Narrative:** Samantha was last seen wearing black jeans and a white tee shirt. She has multiple tattoos.

If you have any information concerning the whereabouts of this child, please contact the Clearwater Police Department at 727-562-4200 or the FDLE MISSING ENDANGERED PERSONS INFORMATION CLEARINGHOUSE at 1-888-FL MISSING Internet: http://www.fdle.state.fl.us

"Tackle the Traffickers" outreach workers uncovered several valuable leads concerning Samantha Walker, these leads were turned over to law enforcement authorities.
Samantha was last seen in the Clearwater, Florida area.
Help us find this missing child.

# EXHIBIT E

chicago craigslist > city of chicago > erotic services

email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

# ASIAN S.E.X KITTIN - w4m - 23 (OHARE AIRPORT)

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

Reply to: pers-1005312414@craigslist.org [?]
Date: 2009-01-23, 9:53PM CST

For a total mind b.l.o.w.i.n.g expeiance, give me a call...
Cinnamon (909)



- Location: OHARE AIRPORT
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1005312414

Copyright © 2009 craigslist, inc.    terms of use    privacy policy    feedback forum



chicago craigslist > city of chicago > erotic services          email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# ~•□•~STUNNING~•□•~SEXY~•□•~SOPHISTICATED~•□•~ - w4m - 27 (Chicago/sur areas)

Reply to: pers-985562996@craigslist.org [2]
Date: 2009-01-08, 6:20PM CST

°□°□•°I'M READY TO PLAY°•□°□°
Allow me to satisfy your Sweet Tooth.
I will meet ALL your needs and exceed your expectations,
Giving you an experience that you will never forget
I am extremely Sexy, Sensual, and FUN! ! !
NO GAMES,,,100%REAL PIC,,,100%INDEPENDENT.
I have a bubbley personality and love to have a kinky good time with deserving gentlemen.
So please... don't hesitate,
Pick up that phone and call now!!!!
In A hurry??
15 Min $50 Roses
Wanna Have A Wild Time??
1hour $150 Roses
Ready To Get Naughty And Also Relax!!

Wanna Relax At your Own Home!!
same Roses 4 Outcall
How About A G-R-E-E-K Lesson I'm A Great Student!!





- Location: Chicago/sur areas
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 985562996

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

chicago craigslist > city of chicago > erotic services

email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

# Spend the night with me - w4m

Reply to: pers-1003753366@craigslist.org [?]
Date: 2009-01-22, 6:42PM CST

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

Hey Gentlemen If sweetness is what you're looking for than look no further I'm the ultimate girl next door that you've always been fantisizing about I love to tease but aim to please My classy sex appeal and stunning beauty will initially attract you by spontaneous wild side and erotic nature are sure to captivate your full attention for as long as you can handle My ultimate goal is to leave you smiling for days addicted to my touch with your mind bulging with thoughts of me With a tight curvy figure silky smooth skin and captivating brown eyes I'm sure your every sense will be pleased by my erotic looks tempting touch and sweet seductive smell Your search for the perfect down-to-earth beauty ends here call jessica at 630-     -



• it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1003753366

Copyright © 2009 craigslist, inc.    terms of use    privacy policy    feedback forum

chicago craigslist > city of chicago > erotic services

email this posting to a friend

_Please report suspected exploitation of minors to the appropriate authorities_

## ----YOUNG-------TIGHT------&------JUST------- RIGHT-------4----YOU--- - w4m - 18 (Exit I-94 Old Orchard Rd:SKOKIE, IL)

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

Reply to: pers-1010719152@craigslist.org [1]
Date: 2009-01-27, 11:14PM CST

Hey Guys, its *K*I*T*O*Y* and I'm AVAILABLE NOW!!!
I'm truly every man's FANTASY!
I'm a 18 year old, 5'9", 120 pound, sweetheart with long black hair and adorable hazel eyes.
I have a TIGHT LITTLE BODY that'll keep you coming back for more!!!
I'm 110% THE REAL THING!!!
No scams, No gimmicks, No upselling, and most of all NO Rush Sessions.
Don't be shy guys, give me a call...
TO MAKE YOUR FANTASY COME TRUE, I'M THE GIRL FOR YOU!!!
You won't be disappointed, I guarantee it!!!

9 2 0        Ki Toy



- Location: Exit I-94 Old Orchard Rd:SKOKIE, IL
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1010719152

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

chicago craigslist > city of chicago > erotic services

email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

# \*\*\*2 GIRLS\*\*\*BODIES OF SUPERSTARS\*\*\*SKILLS OF PORNSTARS\*\*\* - w4m (SCHAUMBURG INCALLS/OUTCALLS ALL OVER)

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

Reply to: pers-1007165221@craigslist.org [?]
Date: 2009-01-25, 1:37PM CST

# The Beautiful Essence 312-



My mission and Pleasure is to Provide You with That Complete Erotic Sensual Encounter. Your experience with Me will be Unrushed, Passionate and Personalized for You, with Plenty of Time to Explore.

If You Love to be Pampered and Pleased, than Indulge Yourself and Give me a Call. I Promise You Wont Regret It!

I'm an Independent Provider who Knows How to Treat a Man Like a King!!!! Just sit back, relax and allow me to do the work.

I provide safe, sensual sessions with no rush.

Essence D'Beautiful
312-

I'm very openminded so don't be afraid to ask me anything.

For reviews and more pics check my website.

www.EssenceTheBeautiful.ultraescort.com

## Information

### CONTACT INFORMATION



### RATES

Rate: $250.00 per hour
Rate Details: $100 Q$500
HH$250 FHEach Additional
Hour Add $100...

## Profile

**Service Area:** Schaumburg        **Service Type:** Erotic
**Market Focus:** Premium

### Attributes

#### SPECIALTIES
* 100% True SFE!        * Ask About My 2 Girl Specials!

#### CREDENTIALS
* I Have Reviews On TER!

#### BENEFITS OF SERVICE
* I Guarantee The Greatest EXxXperience You've Ever Had!

#### CLIENTS
* Respectful Gentlemen Only!

## Photo Gallery

  

Powered by vFlyer.com

VFLYER ID: 216945-8

Photo Gallery



DescriptionMy mission and Pleasure is to Provide You with That Complete Erotic Sensual Encounter.
Your experience with Me will be Unrushed, Passionate and Personalized for You, with Plenty of Time to Explore.
If You Love to be Pampered and Pleased, then Indulge Yourself and Give me a Call.
I Promise You Wont Regret It!
I'm an Independent Provider who Knows How to Treat a Man Like a King!!!!
Just sit back, relax and allow me to do the work.
I provide safe, sensual sessions with no rush.

Essence D'Beautiful
312*     *

I'm very openminded so don't be afraid to ask me anything.

For reviews and more pics check my website.

www.EssenceTheBeautiful.ultraescort.comProfile
**Service Area:** Schaumburg
**Service Type:** Erotic
**Market Focus:** Premium
Powered by vFlyer.com vFlyer Id: 2169458

# KITTEN PURRS 312* *



A charming and elegant young lady with a passion for life. Romantic, warm, sensitive and emotional.
I am extremely feminine and passionate in anything I do.
I like to be affectionate and gentle and enjoy seducing and pampering the gentlemen with my loving manners.
My sweet natured personality will have you falling in love.
Exotic and erotic with a beautiful sexy body, silky, smooth skin and a perfect bright smile.
I am most athletic, flexible and, take excellent care of my body.
Most of all I love to play and my deep sensuality will more than satisfy you.
100% actual photo!!!!
Kitten Purrs
312*    *
www.KittenPurrs.escorts*.com

## Information

### CONTACT INFORMATION



**RATES**
Rate: $200.00 per hour
Rate Details: 100 Q150
HH200 FH

## Profile

Service Area: Schaumburg          Service Type: Erotic
Market Focus: Premium

### Attributes

**SPECIALTIES**
☆ 100% GFE!
☆ Ask About My 2 Girl Specials With Essence D'Beautiful...

**CREDENTIALS**
☆ 1 Have Reviews On TER!

**BENEFITS OF SERVICE**
☆ The Ultimate Girl Friend Experience!

**CLIENTS**
☆ Respectful Gentlemen
☆ Only!

## Photo Gallery

  

Powered by vFlyer.com

VFLYER ID: 21094db

Photo Gallery

http://chicago.craigslist.org/cho/erp/1007165221.html



DescriptionA charming and elegant young lady with a passion for life. Romantic, warm, sensitive and emotional.
I am extremely feminine and passionate in anything I do.
I like to be affectionate and gentle and enjoy seducing and pampering the gentleman with my loving manners.
My sweet natured personality will have you falling in love.
Exotic and erotic with a beautiful sexy body, silky, smooth skin and a perfect bright smile.
I am most athletic, flexible and, take excellent care of my body.
Most of all I love to play and my deep sensuality will more than satisfy you.
100% actual photo!!!!
Kitten Purrs
312*_    *
www.KittenPurrs.escort9.comProfile

Service Area:  Schaumburg

Service Type:  Erotic

Market Focus: Premium

Powered by vFlyer.com vFlyer Id: 2169485


- Location: SCHAUMBURG INCALLS/OUTCALLS ALL OVER
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1007165221

Copyright © 2009 craigslist, inc.    terms of use    privacy policy    feedback forum

email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# Femme Son looking for Sugar Daddy - m4m - 19 (Travel Chicago)

Reply to: pers-987529501@craigslist.org [?]
Date: 2009-01-10, 11:48AM CST

Just another young white college boy in the city looking for some scholarship from a generous older man. Clean and disease free, shaved. I am mostly sub but I can dom on occasion. I am, short, trim, in shape and I am great at massage. Suggested donation for a massage is 75 for in the city, no hidden fees. Travel/outcalls only for now. I like to talk or we can get right down to business. I am very discrete, welcoming to first time married guys or experienced players. Into safe play only, I know you'll love my massage so hit me up today.



- Location: Travel Chicago
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 987529501

Copyright © 2009 craigslist, inc.    terms of use    privacy policy    feedback forum

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# HOT~~TRANSEXUAL~~VISITING~~SHORT~~TIME~~IN~TWON~ - t4m - 27 (O'HARE/ROSEMONT~~)

Reply to: pers-1005644116@craigslist.org [?]
Date: 2009-01-24, 9:33AM CST

Hi gentlemen

iam sexy cristal, a natural,beautiful and sexy latina ready to make your dreams come true, let me seduce you with my hot body, i have a very nice,slim body, i stand 5'4 135bs 36d-22-38 very sexy and hot,i love to show my affections in all the right places,i have 7"surprises and iam always ready to play,if you want to have,to spent and enjoy a really great time with a beautiful ts latina dont wait so long and give me a call 612/     /     ~ you wont be disappointed. just serious callers please,no private calls or they will be ignore



- Location: O'HARE/ROSEMONT~~
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1005644116

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

chicago craigslist > city of chicago > erotic services

email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# Handsome Puerto Rican - m4w - 24 (Chicagoland)

Reply to: pers-1000723771@craigslist.org [?]
Date: 2009-01-20, 3:32PM CST

Hello to all the great ladies out there. Due to the way the economy is I am willing to do almost anything to get money. I'm 5'11" and very good looking. I was born and raised in Puerto Rico. I have been in the service for 6yrs. I can hold a conversation and I'm a very fun person to be with. I will do anything. I will go out with you on a night in town; I will be your boyfriend for the night. Ill go to a wedding with you or clubbing or even strip for a bachelorette party or just for you or a group of girls. Ill dance salsa with you, have a drink with you. Ill even do your laundry and clean your house. I will sit with you and hear you talk give you my best advice. I can give very good massages, ill even rub your feet. I am not a pansy or a slave, I just need money. I have no age limit from 18-99, I have no look preferences you can be 3'5" or 7' tall be skinny or heavy I don't care I just need money. Email me with your email and a picture I will email you as many pictures as you would like. In the email state what you would like to do and a phone number I can call you please note will call you at my earliest convenience. Thank You and Please Please hire me you won't be disappointed. I have pictures upon request.



- Location: Chicagoland
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1000723771

Copyright © 2009 craigslist, inc.    terms of use    privacy policy    feedback forum

email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

# HOT EROTIC MASSAGE/ESCORT FROM HOT BOI - m4m - 20 (Chicago)

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

Reply to: pers-1004104258@craigslist.org [?]
Date: 2009-01-23, 4:21AM CST

Sexy outgoing hot boi giving erotic massage /escort service from hot 6ft 150lbs and 8 " and thick all for your erotic needs

rates are 100 an hour and 350 for 4 or more hours and 1700 for the whole week

my contact info is 773          look forward to hearing from you

i respond to all texts so hit me up



- Location: Chicago
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1004104258

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

chicago craigslist > northwest suburbs > erotic services

email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# >>Busty Blonde Pregant Beauty ~ Massage~Specials~ All Day~!!!~ - w4m - 28 (Barrington Rd & I-90)

Reply to: pers-1009578861@craigslist.org [?]
Date: 2009-01-27, 9:42AM CST

Have You Ever Fantasized About A Fully Nude, Full Body Erotic Massage, Given To You By A Busty Blonde Pregant Beauty!

I Have A Delicate Touch That Will Leave Tingling Sensations Imprinted In Your Mind Long After I Am Gone. If You Have The Desire And Time For An Alluring Encounter, You Will Never Be Disappointed With The Erotic Experience That Awaits You. I Know You Want Me! You Know What You Must Do.

!!!!!!!!!!!!!!!!!!!!!!Don't Miss Out!!!!!!!!!!!!!!!!!!!!!!!!! .
(((((((((((Special Rate Today ~~$75 Half Hour~~$150 Full Hour)))))))))))))))

Ask for Jamie 224-



- Location: Barrington Rd & I-90
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1009578861

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

chicago craigslist > city of chicago > erotic services     email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

# T e e ns for CASH.....Young Hot GIrlSS!!! open all night! $150!!!!!!! - w4m

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

Reply to: pers-1005462616@craigslist.org [2]
Date: 2009-01-24, 2:57AM CST

T e e ns for CASH.....Young Hot GIrlSS!!! open all night! $150!!!!!!!

$100 q u i c k i c

youngest and hottest girls in chicagoland

(630)     -

actual pic of Jennifer (19 ) all girls here are over 18!!!!!



- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1005462616

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

chicago craigslist > city of chicago > erotic services

email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# Hott young girls needed for new naughty nanny service - m4ww - 35 (Chicago (South Midway))

Reply to: pers-991610815@craigslist.org [?]
Date: 2009-01-13, 3:03PM CST

Are looking to make some good money in this tough economy. Minimum pay is $25 per hour to look pretty and be a nanny to single fathers across the chicagoland area. Ever fantasized about being a hot young sexy nanny for an attractive man and his children, then this job is for you. Looking to hire women ages 18 to 27 for this new enterprise. Must provide 3 pics (At least one sexy photo). Must provide a resume, some knowledge and experience with children a plus. Will provide training if hired.

Looking for short-term, long-term, overnight sitters and nannies to be placed in upscale homes. All clients screened and security provided if necessary.

Applicants must be able to pass a background check and have their own reliable transportation.

If you are interested remember to send your information, name, contact info, sexy pic. Will contact with date, time and location of interviews

Amatuers only. No professional ladies need apply. This is a legitimate business venture and not a solicitation for prostitution. Anything that happens during your employment with clients is between two consenting adults. Pay is for hours in which you are performing duties specified in Naughty Nannies handbook.



- Location: Chicago (South Midway)
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 991610815

_____

Copyright © 2009 craigslist, inc.    terms of use    privacy policy    feedback forum

**EXHIBIT F**

classifieds - craigslist

chicago craigslist > erotic services

all chicago ; city of chicago ; north chicagoland ; west chicagoland ; south chicagoland ; northwest indiana ; northwest suburbs

search for: w4m     in: erotic services    [ Search ]   □ only search titles

Poster's Age: min     max        □ has image

**Found: 1000 Displaying: 1 - 100**       Next>>

[ 1 | 2 | 3 | 4 | 5 | 6 | 7 ]

Jan 28 - ((TOO SEXY))((TOO THICK))((TOO EXOTIC&A FREAK FOR YOU))) - w4m - (ROGERS PARK/NORTHSIDE) pic

Jan 28 - XXXX HUMP Day Special !!!! Double Trouble XXXXX - w4m - (O'Hare) pic

Jan 28 - *\*\*\*\*\*\*\*\*\*\*\ Take the Challenge/*/*/*/*/*/*/*/*/*/*/*/* - w4m - 28 - (N.side Rogers Park Evanston) img

Jan 28 - NAPERVILLE AND SURROUNDING AREAS - w4m - (OUTCALLS ONLY) pic

Jan 28 - ))))))))) great massage by pretty Asian girls(((((((( - w4m - 22 - (N. Clark, Free Private parking in back) pic

Jan 28 - Erotic Lapdance Shows **LAST DAY FOR SPECIALS** w/Sexy Blonde Crissy - w4m - 25 - (Naperville (INCALL ONLY!!!)) pic

Jan 28 - Compeletly total relaxation by beautiful Asian females You will be tak - w4m - 22 - (Milwaukee/Irving Park) pic

Jan 28 - ***Crazy Morning Specials with a Smoking Hot Girl*** *T*E*E*N*SPINNER* - w4m - 19 - (ABBOTT Area) pic

Jan 28 - □□□ HOT AND SPICY ARGENTINIAN BLONDE□□□ - w4m - 23 - (USCHAUMBURGU) img

Jan 28 - Home alone and looking for company, great erotic massages here. - w4m - 30 - (in calls) pic

Jan 28 - %%%HOT & SEXY MIXED AFGAN/KOREAN/LATIN BABE (NEW PICS)%%% - w4m - 18 - (MIDWAY) pic

Jan 28 - SUPER SEXY BLOND WHO LOVES WHAT SHE DOES! - w4m - 36 - (Western Suburbs) pic

Jan 28 - relaxing asian girl massage - w4m - (Rt83 & 75th st) pic

Jan 28 - □BEAUTIFUL GERMAN AND SPANISH MIX!□ - w4m - 23 - (USCHAUMBURGU) img

Jan 28 - Hump day stress relief right here.Great massages here. - w4m - 30 - (in calls only) pic

Jan 28 - ■■■■**♥Saniyah Pearl♥**■■■ - w4m - 23 - (RS2K...Indian Princess) pic

Jan 28 - Gentle to the touch - w4m - 39 - (North Suburb) pic

Jan 28 - *_____ Playtime _____* - w4m - 23 - (ur place) pic

Jan 28 - ***(((In Love With A Stripper)))*** - w4m - 20 - (south chicagoland) img

Jan 28 - ((•°SeXxXy°•.,.::.•°((W.E.T))°•..-::.•°[&]X x X RATED FuN.°•)) - w4m - 21 - (Skokie(incall-outcall)) pic

Jan 28 - ***TALL HOT BLONDE BEAUTY!!! ALL NATURAL*** - w4m - 41 - (North West Burbs/Schaumburg Area) pic

Jan 28 - Simple Yet Satisfying!!! - w4m - 30 - (in-call til 5/ Streamwood area)

Jan 28 - HUMP DAY!! - w4m - 22 - (BOLINGBROOK/JOLIET) pic

Jan 28 - Lunch time, Dinner time, anytime!!!just the way you like it!! - w4m - 26 - (out or in (city of chi)) pic

Jan 28 - S.U.P.E.R -.S.E.X.Y -.L.I.G.H.T. S.K.I.N.N.E.D~.E.B.O.N.Y~.C.U.M.S.L.U.T - w4m - 21 - (DOWNTOWN/SW BURBS) pic

Jan 28 - ***RECESSION SPECIALS COME GET EM NICE AND EARLY*** - w4m - 21 - (NW) pic

Jan 28 - ~~~**~~~** asian girl massage~~~**~~~~ 6303443062 - w4m - (Rt53 lisle) pic

Jan 28 - ((•°SeXxXy°•.~:¦:~•°((W.E.T))°•.~:¦:~•°[&] X x X RATED FuN.°•)) - w4m - 21 - (skokie(incall-outcall)) pic

Jan 28 - START~*YOUR~*DAY~*OFF~RIGHT~*CLICK~HERE~* - w4m - 18 - pic

Jan 28 - •~:¦:~•ONE OF A KIND•~:¦:~• SMOKING•HOT• EBONY•~:¦:~• REAL PICS - w4m - 21 - (skokie(incall-outcall)) pic

Jan 28 - MZ.SEXYLACE HAS A 100SPECIAL ALL INCLUSIVE - w4m - (woodfield/schaumburg area) pic

Jan 28 - THE MOST DELICIOUS UNRUSHED SESSIONS! Beauty, Brains, & a Killer Body - w4m - 22 - img

Jan 28 - ******HOT BLOND WANTS 2 PLAY********** - w4m - (west suburbs) pic

Jan 28 - ___UNBELIEVEABLY PLEASANT, SO GOOOD, EBONY DIVA___R U READY? - w4m - 24 - (INCALLS) pic

Jan 28 - (((((( Traci of Chicago 42DD-34-40 A Sexy Redhead BBW )))))))) - w4m - 39 - (Immediate O'Hare Incalls ) pic

Jan 28 - Take your lunch break with me!! Available for incall this afternoon!! - w4m - (Willowbrook Area Incalls) pic

Jan 28 - 100-COME AS MANY TIMES U WANT w/XTASY'S NATURAL 42DDS FOR 100 SPECIALS - w4m - (SCHAUMBURG/WOODFIELD MALL AREA) pic img

Jan 28 - B*I*G) _____ (B*O*T*T*T*O*M) _____ (B*O*MB*SH*E*[.*L - 23 - (OAK PARK(Incall)) pic img

Jan 28 - TIPS ON HAVING A STRESS FREE WEEK - w4m - (Woodfield Area) pic

Jan 28 - My passion and willingness to please will leave you wanting more. - w4m - 25 - (Schaumburg****Near I-90) pic img

Jan 28 - BBW - French Massage - Incall - w4m - 48 - (downers grove)

Jan 28 - ?•B E A U T I F U L •? xxx ?• P L A Y M A T E •? - w4m - 25 - (Chicago) pic img

Jan 28 - ♥•SEXY ♥•STUNNING ♥•CLASSY ♥• - w4m - 39 - (Naperville) pic

Jan 28 - ANY AND ALL FANATASIES ARE FUFILLED WITH ME!!! - w4m - (LOOP INCALL) pic

Jan 28 - @@@@ I'M ALREADY NAKED XXX @@@@ 19Y YOUNG COME SEE ME NOW @@@@ - w4m - 19 - (On Cam Naked See Me Now) img

Jan 28 - Alright Boys, I'm Up, Ready, and Just What You Need Today!! - w4m - 25 - (merrillville today/downtown chi thurs) pic img

Jan 28 - Choose one of us you won't be disapointed - w4m - 23 - (chicago) pic

Jan 28 - ~~~100 SPECIALS ALL NIGHT!~~~~dont miss out!!!~~ - w4m - 19 - (Downtown outcalls only!!) pic

Jan 28 - French Teacher Available - w4m - (In/Out) pic

Jan 28 - Up AnD eaGeR tO plEaSe - w4m - 22 - (Your Place city/burbs) pic

Jan 28 - It is methe new girl in town. Now I am waitin for u to show me the fun - w4m - 19 - (glenwood,olympiafeilds,forest park) pic

Jan 28 - Hi guys i am back in twon let me give you a night you forget:) - w4m - 21 - (matteson,southholland,olympiafeilds,glen) pic img

Jan 28 - SPEND SOME WARM COZZY TIME WITH ME - w4m - 21 - (outcalls only ) pic

Jan 28 - ⚡《≡·•·≡》 LATE NIGHT H/EA/D/A/C/H/E RELIEF****** ⚡《≡·•·≡》 - w4m - 21 - (SKOKIE(INCALL)) pic

Jan 28 - LET'S*****START******HAVING*******SOME*******FUN!! - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 28 - ***LATE NIGHT HOT & SEXY GIRL !!!***COME & SEE WHAT YOU NEED!!*** - w4m - 20 - (NORTH G.F.E) pic

Jan 28 - I'M*****AS*****READY*******AS******YOU*******ARE!! - w4m - 18 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 28 - ≡~~THESE HIPS WON'T LIE!!!MY BODY IS YEARNING FOR YOU!!~~~ - w4m - 22 - (CHICAGO) pic

Jan 28 - %%%HOT & SEXY MIXED AFGAN/KOREAN/LATIN BABE (NEW PICS)%%% - w4m - (CHICAGO/O'HARE/MIDWAY/DOWNTOWN AREA) pic

Jan 28 - UP LATE ... LOOKING TO FIND A NEW PLAYMATE ... - w4m - 32 - (KIMBALL/IRVING PK. IN CALL ONLY)

Jan 28 - ☐ THє BєSt ☐ є_X_ ♥ T_i_C ☐ ToP PrOvIdєr ☐ - w4m - 18 - (Exit I-94 old orchard rd Skokie Incalls) pic

Jan 28 - *** 100 ***(( DO YOU DESERVE A SPECIAL LATE NIGHT TREAT))*** 100 *** - w4m - 21 - (City & Suburbs) pic

Jan 28 - ____ Intimate Bodywork Sessions By the SeXxXy Nadia ____ - w4m - 20 - (Chicago (outcalls)) pic

Jan 28 - { { LooKing For A PerFect [10] AvaLiAble Now } } - w4m - 20 - (Chicago/City) img

Jan 28 - __=SOME=__ =CALL=___=ME=___=A=___=NYMPHO=___(FreaKy} - - w4m - 22 - (chicago) img

Jan 28 - Choose one of us you won't be disapointed - w4m - 23 - (chicago) pic

Jan 28 - :::::::::::CRAVING::::A:::::CARAMEL:::::SUNDAE!!!::::602-722-0688 - (CHICAGO ) img

Jan 28 - *^*Midnight*****Snack*^* - w4m - 20 - (Downtown Outcalls) pic

Jan 28 - ARE YOU READY TO HAVE THE TIME OF YOUR LIFE 773-675-5982 - w4m - 21 - (SOUTHEAST) pic

Jan 28 - UP 24/7 LOOK FOR COMPANY 773-552-3849 - w4m - 21 - (INCALLS-OUTCALLS) pic

Jan 28 - %%%HOT & SEXY MIXED AFGAN/KOREAN/LATIN BABE (NEW PICS)%%% - w4m - 18 - (CHICAGO/MIDWAY/O'HARE/DOWNTOWN-OUTCALLS) pic

Jan 28 - Sweet treats for all your needs!!! Hot blonde!! - w4m - 21 - (Outcalls Only) pic

Jan 27 - •!• SUPER THICK •!•SUPER FREAKY •!•SUPER NASTY•!•LET ME SHOW U•!• - w4m - 24 - (CHICAGO) pic

Jan 27 - OUTCALL SPECIAL ALL NIGHT LONG WITH THIS LATINA BEAUTY - w4m - 21 - (CHICAGO) img

Jan 27 - Hello there, my name is Stephanie. - w4m - 23 - (northwest burb's) pic

Jan 27 - ***100**** SPECIALS ALL NIGHT!!!! - w4m - 19 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - will you be able to handle me? - w4m - 19 - (ANYWHERE) pic

Jan 27 - ~*~*WE'LL COME UP WITH NEW WAYS TO HAVE FUN TONIGHT!!!~*~*~* - w4m - 22 - (NORTH CHICAGO) pic

Jan 27 - exotic encounter...... - w4m - 19 - (WHERE EVER) pic

Jan 27 - **LATE NIGHT HOTTIE WHO WANTS TO BE NAUGHTY!!!**\*** - w4m - 20 - (NORTH SIDE G.F.E) pic

Jan 27 - 312 823 3952 Sexy Exeotic Ebony In town 4 some outcall Fun tonite - w4m - 25 - (downtown loop northside ) pic

Jan 27 - *"*"*"*[[DREAM GIRLS]]*"*"*"*" - w4m - 23 - (chicago) pic

Jan 27 - !!!$$LOOKIN FOR GENEROUS SUGAR DADDY!!! - w4m - 33 - (DOWNTOWN(OUTCLLS ONLY))

Jan 27 - YOUNG HOT GIA - w4m - 18 - (ROMEOVILLE AREA) pic

Jan 27 - Late Night Rendezvous - w4m - 24 - (OutCalls Only) img

Jan 27 - ----YOUNG-------TIGHT------&------JUST------- RIGHT------4----YOU--- - w4m - 18 - (Exit I-94 Old Orchard Rd:SKOKIE, IL) pic

Jan 27 - Sweet,Sexy Ebony Princess - w4m - 21 - (Downtown/Outcalls) pic

Jan 27 - @@@@@ Sensual Eroctic Pleasure @@@@@@@@ - w4m - 21 - (Downtown/Chicago) pic

Jan 27 - Sexxy Petite Blonde - w4m - 20 - (Downtown/Outcalls) pic

Jan 27 - •!• SUPER THICK •!•SUPER FREAKY •!•SUPER NASTY•!•LET ME SHOW U•!• - w4m - 24 - (CHICAGO) pic

Jan 27 - FANTASY PHONE SEX - Only $1,29 per minute - w4m - 22 - (ALL) pic

Jan 27 - SUPER SEXY BLOND THAT LOVES WHAT SHE DOES! - OUT/IN SPECIALS - w4m - 36 - (Western Suburbs) pic

Jan 27 - •!!• R=O=Y=A=L_[[_T=R=E=A=T=M=E=N=T_ •! •w4m - w4m - 20 - (□_((SCHAUMBURG))ITTER□_) img

Jan 27 - YOUR CHOCOLATE TREAT FOR THE EVENING!!!!!!!! INCALLS ONLY!!!!!!!!!!!! - w4m - 19 - (MCHENRY AREA(INCALLS ONLY)) pic

Jan 27 - You know you want this AMAZING blonde coed!! Look no FURTHER!! - w4m - 22 - pic

Jan 27 -
@@@@ NAKED & READY @@@@@ ANYTHING GOES @@@@ YOUNG = MORE FUN @@@XXX@@@ - 19 - ($4.99 FOR 30 MINS LIVE INTERACTIVE SHOWS) img

Jan 27 - I'LL WANT TO BE YOUR BAD LIL GIRL..DADDY!! - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - !!!!!!!((*36ddd's ALL NATURAL 36ddd's*))!!!!!!!!! - w4m - 21 - (INCALLS) pic

Jan 27 - /Λ\*.*.*__ LATE__NITE__TREAT__SEXY_&_EXOTIC__SURE 2 PLEzz*_*_*//Λ// - w4m - 22 - (Schaumburg) pic

Jan 27 - *^*^* SMOKING HOT ' N ' SEXY BLONDE BABE *^*^*^* - w4m - 23 - (northside / downtown area) pic

**Found: 1000 Displaying: 1 - 100**
**[ 1 | 2 | 3 | 4 | 5 | 6 | 7 ]**

Next>>

Copyright © 2009 craigslist, inc.
Back to top of page

RSS (?)
add to My Yahoo!

⚫                    ⚫

[ help ] [ post ]

all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs

| search for: | w4m | in: | erotic services | ☐ Search | ☐ only search titles |
| Poster's Age: min | | max | | ☐ has image | |

<< Prev                    **Found: 1000 Displaying: 101 - 200**                    Next>>
                                    [ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 ]

Jan 27 - YOUR CHOCOLATE TREAT FOR THE EVENING!!!!!!!!! INCALLS ONLY!!!!!!!!!!!! - w4m - 19 - (MCHENRY AREA(INCALLS ONLY)) pic

Jan 27 - You know you want this AMAZING blonde coed!! Look no FURTHER!! - w4m - 22 - pic

Jan 27 - @@@@@ NAKED & READY @@@@ ANYTHING GOES @@@ YOUNG = MORE FUN @@@XXX@@@ - 19 - ($4.99 FOR 30 MINS LIVE INTERACTIVE SHOWS) img

Jan 27 - I'LL WANT TO BE YOUR BAD LIL GIRL,DADDY!! - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - !!!!!!!((*36ddd's ALL NATURAL 36ddd's*))!!!!!!!! - w4m - 21 - (INCALLS) pic

Jan 27 - //\* * *__ LATE__ NITE__ TREAT__ SEXY_ & EXOTIC__ SURE 2 PLEzz* * */\// - w4m - 22 - (Schaumburg) pic

Jan 27 - *^*^* SMOKING HOT ' N ' SEXY BLONDE BABE *^*^*^* - w4m - 23 - (northside / downtown area) pic

Jan 27 - CLASSY, SEXY, READY TO SOOTH YOUR BODY AND MIND - w4m - (DOWNTOWN/GOLDCOAST/LP/LAKEVIEW) pic

Jan 27 - NAugHty oR NIcE.............. HoWeVeR you LikE - w4m - 22 - (Your Place city/burbs) pic

Jan 27 - ♥I'LL BE THE ICING ON YOUR CAKE♥ - w4m - 18 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - goddess, look no futher - w4m - 19 - (ON YOU) pic

Jan 27 - +++ A NIGHT OF PURE FUN WITH A SEXY BLONDE HOTTIE+++ - w4m - 23 - (north chicago incalls/ outcalls) pic

Jan 27 - HOT GIRL IN FROM THE BURBS LOOKING FOR FUN IN THE BIG CITY - w4m - (LOOP AREA) pic

Jan 27 - IM LOVING CHICAGO AND YOU WILL BE LOVING ME - w4m - 24 - (loop hyde park) pic

Jan 27 - •B E A U T I F U L •? xxx ?• P L A Y M A T E • - w4m - 23 - (Oak Park/West) pic

Jan 27 - need help sleeping tonite????????? - w4m - (outcalls only) pic

Jan 27 - @@@@SWEET AND SEXXY@@@@OUT AND ABOUT@@@@ - w4m - 30 - (OUTCALLS ALL OVER) pic

Jan 27 - »-(¨¨v¨¨)-»VeRy AdDicTing ExoTic HoTTie AvaLiAble N0w_ »-(¨¨v¨¨)-» - w4m - 20 - (All 0ver Chicago) img

Jan 27 - **HERE ON BUSINESS? SCHEDULE SOME FUN INTO YOUR TRIP..CALL ME** - w4m - 23 - (CHICAGO:DOWNTOWN:THE LOOP) pic

Jan 27 - I'M A VERY FREAKY GIRL***********AMBER******** - w4m - 20 - (847**757**6618) pic

Jan 27 - NATIVE AMERICAN XMODEL SPEAKS TRANSLATED OR UNTRANSLATED... - w4m - 32 - (ALBANY PK/RAVENSWOOD/OLD IRVING PK AREA)

Jan 27 - LET'S HAVE A GOOD TIME ~~~BRITTNEY~~~SO HOTT !!!!!! - w4m - 21 - (SOUTHSHORE IM & OUT NOWW!!!!) pic

Jan 27 - I am Yung Sexy and very Hot,Super Hot Amatuer for U to indulge in, - w4m - 25 - (your place or mine) pic

Jan 27 - _____ SeXxXy Ebony Nadia Sensual Bodywork Sessions_____ - w4m - 20 - (chicago (outcalls)) pic

Jan 27 - DrEaMs•.•´ `•.•Do•.•´ `•.•CoMeTrUe•.•´ `•.•.• w4m - 20 - (West Loop/Out Call) pic

Jan 27 - B__e__A__u__T__i__F__u__L(̈•̈‥̈⎡̈‥̈‥̈̈)̈E__x__X__x__O__t__I__e- w4m - 24 - (chicago-OUTCALLS ONLY) pic

Jan 27 -
CLICK HERE***UPSCALE ITALIAN PLAYMATE***READY TO PLAY***CALL ME NOW*** - w4m - 23 - (CHICAGOLAND AREAS) pic

Jan 27 - Julia to the rescue! massage table fun CITY WED thurs/fri N Chi-burbs - w4m - 31 - (Wed noon-6pm N. Ave at Lake Shore ) pic img

Jan 27 - I CANT WAiT To GET MY HANDS oN YoU !!! - w4m - 28 - (Chicago) pic img

Jan 27 - ~*~*~ WHAT YOU SEE ~*~*~ IS WHAT YOU GET ~*~*~ OUTCALLS ALL NIGHT ~*~* - w4m - pic

Jan 27 - ~*~ OUTCALLS ~*~ OUTCALLS ~*~ OUTCALLS ~*~ OUTCALLS ~*~ OUTCALLS ~*~ - w4m - (**** OUTCALLS ****) pic

Jan 27 - *************IF YOU'VE CALLED ME BEFORE...READ THIS! **************** - w4m - 25 - (South Suburbs) pic

Jan 27 - (*PSST!)•♥•HEY BOYS...TRY ME!•♥•(L)(A)(S)(T)••(N)(I)(G)(H)(T) - w4m - 21 - (•♥• 355 & Butterfield •♥• DOWNERS GROVE ) img

Jan 27 - SOOTHING MASSAGE BY ALL AMERICAN HOTTIE - w4m - (DOWNTOWN/GOLDCOAST/LP/LAKEVIEW) pic

Jan 27 - ~~~IT'LL DEFINITELY BE WORTH THE WAIT WHICH WONT BE LONG FOR YOU!~~~ - w4m - 22 - (MY PLACE) pic

Jan 27 - ____100 ReAsOnS wHy YoU sHouLd CoMe SeE tHis EbOny BeAutY____ - w4m - 19 - (Schaumburg-incall) img

Jan 27 - ~~~~~~~HAVE A LOOK IN MY BEDROOM IM NAKED AND READY!~~~~~~ - w4m - 19 - ($4.99 30 MINS INTERACTIVE XXX CAM YOUNG ) img

Jan 27 - LET ME COME AND GIVE YOU WHAT YOU WHAT YOU WANT - w4m - 21 - (YOUR PLACE) pic

Jan 27 - Simply will make you say..."BE MINE" even before Valentines Day! - w4m - (Discreetly to you, safe/Indep.) pic

Jan 27 - LOOKING FOR A BUSTY BEAUTIFUL LADIE?! - w4m - (INCALL 80/94 TORRENCE-OUTCALL ANYWHERE) pic

Jan 27 - ~the best you can get~stop looking~incalls and out~ - w4m - 25 - (sauk village-dolton-hazel crest) pic

Jan 27 - THE MOST DELICIOUS UNRUSHED SESSIONS! Beauty, Brains, & a Killer Body - w4m - 22 - img

Jan 27 - *********HOT LATINA WAITING FOR YOU*** THE REAL DEAL*************** - w4m - 22 - (CITY NORTH & SOUTH) pic

Jan 27 - WANNA GET INTO SOMETHING NAUGHTY OUTCALLS ONLY - w4m - 22 - (MIDWAY AIRPORT-NORTHSIDE) pic

Jan 27 - ******* Tuesday Massage Special with Princess Tierra ******* - w4m - 27 - (South Suburban Incall) pic

Jan 27 - ~~~~ ** Beyond Busty & SeXxXy ** Classy Companion ** ~~~~ - w4m - 25 - (Downtown, city, some burbs) pic

Jan 27 - iF yOu LiKe It iLL Try It - w4m - 24 - (OHARE) pic

Jan 27 - ELEGANCE FROM ASIA.........ALEX ... PETITE... ELITE. - w4m - 26 - (in(nw burbs) OUT HOTELS & HOMES ALL AREA) pic

Jan 27 - I AM NEW 2 CL NOT NEW TO MASSAGE! AM READY 2 SHOW OFF MY SKILLS! - w4m - (NW SUBURBS/OHARE AREA/CHICAO AREAOUTCALL) pic

Jan 27 - Let's Take Our Time 2gether - w4m - 24 - img

Jan 27 - Italian and Polish.....Open minded, discreet, available now! - w4m - 26 - (N/E city/out calls) pic

Jan 27 - ONE NIGHT ONLY!!! GET IT WHILE YOU CAN!!! - w4m - 23 - (NEAR UPTOWN!!) pic

Jan 27 - •°o•°o•El(e)GaNc(e) - B(e)auTy - CLaSS•°o•°o• -- Japanese Cutie!!!! - w4m - 19 - (Schaumburg-In/Out) pic

Jan 27 - hott NEWW MIXED CHICK!!!!! OUTCALLS EVERWHERE!!! - w4m - 19 - (SOUTHSIDE ALL AREAS) pic

Jan 27 - SWEETHEART BLONDE AVAILABLE FOR INCALLS TIL 930PM $80/HR - w4m - (INCALLS AND OUTCALLS) pic

Jan 27 - ***Relaxing Massage by Asian Masseuses*** - w4m - (Out Call/Chicago) img

Jan 27 - ASIAN ORIENTAL and EUROPEAN massage in your HOTEL ROOM - w4m - (Chicago and Ohare) pic

Jan 27 - SEXY BLONDE USING REAL PIC AND PROVIDING A REAL MASSAGE - w4m - (NW/WEST SUBURBS OUTCALL INCLUDING HOTELS) pic

Jan 27 - California Cutie! Available All Night!! - w4m - 20 - (Outcalls/Northside Chicago) pic

Jan 27 - 100- COME AS MANY TIMES U WANT w/XTASY'S NATURAL 42DDS..UP LATE - w4m - (SCHAUMBURG) pic img

Jan 27 - NEW MIXED BEAUTY!!!!!!!! SEXI YOUNG CHICK OUTCALLS!!!!! - w4m - 19 - (OUTCALL ALL AREAS) pic

Jan 27 - 1U GENTS LOOKING FOR A RELAXING MASSAGE - w4m - 21 - (DOWNTOWN CHICAGO OUT CALL ) pic

Jan 27 - INCALL SPECIALS DOWNTOWN ... TALL SEXY BLONDE COED - w4m - 19 - (INCALL OUTCALL) pic

Jan 27 - ~!* ~!* ~!* TUESDAY's are SWEET w/ a EBONY TREAT*!~ *!~ *!~ - - - - - w4m - 21 - (skokie(incall-outcall)) pic

Jan 27 - ~*~*~*SEXY,UPSCALE, & SIMPLY GORGEOUS!!!*~*~COME GET YOUR HOT GIRL!!! - w4m - 22 - (NORTH CHICAGO) pic

Jan 27 - o°SEXY ASIAN EAGER TO PLEASE YOU? - w4m - 24 - (CLARK / BELMONT) pic

Jan 27 - ***need some naughty company?? I'm your bad girl!!!**** - w4m - 22 - (chicago g.f.e) pic

Jan 27 - ~~~ OLDER DDD"S COUGAR ~~~~~~~~~~~~~~~~~~ - w4m - 42 - (Around Woodfield) pic

Jan 27 - %-%-%- CARAMEL THICK BOOTY DIVA %-%-% - w4m - 23 - (In call only ) img

Jan 27 - SEXY ///////////// ALEXUS//////////// SEXY ///////////ALEXUS/////// - w4m - 22 - (N. ARLINGTON) pic

Jan 27 - _____ GORGEOUS and SEXXXY _____ g - f - e _____ - w4m - 20 - (Chicago) pic

Jan 27 - ~•♥~ RiGHT_0uT_oF_YoUr_WiLDeST_*&*_WeTTeST_*DReaMS~•♥~ - - w4m - 20 - (All 0ver Chicago) img

Jan 27 - **♋**♋** TEMPTING**♋***SEXS{**♋**♋*EBONY w4m - 20 - (JOLIET) img

Jan 27 - SUMMER///PETITE///HOT////SEXY///BLONDE////! - w4m - 24 - (DOWNER GROVE ) pic

Jan 27 - SEXY BLOND DOWN TOWN - w4m - 21 - (down town outcall) pic

Jan 27 - Simply The Sweetest................. - w4m - 21 - (Incall & Outcall) img

Jan 27 - UPDATED RECENT PHOTO'S>>> I HAVE THESE HEELS ON NOW!!!!!!!!!!! - w4m - 18 - (SKOKIE INCALLS ONLY) pic

Jan 27 - ♥•═════•••♥ A MUST HAVE ♥•═════ ••♥ - w4m - (INCALLS ONLY) pic

Jan 27 - FIRST TIME TRYING THIS SITE, SOMEBODY TOLD ME GOOD THINGS! - w4m - 27 - (NORTH OUTCALLS) pic

Jan 27 -
T—I[—E— —O—N L--Y——W---A—Y- ——T- O ——H—A—V--E——F—U—N ····· - w4m - 18 - (Upscale Incall Location) pic

Jan 27 - °o*•I AM°o°o*•YOUR PASS°o°o*TO•°o•P.L.E.A.S.U.R.E°*•° - w4m - (INCALLS ONLY) pic

Jan 27 -
I A*———-D*——— D* ———I* ——— C*———T*— ———I*————V*——— E* - w4m - (Interstate 290) pic

Jan 27 - HEY FELLAS LOOKING FOR A HOT MASSAGE - w4m - 21 - (DOWNTOWN OUT CALL) pic

Jan 27 - *SO*•|=•*SWEET*•=[-•*BUT*•=*SO*1|=-•*NAUGHTY*°o,•'') - w4m - 18 - (My Place Only) pic

Jan 27 - FREAKY*^*^*^ LITTLE*^*^*^ NYMPHO*^*^*^773-567-4517 - w4m - 22 - (CITY OF CHICAGO)

Jan 27 - OOHHH ... LALA... VELVET SOFT EROTIC HMMM.. HMM..HMMM 773-932-7674 - w4m - (CITY & SUB OUTCALLS) pic

Jan 27 - Blond Sexy & Very Hot - w4m - (west suburbs) pic

Jan 27 - Hey its me natalia i am back. Give me and lets have some FUN........ - w4m - 21 - (south holland,mattson,olympia feild,park) pic img

Jan 27 - SEXY TREAT IN THE EVENING AND SEXY TREAT AT NIGHT - w4m - 20 - (CHICAGO AREA) pic

Jan 27 - Didn't get any tonight yet? Maybe you're looking in the wrong place! - w4m - 26 - (Chicago) img

Jan 27 - ****sexy sexy sexy***** - w4m - 18 - (schaumburg) pic

Jan 27 - Sexy Blonde Kirsten Erotic Dances•Toy Show ***SPECIALS*** - w4m - 25 - (NAPERVILLE/ST. CHARLES (INCALLS/OUTCALLS)) pic

Jan 27 - @@%%@@%%WILD AND KINKY BUSTY BABY DOLL%%@@%%@@ - w4m - 30 - (OUTCALLS TO YOU) pic

Jan 27 - CLICK HERE***SUPER SEXY*** ITALIAN PLAYMATE***BUNNY-TAIL AVAIL......... - w4m - 23 - (CHICAGOLAND AREAS) pic

Jan 27 - //\\* * * BEAUTIFUL HAWAIIAN TAKE A PeeK OF PARADISE * * *//\\//- w4m - 22 - (Schaumburg) pic

Jan 27 - (⌐'•.,o°•□•°o°•VeRy SwEeT aNd TaLeNtEd•°o°•[' •°o,•'¯) - w4m - 22 - (cHiCaHo DoWnToWn oUtCaLLs) pic

Jan 27 - BUSTY BOMBSHELL SO SO FINE AND THICK - w4m - (SOUTH SUBURBS) pic

Jan 27 - LIKE THICK BUSTY BEAUTY WITH A BIG ASS THEN CLICK HERE!!!! - w4m - (IN AND OUT CALLS IN SOUTH SUBURBS) pic

Jan 27 - SEXY BLONDE PROVIDING SOOTHING MASSAGE - w4m - (NW/WEST SUBURBS OUTCALL INCLUDING HOTELS) pic

Jan 27 - DOLL FACE SWEETHEART>>>>>I'LL EASE THE TENSION....... - w4m - 20 - (CITY OUTCALL) pic

<< Prev     **Found: 1000 Displaying: 101 - 200**     Next>>
     [ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 ]

Copyright © 2009 craigslist, inc.
Back to top of page

**RSS** (?)
add to My Yahoo!

[ help ] [ post ]

chicago craigslist > erotic services

all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs

| search for: | w4m | in: erotic services | Search | □ only search titles |
|---|---|---|---|---|
| | Poster's Age: min | max | | □ has image |

<< Prev

**Found: 1000 Displaying: 201 - 300**
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 ]

Next>>

Jan 27 - KARINA ANDERSON !!!!MAKE A WISH - w4m - 22 - (northwest burb's) pic

Jan 27 - Sexy Ebony Vixxen**Waiting With Nice Apple Bottom - w4m - 21 - (Downtown/Incalls ) pic

Jan 27 - ----Pink Taco----- - w4m - 22 - pic

Jan 27 - @@@@@ Ultimate Pleasure Zone Available @@@@@@@@ - w4m - 21 - (Downtown Area) pic

Jan 27 - -----Hawaiian Honey!!!-----Hottest On The Net------New In Town----- - w4m - 19 - (NW Suburbs-In/Out) pic

Jan 27 - NEW AMAZING YOUNG CUTE ASIAN KOREAN GIRL-SHA SHIA(REAL PIC) - w4m - 20 - (willowbrook/bolingbrook ) pic

Jan 27 - Sexy Asian with a HOT BODY!!!! - w4m - 25 - (niles) pic

Jan 27 - {{{{{{{{Traci of Chicago is Ready for Fun~42DD-34-40}}}}}}}} - w4m - 39 - (Immediate O'Hare area) pic

Jan 27 - V-----!-----P ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (Western Sub.) pic

Jan 27 - Delightful and Distracting—Two Ladies To Enhance Your Evening - w4m - 25 - (Lincoln Park--Incall) pic

Jan 27 - Miss Frenchie's Buck You know you wanna - w4m - 24 - (OUT CALLS ONLY) pic

Jan 27 - *---*((*LUSTY BUSTY*))**((*LUSTY BUSTY*))*---* - w4m - 21 - (INCALLS) pic

Jan 27 - A SWEET TASTE OF SOUTHERN BEAUTY.......... - w4m - 21 - (SCHAUMBURG) pic

Jan 27 - Foot Fetish - w4m - 25 - (outcalls) pic

Jan 27 - TrEsT Me Y ou WeLL LoVe WhAT I CaN DO!!!!!!!!!!!! - w4m - 22 - (OUTCALL/SOUTHSUBURBS,.INCALL.......) pic

Jan 27 - *^*Just*What*You*Been*Waiting*For*^* - w4m - 20 - (Downtown Outcalls) pic

Jan 27 - BUSTY BEAUTY SO SUPER FINE - w4m - (SOUTH SUBURBS) pic

Jan 27 - I'M IN PLEASURE MODE----COME & GET WHAT YOU'RE LOOKING FOR!! - - - w4m - 24 - (CHICAGO) pic

Jan 27 - MZ.SEXYLACE HAS A 100SPECIAL ALL INCLUSIVE G*F*E - w4m - (schaumburg/woodfield area) pic

Jan 27 - This Sexy Asian just got out of the WILD!!!! - w4m - 25 - (niles) pic

Jan 27 - AFTER WORK SPECIAL WITH A BUSTY BIG BOOTY BEAUTY - w4m - (IN AND OUT SOUTH SUBURBS) pic

Jan 27 - ****BLONDE***BUSTY***JUST PERFECTLY HOT!!!!***** - w4m - 22 - (CHICAGO G.F.E) pic

Jan 27 - --*~*~* PERFECT BODY!!!~*--*~REAL PIC!!~--*~*~NO DRAMA!!~*~JUST FUN!!! - w4m - 26 - (north chicago) pic

Jan 27 - cute blond in down town area - w4m - 21 - (down town outcall) pic

Jan 27 - ((PUMP~PERSIAS~ BUMP~THEN~PAINT~MY ~CHEEKS)) - w4m - (SCHAUMBURG~INCALL) pic img

Jan 27 -
o*0*o_____C—H—E —C—K—_____ ____ M____ E____ ____ O ____ U ____T— -o*0*ow4m - w4m - 20 - (((SCHAUMBURG))) img

Jan 27 - New Photos JULIA MASSAGE THERAPIST Thurs Fri only N Chi-landl - w4m - 31 - (hotel massage table fun N. Suburbs) pic img

Jan 27 - hOt nFF tHe PreSS''''''''''''''''''''''''''haT OFf The pREss - w4m - 24 - (ohare) pic

Jan 27 - *** 75 *** (( IENJOY A TRUELY TRUSTED FIRST CLASS TREAT )) *** 75 *** - w4m - 22 - (City & Suburbs) pic

Jan 27 - ***Sexy, Mature BBW Provider***TER Reviewed*** - w4m - 47 - (mins. from O'Hare) pic

Jan 27 - White Girls Have Big Booties Too!!!!! tor reviewed - w4m - 25 - (merrillville in/out s burbs/downtown) img

Jan 27 - DO YOU WANT A LIFT? - w4m - 21 - (OUT AND INN) pic

Jan 27 - IF ITS NOT METHEN ITS FREE~~~~~~~~~~~~~~~~~~~~~~~~~~~ - w4m - 23 - pic

Jan 27 - >>Busty Blonde Pregant Beauty ~ Massage~Specials~ All Day~!!!~ - w4m - 28 - (Barrington Rd & I-90) pic

Jan 27 - TURN DOWN COVERS*SENSUAL MASSAGE*TUCK YOU IN YOUR HOTEL BED*GOODNITE!! - w4m - 44 - (YOUR HOTEL ROOM Ohare Area Hotels) pic

Jan 27 - STOP!!!!!!!LOOK THE RIGHT WAY - w4m - 21 - (incal and outcall) pic

Jan 27 - YOU WONT BE ABLE TO RESIST THIS @@@@@@ - w4m - 41 - (NW BURBS) pic

Jan 27 - =====E=B=O=N=Y= _____ B=Q=M=B=S=H=E=I=L= _____ - w4m - 2L - (skokie(incall)) pic

Jan 27 - ********! KnOw IlL gRaB yOuR aTtEnTioN********* - w4m - 21 - (schaumburg-in/out) pic img

Jan 27 - EBONY AND IVORY SALT AND PEPPER - w4m - 23 - (OUR BED OR YOURS) pic

Jan 27 - Let Me Warm You Up So Good - w4m - pic img

Jan 27 - *******WOW!BLONDS DO HAVE MORE FUN!!!!!***** - w4m - 28 - (WEST SUBURBS) pic

Jan 27 - OHOHOHOHOHO AHAHAHAH OHOHOHQOHO AHHHHHHH - w4m - 21 - (COME OVER TO MORTON GROVE) pic

Jan 27 - ******CLASSY, SEXY, SIMPLY PERFECT FOR YOU!!****** - w4m - 39 - (West Burbs) pic

Jan 27 - (S)E(X)Y( A(S)I(A)N GODESS - w4m - 23 - (INCALL NICE AND WARM) pic

Jan 27 - THE BEST SPECIAL OF THE DAY !!!!!!!! - w4m - 22 - (OUT CALL ONLY , AIRPORT , DOWNTOWN) pic

Jan 27 - LONG LONG BLONDE HAIR - w4m - 23 - (INCALL AND OUTCALL/MORTON GROVE) pic

Jan 27 - IF YOU ARE LOOKING FOR A TRUE GIRL FRIEND EX...THAN I AM THE ONE FOR U - w4m - 21 - (MERRILLVILLE INCALL) pic

Jan 27 - IF YOU LIKE PETITE, FUN, AND FRIENDLY, MIXED IN WITH SEXY AND SASSY!!! - w4m - 21 - (THEN I'M WHAT YOU'VE BEEN LOOKIN FOR!!!) pic

Jan 27 - /*/*/* WELCOME TO PARADISE */*/*/ - w4m - (outcall) pic

Jan 27 - Last day for the lushious blend of sensual tantric massage - w4m - (lincoln park) pic

Jan 27 - YOUR DIAMOND GIRL IS HERE!!!! - w4m - (outcall) pic

Jan 27 - new !! new!! asian girl massage - w4m - (75th st - -cass ave) pic

Jan 27 - LOOK NO FUTHER IM READY NOW 773-552-3849 - w4m - 21 - (SOUTHEAST) pic

Jan 27 - •♥•♥•♥•MISS CLAUDIA•♥•♥•♥• - w4m - 25 - (SCHAUMBURG - Incall & Outcall SPECIALS ) pic img

Jan 27 - UP EARLY COME AN HAVE SOME FUN 773-675-5982 - w4m - 21 - (INCALLS-OUTCALLS) pic

Jan 27 - do you feel lonley tonight? call me now - w4m - 27 - (westmont/downers grove) pic

Jan 27 - \\\\\\\\___COME **** Touch **** __THIS ASIAN __BODY /////////////// - w4m - 2L - (Schaumburg) pic

Jan 27 - asian girl give you a best massage - w4m - 27 - (aurora/batavia) pic

Jan 27 - HAVE A SMOOTH AFTERNOON WITH ME!!!! - w4m - (outcall) pic

Jan 27 - A NEW HOT PETITE CUTTIE..CHECK IT OUT. - w4m - 21 - (YOUR PLACE) pic

Jan 27 - -~^-J-^-WiLL~^-HaVe:-^-YoUr-^-HeArT-^-RaCiNg-^-4-^-MoRe-^- - w4m - (ScHaUmBuRg InCaLLs/Outcalls) pic

Jan 27 - A GENTLEMENS MASSAGE - w4m - 21 - (CHICAGO DOWNTOWN) pic

Jan 27 - _____C_ H _E_C_ K _____ _____M_____E_ _____ _____O___ _U_____T_____-_____ - w4m - 26 - (Chicago) pic img

Jan 27 - I'm Sooooo Yummy!! Your Gonna Wanna Just Take a Bite Outta Me - w4m - (NW Suburbs) pic

Jan 27 - VERY HOTT BLONDE READY NOW 100 100 100 100 100 100 GR33CE!!!!!!!!!!!!! - w4m - 19 - (FULLERTON AVE.) pic

Jan 27 - //\\* * *__WORK__S P E C I A L__BEAUTIFUL__&__HAWAIIAN__* * *//\\// - w4m - 22 - (Schaumburg) pic

Jan 27 - ~~.***100 SPECIALS!!!****ALL DAY!!!DONT MISS OUT!!!~~~~~ - w4m - 19 - (Downtown OUTCALLS ONLY!!!) pic

Jan 27 - BLONDE SEXY POLISH GIRL READY & WET FOR YOU!!!** - w4m - 24 - (NORTH SIDE G.F.E) pic

Jan 27 - Ready for the Best ????.....Click here...219-801-8468 - w4m - (merrillville......in/out..24/7) pic

Jan 27 - *-*-*-*-*-* - L A T I N A _ J E W E L S -*-*-* -*-*-~-- - wdm - (DOWNERS GROVE) pic

Jan 27 - ~~**~~**~~THICK & SEXY WITH 40 G'S!~~**~~**~~** - w4m - (INCALL 80/94 TORRENCE-OUTCALL ANYWHERE) pic

Jan 27 - LETS MAKE YOUR FANTASY A REALITY..... Tues/Wed - w4m - 26 - (Chicago) pic

Jan 27 - Erotic Lapdances & Toyshow ** $25 OFF SPECIALS** w/Sexy Blonde Crissy - w4m - 25 - (Naperville (INCALL ONLY!!!)) pic

Jan 27 - TWO FOR TUESDAY @@ CLASSY & SEXY ALL IN ONE! - wdm - 38 - (ELK GROVE) pic

Jan 27 - +++ AFTERNOON EVENING FUNN WITH A SEXY HOT BLONDE +++ - w4m - 23 - (north suburban INCALL) pic

Jan 27 - GR33CE ME NOW FOR 100 FLOWERS TODAYS SPECIAL GR33CE 100 100 100 100 - w4m - 18 - (CICERO!!!!!!!) img

Jan 27 - Sweet Dakota, EEs Ready 2 please, New # - w4m - 26 - (294/55) ing

Jan 27 - *********Busty Voluptuous Latina Massage************* - w4m - 34 - (Willowbrook) pic

Jan 27 - * * * *//\\__SNEEK_AWAY_FROM_THE_DESK__//\\* * * EXOTIC_&_SEXY_TREAT - w4m - 22 - (Schaumburg) pic

Jan 27 - >>>GENTLEMEN, ARE YOU LOOKING FOR CLASSY, SEXY & WILD?> - w4m - 24 - (**MY PLACE**) pic

Jan 27 - ~JUST~WHAT~YOU'VE~BEEN~LOOKING~4~ - w4m - 18 - (SCHAUMBURG) pic

Jan 27 - (((((((((TOPLESS)))))))))**-F-U-:-L-:-L-~**B-:O-D~Y**M~A~S~S~A~G~E~** - w - w4m - 23 - (Northside Incall) img

Jan 27 - _____COME **** Touch ****____ THIS ASIAN___BODY____ - w4m - 21 - (Schaumburg) pic

Jan 27 - HOTT & HOORNEY... NEW TO AREA... - w4m - 27 - (CICERO/BERWYN/CHICAGO/MIDWAY AREA)

Jan 27 - ~~~BLONDE BEAUTY READY TO CATER TO YOUR EVERY NEED...EVERY NEED!!!~~~ - w4m - 22 - (NORTH SIDE) pic

Jan 27 - *.°o. *.{ScXy}•{HoT}•{StUuNiNg}•{BRUNETTE}.•°o. - w4m - 20 - (CHICAGO INCALL/OUTCALL) pic

Jan 27 - WE WILL KEEP YOU WARM WITH OUR SOFT HANDS AND RELAXING MASSAGE!!!! WE - w4m - 22 - (N. Milwaukee) pic

Jan 27 - FIRST TIME TRYING THIS SITE, SOMEBODY TOLD ME GOOD THINGS! - 27 - (WRIGLEY LINCOLN PARK DOWNTOWN LOOP) pic

Jan 27 - The Delicious And Sultry World OF Kelly.... - w4m - 21 - (Ohare (incall & outcall)) pic

Jan 27 - *^*RELAXING*^*AND*^*EXCITING*^* - w4m - 39 - (Lombard (Incall)) pic

Jan 27 - 100-COME AS MANY TIMES U WANT w/XTASY'S NATURAL 42DDS FOR 100 SPECIALS - w4m - (SCHAUMBURG/WOODFIELD MALL AREA) pic img

Jan 27 - -|-*-KnoW-*-WhAt-*-MaKeS-*-The-*-BoYs-*- SaY-*- WoW!-*- - w4m - 30 - (OUTCALL/SOUTHSUBURBS/SOUTHSIDE EAST) pic

Jan 27 - *S_E_X_x_X_Y*_ {{ UpsCaLe GODDESS }}* - w4m - 23 - (Outcalls Only/Joliet/Tinley/Orland/Burbs) pic img

Jan 27 - (-^*♥*-)—°*^_K—N_O—C—K_-°*°—O—U_T—°*°—C—U—T-- { --E—°*"(-*♥*-) - - w4m - 22 - (DOWNTOWN CHICAGO INCALL AND OUTCALL) pic

Jan 27 - Tasty Strawberry Treat! I'll Satisfy Whatever You Need! I or 2?? w4m - (Merrillville Indiana) pic

Jan 27 - *S_E_X_x_X_Y*_ {{ UpsCaLe GODDESS }}* - w4m - 23 - (outcalls/south/west burbs!) pic img

Jan 27 - BEAUTIFUL BAD BOLD BLOND - SPECIALS - w4m - 29 - (Aurora Incall/Outcall) pic

Jan 27 - JOYS HOT AND READY WAITING FOR YOU!! - w4m - 43 - (BOLINGBROOK INCALL) pic

Jan 27 - SUPER SEXY STRAWBERRY BLOND - MONDAY SPECIALS - w4m - 36 - (Nap/Aurora) pic

<< Prev          **Found: 1000 Displaying: 201 - 300**          Next>>
                 [ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 ]

Copyright © 2009 craigslist, inc.          RSS (?)
Back to top of page          add to My Yahoo!

chicago craigslist > erotic services

all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana |, northwest suburbs

| search for: | w4m | in: erotic services | Search | □ only search titles |
| --- | --- | --- | --- | --- |
| Poster's Age: | min | max | | □ has image |

<< Prev          **Found: 1000 Displaying: 301 - 400**          Next>>
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 ]

Jan 27 - *S__E__X__x__X__Y*__{{ UpsCaLe GODDESS }}* - w4m - 23 - (Outcalls Only/Joliet/Tinley/Orland/Burbs) pic img

Jan 27 - (..*♥*~)__°*°__K__N__O__C__K__°*°_.-O__U__T__°*°__.C__U__T__I__E__°*°(..*♥*~) - - w4m - 22 - (DOWNTOWN CHICAGO INCALL AND OUTCALL) pic

Jan 27 - Tasty Strawberry Treat! I'll Satisfy Whatever You Need! 1 or 2??- w4m - (Merrillville Indiana) pic

Jan 27 - *S__E__X__x__X__Y*__{{ UpsCaLe GODDESS }}* - w4m - 23 - (outcalls/south/west burbs!) pic img

Jan 27 - BEAUTIFUL BAD BOLD BLOND - SPECIALS - w4m - 29 - (Aurora Incall/Outcall) pic

Jan 27 - JOYS HOT AND READY WAITING FOR YOU!! - w4m - 43 - (BOLINGBROOK INCALL) pic

Jan 27 - SUPER SEXY STRAWBERRY BLOND - MONDAY SPECIALS - w4m - 36 - (Nap/Aurora) pic

Jan 27 - III GUYS LOOKING FOR SOME FUN - w4m - 21 - (DOWNTOWN CHICAGO ) pic

Jan 27 - ____TEMTATION____SEXY__EXOTIC__&__EROTIC____LUNCH__TIME_FUN____ - w4m - 22 - (Schaumburg) pic

Jan 27 - ****** Super Star*** Blonde Beauty**** - w4m - 41 - (North West Burbs/Schaumburg Area) pic

Jan 27 - This is a place where you can relax and enjoy your time.... - w4m - 21 - (N. Ashland) pic

Jan 27 - YOUR WISH IS MY COMMAND - w4m - 23 - (SHAUMBURG) img

Jan 27 - ...........Stunning glamourous European/Asian girl massage.......... - w4m - 21 - (N. Clark, Free Parking in the Back) pic

Jan 27 - ****UNBELIEVABLE**** - w4m - 30 - (Schaumburg) pic

Jan 27 - JOYS HOT AND READY - w4m - 43 - (Bolingbrook incall) pic

Jan 27 - ***SENSUALLY DEVOTED 100%****COME & SEE MY HOT PIC!!! - w4m - 24 - (CHICAGO G.F.E) pic

Jan 27 - *** (((( DON'T STOP BABY )))) *** ((( PUT IT HERE))) *** - w4m - (Chicago - Ohare) pic

Jan 27 - ____^*^*^ TOPLESS * HOUSEKEEPER * AVAILABLE!!____ ^*^*^ - w4m - 26 - (NW Indiana & South Burbs) pic

Jan 27 - 100[×X×]_-_'-_H I G H L Y_-'-_R E C O M M E N D E D_-'100X×] - w4m - 19 - (Interstate------90) pic

Jan 27 - DOWNTOWN INCALL LOCATION. STATUESQUE BLONDE BOMBSHELL - w4m - 19 - (INCALL, OUTCALL) pic

Jan 27 - VERY GOOD TER REVIEW-ASIAN JAPANESE GIRL -YUKI - w4m - 23 - (willowbrook/bolingbrook) pic

Jan 27 - hot tempting asian girl for you... - w4m - 27 - (Westmont/Downers Grove) pic

Jan 27 - *^*^ST*CK IT ALL THE WAY D*WN MY THR**T*^*^ - w1m - (LISLE/NAPERVILLE) pic

Jan 27 - **1 *U* 1 *C* Y*♥•*![* ebony * ][*♥•* II *O* T *T* 1 *E - w4m - w4m - 20 - (JOLIET) img

Jan 27 - R3LEASE YOUR WORKDAY STRESS!! DOWNTOWN INCALL -- YouCUM TO ME!! - w4m - 26 - (Downtown Chicago/Mag Mile (g.f.e/p.s.c)) pic

Jan 27 - ♥-- 'TER REVIEWS==♥ [ [ITALIAN DREAM] ]♥[ [ GREAT LEGS ] ]w4m - 20 - (SCHAUMBURG) img

Jan 27 - **--**LUNCH SPECIALS**--** - w4m - 21 - (INCALL SCHAUMBURG) pic

Jan 27 - Visiting NWI Today and Tomorrow, ter ID 60464 - w4m - 25 - (nwi-80/65/outcall anywhere) img

Jan 27 - ### Too HOT To Handle! ##// Drop Dead Gorgeous Blonde! ##/ - w4m - 20 - (NW Indiana {Incall & Outcall 24/7}) img

Jan 27 - CLICK HERE***UPSCALE ITALIAN PLAYMATE***SEE ME BARE ALL 4 YOU***w4m - 23 - (CHICAGOLAND AREAS) pic

Jan 27 - [][]L.HOT AND SPICY ARGENTINIAN BLOND[][]E - w4m - 23 - (□ SCHAUMBURG□) img

Jan 27 - INSTEAD of Quiznos, Have a nice independent erotic massage for lunch! - w4m - 21 - (UK VILLAGE INCALL/OUTCALL) pic

Jan 27 - HI***GENTS!!!! - w4m - 22 - (chicago) pic

Jan 27 - RELAX ING MASSAGE THAT IS SENSUAL & THERAPEUTIC - w4m - 41 - (West Burbs) pic

Jan 27 - CLICK HERE*****NEW & HOT*** CHOCALATE HOTTIE***PORSHA**IM AVAIL. - w4m - 22 - ( CHICAGOLAND AREAS ) pic

Jan 27 - 100% AUTHENTIC LATINA...SMOKING HOT BODY...... YOUR SEX KITTEN AWAITS - w4m - (IN/OUT NORTHWEST SIDE CHICAGO) img

Jan 27 - 4****STARS~EVERYTIME****w/****PERSIA--FYNE:) - w4m - pic img

Jan 27 - LUNCH***TIME******SPECIALS - w4m - 21 - (chicago) pic

Jan 27 - CUTE PRETTY ASIAN KOREAN GIRL-HANA - w4m - 24 - (Elston ) pic

Jan 27 - [BEAUTIFUL GERMAN AND SPANISH MIX]] - w4m - 23 - (□SCHAUMBURG□) img

Jan 27 - Doctor's Orders.......RS2K Friendly - w4m - (NW Suburb) pic

Jan 27 - ~~~**~~~**asian girl massage~~**~~~ 6303443062 - w4m - (Rt-53 lisle) pic

Jan 27 - KARINA ANDERSON !!!MAKE A WISH - w4m - 22 - ((northwest burb's)) pic

Jan 27 - VISITING FROM COSTA RICA.....B-B-B-J - w4m - 25 - (O'Hare) img

Jan 27 - THE BEST SPECIAL OF THE DAY !!!!!!!! - w4m - 22 - (OUT CALL ONLY , AIRPORT , DOWNTOWN) pic

Jan 27 - THE MOST DELICIOUS UNRUSHED SESSIONS! Beauty, Brains, & a Killer Body - w4m - 22 - (West Suburbs) img

Jan 27 - ^^^^^^^^^^^^SeXXy Italain Mami Busty Blonde Babe^^^^^^^^^^^^^^^- w4m - 22 - (east lake-view) pic

Jan 27 - ((((((((((((New Girl Chicago)))))))))))))) Sexxxyyyy Brunette - w4m - 19 - (Schaumburg-In/Out) pic

Jan 27 - this korean beauty would like to party with you - w4m - (o'hare) pic

Jan 27 - •?•°o°•({C}{A}{U}{T}{I}{O}{N}___{{GORGEOUS PLAYMATE}}•?•{ BRITTNEY!! - w4m - 21 - (SOUTHSHORE) pic

Jan 27 - ----Magic of East Masseuses Wait for You----- w4m - (Out Call/Chicago) img

Jan 27 - *Dont miss this blonde beauty!(hot&sexy) - w4m - 22 - (joliet/incall) pic

Jan 27 - ** * ** ** ** ** Too HOT To HANDLE! Sexy BLONDE!! ** ** ** ** * ** * - w4m - 24 - (nw burbs) pic img

Jan 27 - *********THAI PALACE IS WHERE ASIAN HOBBYIST LIKES TO VISIT********* - w4m - (CHICAGO) pic

Jan 27 - Very Hot Naughty Girl - w4m - 24 - (Oak Brook) pic

Jan 27 - I don't usually give in to temptation........... - w4m - 32 - (16 min North of Ohare) pic

Jan 27 - SANDRA------IS-------READY------TO----MASSAGE-----YOU - w4m - (IN-----OUTCALL-----NAPERVILLE) img

Jan 27 - Hot Sexy Puerto Rican girl - w4m - 23 - (Lombard Area) pic

Jan 27 - ~^-^~^YOU CAN'T RESIST THE EXTREME SENSATION I'LL GIVE YOU!!~^-^-^ - w4m - 30 - (NORTH SIDE ) pic

Jan 27 - TAKE A BREAK FROM WORK TODAY... - w4m - (SW BURBS/ JOLIET AND SURR AREA) pic

Jan 27 - Start your morning off right with this blonde beauty - w4m - 21 - (outcalls only ) pic

Jan 27 - curvy cute brunette wants to give you an__e r o t i c_massage - w4m - (quiet incall near Wrigley Field) pic

Jan 27 - )))))))) great massage by pretty Asian/European girls(((((( - w4m - 22 - (N. Clark, Free Private Parking) pic

Jan 27 - ^ * ^ * ^ * ^ * TaStY yOunG bLoNdE bOmBsHeLL KaNdY ^*^*^*^*^*^*^*^*^ - w4m - 19 - (roselle) pic

Jan 27 - ~*-~* I ONLY HAVE NOTHING BUT THE BEST TO OFFER!**NO REGRETS!! - w4m - 24 - (north chicago g.f.e.) pic

Jan 27 - Compeletly total relaxation by beautiful Asian females - w4m - 23 - (Milwaukee/Irving park) pic

Jan 27 - *_____* Warm UP with THiS SiZZLiN FAST iNDiAN*_____* - w4m - 21 - (Skokie) img

Jan 27 - come here! get good time.asian girl massage - w4m - (Rt-83~-75th st) pic

Jan 27 - 100 A_T_*(•♥•)*__Y__O_U__R_*(•♥•)*_S__E__R__V__I__C__E 100 - - w4m - 20 - (Northwest burbs ) pic

Jan 27 - •☆(=--==)- THE GREATEST H/EA/D/A/C/H/E RELIEF****** •‡«----::»- w4m - 21 - (SKOKIE (INCALL-OUTCALL)) pic

Jan 27 - Like what you see?Then get over here and see it in person. - w4m - 30 - (in calls only) pic

Jan 27 - TAKE IT OUT..GET IT UP AND CALL ME..I'LL GET YOU OFF OVER THE PHONE - w4m - 26 - (THE BEST FOR LESS) pic

Jan 27 - HOT////SEXY////ALEXUS////WAITING///FOR//YOUR//CALL//// - w4m - 22 - (downer gove) pic img

Jan 27 - HEY FELLAS COME AND GET IT WHILE IM HERE!!! - w4m - 26 - (CHICAGO) pic

Jan 27 - Erotic Lapdance Show **SPECIALS** w/Sexy Blonde Crissy - w4m - 25 - (Naperville (INCALL ONLY!!!)) pic

Jan 27 - •.♥.•..•THICK & SEXY BOOTY EBONY •..•.♥.• - w4m - 25 - (Ohare In/Out) img

Jan 27 - D R O P _____ ++++your++H._____ L O A D - w4m - 23 - (OAK PARK(Incall)) pic img

Jan 27 - MY LOOKS WILL SEDUCE YOU AND MY MASSAGE WILL PLEASE YOU - w4m - 22 - (CHICAGO) pic

Jan 27 - ~*JUICY* *L I P S*~*SLENDER* *HIPS*~*PERFECT* ~PLAYMATE*~* - w4m - 23 - (355 & Butterfield In/Out) img

Jan 27 - SEXY,,,SUMMER,,,,HOT,,,PETITE,,,,,SEXY BLONDE,,,,,, - w4m - 24 - (DOWNER GOVE) pic img

Jan 27 - L!°o*•EROT!C°o[]°o*•Blonde°o[]°o*•FANTAS!ES!!° - w4m - 20 - (incalls in Oakbrook in Remy) img

Jan 27 - * * Beautiful New Exxotic BOMBSHELL in town! Must See* __*__*_ - w4m - 19 - (Oakbrook Terrace/incalls & outcalls) img

Jan 27 - ~•♥•~RiGHT*ouT*oF*YoUr*WiLDeST*aND*WeTTeST*DReaMS~•♥• - w4m - 20 - (CHICAGO AREA) pic

Jan 27 - >>Busty Blonde Pregant Beauty~ Massage~Specials~ All Day~!!!~ - w4m - 28 - (Barrington Rd & I-90) pic

Jan 27 - * S m o k i n * H o t t * E B O N Y* (( NEW IN TOWN)) - - w4m - 18 - (Oakbrook/Lombard/out/in) img

Jan 27 - sweet giving female for nice gentleman who wants to relax - w4m - (nw suburbs) img

Jan 27 - Sexy Shayn - w4m - (Schaumburg/Woodfield Area) pic

Jan 27 - *~*~*sexy sexy sexy*~*~*~* - w4m - (schaumburg) pic

Jan 27 - hott 40DD blonde! ! ! ! ! ! ! ! ! ! ! - w4m - 24 - (indiana, michigan city) pic

Jan 27 - ____ UNBELIEVEABLY PLEASANT, SO GOOOD, EBONY DIVA___ R U READY? - w4m - 24 - (INCALLS AND OUTCALLS) pic

Jan 27 - jUggs (36DD's)~ `&===== JuGGs (36DD's) Of KINKY fuNN ===ClicK HeRe !! - w4m - (Chicago & Suburbs ) pic img

Jan 27 - Ginger Styles,.......T...E...R..REVIEWED...., - w4m - 23 - pic

Jan 27 - _____ ^*^* TOPLESS ** HOUSEKEEPER ** AVAILABLE!! ^*^*_____ - w4m - 26 - (City & South) pic

Jan 27 - S*T*I*P*C*K*Y*_____ f*U*I*C*E*S - w4m - 23 - (OAK PARK(Incall)) pic img

Jan 27 - RARE OPPORTUNITY Julia massage therapist THURS & FRI ONLY_ New photos - w4m - 31 - (N. Chi-land hotel Thurs & Friday only!!!) pic img

Jan 27 - GET A TASTE OF SOME SOUTHERN COMFORT......... - w4m - 21 - (SCHAUMBURG) pic

Jan 27 - NYC model in town for two weeks - w4m - 28 - (Chicago) pic

Jan 27 - *************** __ J E W E L S ____ *************** - w4m - (DOWNERS GROVE) pic

Jan 27 - ~N A U G H T Y & E X O T I C~ FRIENDLY & UNRUSHED~NW Suburbs - w4m - 25 - (NW Suburbs) (I-90) pic img

Jan 27 - YOUR TIME IS NEVER WASTED 602-722-0688 - w4m - (CHICAGO and DOWNTOWN) img

<< **Prev**          **Found: 1000 Displaying: 301 - 400**          **Next>>**
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 ]

Copyright © 2009 craigslist, inc.
Back to top of page

RSS (?)
add to My Yahoo!

chicago craigslist > erotic services

all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs

| search for: | w4m | | in: erotic services | Search ☐ only search titles |
|---|---|---|---|---|
| Poster's Age: | min | max | | ☐ has image |

<< Prev    **Found: 1000 Displaying: 401 - 500**    Next>>
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Jan 27 - S*T*I*C*K*Y*_____ J*U*I*C*E*S - w4m - 23 - (OAK PARK(Incall)) pic img

Jan 27 - RARE OPPORTUNITY Julia massage therapist THURS & FRI ONLY_ New photos - w4m - 31 - (N. Chi-land hotel Thurs & Friday only!!!) pic img

Jan 27 - GET A TASTE OF SOME SOUTHERN COMFORT........ - w4m - 21 - (SCHAUMBURG) pic

Jan 27 - NYC model in town for two weeks - w4m - 28 - (Chicago) pic

Jan 27 - **************** J E W E L S ____ ************** - w4m - (DOWNERS GROVE) pic

Jan 27 - ~N A U G H T Y & E X O T I C~ FRIENDLY & UNRUSHED--NW Suburbs - w4m - 25 - (NW Suburbs)(I-90) pic img

Jan 27 - YOUR TIME IS NEVER WASTED 602-722-0688 - w4m - (CHICAGO and DOWNTOWN) img

Jan 27 - AMAZING ASIAN ESCAPES................. - w4m - 25 - (NAP/AUR) pic

Jan 27 - Natural Long Blonde Hair, Mouthwatering Curves- I'm sure to SATISFY!!! - w4m - 25 - (NW Suburbs)(I-90) pic img

Jan 27 - V-----]-----P ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (western sub.) pic

Jan 27 - !!!!****TRUE HOTTIE WANTS 2 PLAY****!!!!!!! - w4m - 28 - (West suburbs) pic

Jan 27 - Massage by Alexa - w4m -

Jan 27 - ?(xXx)? •*|[NaUgHTy**BuStY**pLaYmATe]|*•?(xXx - w4m - 39 - (West Burbs) pic

Jan 27 - Tantra Massage w/Visiting Green Eyed Beauty - w4m - (Lincoln Park) pic

Jan 27 - *For Distinguished Upscale Gentlemen*I'll turn your world upside down! - w4m - 25 - (Schaumburg)(I-90) pic img

Jan 27 - Humpday Special 150 45min Rub Dwn! S&F/Incalls Only - w4m - 38 - (Whiting by Horse Shoe Casino.) pic img

Jan 27 - Naperville area and Surrounding Suburbs - w4m - (Outcalls only) pic

Jan 27 - ~*~♥~*~ SUPER SEXY _SUPER TUESDAY SPECIAL~~♥~*~~ - w4m - 24 - (WEST♥AURORA) pic img

Jan 27 - ------ INDULGE IN SATISFACTION ------ - w4m - 28 - (Chicago) pic img

Jan 27 - xXx tREMELY BaD *** HoW BaD Do U WaNt it BaBY (xXx) ? - w4m - (Chicago/Northside/Downtown & Burbs) pic

Jan 27 - *********Customer Aprreciation Day*******100 Morning Specials********* - w4m - 21 - (Incalls Schaumburg(Outcalls City Wide)) pic

Jan 27 - 100-COME AS MANY TIMES U LIKE w/XTASY's ALL NATURAL 42dds FOR 100 - (SCHAUMBURG/WOODFIELD MALL AREA) pic img

Jan 27 - JILL ***Are You Ready To Serve ME?***(773)272-2785 - w4m - 30 - (boilingbrook) pic

Jan 27 - **((D)(A)(N)(U)(A)(R)(Y))**(P)(L)(A)(Y)(M)(A)(T)(E)**(B)(U)(N)(N)(Y)** - 22 - (NEAR SOUTH) pic img

Jan 27 - loving blend of therapeutic, sensuous, tantric massage - w4m - pic

Jan 27 - *****^^^^^^SUPER THICK*******SUPER SEXY*********SUPER FREAK - w4m - 21 - (CHICAGO/ DOWNTOWN) img

Jan 27 - °•P•°  •L•  °•A•°  °•Y•° ═══  ═══  ═══°•T•°  °•I•°  °•M•°  °•E•°!! - w4m - 22 - (INCALLS DOWNTOWN,OUTCALLS,) img

Jan 27 - AUDREINA IS IN TOWN BOYS!!! - w4m - 21 - (ROMEOVILLE AREA/ INCALL AND OUTCALL) pic

Jan 27 - THAILAND'S HOTTEST PLAYMATE *** EXOTIC ALL NATURAL BEAUTY - w4m - 24 - (ALL OF CHICAGO ( OUT-CALLS ONLY )) pic

Jan 27 - I'M STILL UP WAITING FOR YOU!! - w4m - 18 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - (((((((((((((HoTt ChOcOlAtE 100 mOrNiNg GooDnEsS))))))))))))))) - w4m - 19 - (schaumbrug-incall) img

Jan 27 - GUY'S ARE ONLY AFTER ONE THING,THAT'S OK WITH ME!! - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - _____Pretty Pregnant Mornings_____ - w4m - 21 - (schaumburg-incall) pic img

Jan 27 - @@ SEXY'S BLONDS FOR FUN @@ - w4m - 20 - (DOWNTOWN AND NRTHSIDE) pic

Jan 27 - Soooo Ready For Funnnn - w4m - 20 - (Downtown/Outcalls) pic

Jan 27 - Ginger Styles........T...E...R...REVIEWED.....OUTCALL'S - w4m - 23 - pic

Jan 27 - Naughty Ebony Bombshell - w4m - 21 - (Downtown/Chicago) pic

Jan 27 - @@@@ Pretty Hott and Tempting Blonde @@@@@ - w4m - 21 - (Downtown/OutcallsOnly) pic

Jan 27 - Long Silky Hair - w4m - 20 - (Downtown Outcalls) pic

Jan 27 - MZ.SEXYLACE HAS A 100SPECIAL. ALL INCLUSIVE COME....,COME....,COME - w4m - (WOODFIELD/SCHAUMBURG AREA) pic

Jan 27 - •°I GOT °•°•THAT °•°• GOOOD-GOOOD°•°• - w4m - 21 - (Northshore Area Incalls) pic

Jan 27 -
E__V__E__R__Y____M__A__N__'S____F__A__N__T__A__S__Y - w4m - 21 - (Northshore Area Incalls) pic

Jan 27 - Not only do I aim to please I get straight to the point! - w4m - 19 - (ANYWHERE) pic

Jan 27 - {TaKE}•:*""'*:•A•:*""*:•{BrEaK}•:*""*:•&•:*""*:•{CoMe}•:*""*:•{pLaY} - w4m - 18 - (Skokie Incalls Only Skokie Blvd+Golf Rd) pic

Jan 27 - (((((((((((New Girl Chicago))))))))))))) Sexxxyyyy Brunette - w4m - 19 - (Schaumburg-In/Out) pic

Jan 27 - ♥•SKiLLs You ReQuiRe*[;]* WiTh BeauTy You DeSiRe•♥ - - w4m - 18 - (Skokie Incalls Only Skokie Blvd+Golf Rd) pic

Jan 27 - JOY'S BACK GUYS!!! - w4m - 43 - (ROMEOVILLE AREA,INCALL ONLY) pic

Jan 27 - UP ALL NIGHT - w4m - 21 - (GOLD COAST) pic

Jan 27 - Ginger Styles......T....E...R..REVIEWED.....OUTCALL'S - w4m - 23 - (NORTHWEST BURB'S) pic

Jan 27 -
COME SPEND A PLEASURE FILLED EVENING WITH A SOUTHERN ITALIAN PRINCESS - w4m - 20 - (INCALL(DOWNTOWN UPSCALE HOTEL) img

Jan 27 -
DO YOU WANT TO SPEND SOME TIME WITH A DOWN SOUTH BEAUTY!!!....NEW PICS - w4m - 18 - (INCALL(DOWNTOWN UPSCALE HOTEL)) img

Jan 27 - Let me show you the magic - w4m - 23 - (chicago) pic

Jan 26 - •!• SUPER THICK •!•SUPER FREAKY •!•SUPER NASTY•!•LET ME SHOW U•!• - w4m - 24 - (CHICAGO) pic

Jan 26 - WE====CAN====DO=====WHATEVER==--=YOU====LIKE=!=! - w4m - 26 - (G.F.E CHICAGO) pic

Jan 26 - exotic goddess.... - w4m - 19 - (ON YOU) pic

Jan 26 - I HAD MY TEETH REMOVED... IMAGINE THE FUN... - w4m - 27 - (31st/CICERO IN/OUT MIDWAY/BERWYN AREA)

Jan 26 - ***EXTREMELY HOT & SEXY!! COME & SEE!!! REAL PICS!!! - w4m - 22 - (NORTH SIDE) pic

Jan 26 - Hot Damn! I Feel Frisky! 42DD-34-40 Incall Special! Traci of Chicago! - w4m - 39 - (Immediate O'Hare area) pic

Jan 26 - my ability to deliver 100% ............. - w4m - 19 - (WHERE EVER) pic

Jan 26 - 70 special 70 special 70 special 70 special 70 special - w4m - 28 -

Jan 26 - ( `•.o°•?o°•DELICIOUSLY SWEET & FREAKY•°o?•°o..•'`" - w4m - 24 - (chicago-IN/OUTCALLS) pic

Jan 26 - ♥===TER REVIEWS==-♥ [ ITALIAN DREAM] ]♥[ [ GREAT LEGS ] ]w4m - 20 - ({{SCHAUMBURG}}) img

Jan 26 - College Cutie_____Gone WiLD!! - w4m - 21 - (OUT) pic

Jan 26 - UP LATE COME HAVE A GOOD TIME 773-675-5982 - w4m - 21 - (SOUTHEAST) pic

Jan 26 - UP LATE COME HAVE A GOOD TIME 773-552-3849 - w4m - 21 - (INCALLS-OUTCALLS) pic

Jan 26 - ....Bend Me In Whichever Way... - w4m - 24 - (OutCalls Only) img

Jan 26 - When It's Time For a Real Woman!!! ter reviewed - w4m - 25 - (outcall 2 you/incall merrillville) img

Jan 26 - Scam - Mya 630 818-0143 - pic

Jan 26 -
DO YOU WANT TO SPEND SOME TIME WITH A DOWN SOUTH BEAUTY!!!....NEW PICS - w4m - 18 -
(INCALL/OUTCALL DOWNTOWN) img

Jan 26 - ~*~100**((*(nCaLL sPeCiAlS*))**100~*~ - w4m - 21 - (INCALL ONLY SCHAUMBURG) pic

Jan 26 -
COME SPEND A PLEASURE FILLED EVENING WITH A SOUTHERN ITALIAN PRINCESS - w4m - 20 -
(INCALL/OUTCALL DOWNTOWN) img

Jan 26 - CALL ME NO SOONER THAN MIDNIGHT FOR APPOINTMENT------------------------ - w4m -
(incall-----schaumburg) pic

Jan 26 - THICK AND JUICY SEXY LATINA BBW - w4m - 21 - (CHICAGO-DOWNTOWN) img

Jan 26 - [[[[->i CAN GiVE yOU EVERytHiNG yOU NEEd<- ]]]] - w4m - 20 - (incalls and outcalls in my area) img

Jan 26 - HAVE YOU BEEN WAITING FOR ME??{HERE I AM} - w4m - 18 - (DOWNTOWN OUTCALLS
ONLY) pic

Jan 26 - _____ HAS ANYONE SEEN MY PANTIES _____ - w4m - 22 -
(Schaumburg) pic

Jan 26 - Ready And Willing For Some Hot Action....Call Me... - w4m - 22 - (outcalls...city...chicago....downtown...)
pic

Jan 26 - _____ NAughty Sex Kitten* _____ in the Area**((VISITING)) - w4m - 19 - (incalls
in Oakbrook Terrace/outcalls 2) img

Jan 26 - ***LIFE IS FULL OF DECISIONS..MAKE AN EASY ONE..CALL ME** - w4m - 23 -
(CHICAGO:DOWNTOWN:THE LOOP) pic

Jan 26 - Monday Night Sweetness........ - w4m - 21 - (Incall/Outcall) img

Jan 26 - -------SEXY, THICK AND BUSTY!------------- - w4m - (OUCALL ANYWHERE) pic

Jan 26 - -:|:XXX•-:|:-•RATED•-:|:-•KNOCKOUT•-:|:-•HoT & NauGHTy•-:|:-•. - w4m - 20 - (COMING SOON!!!)
pic

Jan 26 - sensual and erotic massage with Isis - w4m - 31 - (burbs/oakbrook area)

Jan 26 - NOT TO LATE TO SCHEDULE A MASSAGE FROM FRIENDLY HOTTIE - w4m -
(CHICAGO/OHARE/GOLDCOAST AREA OUTCALL) pic

Jan 26 - Sexy Hot Naughty Girl - w4m - 24 - (Oak Brook Area) pic

Jan 26 - ------------------Dark-N-Lovely------------------ - w4m - (CHICAGO) img

Jan 26 - OUTCALLS- i LOVE 2 PLEASE - w4m - 20 - (cHICAGO) pic

Jan 26 - iT's****JuSt****Me****AnD****yOu***** - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 26 - P_ A_ N_ T_ I_ E_ S_ ~_ O_ F_ E_ G_ U_ Y_ S 602-722-0688 - w4m - (CHICAGO and
DOWNTOWN) img

Jan 26 - *-:|:-PRETTY -:|:-FREAKY -:|:- THICK -:|:- EBONY* OUTCALLS! - w4m - 21 - (skokie(incall-outcall)) pic

Jan 26 - S===U===P===-E===R-=-=W-==E=---T==-&==-R==E=--A==-O===Y-=-!!!! - w4m - 19 - (NORTH SIDE) pic

Jan 26 - My pictures are 100% me. What you see is what you will get. - w4m - 25 - (Schaumburg)(I-90) pic img

Jan 26 - Massage (out only) - w4m - 24 - (NW/W Burbs) pic

Jan 26 - *\*\*\*\*\*\*\*\*\*\*\Challenge/*/*/*/*/*/*/*/*/*/*/* - w4m - 28 - (N. Chicago Evanston Rogers Park Incalls) img

Jan 26 -
~*~*~ALWAYS READY 2 PLEASE MY MAN!!! I'M EAGER TO MEET YOU!~*~*~* - w4m - 26 - (CHICAGO) pic

Jan 26 - ((MY BODY IS YOURS FOR THE TAKING ALL NIGHT LONG)) - w4m - 28 - (Chicago) pic img

Jan 26 - ~~~SWEET & SEXY!!!~REAL PICS~~~ - w4m - 23 - (NORTH SIDE) pic

Jan 26 - LAVISH COLLEGE SWEETHEART_____ ___CHARMING - w4m - 20 - (DOWNTOWN--GOLD COAST OUTCALL) pic

Jan 26 - STAY IN TONIGHT, LET MY SOOTHING TOUCH HEAL YOUR BODY AND MIND - w4m - (GOLDCOAST/LP/LAKEVIEW/DOWNTOWN) pic

Jan 26 - CLASS & ELEGANCE ALL IN ONE____ ___THE HOTTESS BOMBSHELL - w4m - 22 - (downtown-northside outcall) pic

| << Prev | Found: 1000 Displaying: 401 - 500 [ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ] | Next>> |

Copyright © 2009 craigslist, inc.
Back to top of page

RSS (?)
add to My Yahoo!

[ help ] [ post ]

chicago craigslist > erotic services

all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs

search for: w4m          in: erotic services          [ Search ]   ☐ only search titles

Poster's Age: min          max          [ ] has image

<< Prev          **Found: 1000 Displaying: 501 - 600**
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]          Next>>

Jan 26 - {{YoU}}{{WoNt}}{{WaNt}}{{AnY[HiNg}}{{ELsE!}}**{{ExPeRieNeCe}}{{Me!!}} - w4m - 18 - (SKOKIE INCALLS ONLY SKOKIE BLVD+GOLF RD) pic

Jan 26 - []•S•*•*•=•U•∘•*•*•P•=•*. •E•=•*•=•R•=•*•=•H•=•*•=•O•=•*•=•T•=•*•=•!!!![•[ ]= - w4m - 20 - (CHICAGO) pic

Jan 26 - !2 For 1 Special! - w4m - (outcalls) pic

Jan 26 - I'M A VERY FREAKY GIRL************AMBER************** - w4m - 20 - (847 757 6618) pic

Jan 26 - AFTER-*WORK~*ITS-*TIME*~TO*~PLAY~* - w4m - 18 - pic

Jan 26 - Ever kissed a Egyptian? - w4m - 21 - (outcalls only) pic

Jan 26 - ASIAN ORIENTAL and EUROPEAN massage in your HOTEL ROOM - w4m - (Chicago and Ohare hotels) pic

Jan 26 - ALL AMERICAN VERONICA PROVIDING THAT SENSUA LMASSAGE YOU DESIRE - w4m - (CHICAGO AREA OUTCALL) pic

Jan 26 - As long as there's an attraction, this will not be a business thing. - w4m - 25 - (Chicago) img

Jan 26 - IM LOVING CHICAGO AND YOU WILL BE LOVING ME - w4m - 24 - (HYDE PARK LOOP OUTCALL ONLY) pic

Jan 26 - •?•°o°•({C}{A}{U}{T}{I}{O}{N} __{{GORGEOUS PLAYMATE }}•?•{ VISITING } - w4m - 18 - (incalls and outcalls) pic

Jan 26 - ~*~*~*~*~*~*~*~HOTTIE WITH 40G'S!!~*~*~*~*~*~*~*~*~ - w4m - (OUTCALL ANYWHERE) pic

Jan 26 - SUPER SEXY BLONDE MILF = MONDAY NIGHT IN/OUT SPECIALS - w4m - 36 - (Naperville) pic

Jan 26 - 100 COME AS MANY TIMES YOU WANT FOR 100 SPECIALS - w4m - (SCHAUMBURG) img

Jan 26 - @@YOU SEEN THE REST NOW SEE THE BEST@@@ - w4m - 20 - (DOWNTOWN AND NRTH) pic

Jan 26 - *~*~*((*100 INCALL SPECIAL*))*~*~* - w4m - 21 - (IN CALL ONLY!! SCHAUMBURG/ N. W. SUBURBS) pic

Jan 26 - Massage (Outgoing Only) - w4m - 24 - (NW Burbs (your place)) pic

Jan 26 - ~*~*~CUTE & SEXY!!! READY 2 MAKE YOUR DAY WORTH WHILE!!~*~* - w4m - 20 - (CHICAGO G.F.E) pic

Jan 26 - _____ COME GET SOME!! _____ - w4m - 21 - pic

Jan 26 - ~~:I ALWAYS AIM TO PLEASE!! HOT & SEXY!!~~ - w4m - 20 - (**my place**) pic

Jan 26 - CLICK HERE***UPSCALE ITALIAN PLAYMATE***SEE ME BARE ALL 4 YOU*** - w4m - 23 - (CHICAGOLAND AREAS/ DOWNTOWN/GOLD COAST ) pic

Jan 26 - *~*~*~*~*~*~*~*~SEXXY** SEXXY**SEXXY**CUTIE WITH A BOOTY*~*~*~*~*~*~*~... - w4m - 22 - (East Lakeview) pic

Jan 26 - BeGiN Ur WeEk WiTh A FuN and SeXy RedHEAD - w4m - 24 - (incall schaumburg) pic

Jan 26 - _____ BEAUTIFUL____ ASIAN 2 _ KEEP WARM - w4m - 21 - (schaumburg) pic

Jan 26 - _____•♥•NAUGHTY____•EXOTIC•____ HOTTIE•♥•____ - w4in - (O'Hare) pic

Jan 26 - come to me ,have good time!!asian girl massage - w4m - (75th st--- cass ave) pic

Jan 26 - (((((((((((TOPLESS)))))))))))**~-F--U~-L~-[.~**B~-O--D--Y**M~-A~-S~-S~-A~-G~-E~-** - w - w4m - 23 - (Chicago Northside In Call) img

Jan 26 - new girl for the chinese new year - w4m - 27 - (westmont/downers grove) pic

Jan 26 - my name is pretty and i am here for what ever you want - w4m - (in and out my bed or yours) pic

Jan 26 - HELP...I'M LOCKED OUT, OPEN THE BACK-DOOR!!!!!!!!!!!!!!!!!!!!!!!!!!!!1 - w4m - 21 - (IN AND OUT IN AND OUT) pic

Jan 26 - PLATNIUM BLONDE...GREEN EYES - w4m - (ALL NITE INCALL/OUTCALL) pic

Jan 26 - CALLING ALL SISSY BOYS AND SLAVES - w4m - 21 - (MY BED OR YOUR ROOM) pic

Jan 26 - SULTRY SEXY GIRL NEXT DOOR - w4m - 23 - (AIRPORT AND SURROUNDING AREAS) pic

Jan 26 - _____ PUSSYCAT____WANTS____2 PLAY____FRESH_____ BEAUTY _____ - w4m - 22 - (Schaumburg) pic

Jan 26 - THE HOTTEST ONE YET - w4m - 24 - (MY BED OR YOURS) pic

Jan 26 - Sensual And Sexxy Dakota, All Natural EEs, New # - w4m - 26 - (294/55) img

Jan 26 - REAL PIC-VERY GOOD TER REVIEW-ASIAN JAPANESE GIRL - w4m - 23 - (willowbrook/bolingbrook ) pic

Jan 26 - SUPER STACIE - w4m - 23 - (incall and outcall) pic

Jan 26 - DA BADDEST BITCH~~~~-BRITTNEY~~~~-COME GET U SOME - w4m - 21 - pic

Jan 26 - THAT ME COME SEE FOR YOURSELF - w4m - 22 - (INCALLS-OUTCALLS) pic

Jan 26 - FREAKY AN VERY SEXY LET PLAY 773-675-5982 - w4m - 21 - (SOUTHEAST) pic

Jan 26 - LOOKIN FOR A GOOD TIME CALLS NOW 772-552-3849 - w4m - 21 - (incalls-outcalls) pic

Jan 26 - •:*""*:•HOT•::-SEXY-::-SENSUAL-::-GIRLS•:*""*•- w4m - 23 - (BELMONT / CENTRAL PARK) img

Jan 26 - anything goes - smaller bbw willing to do anything to please - w4m - 20 - (chicago outcalls) img

Jan 26 - :^v⁻× x) SIMPLY AMAZING FUN ASIAN GIRL (×⁻v^: - w4m - 23 - (ADDISON/BROADWAY) img

Jan 26 - xXx•Li•OOPS•I•I've •⁻•Been•□•BAD•□• xXx - w4m - 21 - (You Decide) pic

Jan 26 - Manic Monday? Let Frenchie Offer You A Cure! - w4m - 24 - (OUT CALLS ONLY) pic

Jan 26 - (⁻⁻•STUNNING•⁻⁻)*•o•*(((_E_x_Q_U_i_S_i_T_E_))*•- w4m - 21 - (You Decide) pic

Jan 26 - _____ _____REAL____HOT____REAL____SEXY___FOR YOUR PLEASURE____ - w4m - 22 - (Schaumburg) pic

Jan 26 - ..!!~erotic massage~!!~come look at my new pictures~!!! - w4m - 25 - (matteson-sauk village-dolton-harvey) pic

Jan 26 - ×°x°×—TOO - -[×°x°×-- GOOD- -×°x°×] -—TO-- -[×°x°×-- —BE——×°x°×] —-TRUE—- × - w4m - 18 - (OUTCALLS-INCALLS) pic

Jan 26 - OUTCALL SPECIALS HERE NOW OUTCALLS ONLY - w4m - 22 - (MIDWAY AIRPORT-DOWNTOWN CHICAGO) pic

Jan 26 - ~S~ ~L~ ~I~ ~P~ ~A~N~D~ ~S~ ~L~ ~I~ ~D~ ~E~ - w4m - 18 - (I-94 Skokie Blvd Incalls or Outcalls) pic

Jan 26 - *•XoXo•*'"*• ♥ PURE PLEASURE YOU WONT FORGET ♥*'"*•XoXo•* - w4m - 18 - (I-94 Skokie Blvd Incalls or Outcalls) pic

Jan 26 - Tues , ! Tuesday , Slim....Sweet Mature.......- w4m - 42 - (NWI O .U .T .C .A. L. L) pic

Jan 26 - *%*%* ARE YOU READY TO PLAY *%*%* - w4m - 20 - (DOWNTOWN AREA AND NORTHSIDE) pic

Jan 26 - MONDAY AFTERNOON SPECIAL WITH AN EROTIC SEXXY REDHEAD - w4m - (YOUR PLACE OR MINE) pic

Jan 26 - x°×{*SIT BACK*}×x{*RELAX*}×x{*& ENJOY*}×°×{YOUR TIME*} - w4m - 20 - (COMMING SOON) pic

Jan 26 - 100 M*U*L*T*I*P*L*E-C*U*PS w/MZ, XTASY'S ALL NATURAL 42DDS - w4m - (SCHAUMBURG/WOODFIELD MALL AREA) pic img

Jan 26 - *(*(*(*(Its time treat your self)*)*)*)* This is a place where you can - w4m - 22 - (N. Ashland) pic

Jan 26 - ~~Busty Blonde Pregant Beauty~~ Full Body Erotic Massage~~- w4m - 28 - (Barrington Rd & I-90) pic

Jan 26 - Massage by beatiful Asian girls Seeking a comfortable sensual time - w4m - 22 - (Milwaukee/Irving Park) pic

Jan 26 - V-----I-----P **•***S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (o'hare) pic

Jan 26 - »-(¯v¯)¯(¯h_E__(¯v¯)-»P_e_R_F_E_c_T_»-(¯v¯)p_L_a_Y_m_a_T_e-w4m - w4m - 20 - (JOLIET) img

Jan 26 - •••••••► GENTLEMEN'S #1 CHOICE ⚘ SEXY*DREAM*GIRL ⚘ - w4m - - - 20 - (schaumburg) img

Jan 26 - Sophia ******* Ultimate ***** Erotic touch ***** Cure Monday Blues - w4m - 19 - (S/W sub) pic

Jan 26 - Erotic Massage & More - w4m - 43 - (south suburbs)

Jan 26 - ~~~HOT, WET & WILDLY SEXY!! COME GET THE TIME OF YOUR LIFE!!~~~ - w4m - 20 - ( CHICAGO ) pic

Jan 26 - □•B•=*=•Q•=*=•M•=*=•B•=*=•S•=*= •U•=*=•E•=*=•L•=*=•L•□ - w4m - (SCHAUMBURG) img

Jan 26 - IVE BEEN A BAD GIRL WILL YOU PUNISH ME - w4m - 25 - (CHICAGO ) pic

Jan 26 - ?•B E A U T I F U L •? xxx ?• P L A Y M A T E •? - w4m - 25 - (Chicago) pic img

Jan 26 - CLASSY DOLL FACE COLLEGE SWEETHEART - w4m - 20 - (CITY OUTCALL) pic

Jan 26 - XOXO S W E E T A N D S E X Y - w4m - 22 - (CITY OUTCALL) pic

Jan 26 - DOLL FACE COLLEGE CUTIE- A SPARKLING BEAUTY - w4m - 20 - (city outcall) pic

Jan 26 - G O R G E O U S C L A S S Y P L A Y M A T E - w4m - 22 - (city outcall) pic

Jan 26 - SAVORY COLLEGE BEAUTY EXOTIC SWEETIE - w4m - 20 - (city outcall) pic

Jan 26 - SUMMER IS HERE FOR YOU WARM UP WITH ME - w4m - 23 - (chicago NORTH) pic

Jan 26 - %%%%%%%%%SO DELICIOUS WANNA TASTE%%%%%%%% - w4m - 22 - (your place or mine) pic

Jan 26 - Name Your Pleasure!!! - w4m - (Dirty Girls do it best!) img

Jan 26 - Erotic Lapdances & Toyshow **SPECIALS** w/Sexy Blonde Model Crissy - w4m - 25 - (Naperville (INCALL ONLY!!)) pic

Jan 26 - loving blend of therapeutic, sensuous, tantric massage - w4m - pic

Jan 26 - ........TAKE A QUICK PEEK AT THIS...... SEXY PETITE FREAK IN PINK---------- w4m - 22 - (SOUTH HOLLAND/ HARVEY/ SUBURBAN AREAS) pic

Jan 26 - HOW MANY L*CKS DOES IT TAKE TO GET TO THE CENTER - w4m - 22 - (your place or mine) pic

Jan 26 - very Hot Puerto Rican Girl - w4m - 24 - (Lumbard Area) pic

Jan 26 - MoNdAy MaDnEsS - w4m - 24 - (INCALL SCHAUMBURG) pic

Jan 26 - !** Lovely Blonde babe, Lisa **! - w4m - 21 - (incall/outcall) pic

Jan 26 - ..........Stunning glamourous European/Asia girl massage............ - w4m - 21 - (Clark/Fullerton, Private Parking Available) pic

Jan 26 - =! !·!=!=! NEW *THICK BUBBLE* BOOTY DIVA! !=!=!·! - w4m - 25 - (Ohare In / Out ) img

Jan 26 - V-----!-----P.*******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (o'hare) pic

Jan 26 - TRANSLATED OR NOT.....U DECIDE..... - w4m - 27 - (KIMBALL & IRVING PK INCALL ONLY )

Jan 26 - *~*~*sexy sexy sexy*~*~*~..* - w4m - 18 - (schaumburg) pic

Jan 26 - FRESH IN FROM THE NORTH WEST NEW TO CHICAGO - w4m - 24 - (h.p. loop) pic

Jan 26 - ****Erotic is My Middle Name**** - w4m - 28 - (Schaumburg area incall) pic

Jan 26 - ^*^*^*^ ..........TOPLESS * HOUSEKEEPER * AVAILABLE!!* ..........^*^*^ - w4m - 26 - (City and South) pic

Jan 26 - sexxYexotic!!!**** - w4m - (north suburbs) pic

Jan 26 - ....................... ....I LOVE IT LIKE YOU DO!........................................ - w4m - (incall outcall) pic img

Jan 26 - ••• ===♥== =•Gorgeous Girl from HAWAII•= ===♥ ==••• - w4m - 25 - (SCHAUMBURG - incall & outcall SPECIALS) pic img

Jan 26 - XXX**The Most Beautiful Nympho In The World**XXX - w4m - (Schaumburg incalls & Outcalls 24/7) img

Jan 26 - EMERGENCY:LATINA NYMPO IN NEED OF FUN!! - w4m - 22 - (Oakbrook) pic

Jan 26 - .............................................HEY FELLAS NIKKI IS BACK IN TOWN!......- w4m - (IN OR OUT) pic img

| << Prev | Found: 1000 Displaying: 501 - 600 [ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ] | Next>> |

Copyright © 2009 craigslist, inc.
Back to top of page

RSS (?)
add to My Yahoo!

classifieds - craigslist

chicago craigslist > erotic services

all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs

| search for: | w4m | in: erotic services | | Search | ☐ only search titles |
| Poster's Age: min | max | | | ☐ has image |

<< Prev

**Found: 1000 Displaying: 601 - 700**
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Next>>

Jan 26 - SPICY,EXOTIC COME AND GET IT!!!! - w4m - 38 - (NORTHWEST SUBURBS) pic

Jan 26 - PRETTY IS VERY PRETTY - w4m - 21 - pic

Jan 26 - ^*^*^*EXPERIENCE^*^TO^*^REMEMBER*^*^*^ - w4m - 39 - (Lombard (Incall)) pic

Jan 26 - $__E__X__|__N__T__H__E__C__|__T__¥ - w4m - (Schaumburg Incalls/Outcalls Everywhere) img

Jan 26 - CINNAMON IS A FIRE-CRACKER - w4m - 23 - (AIRPORT AREA AND SURROUNDING) pic

Jan 26 - Young, Sexy & Slender Ebony Hottie Available All Day - w4m - (Merrillville IN) pic

Jan 26 - A-little sweet & sexy all for you!(blonde cuttie) - w4m - 22 - (joliet/incall) pic

Jan 26 - Memorable Monday Meetings...Sensual, Erotic & Pleasurable - w4m - (Merrillville Indiana) pic

Jan 26 - can u teach me how to d.e.e.p.t.h.r.o.a.t - w4m - 23 - (incall and out -call all over) pic

Jan 26 - *S__E__X__x__X__Y* __{{ UpsCaLe GODDESS }}* - w4m - 23 - (Joliet/Tinley/Naper/Mokena/Orland/Outcal) pic

Jan 26 - !!! the BEST YoU'vE NEVER HAD! ! ! ! 1 * * * * * * * * * * * * * * * * - w4m - 19 - (roselle) pic

Jan 26 -
CLICK HERE***SUPER SEXY PLAYMATE***GABBIE SHOWS BUNNY-TAIL***CALL NOW* - w4m - 23 - ( CHICAGOLAND AREAS/ DOWNTOWN/ MAG..MILE) pic

Jan 26 - I THINK ITS TIME THAT U TOOK A LOOK - w4m - 21 - (INCALL AND OUTCALL) pic

Jan 26 - ....................................PERFECTION - w4m - 20 - (SCHAUMBURG AREA) pic

Jan 26 - We are beautiful, and very polite Latin ladies.... Make you feel relax - w4m - 21 - (Sacramento/Lawrence) pic

Jan 26 - lunch time goodies all for you 100th 150 m.u.l.t.i... action incall - w4m - 21 - (nw burbs in/out) pic

Jan 26 - IM SWEET & SEXY WRAPPED UP IN ONE UNBELIEVABLE PACKAGE! - w4m - 20 - (NW Indiana *Incall/Outcall 24/7*) img

Jan 26 - GR33CE GR33CE 1OO FLOWERS LIMITED TIME ONLY!!!!!!!1OO 1OO 1OO 1OO - w4m - 18 - (FULLERTON & LARAMIE CONDO) img

Jan 26 - +++ EVERYTHING YOUR LOOKING FOR IN A HOT SEXY BLONDE ++-i - w4m - 23 - (skokie incalls) pic

Jan 26 - 75 D*E*E*P T*H*R*O*A*T SPECIAL w/MZ. MILKYWAY..50 SPECIALS (schaumbur - w4m - (SCHAUMBURG/WOODFIELD) pic

Jan 26 - BARBIE DOLL NEEDS KEN - w4m - (YOUR BED OR MINE) pic

Jan 26 - .....................................................PERFECTION - w4m - 20 - (SCHAUMBURG AREA) pic

Jan 26 -
(TIGHT) YOUNG (XXX) BEDROOM (ANYTHING GOES) CAN YOU HANDLE A (WILD 19y - w4m - 19 -
(Chicago Ready For Anything) img

Jan 26 - 100% REAL PHOTOS LOOK HERE - w4m - 20 - (CITY NORTH) pic

Jan 26 - 100SPECIAL MZ.LACE don,t look any more iam here to fulfill ur fantasy - w4m -
(SCHAUMBURG/WOODFIELD) pic

Jan 26 - BIG BIG BIG BOOTY - w4m - 21 - (AIRPORT AREA IN AND OUT) pic

Jan 26 - ............I WANT TO BRING OUT YOUR NAUGHTY SIDE!!...................- w4m - 24 - (nw burbs)
pic img

Jan 26 - PLEASURE SPECIAL! - w4m - 23 - (CHICAGO/NORTHSIDE/DOWNTOWN OUTCALLS) img

Jan 26 - (((***2 Chocolate Bunnies***)))(((***Let Us Make Your Day***))) - w4m - 21 - (south chicagoland) img

Jan 26 - They poke out like fingers,see for yourself. Great massages here. - w4m - 30 - (in calls) pic

Jan 26 - ----**-----**asian girl massage----**----**6303443062 - w4m - (Rt-53 lisle) pic

Jan 26 - GOOD LOOKING THIN ASIAN KOREAN GIRL-HANA - w4m - 24 - (Elston) pic

Jan 26 - Asian-Korean 100% Real Pic - w4m - 27 - (NW) pic

Jan 26 - New Girl for the Chinese New Year - w4m - 27 - (Westmont/Downers Grove) pic

Jan 26 - NEW! FOR THE BUSINESSMEN - All Natural, LOVER EXTRAORDINAIRE VIP Randi - w4m - 30 -
(Chicago) pic

Jan 26 - ▓▓**♥Saniyah Pearl♥**▓▓ - w4m - 23 - (RS2K...Indian Princess) pic

Jan 26 - a Sexy Thick White Girl Ready to Play With You!! - w4m - 25 - (nwi incall/outcall anywhere) img

Jan 26 - Woke up on fire this morning.Wanna hear about the weekend that I had? - w4m - 30 - (in calls) pic

Jan 26 - Experienced Asian Korean MILF - w4m - 33 - (Northwest Burbs) pic

Jan 26 - SEXY MASSEUSE - w4m - 21 - (CHICAGO) pic

Jan 26 - .....................................................PERFECTION - w4m - 20 - (SCHAUMBURG AREA) pic

Jan 26 - ------SEXY VOLUPTIOUS LATINA------- - w4m - 26 - (CHICAGO) pic

Jan 26 - Slender, Redhead & Busty Blonde Pinup Gals! 1 or both - EROTIC MASSAGE - w4m - 21 - (Chicago
INCALL) pic

Jan 26 - NEED RELAX? COME TO SEE ME.ASIAN GIRL MASSAGE - w4m - (Rt83----75th st) pic

Jan 26 - 100 • 1• R=O=Y -A=L □.T=R=E=A=T=M=E=N=T_•□• 100 - w4m - 20 - (Interstate-----------90 ) pic

Jan 26 - come enjoy a good time with this beautiful asian girl - w4m - (o'hare) pic

Jan 26 - ***WITHOUT A DOUBT!!!***GUARANTEED FUN!***REAL PIC!!! - w4m - 25 - (CHICAGO) pic

Jan 26 - *********YOU COULD COUNT ON THAT PALACE FOR QUALITY AND SERVICE********* - w4m -
(CHICAGO) pic

Jan 26 - .........SEXY.........ASIAN........100% Real Pic........WANTING.....YOU - w4m - 21 - (schaumburg) pic

Jan 26 - COME CHECK ME OUT TODAY AM WAITING - w4m - 23 - (NORTH CHICAGO) pic

Jan 26 - ~~~Magic of East Masseuses Wait for You~~~ - w4m - (Out Call/Chicago) img

Jan 26 - HOT AND SPICY ARGENTINIAN BLOND!!!!! - w4m - 23 - (□SCHAUMBURG□) img

Jan 26 - >>>> " KAREN THE QUEEN OF EROTIC MASSAGE " <<<< - w4m - 28 - (IN-CALLS WEST SUBURBS) pic

Jan 26 - bbw available now for Silky Soft Massage 60/100 Special - w4m - 25 - (nw burbs) pic

Jan 26 - BEAUTIFUL BAD BOLD BLONDE - RUNNING SPECIAL - w4m - 30 - (Western Burbs) pie

Jan 26 - __ __ SNEEK __ Away __ Get __ A _ S E X Y __ PEEK ___ IM READY TO PLAY_ __ - w4m - 22 - (Schaumburg) pic

Jan 26 - _____ Hurtin' for a Squirtin' JULIA TO THE RESCUE massage therapist - w4m - 31 - (M/W N.ave at LSD TH/F N. Chi-land ) pic img

Jan 26 - !!BEAUTIFUL GERMAN AND SPANISH MIX!! - w4m - 23 - (L SCHAUMBURG!!) img

Jan 26 - ====...====***Explore Your Fantasies*** ==...=====... - w4m - 28 - (N.Chicago Evanston Rogers Park - Incalls) img

Jan 26 - curvy cute brunette wants to give you an_ e r o t i c_ massage - w4m - (quiet, warm incall near Wrigley Field) pic

Jan 26 - Massage by Alexa - w4m - (Naperville/Incall Only) pic

Jan 26 - Dinner, Drinks, maybe Dessert at my place... - w4m - 28 - (Chicago) pic

Jan 26 - •♥-♥-♥• Young Italian Princess •♥-♥-♥• - w4m - 23 - (♥SCHAUMBURG♥) img

Jan 26 - I can pamper you with a soft touch FULL body massage or I can also go - w4m - 22 - (Milwaukee/Irving Park) pic

Jan 26 - Looking for some grown up fun?....call 219-801-8468.. - w4m - (merrillville,,,,,in/out) pic

Jan 26 - ***Silky Soft and Busty BBW***TER Reviewed*** - w4m - 47 - (Just minutes from O'Hare Airport) pic

Jan 26 - Erotic Lapdance Show **SPECIALS** w/Sexy Blonde Playmate Crissy - w4m - 25 - (Naperville (INCALL ONLY!!)) pic

Jan 26 - @^*@^*Start Your Week Off With THIS@^*@^* - w4m - 30 - (Schaumburg) pic

Jan 26 - *_____*ENTICING EAST iNDiAN*____ ____ ____ (36DD's!) - w4m - 21 - (Skokie Incall-Outcall) pic img

Jan 26 - Sexy, Soft, Irresistible, EEs, New # - w4m - 26 - (294/55) pic

Jan 26 - *****Simply The Best***** - w4m - 30 - (Schaumburg) pic

Jan 26 - New____ Beuty____in Town____dont____miss out___CALL ME NOW___ - w4m - 19 - (INCALLS AND OUTCALLS) pic

Jan 26 - NEW AMAZING YOUNG CUTE ASIAN KOREAN GIRL-SHA SHIA(REAL PIC) - w4m - 20 - (willowbrook/holingbrook ) pic

Jan 26 - Fantastic, Fabulous French Massage and More! - w4m - (35th/Archer area)

Jan 26 - ^*^*^*^ ___ TOPLESS * HOUSEKEEPER * AVAILABLE!! ___ ^*^*^ - w4m - 26 - (South Burbs & NW Indiana) pic

Jan 26 - Sweet,sexy Christy avail, now til 6 pm:Escape your everyday - w4m - 33 - (Glen Ellyn)

Jan 26 - Sexy Shayn - w4m - (Schaumburg/Woodfield Area ) pic

Jan 26 - *** Morning SpeciaL *** kAyLa *** KaYLa *** KayLa & more nude KAYLA ** - w4m - 19 - (NAPERVILLE - OUTCALL) pic

Jan 26 - °•P•°___•L•___°•A•°___°•Y•°___ ___ ___ ___ ___°•T•°___°•|•°___°•M•°___°•E• - w4m - 21 - (TER = 355 & BUTTERFIELD =(DOWNERS GROVE)) img

Jan 26 - *^*^ST*CK IT ALL THE WAY D*WN MY THR**T*^*^ - w4m - (LISLE-NAPERVILLE) pic

Jan 26 - ****The Perfect Solution**** - w4m - 28 - (Schaumburg area-incall) pic

Jan 26 - an hourlong vacation! :) - w4m - (incall-near woodfield mall) pic

Jan 26 - !!!!!!!!!! Independent provider. Not an agency !!!!!!!!!!! - w4m - 25 - (INCALL SPECIALS) pic img

Jan 26 - Sexy Petite Hottie - w4m - 24 - (Oak Brook) pic

Jan 26 - ****Decadent and Delightful!**** - w4m - 28 - (Schaumburg area-incall) pic

Jan 26 - Hot Girl Cold Day - w4m - 24 - (Oak Brook) pic

Jan 26 - .: Monday Morning Massage .: Sexiest Blonde in the Burbs - all nude - - w4m - 19 - (Naperville - outcall) pic

Jan 26 - Get Spoiled By A BBW Cutie - w4m - (Close to Desplaines) pic img

Jan 26 - *****((*BUSTY ASIAN & LATIN IX BABE*))***** - w4m - 21 - (INCALLS ONLY SCHAUMBURG/ N.W. SUBURBSS) pic

Jan 26 - Tell me where it hurts, I will make it feel better. I promise. - w4m - 30 - (in calls only) pic

Jan 26 - SEXY////NEW////HOTTIE////////SEXY NEW HOTTIE////// - w4m - 22 - (downer grove) pic

Jan 26 - Naperville Specials All Day - w4m - (Outcalls Only) pic

Jan 26 - *W_ I_ L_ D_*•*[ *BrUNeTTe BoMBSHel.L* ] * R_*e*_A_*d_*Y_ 2 p_L_a_Y - w4m - 23 - (Downers Grove In/Out) img

Jan 26 - V-----I-----P_ ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (O'Hare) pic

Jan 26 - 'VitalTouch' Sensual Massage with a 'FrenchFlair' - for a Better You! - w4m - 38 - (Glenview) pic

Jan 26 - Monday Sunny Delight Rub Dwns ⊢S&F Incalls Only - w4m - 38 - (Whiting by horse shoe casino) pic img

Jan 26 - YOUNG--SEXY--SWEET--IF--IT'S--NOT--ME~ITS~FREE~ - w4m - 18 - pic

Jan 26 - ****Seeking Mature Male Age 50+ For Relaxing Massage**** - w4m - 28 - (Chicago) pic

Jan 26 - ____UNBELIEVEABLY PLEASANT,SOOO GOOD, EBONY DIVA____R U READY? - w4m - 24 - (INCALLS ON SOUTHSIDE) pic

Jan 26 - !_V_I_P_•_Experience The Very Best_•_V_I_P_.!_- w4m - (South Loop - {Near Roosevelt & State}) img

Copyright © 2009 craigslist, inc.
Back to top of page

RSS (?)
add to My Yahoo!

1/28/2009

[ help ] [ post ]

chicago craigslist > erotic services

all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs |

| search for: | w4m | in: erotic services | Search | ☐ only search titles |

Poster's Age: min ___ max ___                                    ☐ has image

<< Prev                    **Found: 1000 Displaying: 701 - 800**                    Next>>
                           [ 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Jan 26 - Get Spoiled By A BBW Cutie - w4m - (Close to Desplaines) pic img

Jan 26 - *****((*BUSTY ASIAN & LATIN IX BABE*))***** - w4m - 21 - (INCALLS ONLY SCHAUMBURG/ N.W. SUBURBSS) pic

Jan 26 - Tell me where it hurts, I will make it feel better.| promise. - w4m - 30 - (in calls only) pic

Jan 26 - SEXY////NEW////HOTTIE////////SEXY NEW HOTTIE//// - w4m - 22 - (downer grove) pic

Jan 26 - Naperville Specials All Day - w4m - (Outcalls Only) pic

Jan 26 - *W_I_L_D *•*[ *BrUNeTTe BoMBSHeLL* ] *_R_*e*_A_*d_*Y_ 2_p_L_a_Y - w4m - 23 - (Downers Grove In/Out) img

Jan 26 - V-----I-----P ******S [T O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (O'Hare) pic

Jan 26 - 'VitalTouch' Sensual Massage with a 'FrenchFlair' - for a Better You! - w4m - 38 - (Glenview) pic

Jan 26 - Monday Sunny Delight Rub Dwns! S&F Incalls Only - w4m - 38 - (Whiting by horse shoe casino) pic img

Jan 26 - YOUNG~SEXY~SWEET--IF--ITS--NOT--ME~ITS--FREE-- - w4m - 18 - pic

Jan 26 - ****Seeking Mature Male Age 50+ For Relaxing Massage**** - w4m - 28 - (Chicago) pic

Jan 26 - ____UNBELIEVEABLY PLEASANT,SOOO GOOD, EBONY DIVA___ R U READY? - w4m - 24 - (INCALLS ON SOUTHSIDE) pic

Jan 26 - [__V_I_P_•_ Experience The Very Best__•__V_I_P__] - w4m - (South Loop - {Near Roosevelt & State}) img

Jan 26 - ~~~~~~-BRUNETTE~~~~~-SEXY~~~~~~-LEXI~~~~~~-PLAYMATE~~~~~~~~~ - w4m - 22 - (OHARE INCALL) pic

Jan 26 - MATURE & PETITE FOR YOUR WORK WEEK - w4m - (Woodfield Area) pic

Jan 26 - ===-=====YOUNG====-====PETITE====-====SEXY-=====-===EBONY===-====-====-==== - w4m - 23 - (OHARE INCALL) pic

Jan 26 - monday morning pleasure playmate 100fh 150x2 incall/outcall 200 - w4m - 21 - (nw burbs in/out) pic

Jan 26 - Visiting West Coast Tantra Teacher with Hands of Silk - w4m - pic

Jan 26 - COME ////SEE////SEXY////SUMMER////SHIF////THE////BEST - w4m - 24 - (downer grove) pic img

Jan 26 - ~~~~~~~~~~~CLICK**HERE**HOT**SEXXY**BLONDE**~~~~~~~~~~~~~~~ - w4m - 22 -

(East Lakeview/LSD) pic

Jan 26 - )))))))M___Q___R___N___I___N___Gi(((((M___U___F___E___I___N(((((( - w4m - 23 - (OAK PARK (Incall) pic

Jan 26 - Mature, 36DD, Size 8, Well-Reviewed!!! - w4m - 41 - (Gurnee/Lake County) pic

Jan 26 - Pleasures - w4m - (In/Out) pic

Jan 26 - •? (xXx)_•?• I KNOW WHAT U WANT •?• (xXx)_?• - w4m - 27 - (Chicago) pic img

Jan 26 - Sexy and Slender - Real and Independent - Erotic FULL NUDE Massage - w4m - 21 - (Chicago INCALL) pic

Jan 26 - " MONDAY " LET'S --- HAVE--- A--- FUN--- DAY--- W/ AWESOME--- SPECIALS--- - w4m - 45 - (DES PLAINES / INCALL) img

Jan 26 - What's On Your Schedule For Today...?...RS2K - w4m - (NW Suburbs) pic

Jan 26 - ****HOT HOT HOT!!!!***** --100--monday SPECIALS!!!!*********** - w4m - 19 - (Downtown outcalls only) pic

Jan 26 - exquisite blend of therapeutic, sensuous, tantric massage - w4m - pic

Jan 26 - ((•°SeXxXy°•..-:-•°((W.E.T))°•..-:-•°[&]X x X RATED FuN.°•)) - w4m - 27 - (CHICAGO) img

Jan 26 - ARE YOU INTO BEING treated like a KING,then call this LATINA HOTTIE - w4m - 27 - (Oakbrook) pic

Jan 26 - **Monday**Massage**Monday**Massage** - w4m - 49 - (LOOP)

Jan 26 - GET*UP*ON**MY*Sexxy*EBONY*INDIAN*ExPress 602-722--0688 - w4m - (CHICAGO and DOWNTOWN) img

Jan 26 -
CLICK HERE***IM AVAILABLE**CALL ME NOW**GABBIE***(773)879-2536 UPSCALE - w4m - 23 - (CHICAGO AREAS) pic

Jan 26 - Sexy YOUNG and TIGHT! New to the Business. 80hh SPECIAL!!!! - w4m - 21 - (Incalls and Outcalls) pic

Jan 26 - **** ((((((( JAW DROPPING FUN )))))) C-U-M INSIDE ____**** - w4m - (Outcall) pic

Jan 26 - ALL^^^^^YOU^^^^^^NEED^^^^^AND^^^^^^MORE - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 26 - INCALL SPECIAL WITH THIS THICK JUICY LATINA DOWNTOWN - w4m - 21 - (CHICAGO) img

Jan 26 - SWEET*******AS*******CANDY******** - w4m - 18 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 26 - All-American Blonde Playmate - w4m - 20 - (downtown/northside) pic

Jan 26 - @@@SEXY@@@NEW HOTTIE@@@SEXY@@@NEW HOTTIE@@@ - w4m - 22 - (downers grove) pic

Jan 26 - @@@ Sweet Like Honey / With Nice A$$ Available@@@ - w4m - 21 - (Downtown/Chicago) pic

Jan 26 - * Hott * Way * To * End * A * Cold * Weekend * - w4m - 20 - (Downtown Outcalls) pic

Jan 26 - Midnight Hottie Aiming To Please - w4m - 21 - (Downtown/Outcalls Only) pic

Jan 26 - HOT%%%SEXY%%%SUMMER%%%HOT SEXY SUMMER%%% - w4m - 24 - (downers grove) pic

Jan 26 - •!• SUPER THICK •!•SUPER FREAKY •!•SUPER NASTY•!•LET ME SHOW U•!• - w4m - 24 - (CHICAGO) pic

Jan 26 - ··*-*-·*NEW....R U COLD DADDY? I'LL WARM YOU UP TONIGHT!!!!!!*-·*-·*-- - w4m - 21 - (CHICAGO IN OR OUT) img

Jan 26 - Irish&Italian!!!!!! - w4m - 22 - (chicago) pic

Jan 25 - I have ENDLESS potential and ALWAYS aim to PLEASE. - w4m - 19 - (Anywhere) pic

Jan 25 -
COME SPEND A PLEASURE FILLED EVENING WITH A SOUTHERN ITALIAN PRINCESS - w4m - 20 - (INCALL/OUTCALL DOWNTOWN) img

Jan 25 - BLONDE: MORE THAN WHAT YOU'D EVER EXPECT - w4m - 21 - (CHICAGO) pic

Jan 25 -
DO YOU WANT TO SPEND SOME TIME WITH A DOWN SOUTH BEAUTY!!!....NEW PICS - w4m - 18 - (INCALL/OUTCALL DOWNTOWN) img

Jan 25 - FRESH IN FROM THE NORTH WEST NEW TO CHICAGO - w4m - 24 - pic

Jan 25 - gauranteed to hold your attention. - w4m - 20 - (WHERE EVER) pic

Jan 25 - LET ME SHOW YOU THE WAY TO GO - w4m - 20 - (OUTCALL. INCALL) pic

Jan 25 - sweet sexy brunette girl next door in your bed tonight - w4m - 25 - (incall/out) pic

Jan 25 -
**ARE YOU READY FOR A BEAUTIFUL BLONDHAIR,BLUE EYED ITALIAN PRINCESS** - w4m - 20 - (DOWNTOWN AREA AND NORTH) pic

Jan 25 - Blonde natural coed that wants to start your week off RIGHT! - w4m - 22 - (North Burbs) pic

Jan 25 - ♥"____·····⌐·····•YuMmY•··⌐····yUm•··⌐···•Yum____" - w4m - 20 - (OUTCALLS) pic

Jan 25 - red headed hottie just moved in your neighborhood - w4m - 27 - (31 and cicero in and out call)

Jan 25 - °×{*SIT BACK*} ×°°×{*RELAX*}×°×°×{*& ENJOY*}×°×° - w4m - 23 - (Chicago/Northside/OutCalls) pic

Jan 25 - Highly attentive, pampering and adventurous.. - w4m - 19 - (ON YOU) pic

Jan 25 - LET ME HELP YOU MAKE SOME SWEET DREAMS!! - w4m - 18 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 25 - COME PLAY WITH THIS LATINA BEAUTY WITH A LOT OF BOOTY - w4m - 21 - (CHICAGO AND DOWNTOWN) img

Jan 25 - i will do anything you want on web cam. i like sex! - w4m - 24 - img

Jan 25 - WANNA EXPLORE A HOT EVENING OF HOT SENSATIONS.CALL NOW!!! (CHICAGO) - w4m - (CHICAGO) pic

Jan 25 - •!• SUPER THICK •!•SUPER FREAKY •!•SUPER NASTY•!•LET ME SHOW U•!• - w4m - 24 - (CHICAGO) pic

Jan 25 - LOOK***WHAT****CAN*****COME******TO*****YOU!! - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 25 - >>>>>80 INCALL SPECIAL<<<<<DREAM DOLL PARTY - w4m - 22 - (290/INDEPENDENCE) pic

Jan 25 - VERY CLASSY SEXY BLONDE! - w4m - (INCALLS AND OUTCALLS) img

Jan 25 - .
CLICK HERE*****UPSCALE 5-STAR PLAYMATE*****GABBIE*****IM AVAIL..GENTS - w4m - 23 -

(CHICAGO-LAND AREAS) pic

Jan 25 - ---- Sweet -- Face ---- Smoking -- Body --- - w4m - 20 - (Downtown Outcalls) pic

Jan 25 - * NEW* BUBBLE] * BOOTY ]* [EBONY*VISITING]!!!!!* - w4m - 25 - (Ohare / In/ Out ) img

Jan 25 - BAD BOLD BEAUTIFUL BLOND BABE - w4m - 29 - (Aurora Incalls/Outcalls) pic

Jan 25 - Sunday Night Sweetness............. - w4m - 21 - (Specials Tonight Only) img

Jan 25 - Super Hot Amatuer for U to indulge in, I am Yung Sexy and very Hot - w4m - 25 - (Chicago Downtown) pic

Jan 25 - ??-A PERFECT GIRL 4 U-?? - w4m - 23 - (Chicago) pic img

Jan 25 - LET "MYA" WARM YOU UP!!!!!!!!!!!!!!! - w4m - 24 - (Outcalls ) pic

Jan 25 - ****************IF YOU LIKE CHOCOLATE YOU'LL LOVE THIS! *********** - w4m - 25 - (Outcalls Only!!) pic

Jan 25 - available to play^*^*^*^*^*^*^*^TONIGHT!!! - w4m - 39 - (Lombard (Incall)) pic

Jan 25 - (((((((((((TOPLESS)))))))))**--F--U--L--L--**B--O--D--Y**M--A--S--S--A--G--E--** - w4m - 23 - (Northside ~ In Call) img

Jan 25 - **TAKE TIME OUT TO TREAT YOURSELF...GIVE ME A CALL** - w4m - 23 - (CHICAGO:DOWNTOWN:THE LOOP) pic

Jan 25 - THE SEXIEST IN THE WEST - w4m - 37 - (Nap/Aurora) pic

Jan 25 - •♥----♥----♥•MISS CLAUDIA•♥--♥---♥• - w4m - 25 - (Schaumburg -- INCALL specials) pic img

Jan 25 - CUTE PRETTY ASIAN KOREAN GIRL.-HANA - w4m - 24 - (Elston) pic

Jan 25 - ASIAN ORIENTAL and EUROPEAN massage in your HOTEL ROOM - w4m - (Chicago and Ohare hotels) pic

Jan 25 - AMAZING HOT EXOTIC// SPECIALS - w4m - (downtown) pic

Jan 25 - It's about time that you stop paying and start playing. - w4m - 24 - (Chicago) img

Jan 25 - !!!!!!!((*READY TO PLAY*))!!!!!! - w4m - 21 - (INCALL (SCHAUMURG) & OUTCALLS) pic

Jan 25 - **** TAYLOR THE BODY IS BACK **** - w4m - 22 - ( (OUTCALLS)) pic

Jan 25 - FANTASY PHONE SEX - Only $1.29 per minute - w4m - 22 - (ALL) pic

Jan 25 - What you are willing to let me do to satisfy "YOU"? I'm waiting....... - w4m - 25 - (Schaumburg***Near I-90) pic img

Jan 25 - ~~*~~*~~*~~*SWEET AND SINFUL!*~~*~~*~~*~~* - w4m - (OUTCALLS ANYWHERE) pic

Jan 25 - Sunday Night Rendezvous with the Print Model Rose - TER Reviewed - w4m - 24 - (Chicago outcalls) pic

Jan 25 - *"*•□•*"*•EVeRYTHING•*"*•U ♥ NeeD•*"*•IN 1(BUSTY) PaCKaGE•*"* - w4m - (Outcalls.) pic

Jan 25 - YOUNG~SEXY~SWEET~AVAILABLE~NOW-- w4m - 18 - pic

Jan 25 - SUNDAYS// NIGHT// CAP// 100 fh 150m.u.l.t.i. action g.r.e.e.k. add 50 - w4m - 21 - (nw burbs in/out) pic

Jan 25 - C*M*~~*LET*~~*ME*~~*FEEL*~~*YOUR*~~*INAUGURAL*~~*BALLZ* ~ TICKETS_$100 - w4m - (SCHAUMBURG) img

Jan 25 - Gender Bender Butch Dyke needs to pay some bills! - w4m - 23 - (Edgewater)

Jan 25 - -----------STEAMY------------SEXY-----------LEXI-----------PLAYMATE------------- - w4m - 22 - (OHARE INCALL) pic

| << Prev | Found: 1000 Displaying: 701 - 800 | Next>> |
| | [ 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ] | |

Copyright © 2009 craigslist, inc.
Back to top of page

RSS (?)
add to My Yahoo!

classifieds - craigslist

chicago craigslist > erotic services

all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs |

| search for: | w4m | in: | erotic services | | Search | ☐ only search titles |
| Poster's Age: | min | max | | | | ☐ has image |

<< Prev        **Found: 1000 Displaying: 801 - 900**        Next>>
            [ 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Jan 25 - Massage (Outgoing Only) - w4m - 24 - (NW Burbs (Your Place)) pic

Jan 25 - Attractive curvy, very DISCREET independent type of provider - w4m - (Hoping I can discretly come to u ) pic

Jan 25 - XXX *2 SeXXXy Girls 4 The Price Of 1*XXX - w4m - (Schaumburg Incalls/Outcalls All Over) img

Jan 25 - _____ Sensual Bodywork Sessions with a Beautiful Asian Model___ _____ - w4m - 23 - (Chicago outcalls) pic

Jan 25 - Start The Week Off Right - w4m - (outcalls) pic

Jan 25 - CLICK HERE***SUPER SEXY GABBIE***PRIVATE/SAFE***INCALL-OUTCALLS AVAIL - w4m - 23 - (CHICAGOLAND AREAS / MAG. MILE HOTELS ) pic

Jan 25 - [[ - UNBELIEVABLY - ]]•[ ♥ ].•[[ DELICIOUS ]] - w4m - 21 - (♥ 355 & ButterField ♥ DOWNERS GROVE) img

Jan 25 - ___SEXY___BUSTY___MASSAGE___BLISS___ - w4m - (YOU MUST HOST ) pic

Jan 25 - real person ,real picture,korean girl Sunny ,is waiting for you - w4m - 23 - (emlhusts) pic

Jan 25 - asian massage,i am going to stay in here for couple hours,till to 11pm - w4m - 29 - (westmont/downsgrove/woodridge/naperville) pic

Jan 25 - TRIS!!ShE's A vErY FrEaKy GiRl~*~I~*~AM~*~HOT~*~N~*~READY~*~4~*~YOU!~*~ - w4m - 20 - (Naperville~~InCalls~~Westsub) img

Jan 25 - Sexy Stephanie for a Sexy Kinky Good Time!! - w4m - (phone sex only ) img

Jan 25 - 75 D*E*L*P T*]I*R*O*A*T SPECIAL w/MZ. MILKY WAY..50 SPECIALS (schaumbur - w4m - (SCHAUMBURG/WOODFIELD AREA) pic img

Jan 25 - 19 year old hottie and I am in the mood to get crazy on the computer - w4m - 23 - img

Jan 25 - Sensual Erotic Massage - w4m - 22 - (Outcalls) pic

Jan 25 - **MAKE THE BEST DECISION YOU HAVE ALL WEEK..CALL ME!** - w4m - 23 - (CHICAGO:DOWNTOWN:THE LOOP) pic

Jan 25 - Sunday Special 150 45 min. Rub Down+More S&F/Incalls Only. - w4m - (Whiting near horse shoe casino) pic img

Jan 25 - REAL PIC-VERY GOOD TER REVIEW-ASIAN JAPANESE GIRL - w4m - 23 - (willowbrook/bolingbrook ) pic

Jan 25 - wow Driping Hot ~B~R~A~Z~I~L~I~A~N~ ___M a M y___ wana__ T a s t e Me  - w4m - 20 - (Incalls in Oakbrook Terrace outcalls 2 u) pic

Jan 25 - ScXxXy SedUctIvE sEnsuAL - w4m - 22 - (Your Place city/burbs) pic

Jan 25 - CAN YOU (H A N D L E T H I S ) IM A JUCEY EBONY - w4m - 18 - (INCALLS AND OUTCALLS) pic

Jan 25 - KARINA ANDERSON !!!!MAKE A WISH - w4m - 22 - (northwest burb's) pic

Jan 25 - Massage by very beautiful Asian girls for ya. - w4m - 22 - (Ashland/Division) pic

Jan 25 - * (((((SoNYa))))) * ThE * PeTiTe * FrEaK * U * WaNt * 2 * MeeT * - w4m - 21 - (100 inCALL SpECiALs) pic

Jan 25 - **~*L O O K AT THIS PLAYMATE WITH DOUBLE (D)(D)'S~-NEW IN TOWN~- - w4m - 19 - (OAKBROOK LOMBARD) pic

Jan 25 - IM WHAT U WONT LOOK NO FURTHER 773-675-5982 - w4m - 21 - (INCALLS-OUTCALLS) pic

Jan 25 - TREAT YOUR SELF DONT CHEAT YOURSELF 773-552-3849- w4m - 21 - (SOUTHEAST) pic

Jan 25 - Trying to find a discreet way to relax from the everyday stress???? - w4m - 22 - (N. Milwaukee/Irving Park) pic

Jan 25 - Hot Ebony Girl Available On This Sexy Sunday!!! - w4m - (Merrillville Indiana) pic

Jan 25 - MIXED**KINKY**EXOTIC**PLAYMATE**IN & OUT SPECIALS - w4m - 21 - (ELK GROVE) pic

Jan 25 - Pleasing & Pleasurable Play On This Sensual Sunday - w4m - (Merrillville Indiana) pic

Jan 25 - ***I KNOW YOU WANT ME***TONED, SEXY, BODY***BRAND NEW*** - w4m - 19 - (east wacker drive/loop) pic

Jan 25 - TWO HOT GIRLS.......................... - w4m - (CHICAGO) pic

Jan 25 - !!!!!!!!!!EBONY BEAUTY WITH A JUICY BOOTY!!!!!!!!!!!!! - w4m - 21 - (SKOKIE(INCALL-OUTCALL)) pic

Jan 25 - ~*~ 100% ~*~ REAL ~*~ PICS ~*~ OUTCALLS ~*~ ALL ~*~ DAY ~*~ LONG ~*~ - w4m - (*** OUTCALLS ***) pic

Jan 25 - YOU DONT WANT TO MISS THIS...NEW CHOCOLATE. - w4m - 21 - (YOUR PLACE) pic

Jan 25 - ~*~ OUTCALLS ~*~ OUTCALLS ~*~ OUTCALLS ~*~ OUTCALLS ~*~ OUTCALLS ~*~ - w4m - (*** OUTCALLS ***) pic

Jan 25 - SEXY BUSTY MASSAGE BLISS - w4m - (I come to you) pic

Jan 25 - NEW..NEW...NEW..NEW...BOOTY ON DUTY. - w4m - 21 - (YOUR PLACE) pic

Jan 25 - CLASSY ELEGANCE SEDUCTIVE BEAUTY AWAITS - w4m - 22 - (city outcall) pic

Jan 25 - SATISFACTION GUARANTEED OUTCALLS - w4m - 22 - (LAKESHORE DRIVE-SKOKIE) pic

Jan 25 - !!!!!!!!EBONY BEAUTY WITH A JUICY BOOTY!!!!!!!! - w4m - 21 - (skokie(incall-outcall)) pic

Jan 25 - SEXY LATIN WITH HOT TINY OUTFITS - w4m - 23 - (SHAUMBURG/OAKBROOK) img

Jan 25 - ***%%(((TIRED OF BAD EXPERIENCES?)))%%*** - w4m - 22 - (DOWNTOWN) pic

Jan 25 - BLONDE VIXEN ALL FOR YOU!! - w4m - 22 - (JOLIET/INCALL) pic

Jan 25 - *-*-*-*-*-*COME WITH ME...WELL HAVE A GOOD TIME*-*-*-*-*-* - w4m - 24 - (Skokie - Incall/Outcall) pic img

Jan 25 - *-*-*-*-*-*-*-*-*-* WILdEsT R1dE of YoUr LIFE!!!!!!!!!!!!!!!! * - w4m - 19 - (bloomingdale) pic

Jan 25 - (⁻•|_•⁻)** LOOKS LIKE A MODEL PLAYS LIKE A STAR!** (_•⌐•⁻) - w4m - 23 - (355 & BUTTERFIELD IN or OUT!) img

Jan 25 - Sexy Blonde Kirsten Erotic Dance & Toy Show ***SPECIALS*** - w4m - 25 - (NAPERVILLE (INCALL/OUTCALL)) pic

Jan 25 - ***{I}***{CAN}***{MAKE}***{YOUR}***{TOES}***{CURL}*** - w4m - 29 - (Chicago) pic img

Jan 25 - NEED A FIX??? OUTCALLS ONLY - w4m - 22 - (NORTHSIDE) pic

Jan 25 - V-----I-----P ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (O'HARE) pic

Jan 25 - FRESH IN FROM THE NORTH WEST NEW TO CHICAGO - w4m - 24 - w4m - 24 - (chicago loop hyde park) pic

Jan 25 - •••••••••••••••►GENTLEMEN'S #1 CHOICE ◄••••••••••• - w4m - 23 - (south.) pic img

Jan 25 - $100-----•*"*•□•*"*•YOUR FANTASY GIRL•*"*•□•*"*•---$100 - w4m - 20 - (Northwest burbs) pic

Jan 25 - IOO SPECIALS.MZ. LACE IS NAUGHTY AND READY (SEVERAL P*0*PS_ - w4m - w4m - (schaumburg/woodfield area) pic img

Jan 25 - *****A Touch Of Class***** - w4m - 30 - (Schaumburg/Incall) pic

Jan 25 - g¾(S)(E)(X)(Y)--*--(C)(A)(R)(A)(M)(E)(L)--*--(T)(R)(E)(A)(T)g¾ - w4m - 23 - (Chicago/OutCalls) pic

Jan 25 - Available tonight - w4m - 22 - (Chicago ) pic

Jan 25 - 100 ALL DAY SPECIAL S!!CHECK ME OUT!!!******* - w4m - 19 - (DOWNTOWN OUTCALLS ONLY!!!) pic

Jan 25 - *Brand New In Downtown Chicago* Smoking Hot Body* Spinner** - w4m - 19 - (E Wacker Drive/Downtown) pic

Jan 25 - **START YOUR WORK WEEK WITH A SMILE..CALL ME** - w4m - 23 - (CHICAGO:DOWNTOWN:THE LOOP) pic

Jan 25 - KARINA ANDERSON !!!!MAKE A WISH - w4m - 22 - (northwest hurb's) pic

Jan 25 - We are beautiful, and very polite Latin ladies.... Make you feel relax - w4m - 21 - (Sacramento/Lawrence) pic

Jan 25 - Hot Sexy Girl - w4m - 23 - (West Suburbs) pic

Jan 25 - Very Sexy Ex Dancer - w4m - (West Suburbs) pic

Jan 25 - %%%%%%%%%%I AM WILLING TO DO ANYTHING YOU DESIRE! %%%%%%%% - w4m - 19 - (Live Direct The Young XXX Action CAM!!!!) img

Jan 25 - *--*--*--*--*--*--*--*--*HOTTEST EAST INDIAN IN CHICAGO*--*--*--*--*--*--*--*--* - w4m - 21 - (Skokie - Incalls) img

Jan 25 - ***2 GIRLS***BODIES OF SUPERSTARS***SKILLS OF PORNSTARS*** - w4m - (SCHAUMBURG INCALLS/OUTCALLS ALL OVER) img

Jan 25 - FEET 4 BREAKFAST, LUNCH...AND DINNER!!! - w4m - (Foot Lovers Only) img

Jan 25 - THE MOST DELICIOUS UNRUSHED SESSIONS! Beauty, Brains, & a Killer Body - w4m - 22 - img

Jan 25 - Thick, Sexy, Professional, Sweet, and Ready for You - w4m - 25 - (sw burbs in/out anywhere) img

Jan 25 - ::::{1}TREAT YOURSELF TO A DELICIOUSLY SWEET & YUMMY BLONDE!!{+}:::: - w4m - 20 -