

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FILED**

MAR 0 5 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| THOMAS DART, SHERIFF OF COOK COUNTY | ) ) ) | |
| Plaintiff, | ) ) | 09CV 1385 |
| v. | ) ) ) | JUDGE GRADY MAGISTRATE JUDGE NOLAN |
| CRAIGSLIST, INC., | ) ) | **Plaintiff Demands Trial By Jury.** |
| Defendant. | ) ) ) ) | |

MAR 05 2009

### COMPLAINT

NOW COMES THOMAS DART, as Sheriff of Cook County, Illinois ("the Sheriff"), by and through his attorneys, QUERREY & HARROW, LTD., and for his Complaint against Craigslist, Inc., ("Defendant") states as follows:

### BACKGROUND

1.      Prohibited activity typically transpires in secret. Rare is the instance when such conduct occurs unabashed. Yet as these words are read, Defendant's website craigslist.org ("Craigslist") is facilitating prostitution. To say Craigslist's "erotic services" forum makes prostitution accessible is an understatement. Advocacy groups consider the website to be one of the largest sources for prostitution in the country.

2.      Prostitution arrests in Cook County via Craigslist are incessant. Arrests consume the time, money, and resources of law enforcement agencies. This civil action seeks damages, abatement costs, and injunctive relief to remedy Defendant's creation of



and contribution to a public nuisance in Cook County. The Sheriff seeks to close only the erotic services section of Craigslist. This section is a convenient clearinghouse for pimps, prostitutes, and patrons that enables sellers to advertise and buyers to peruse discreetly.

3.      Defendant's facilitation of prostitution meets the definition of a public nuisance – a condition that injures the property, health, and safety of many people. Prostitution spawns STDs, inflicts psychological scars, and creates a market for human trafficking. Children are also damaged, whether as prostitutes themselves or babies whose mothers service clients in the next room. These realities belie the bromide that prostitution is simply "two consenting adults."

4.      Conduct that violates established laws is quintessential evidence of nuisance. Defendant's conduct contravenes city, state, and federal prohibitions on prostitution. They are as follows: § 8-8-020 of the Chicago Municipal Code, which proscribes directing persons to prostitutes; 720 ILCS § 5/11-15, which criminalizes soliciting for a prostitute; and 18 U.S.C. § 1952, which prohibits facilitating prostitution. Defendant's violations of these restrictions establish its conduct is a public nuisance.

## JURISDICTION AND VENUE

5.      The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332, in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and the action is between citizens of different States.

2

6.    The Court has personal jurisdiction over Defendant because it has continuous and systematic contacts with Illinois and the events giving rise to the action are related to Defendant's contact with the state. Additionally, Defendant has purposefully directed its activities at Illinois residents by maintaining a webpage devoted to the Chicagoland area.

7.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) because the events giving rise to these claims occurred in this district, and Defendant conducts business in this district.

<div align="center">**PARTIES**</div>

8.    Upon information and belief, Craigslist, Inc., is a Delaware corporation with its principal place of business at 1381 9th Avenue, San Francisco, California. It was created in connection with the website craigslist.org, which provides online classified advertisements. "Defendant" refers to Craigslist, Inc., while "Craigslist" denotes the website itself.

9.    Thomas Dart is the duly elected Sheriff of Cook County, Illinois. Dart is a citizen of the United States who resides in Cook County, Illinois.

<div align="center">**FACTS**</div>

**A.    Craigslist's Background.**

10.    The late 1990s were the halcyon days for Internet startups. A number of websites gained an early foothold and later became Internet institutions. Craigslist is one such site. What began as a free classifieds service for the San Francisco Bay area has

<div align="center">3</div>

mushroomed into a multimillion dollar a year, globe-girdling website.

11.    Craigslist is now a forum for locals in 450 cities in 50 countries. The site allows users to post listings for jobs, housing, dating, used items, and community information. It also includes discussion forums on various topics.

12.    Defendant maintains a specific webpage for Chicago and its environs, located at chicago.craigslist.org.

13.    Craigslist bears no banner advertisements. Upon information and belief, its sole source of revenue is paid job ads in select cities – $75 per ad in San Francisco; $25 per ad in other cities and paid broker apartment listings in New York ($10 per ad).

14.    Craigslist maintains over thirty million new classified advertisements each month. It is the leading classifieds service in any medium and one of the top job boards in the world.

15.    Craigslist is viewed over nine billion times each month, putting it in 47th place among web sites world wide and ninth place among web sites in the United States.

16.    Upon information and belief, Defendant's revenues in 2007 were approximately $55 million. Revenues for 2008 are estimated at $80 million.

**B.    Craigslist's Content.**

17.    Craigslist is not limited to innocuous postings selling sofas and advertising apartments. Craigslist has an erotic services section where people openly promise sex for money.

18.     Erotic services is located on the website's homepage in the "services" section of the page. (See copy of webpage attached as Exhibit A).

19.     Craigslist's erotic services has existed since at least September of 2003. (See copy of webpage from September 19, 2003, obtained from archive.org, attached as Exhibit B).

20.     Erotic services is placed among other service forums like automotive, computer, real estate, and legal. These other forums contain posts advertising services in exchange for compensation.

21.     Defendant's placement of erotic services alongside other service forums demonstrates erotic services is for individuals willing to provide sexual services for money.

22.     Additionally, the title of the forum, "erotic services," speaks for itself. "Erotic" is defined as "satisfying sexual desire." (Random House Webster's Dictionary 239 (3d ed. 1998)). "Services" is defined as "the act of doing something useful for a person or company for a fee." (Black's Law Dictionary 1399 (8th ed. 2004)).

23.     When users click on the erotic services link, they find Defendant has further delineated twenty-one categories. Defendant uses abbreviations to reference its twenty-one categories. Thus, "m" stands for men, "w" for women, "4" means "for", and "t" means transvestite.

24.     The twenty-one categories Defendant created are: w4m, m4m, m4w, w4w, t4m, m4t, mw4mw, mw4w, mw4m, w4mw, m4mw, w4ww, m4mm, mm4m, ww4w,

5

ww4m, mm4w, w4mm, t4mw, mw4t. (See copy of erotic services webpage attached as Exhibit C).

25.     Users then click on a category. Within each category are posts users can search through.

26.     To further aid the search process, Defendant provides a word search function. This allows users to search for a prostitute based on desired search terms relating to location, type of service, physical dimensions, or ethnicity.

27.     While Defendant warns that "offers for or solicitation of prostitution" are prohibited, such posts are the *raison d' être* of erotic services.

**C.     Craigslist's Erotic Services Posts.**

28.     Upon entering a category, users will first scan a page that provides the titles of postings. The title of a typical post provides a short description, relevant category, age, and location.

29.     Clicking on the post title opens the post. Within the post is information about prices, services, and physical attributes, often accompanied by pornographic images.

30.     Most posts in the erotic services forum clearly provide for prostitution. Others use thinly veiled code words. For example, "roses," "diamonds," "kisses," or "thank yous" means dollars. "Greek" refers to anal sex. While the methods differ, the aim is the same: money for sex.

31.     Terms such as "young and fresh," "virgin," "new girl," and "new to

6

Craigslist" are believed by some advocacy groups to be code words for minors. (See

KlaasKids Foundation's Human Trafficking Report Newsletter, January 2009, attached

as Exhibit D).

    32.    The following are a microcosm of Craigslist's erotic services:

**A.**    **ASIAN S.E.X KITTIN - w4m - 23 (OHARE AIRPORT)**

Reply to: pers-1005312414@craigslist.org
Date: 2009-01-23, 9:53PM CST

For a total mind b.l.o.w.i.n.g expeiance, give me a call...

**B.**    **~•☐•~STUNNING~•☐•~SEXY~•☐•~SOPHISTICATED~•☐•~ - w4m - 27 (Chicago/sur areas)**

Reply to: pers-985562996@craigslist.org
Date: 2009-01-08, 6:20PM CST

In A hurry??
15 Min $50 Roses
Wanna Have A Wild Time??
1hour $150 Roses
Ready To Get Naughty And Also Relax!!
Wanna Relax At your Own Home!!
same Roses 4 Outcall
How About A G-R-E-E-K Lesson I'm A Great Student!!

**C.**    **Spend the night with me - w4m**

Reply to: pers-1003753366@craigslist.org
Date: 2009-01-22, 6:42PM CST

My classy sex appeal and stunning beauty will initially attract you by
spontaneous wild side and erotic nature are sure to captivate your full
attention for as long as you can handle With a tight curvy figure silky
smooth skin and captivating brown eyes I'm sure your every sense will be
pleased by my erotic looks tempting touch and sweet seductive smell call
jessica

**D.**    **----YOUNG------TIGHT------&------JUST------- RIGHT-------4----YOU--- - w4m - 18 (Exit I-94 Old Orchard Rd:SKOKIE, IL)**

7

Reply to: pers-1010719152@craigslist.org
Date: 2009-01-27, 11:14PM CST

Hey Guys, its *K*I*T*O*Y* and I'm AVAILABLE NOW!!!
I'm truly every man's FANTASY!
I'm a 18 year old, 5'9", 120 pound, sweetheart with long black hair and
adorable hazel eyes. I have a TIGHT LITTLE BODY that'll keep you
coming back for more!!!
TO MAKE YOUR FANTASY COME TRUE, I'M THE GIRL FOR YOU!!!

E.   **\*\*2 GIRLS\*\*\*BODIES OF SUPERSTARS\*\*\*SKILLS OF
     PORNSTARS\*\*\* - w4m (SCHAUMBURG INCALLS/OUTCALLS ALL
     OVER)**

     Reply to: pers-1007165221@craigslist.org
     Date: 2009-01-25, 1:37PM CST

     My mission and Pleasure is to Provide You with That Complete Erotic Sensual
     Encounter. Your experience with Me will be Unrushed, Passionate and
     Personalized for You, with Plenty of Time to Explore. I provide safe, sensual
     sessions with no rush. Ask about my 2 girl specials!

F.   **Femme Son looking for Sugar Daddy - m4m - 19 (Travel Chicago)**

     Reply to: pers-987529501@craigslist.org
     Date: 2009-01-10, 11:48AM CST

     Just another young white college boy in the city looking for some scholarship
     from a generous older man. Clean and disease free, shaved. I am mostly sub but I
     can dom on occasion. Suggested donation for a massage is 75 for in the city, no
     hidden fees.

G.   **HOT~~TRANSEXUAL~~VISITING~~SHORT~~TIME~~IN~TWON~ - t4m -
     27 (O'HARE/ROSEMONT~~)**

     Reply to: pers-1005644116@craigslist.org
     Date: 2009-01-24, 9:33AM CST
     iam sexy cristal, a natural,beautiful and sexy latina ready to make your dreams
     come true, let me seduce you with my hot body, i have a very nice,slim body, i
     stand 5'4 135bs 36d-22-38 very sexy and hot,i love to show my affections in all the
     right places,i have 7"surprises and iam always ready to play

8

**H.    Handsome Puerto Rican - m4w - 24 (Chicagoland)**

Reply to: pers-1000723771@craigslist.org
Date: 2009-01-20, 3:32PM CST

Hello to all the great ladies out there. Due to the way the economy is I am willing to do almost anything to get money. I'm 5'11" and very good looking. I will do anything. I will go out with you on a night in town; I will be your boyfriend for the night. Ill go to a wedding with you or clubbing or even strip for a bachelorette party or just for you or a group of girls. I have no age limit from 18-99, I have no look preferences you can be 3'5" or 7' tall be skinny or heavy I don't care I just need money.

**I.    HOT EROTIC MASSAGE/ESCORT FROM HOT BOI - m4m - 20 (Chicago)**

Reply to: pers-1004104258@craigslist.org
Date: 2009-01-23, 4:21AM CST

Sexy outgoing hot boi giving erotic massage / escort service from hot 6ft 150lbs and 8 " and thick all for your erotic needs
rates are 100 an hour and 350 for 4 or more hours and 1700 for the whole week

**J.    Busty Blonde Pregant Beauty ~ Massage~Specials~ All Day~!!!~ - w4m - 28 (Barrington Rd & I-90)**

Reply to: pers-1009578861@craigslist.org
Date: 2009-01-27, 9:42AM CST

Have You Ever Fantasized About A Fully Nude, Full Body Erotic Massage, Given To You By A Busty Blonde Pregant Beauty!
If You Have The Desire And Time For An Alluring Encounter, You Will Never Be Disappointed With The Erotic Experience That Awaits You.

**K.    T e e ns for CASH.....Young Hot GIrlSS!!! open all night! $150!!!!!!! - w4m**

Reply to: pers-1005462616@craigslist.org
Date: 2009-01-24, 2:57AM CST

T e e ns for CASH.....Young Hot GIrlSS!!! open all night! $150!!!!!!!
$100 q u i c k i e
youngest and hottest girls in chicagoland
actual pic of Jennifer (19 ) all girls here are over 18!!!!!

9

L.  **Hott young girls needed for new naughty nanny service - m4ww - 35 (Chicago (South Midway))**

Reply to: pers-991610815@craigslist.org
Date: 2009-01-13, 3:03PM CST

Are looking to make some good money in this tough economy. Minimum pay is $25 per hour to look pretty and be a nanny to single fathers across the chicagoland area. Ever fantasized about being a hot young sexy nanny for an attractive man and his children, then this job is for you. Looking to hire women ages 18 to 27 for this new enterprise. Must provide 3 pics (At least one sexy photo). Amatuers only. No professional ladies need apply. Anything that happens during your employment with clients is between two consenting adults. Pay is for hours in which you are performing duties specified in Naughty Nannies handbook.

(All errors in original. Some posts have been edited for content. The complete postings, with nude images, are attached as Exhibit E).

33.     New advertisements are posted at an inexorable rate. Updated every few minutes, the Sheriff has determined the Chicago erotic services collects over 300 posts per day.

34.     For example, over the span of four days, the w4m category alone logged over 1,000 posts. (See collection of posts from January 24-28, 2009 attached as Exhibit F).

35.     Craigslist has cultivated an extensive user base through erotic services, as the section is Craigslist's most popular.

36.     The popularity of erotic services was confirmed by an April 2007 study released by the website analysis firm Compete.com. The study examined eight American cities for one month and found "erotic services consistently garner the highest number of individual visitors for February – almost always twice as many as

10

the next ranking category, averaging 260,000 people per city." (See Report Findings attached as Exhibit G).

37.     While Defendant does not profit from erotic services per se, erotic services is the catalyst behind Craigslist being the ninth most popular website in the country. Erotic services enables Defendant to charge fees of up to $75 per post for job openings due to the significant web traffic garnered by erotic services.

38.     Advocacy groups confirm the popularity of Craigslist's erotic services. The Polaris Project, a group against human sexual trafficking, believes Craigslist is now the single largest source for prostitution, including child exploitation, in the country. Love 146 works for the abolition of child sex slavery and exploitation. It notes Craigslist is commonly used to solicit prostitution and child prostitution. (See Portland Tribune article, "*Craigslist or Crimeslist?*" November 27, 2007, and Love 146 "Craigslist Facts" attached as Exhibit H).

**D.     Craigslist's Entanglements with Law Enforcement.**

39.     The blatancy of erotic services has made Craigslist the *bête noire* of law enforcement. Police departments across the country make arrests through Craigslist routinely.

40.     Most arrests result in charges of prostitution and other illegalities. Some involve the pimping of children.

41.     Atlanta Mayor Shirley Franklin charged Craigslist as being a significant source of child prostitution in her city. She asked Defendant to do more to prevent

11

Craigslist from being used "as a means of promoting and enabling child prostitution." (See Atlanta Journal-Constitution article, *Mayor: Web Site Enables Child Sex*" August 22, 2007, attached as Exhibit I).

42. Atlanta vice officer Kelleita Thurman said that Craigslist and similar sites account for 85% of the sexual liaisons men arrange in Atlanta with boys and girls. (See Exhibit I).

43. Authorities across the country have also found Craigslist's erotic services to be popular with sex traffickers. (See articles and press release attached as Exhibit J). In one such instance, the FBI uncovered a sex ring involving child prostitutes in which the pimps "posted over 2,800 advertisements on craigslist.org." (See Exhibit J).

44. Connecticut Attorney General Richard Blumenthal wrote a letter on March 27, 2008, asking Defendant to purge the graphic solicitations for prostitution. (Letter is attached as Exhibit K). Blumenthal also asked Defendant to better enforce its rules prohibiting illegal activity such as prostitution.

45. Blumenthal noted that erotic services is rife with ads containing explicit language and pornographic images. Blumenthal sent the letter after several months of discussions with Defendant about curtailing prostitution ads.

46. Negotiations culminated in a "joint statement" between Defendant and forty state attorneys general, announced on November 6, 2008. (The joint statement is attached as Exhibit L).

47. The Illinois Attorney General was a signatory to the joint statement.

48.    Per the joint statement, erotic service advertisers must provide valid identification and pay a small fee for each ad — $5 to $10 with a credit card.

49.    Defendant has agreed to donate the money from the erotic services advertisements to charities, including those that combat child exploitation and human trafficking.

50.    The joint statement is not binding on Defendant and bestows no authority on the attorneys general to enforce the terms. Its impact on prostitution has been imperceptible as arrests through Craigslist are unabated.

51.    Ironically, the joint statement enables Defendant to receive money for the erotic services posts. While Defendant says it will donate this money to charity, the joint statement allows the website to generate goodwill and possible tax benefits through its proliferation of prostitution.

52.    Prostitutes have found ways to circumvent the less than onerous restrictions posed by the joint statement as the following post attests:

> **I WILL BE YOUR SEX SLAVE CALL ME ! - w4m - 22 (Mchenry County)**
> Reply to: pers-954483954@craigslist.org [?]
> Date: 2008-12-11, 6:29PM CST
>
> In-call only
> I used to post and haven't in a long time because now you gotta
> pay 5.00 to post up on this and i don't have a credit card luckly i got
> a way to post from a friend thanx friend lol so I am ready to be
> your sex slave so hope you call me :)
> When you call I will give you more detail.

53.    Proving that the joint statement with the attorneys general has done

13

nothing to stem the tide of prostitution, erotic services continues to attract more than 300 posts per day.

54.    Arrests continue as well. On February 20, 2009, federal and local authorities participated in a nationwide sting, arresting more than 571 individuals on prostitution related charges. They also uncovered 48 teenage prostitutes, some as young as thirteen. (See Associated Press article, "*FBI, Police Rescue Child Prostitutes Around U.S.*" February 23, 2009, attached as Exhibit M).

55.    In some instances, Craigslist was the conduit through which arrests were made. (See Boston Globe article, "*5 Arrested in U.S. Sting at Marriott*" February 21, 2009, attached as Exhibit N).

56.    Chicagoland prostitution was also targeted. Forty-four people were arrested in the Chicago area: five were charged with running prostitution operations, thirty-four were charged with prostitution, and five were charged with soliciting prostitutes. (See Chicago Tribune article, "*Nationwide Prostitution Net*" February 24, 2009, attached as Exhibit O).

**E.     Craigslist-Spawned Prostitution in Cook County.**

57.    The Sheriff conducts stings through Craigslist regularly. However, the deluge of erotic services postings taxes its resources. The sheer number of daily postings has made it impossible to stymie Craigslist generated prostitution.

58.    Since January of 2007, the Sheriff has arrested over 200 people through Craigslist on charges ranging from prostitution, juvenile pimping, and human

14

trafficking.

59.     The Sheriff arrested one woman on December 31, 2006 for pimping a 16-year-old girl on Craigslist. (See Associated Press article, "*Police Say Two Chicago Women Were Pimping Children*" January 12, 2007, attached as Exhibit P).

60.     The Sheriff made another arrest a week later for the pimping of a 14-year-old girl on Craigslist. That arrest also netted nine weapons and ninety grams of crack cocaine. (See Exhibit P).

61.     In December of 2007, the Sheriff conducted a sting that resulted in the arrests of four men charged with running a prostitution ring through Craigslist. (See Chicago Tribune article, "*10 Charged in Internet Prostitution; Illinois, Indiana Ring Placed Ads on Craigslist*" December 22, 2007, attached as Exhibit Q).

62.     The ring involved eleven women, some of whom were high school freshman and sophomores.

63.     The Sheriff conducted another sting in the summer of 2008 that resulted in the arrest of 76 people on prostitution-related charges in a crackdown aimed at Craigslist. (See Chicago Tribune article, "*76 Arrested in Craigslist Sting Project*" June 16, 2008, attached as Exhibit R).

64.     The Sheriff's stings typically target several fronts. Undercover male Sheriff's officers pose as customers, arranging meetings with women featured in erotic services ads. Once an offer of sex for money is made, the offender is taken into custody.

65.     In two such cases, Sheriff's officers arrested women at local hotels and

15

found that each prostitute had rented a second room where they left their children unattended while they met with patrons. One woman left a 1-year-old and 4-year-old alone in the second room, and another woman left a 2-year-old and a 4-year-old unattended. (See Exhibit R).

66.     On another occasion, Sheriff's officers responded to a Craigslist post that featured a nude photograph of a 16-year-old girl. The girl was forced into prostitution by two men who were later charged with involuntary servitude of a minor and prostitution pandering. (See Chicago Tribune article, "2 *Men Prostituted Teen, Police Say*," November 9, 2008, attached as Exhibit S).

67.     Sheriff's officers have also posted fake advertisements in erotic services. One advertisement, which clearly indicated a 15-year-old girl was looking for sex and would accept money, received three responses. One response was traced to a registered sex offender who had previously been arrested by the Sheriff. (See Exhibit R).

68.     A second advertisement posted by the Sheriff featured a fictitious 14-year-old girl looking for a boyfriend, which Defendant never removed.

69.     Prostitution in Cook County is not relegated to the City of Chicago. It is endemic in the suburbs as well, especially those adjacent to O'Hare airport. For example, one Des Plaines police officer explained "at this moment there are 55 people alone selling sex in Des Plaines on Craigslist." (See Chicago Tribune article, "*Prostitutes Use Web as New 'Street Corner'*" September 13, 2006, attached as Exhibit T).

70.     Chicagoland suburbs have also been the scene of arrests for juvenile

16

pimping through Craigslist. (See news articles attached as Exhibit U).

71.    The Sheriff has netted offenders on various charges through Craigslist.

72.    There have been arrests for human trafficking, juvenile pimping, and child endangerment. (See arrest reports attached as Exhibit V).

73.    These arrests are the results of the Sheriff's constant surveillance of Craigslist's erotic services.

**F.    Costs Incurred Through Craigslist.**

74.    The surveillance of Craigslist's erotic services and the concomitant arrests consume the Sheriff's resources.

75.    Evidence of the expenditures made in monitoring Craigslist's erotic services is embodied by a Sheriff's Memorandum dated December 3, 2008. (See Sheriff's Memorandum attached as Exhibit W).

76.    The memorandum enumerates the actions taken by the Sheriff in apprehending offenders through Craigslist's erotic services.

77.    A single arrest necessitates the presence of at least three officers: "(1) officer maintains covert surveillance on the hotel/motel room to ensure officer safety; (1) officer poses as a potential client; (1) officer present to assist with arrest and processing." (See Exhibit W).

78.    Between January and November 2008, 156 arrests were made. These arrests totaled 3,120 hours and cost approximately $105,081.

17

79.     This figure does not include the additional costs relating to the prosecution of these individuals, the healthcare costs incurred through treating STDs and HIV, or the rehabilitation and counseling of prostitutes.

80.     These experiences prompted pleas from the Sheriff to Defendant to close Craigslist's erotic services. The Sheriff publicly called erotic services a "free advertising network for prostitutes and pimps." (See Exhibit Q).

81.     The Sheriff also sent five separate letters to Defendant seeking erotic services' closure between September 2007 and May 2008. Defendant declined. (See letters attached as Exhibit X).

82.     Defendant's refusal to close or regulate erotic services has left the Sheriff with only legal recourse to combat this proliferation of prostitution.

## CAUSES OF ACTION

### Count I - Public Nuisance

83.     The Sheriff realleges paragraphs 1 through 82 of this Complaint and incorporates them herein.

**A.     Defendant's Creation of the Nuisance.**

84.     Cook County residents have a common right to be free from conduct that injures the public's health, safety, peace, and welfare. The residents also have the right to be free from conduct that creates a disturbance to person and property.

85.     Prostitution epitomizes public nuisance. Facilitating it is no less a nuisance.

18

86.     Defendant knowingly and intentionally facilitates prostitution through Craigslist's erotic services forum, its twenty-one categories, and the word search function.

87.     Defendant invites and solicits the illegal conduct through its own communications, namely, its creation of the erotic services forum, the twenty-one categories, and the word search function.

88.     Defendant knows the erotic services advertisements are used by individuals seeking prostitutes.

89.     Defendant knows the erotic services advertisements leads to prostitution.

90.     The link between Craigslist and prostitution arrests in Cook County is clear. Defendant's conduct in creating erotic services, developing twenty-one categories, and providing a word search function for Cook County residents enables prostitution.

91.     Defendant's proliferation of prostitution results in crime, disease, drug abuse, and child endangerment, leading to a higher level of discomfort and danger to Cook County residents. It further necessitates the expenditures of tax dollars to combat these ills.

92.     Defendant's conduct in creating erotic services, developing twenty-one categories, and providing a word search function causes a significant interference with the public's health, safety, peace, and welfare. It further undermines the community's ability to be free from dangers to person and property. Thus, there is a substantial and unreasonable interference with rights common to the general public.

19

93.     Additionally, facilitating prostitution is proscribed by federal, state, and local law. Violating such provisions is evidence Defendant's conduct is a nuisance.

**B.      720 ILCS 5/11-15 - Soliciting for a Prostitute.**

94.     Under 720 ILCS 5/11-15, one who "arranges or offers to arrange a meeting of persons for the purpose of prostitution, or directs another to a place knowing such direction is for the purpose of prostitution" is soliciting for a prostitute. Soliciting for a prostitute is a Class A misdemeanor

95.     Craigslist's erotic services offers to arrange and does arrange meetings of persons for the purpose of prostitution.

96.     Craigslist invites posts for erotic services and then enables users to search based on their preferences.

97.     Craigslist directs users of erotic services to places of prostitution knowing such direction is for prostitution.

98.     The erotic services forum, its twenty-one categories, and the search function represent affirmative acts taken by Defendant that facilitate meetings of persons for prostitution.

99.     Defendant cannot claim ignorance as the Sheriff has asked Defendant to close erotic services and has provided Defendant with evidence of the rampant prostitution and juvenile pimping arrests via Craigslist.

100.    Craigslist facilitates the liaisons between prostitute and patron. Erotic services is the *sine qua non* of the arrangement.

20

101.    Defendant's participation is sufficient under 720 ILCS 5/11-15 because the law was designed "to deter passive co-operation by persons who have, perhaps only an indirect connection with the trade." (720 ILCS 5/11-15, Committee Comments, at 342).

102.    Defendant has violated and continues to violate 720 ILCS 5/11-15.

103.    Defendant's violation of 720 ILCS 5/11-15 is evidence its conduct is a nuisance.

C.    **Chicago Municipal Code 8-8-020 - Directing Persons to Houses of Ill-Fame.**

104.    Additional evidence Defendant's conduct is a nuisance is its violation of Section 8-8-020 of the Chicago Municipal Code.

105.    Section 8-8-020 of the Chicago Municipal Code provides, in part, that "no person knowingly shall direct, take, transport, or offer to direct, take, or transport, any person for immoral purposes to any other person, or assist any person by any means to seek or to find any prostitute."

106.    Craigslist's erotic services directs users to prostitutes and brothels by providing the location of prostitutes and brothels.

107.    Craigslist's erotic services assists users in finding prostitutes and brothels by providing the contact information of prostitutes and brothels.

108.    Craigslist's erotic services also assists users in finding prostitutes by streamlining the search process. It allows users to search the section based on sexual proclivity, physical dimensions, price range, and location.

109.    Craigslist's erotic services provides a forum for prostitutes to advertise their attributes and the sexual acts they will perform.

110.    Craigslist's erotic services provides a forum for prostitutes and brothels to provide their location and contact information.

111.    Craigslist prompts the illegal activity by creating a forum for the specific purpose of prostitution. Craigslist invites pimps, prostitutes, and sex-oriented businesses to post their services in an accessible and convenient place.

112.    Defendant has been rebuked in the national media for facilitating prostitution. The national attention devoted to Defendant's facilitation of prostitution is evidence that Defendant knows erotic services directs users to prostitutes.

113.    Defendant's conduct has violated and continues to violate Section 8-8-020 of the Chicago Municipal Code.

114.    Section 8-8-020 mandates that violators "shall be fined not less than $100.00 nor more than $400.00 for each offense."

115.    Defendant's violation of Section 8-8-020 of the Chicago Municipal Code is evidence its conduct is a nuisance.

**D.    18 U.S.C.S. § 1952 (a) (3) - Transportation in Aid of Racketeering Enterprises.**

116.    A final example that Defendant's conduct is a nuisance is that it runs afoul of 18 U.S.C.S. § 1952.

117.    Section 1952 prohibits the use of the mail or any facility in interstate commerce, with intent to "promote, manage, establish, carry on, or facilitate the

22

promotion, management, establishment, or carrying on, of any unlawful activity."

118.    "Unlawful activity" under Section 1952 includes "prostitution offenses in violation of the laws of the State in which they are committed."

119.    Defendant uses the mail and Internet in interstate commerce in connection with Craigslist and erotic services.

120.    Craigslist's erotic services facilitates, enables, and permits the dissemination of materials that aid individuals in procuring prostitution services.

121.    Craigslist's erotic services advertisements propose illegal commercial activity under local and state law and can thus be regulated and suppressed.

122.    Defendant is responsible in part for the creation of the offending content. Its website induces users to post prostitution related advertisements in erotic services.

123.    Defendant's creation of erotic services, the twenty-one categories, and the search function makes it more than a passive transmitter of information provided by others.

124.    Thus, Defendant promotes unlawful activity, to wit, prostitution. In so doing, Defendant violates state and local laws relating to prostitution, Chicago Municipal Code Section 8-8-020 and 720 ILCS 5/11-15, and public nuisance.

125.    Defendant facilitates the carrying on of unlawful activity, to wit, prostitution. In so doing, Defendant violates state and local laws relating to prostitution, Chicago Municipal Code Section 8-8-020 and 720 ILCS 5/11-15, and public nuisance.

126.    Defendant's violation of 18 U.S.C.S. § 1952 is evidence that its conduct is a nuisance.

127.    Thus, as evinced by Chicago Municipal Code Section 8-8-020, 720 ILCS 5/11-15, and 18 U.S.C.S. § 1952, Defendant's conduct contravenes prohibitions on prostitution.

128.    Violating such provisions constitutes an unreasonable interference with a public right.

**E.    Defendant Knowingly Facilitates Prostitution.**

129.    Defendant's conduct creates an ongoing nuisance as posts for prostitution are continuously made in erotic services and arrests invariably follow.

130.    Defendant knows its conduct has an ongoing detrimental effect upon the public's health, safety, and welfare, and the community's right to be free from disturbance.

131.    There is a reasonable certainty Defendant's acts injured and continue to injure the public's health, safety, and welfare.

132.    Craigslist's erotic services spawns the numerous stings and concomitant arrests in Cook County.

133.    The Sheriff attributes the surge in prostitution arrests to the popularity and accessibility of Craigslist's erotic services.

24

134.     Craigslist's erotic services is a substantial factor in bringing about injuries to the public because it streamlines the prostitution process. Erotic services is considered convenient, discreet, and legitimate by patrons and prostitutes alike.

135.     It was foreseeable to Defendant that prostitution would be a likely result where it created a section named "erotic services" and designated twenty-one categories based on sexual preference. A reasonable person would understand that creating the erotic services section would lead to sexual favors for money.

136.     Defendant's conduct is the direct and proximate cause of injuries to Cook County residents: it interferes with their public safety, health, and the quality of life.

137.     Defendant's facilitation of prostitution will continue to threaten the health, safety, and welfare of the County's residents. The Sheriff has a clearly ascertainable right to abate conduct that perpetuates such harm.

138.     This public nuisance constitutes an injury in fact to the Sheriff and Cook County residents that is concrete and particularized, actual and imminent, and caused by Defendant.

139.     Defendant's facilitation of prostitution proximately results in significant costs to the Sheriff and Cook County in enforcing prostitution laws and treating the social, health, and psychological damage wrought by prostitution, trafficking, and child endangerment.

140. The Sheriff and Cook County must also prosecute those who have been charged with prostitution through Craigslist, fund the criminal justice system in which such prosecutions take place, and detain those culprits.

141. The costs expended in monitoring Craigslist's erotic services and making 156 arrests were approximately $105,081. (See Exhibit W). This figure does not encompass the myriad costs of prostitution relating to rehabilitation, health care, and the criminal justice system, which far exceed the $105,081.

142. Defendant could reasonably eliminate its creation of this nuisance by simply removing erotic services. The costs of this step is negligible compared to the costs of harm that would be avoided.

WHEREFORE, the Sheriff of Cook County requests the Court declare Defendant, Craigslist, Inc.'s conduct a nuisance, award the Sheriff costs incurred in abating this nuisance, and award compensatory and punitive damages.

## Count II-Declaratory and Injunctive Relief

143. The Sheriff realleges paragraphs 1 through 142 of this Complaint and incorporates them herein.

144. Pursuant to 28 U.S.C. § 2201, the Court "may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought."

145. As set forth above, Defendant's conduct constitutes a public nuisance and will continue to be in the future.

26

146.    Enjoining Defendant from committing this conduct in the future is appropriate. The Sheriff has no adequate remedy at law and will suffer irreparable harm in the absence of the Court's declaratory and injunctive relief.

147.    Monetary damages will not adequately compensate the Sheriff for the harm he will continue to suffer if Defendant's conduct continues. Moreover, the harm to the safety, health, and welfare of Cook County residents in the absence of an injunction is irreparable. Thus, a permanent injunction is necessary.

WHEREFORE, the Sheriff of Cook County requests trial by jury and that the Court grant judgment for the Sheriff of Cook County and against Defendant, Craigslist, Inc., as follows:

A.    Find Craigslist, Inc. liable for creating a public nuisance;

B.    Issue a permanent injunction enjoining Craigslist, Inc. from engaging in the conduct complained of herein;

C.    Order Craigslist, Inc. to comply with federal, state, and municipal laws related to facilitating prostitution;

D.    Award compensatory and punitive damages in an amount to be determined at trial;

E.    Retain jurisdiction of this case until such time as it is assured that Craigslist, Inc. has remedied the unlawful conduct complained of herein and is determined to be in full compliance with the law;

F.    Award costs incurred in abating the nuisance, and

G.    Award such other relief as the Court may deem just or equitable.

Respectfully submitted,

The Sheriff of Cook County.

By: _____

One of the Sheriff's attorneys

Daniel F. Gallagher
Paul O'Grady
Christopher P. Keleher
Querrey & Harrow, Ltd.
175 West Jackson Blvd.
Suite 1600
Chicago, IL 60604
(312) 540-7000

28

# EXHIBIT A

# craigslist

chicago ᵂ chc nch wcl sox nwi nwc



post to classifieds

my account

help, faq, abuse, legal

search craigslist

for sale

event calendar
S  M  T  W  T  F  S
8   9  10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
1  2  3  4  5  6  7

avoid scams & fraud

personal safety tips

craigslist blog

craigslist factsheet

best-of-craigslist

job boards compared

craigslist movie & dvd

craigslist T-shirts

craigslist foundation

defend net neutrality

system status

terms of use  privacy

about us  help

## community
| | |
|---|---|
| activities | lost+found |
| artists | musicians |
| childcare | local news |
| general | politics |
| groups | rideshare |
| pets | volunteers |
| events | classes |

## personals
strictly platonic
women seek women
women seeking men
men seeking women
men seeking men
misc romance
casual encounters
missed connections
rants and raves

## discussion forums
| | | |
|---|---|---|
| 1099 | gifts | pets |
| apple | haiku | philos |
| arts | health | politic |
| atheist | help | psych |
| autos | history | queer |
| beauty | housing | recover |
| bikes | jobs | religion |
| celebs | jokes | rofo |
| comp | kink | science |
| crafts | l.t.r. | shop |
| diet | legal | spirit |
| divorce | linux | sports |
| dying | loc pol | t.v. |
| eco | m4m | tax |
| educ | money | testing |
| etiquet | motocy | transg |
| feedbk | music | travel |
| film | npo | vegan |
| fitness | open | w4w |
| fixit | outdoor | wed |
| food | over 50 | wine |
| frugal | p.o.c. | women |
| gaming | parent | words |
| garden | pefo | writers |

## housing
| |
|---|
| apts / housing |
| rooms / shared |
| sublets / temporary |
| housing wanted |
| housing swap |
| vacation rentals |
| parking / storage |
| office / commercial |
| real estate for sale |

## for sale
| | |
|---|---|
| barter | arts+crafts |
| bikes | auto parts |
| boats | baby+kids |
| books | cds/dvd/vhs |
| business | clothes+acc |
| computer | collectibles |
| free | electronics |
| furniture | farm+garden |
| general | games+toys |
| jewelry | garage sale |
| material | household |
| rvs | motorcycles |
| sporting | music instr |
| tickets | photo+video |
| tools | wanted |

## services
| | |
|---|---|
| beauty | automotive |
| computer | household |
| creative | labor/move |
| erotic | skill'd trade |
| event | real estate |
| financial | sm biz ads |
| legal | therapeutic |
| lessons | travel/vac |
| | write/ed/tr8 |

## jobs
accounting+finance
admin / office
arch / engineering
art / media / design
biotech / science
business / mgmt
customer service
education
food / bev / hosp
general labor
government
human resources
internet engineers
legal / paralegal
manufacturing
marketing / pr / ad
medical / health
nonprofit sector
real estate
retail / wholesale
sales / biz dev
salon / spa / fitness
security
skilled trade / craft
software / qa / dba
systems / network
technical support
transport
tv / film / video
web / info design
writing / editing
[ETC]    [part time]

## gigs
| | |
|---|---|
| computer | event |
| creative | labor |
| crew | writing |
| domestic | talent |
| | adult |

resumes

| us cities | us states | countries |
|---|---|---|
| atlanta | alabama | argentina |
| austin | alaska | australia |
| boston | arizona | austria |
| chicago | arkansas | bangladesh |
| dallas | california | belgium |
| denver | colorado | brazil |
| houston | connecticut | canada |
| las vegas | dc | caribbean |
| los angeles | delaware | chile |
| miami | florida | china |
| minneapolis | georgia | colombia |
| new york | guam | costa rica |
| orange co | hawaii | czech repub |
| philadelphia | idaho | denmark |
| phoenix | illinois | egypt |
| portland | indiana | finland |
| raleigh | iowa | france |
| sacramento | kansas | germany |
| san diego | kentucky | great britain |
| seattle | louisiana | greece |
| sf bayarea | maine | hungary |
| wash dc | maryland | india |
| more ... | mass | indonesia |
| | michigan | ireland |
| canada | minnesota | israel |
| | mississippi | italy |
| calgary | missouri | japan |
| edmonton | montana | korea |
| halifax | n carolina | lebanon |
| montreal | n hampshire | malaysia |
| ottawa | nebraska | mexico |
| toronto | nevada | micronesia |
| vancouver | new jersey | netherlands |
| victoria | new mexico | new zealand |
| winnipeg | new york | norway |
| more ... | north dakota | pakistan |
| | ohio | panama |
| intl cities | oklahoma | peru |
| amsterdam | oregon | philippines |
| bangalore | pennsylvania | poland |
| bangkok | puerto rico | portugal |
| barcelona | rhode island | russia |
| berlin | s carolina | singapore |
| buenosaires | south dakota | south africa |
| hongkong | tennessee | spain |
| london | texas | sweden |
| manila | utah | switzerland |
| mexico | vermont | taiwan |
| paris | virginia | thailand |
| riodejaneiro | washington | turkey |
| rome | west virginia | UAE |
| shanghai | wisconsin | UK |
| sydney | wyoming | US |
| tokyo | | venezuela |
| zurich | | vietnam |

# EXHIBIT B

craigslist: chicago online community

# craigslist

# chicago

### more cities

**post to classifieds**

help   subscriptions

### search craigslist



community  [>]

### event calendar (88)

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

best-of-craigslist
craig blog new
craigslist T-shirts
craigslist in the news
teachers' wishlists
craigslist foundation

terms of use   your privacy

about us   contact us

© 2003 craigslist

## community (1794)

activity partners

artists        lost+found
childcare   musicians
general     politics
groups      rideshare
pets          volunteers
events      classes

## personals (5270)

women seek women
women seeking men
men seeking women
casual encounters
men seeking men
missed connections
rants and raves

## discussion forums

| arts | jobs | poc |
| autos | kink | politic |
| beauty | legal | psych |
| comp | loc pol | queer |
| educ | m4m | rofo |
| fdbk | mc | selfem |
| film | money | shop |
| fitness | music | spirit |
| fixit | night | sports |
| food | open | testing |
| gaming | outdoor | transit |
| garden | parent | travel |
| haiku | pefo | w4w |
| health | pets | women |
| housing | philos | writers |

## housing (4380)

apts / housing
rooms / shared
sublets / temporary
housing wanted
housing swap
vacation rentals
parking / storage
office / commercial
real estate for sale

## for sale (6851)

| barter | cars+trucks |
| bikes | clothes+acc |
| books | collectibles |
| free | computer |
| furniture | electronics |
| general | garage sales |
| sporting | household |
| tickets | motorcycles |
| wanted | music instr |

## services (2114)

| computer | household |
| creative | labor/haul |
| erotic | sm biz ads |
| event | skill'd trade |
| lessons | therapeutic |

## jobs (1097)

accounting / finance
admin / office
art / media / design
biotech / science
business / mgmt
customer service
education / teaching
engineering / arch
human resources
internet engineering
legal / government
marketing / pr / adv
medical / healthcare
nonprofit sector
retail / food / hosp
sales / biz dev
skilled trade / craft
software / qa / dba
systems / networks
technical support
tv / film / video
web / info design
writing / editing
et cetera jobs
part time

## resumes (351)

# EXHIBIT C

craigslist | personals

craigslist > erotic services > warning & disclaimer

Unless **all** of the following points are true, please use your "back" button to exit this part of craigslist:

1. I am at least 18 years old.

2. I understand "erotic services" may include adult content.

3. I agree to flag as "prohibited" anything illegal or in violation of the craigslist terms of use. This includes, but is not limited to, offers for or the solicitation of prostitution.

4. I agree to report suspected exploitation of minors to the appropriate authorities.

5. By clicking on the links below, I release craigslist from any liability that may arise from my use of this site.

### Human trafficking and exploitation of minors are not tolerated - any suspected activity will be reported to law enforcement.

erotic services  >>>>>  w4m  m4m  m4w  w4w  t4m  m4t

mw4mw  mw4w  mw4m  w4mw  m4mw  w4ww  m4mm  mm4m  ww4w  ww4m  mm4w  m4ww  w4mm  t4mw  mw4t

For those interested there is background information available about the "erotic services" category

Choosing safer sex for you and your partner greatly reduces the risk of contracting STDs including HIV -- you can get answers to your safer sex questions, courtesy of staff members at the SF city clinic

craigslist has implemented the PICS content labeling system to assist parents and others who may be interested in content filtering. The PICS system is compatible with most commercially available as well as open source content control software packages.

# EXHIBIT D

□ KLAASKIDS FOUNDATION
NATIONAL SEARCH CENTER FOR
MISSING & TRAFFICKED CHILDREN
312 E. NINE MILE RD., SUITE 20 PMB414
PENSACOLA, FL 32514
WEBSITE: www.klaaskids.org

# INDICATIONS & WARNING
# TRAFFICKING INTELLIGENCE
# FUSION CENTER REPORT

A mile a minute....
*that is how fast your child can disappear*



## NATIONAL SEARCH CENTER FOR MISSING & TRAFFICKED CHILDREN

### Super Bowl of Sex Trafficking

**Tackle the Traffickers**
Anytime a major event such as the Super Bowl comes into town, a massive influx of tourists, money, and a no holds barred party atmosphere attract the prostitution scene.

In an effort to combat the inevitable proliferation of child prostitution the KlaasKids Foundation and the Florida Coalition Against Human Trafficking (FCAHT) teamed up to conduct an all-out blitz against sex trafficking during the Super Bowl in Tampa, Florida.



**Operation: Tackle the Traffickers** included more than 45 volunteers who targeted hotels, restaurants, gas stations and other businesses in Tampa, St. Petersburg and Clearwater during Super Bowl weekend. Morgan Dennis of the KlaasKids Foundation supplied the majority of the intelligence reporting during the event. Her analysis was conducted on-line using Craigslist as well as several other websites used by providers and customers. Areas that were targeted were selected based upon intelligence analysis derived from the Internet.

FCAHT event organizer Giselle Rodriguez recruited volunteers from the local Human Trafficking Coalition and several colleges. She compiled an enormous amount of anti-trafficking literature that outreach workers then supplied to business owners prior to the Super Bowl. Outreach workers received a tremendous response from the business owners. Several of the hotel managers requested follow-up training for their staff so that in the future they would be able to better identify sex trafficking. More importantly, the outreach effort developed several leads regarding the sex trafficking of minors.

*(Continued on Page 4)*



*Indications & Warning Trafficking Intelligence Fusion Center Report*

Many of our readers have asked us questions regarding the types of cases that KlaasKIDS Foundation is involved in.

Below is a brief peak into the inner workings of the KlaasKIDS Foundation during the period of this report – January 24 – February 7.

Staff and volunteers were involved in the Human Trafficking Outreach "Tackle the Trafficker" in Tampa, Florida.

Our volunteer search and rescue team was involved in two separate missing person cases:
♦ Assisted in the successful recovery of Alzheimer's patient in Destin, Florida;
♦ Assisted in the search for a homicide victim in Atmore, Alabama.

Our staff assisted the family of a missing 16 year-old girl from Michigan who was lured to Puerto Rico by a 26 year-old man.

Our staff assisted investigators involved in the cold case investigation of a missing 14 year-old from Florida.

*(Continued on Page 5)*

## Super Defense – Tampa Law Enforcement



Area law enforcement agencies including the Tampa Police Department and the Hillsborough County Sheriff's Department conducted numerous sting operations during the days leading up to the Super Bowl. Their efforts produced impressive results.

Law enforcements efforts to squash the proliferation of prostitution were apparent everywhere we looked. Street prostitution along popular tracks like Dale Mabry and Nebraska Ave were nonexistent. Customers using the popular website www.usasexguide.info constantly updated their special thread to discuss the oppressive law enforcement presence.

| 01-27-09 at 01:30 | #43 |
| --- | --- |
| **Oldcenturion** Regular Member Reports: 5 | **Increased LEO Activities** I can't recall which TV news I heard this on today but they mentioned that the LEO units would be using "attractive decoys" during night actions. They interviewed a rather gruff looking LEO captain who stated they have noticed a big increase in Craigslist ads and would take action. Stay safe out there guys. Regards, the Old Centurion |

Sting operations focused on street prostitution, strip clubs and massage parlors during the days leading up to the big game. On Monday, January 26th their operations netted 13 arrests. On Thursday, January 29th they had added an additional 19 arrests. By Friday night potential customers were hard pressed to find any street prostitution in Tampa.◻

© 2008 by the KlaasKids Foundation. *Indications & Warning Trafficking Intelligence Fusion Center Report* is published monthly for Foundation members. Dedicated to the memory of Polly Klaas, the Foundation's purpose is to inform parents, children and communities about how to prevent crimes against children through personal action and support of legislation. Editorial: Brad Dennis, Director of KlaasKIDS Foundation National Search Center for Missing & Trafficked Children. Design Concept: Blackburn Design, Petaluma, CA. Printing: MSI Litho, San Rafael, CA.



*National Search Center for Missing & Trafficked Children*



## Pair Sacked at Super Bowl with Profiting from the Prostitution of a Juvenile

Pasquale Holt, 23, and Erica Licata, 19 were charged with felony prostitution, and accused of using a 17-year-old girl for sex.

Licata, who listed her employer as Platinum Showgirls according to jail records, is also charged with procuring a person under 18 for prostitution, a felony, and offering to commit prostitution, a misdemeanor.

According to affidavits, the Hillsborough County Sheriff's Office arrested the three on Cypress Avenue in Tampa on January 26th around 11:50pm. Licata and the 17-year-old offered an undercover deputy oral sex in exchange for $300. Affidavits state that Holt was expected to be compensated $300 for driving the two to the location.□

## Our Monitoring of Craigslist Activity during the Super Bowl

| January | # of Daily Ads | # of Ads for 18 to 20yo | CRAIGSLIST ACTIVITY - TAMPA SUPER BOWL |
|---|---|---|---|
| | | | High Risk Trafficking Indicators |
| 1 | 87 | 6 | |
| 2 | 86 | 12 | High Risk Trafficking Indicators (HRTI's) are key words or |
| 3 | 84 | 7 | features used in online ads that typically signify minors or |
| 4 | 73 | 6 | trafficking situations. |
| 5 | 85 | 7 | |
| 6 | 69 | 8 | Examples of HRTI's found on Tampa Craigslist |
| 7 | 91 | 10 | January 1 - February 1, 2009 |
| 8 | 104 | 13 | "New to Craigslist" |
| 9 | 104 | 15 | "First time on here" |
| 10 | 112 | 12 | "New to business" |
| 11 | 88 | 10 | "New to Tampa" |
| 12 | 121 | 10 | "New to town" |
| 13 | 106 | 12 | "Virgin, Virgin, Virgin" |
| 14 | 112 | 7 | "Young and Fresh" |
| 15 | 117 | 17 | "New Girl" |
| 16 | 115 | 13 | "Break her in" |
| 17 | 114 | 7 | |
| 18 | 111 | 13 | |
| 19 | 123 | 14 | Ads with out-of-state phone numbers |
| 20 | 129 | 15 | Ads offering 2 girl specials |
| 21 | 139 | 19 | Ads featuring multiple girls |
| 22 | 120 | 27 | |
| 23 | 118 | 26 | |
| 24 | 124 | 24 | |
| 25 | 128 | 23 | |
| 26 | 133 | 27 | |
| 27 | 156 | 27 | |
| 28 | 153 | 29 | |
| 29 | 174 | 31 | |
| 30 | 177 | 30 | |
| 31 | 196 | 35 | |



*Indications & Warning Trafficking Intelligence Fusion Center Report*

## Example of the transitory nature of trafficking during the Super Bowl:

The Craigslist advertisements below show Angel and her friends advertising in Detroit the week prior to the Super Bowl and then show her again in Tampa during the Super Bowl.

Advertisements of girls on Craigslist indicated travel from around the country including ads from Washington, DC, New York, Detroit, Atlanta, Las Vegas, California and Hawaii.

---

**DOUBLE THE FUN- w4m - 21 (SOUTHFIELD/ DETRIOT)[* Internal error: Invalid file format. | In- line.WMF *]**

Reply to: pers-1007179610@craigslist.org [2]
Date: 2009-01-25, 2:49PM EST
***********************ANGEL***********************



HI GUYS I'M NEW TO THE LIST!
BUT MY GIRLFRIEND AMANDA
ISNT!
ARE YOU READY FOR THE
EXPERIENCE OF A LIFETIME?
WERE DOING IN AND OUTCALL
ALL NIGHT LONG!!!
CALL US WHEN YOU NEED US!!! —313—523—8423—
SINGLE RATES:—HH....100—H.....190.—
*CALL FOR OUT CALL AND DOUBLE RATES!

---

**GET READY FOR THE BIG GAME WITH ME! - w4m - 23 (DOWNTOWN TAMPA)**

Reply to: pers-1016133000@craigslist.org [2]
Date: 2009-02-01, 5:57AM EST
*******************ANGEL*******************



—313——289—7104— CALL AND
ASK ABOUT MY GIRLFRIENDS
AMANDA AND HEIDE, AND FOR
OUTCALL RATES —HH......125——
H.....225

## GOT FOLKS.COM



Got Folks.com originated in 2006 but didn't really come on the scene until October 2008. This website and its on-line magazine are growing in recognition and feature a series of on-line chat connections using the popular "chat-n-go" system.

The magazine recently announced its growing popularity within the sex in-dustry community by launching a new look on its website with added features. One feature that caught our interest is the upcoming launch of Got Folks.TV. This new addition will feature video shot within the sex industry.

Got Folks.Com was actively ad-vertising its website in several locations, including Tampa's Craigslist during the Super Bowl.□

---

**Super Bowl of Sex Trafficking**
*(Continued from Page 1)*

Each of these leads were turned over to law enforcement authorities.

Ms. Rodriguez efforts were instru-mental in the success of the program. Plans are already in progress for next year's Super Bowl in Miami, Florida. □

For more information about the Florida Coalition Against Human Trafficking please go to their website at:
www.stophumantrafficking.org.



---

*National Search Center for Missing & Trafficked Children*

(Continued from Page 2)

Marc Klaas, our founder, wrote an editorial regarding child safety and appeared on the Nancy Grace show to comment on current missing child cases.

Our partner organization, Beyond Missing was responsible for providing digital and print Amber Alert flyers for a child in Texas and missing posters for the child in Puerto Rico.

\* \* \* \* \* \* \* \* \* \* \*

The KlaasKIDS Foundation would like to thank the following groups for the successful "Tackle the Trafficker" Super Bowl outreach.

**Florida Coalition Against Human Trafficking**
\* \* \* \* \*
**Eden Fellowship Church of Pensacola, Florida**
\* \* \* \* \*
**Salvation Army, Tampa**
\* \* \* \* \*
**Santokiproductions**

# MISSING



| | | | |
|---|---|---|---|
| **Date Missing:** | 9/29/2008 | | |
| **Missing From:** | Clearwater, FL | **County:** | **PINELLAS** |
| **Birth Date:** | 1/9/1992 | **Age Disappeared:** | 16 yrs 8 months |
| **Race:** | White | **Sex:** | Female |
| **Height:** | 5' 05" | **Weight:** | 129 |
| **Hair:** | Brown | **Eyes:** | Brown |

**Narrative:** Samantha was last seen wearing black jeans and a white tee shirt. She has multiple tattoos.

If you have any information concerning the whereabouts of this child, please contact the Clearwater Police Department at 727-562-4200 or the FDLE MISSING ENDANGERED PERSONS INFORMATION CLEARINGHOUSE at 1-888-FL MISSING  Internet: http://www.fdle.state.fl.us

"Tackle the Traffickers" outreach workers uncovered several valuable leads concerning Samantha Walker, these leads were turned over to law enforcement authorities.
Samantha was last seen in the Clearwater, Florida area.
Help us find this missing child.

# EXHIBIT E

ASIAN S.E.X KITTIN - w4m  ⃝ Page 1 of 1

---

chicago craigslist > city of chicago > erotic services · email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

# ASIAN S.E.X KITTIN - w4m - 23 (OHARE AIRPORT)

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

Reply to: pers-1005312414@craigslist.org [1]
Date: 2009-01-23, 9:53PM CST

For a total mind b.l.o.w.i.n.g expeiance, give me a call...
Cinnamon (909)



- Location: OHARE AIRPORT
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1005312414

---

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

~•☐•~STUNNING~•☐•~SEXY~•☐•~SOPHISTICATED~•☐•~ - w4m

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# ~•☐•~STUNNING~•☐•~SEXY~•☐•~SOPHISTICATED~•☐•~ - w4m - 27 (Chicago/sur areas)

Reply to: pers-985562996@craigslist.org [2]
Date: 2009-01-08, 6:20PM CST

°☐°☐•°I'M READY TO PLAY°•☐°☐°
Allow me to satisfy your Sweet Tooth.
I will meet ALL your needs and exceed your expectations,
Giving you an experience that you will never forget
I am extremely Sexy, Sensual, and FUN! ! !
NO GAMES,,,100%REAL PIC,,,100%INDEPENDENT.
I have a bubbley personality and love to have a kinky good time with deserving gentlemen.
So please... don't hesitate.
Pick up that phone and call now!!!!
In A hurry??
15 Min $50 Roses
Wanna Have A Wild Time??
1hour $150 Roses
Ready To Get Naughty And Also Relax!!

Wanna Relax At your Own Home!!
same Roses 4 Outcall
How About A G-R-E-E-K Lesson I'm A Great Student!!

~•□•~STUNNING~•□•~SEXY~□•~SOPHISTICATED~•□•~ ~ w4m





- Location: Chicago/sur areas
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 985562996

---

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

Spend the night with me - w4m

Page 1 of 1

chicago craigslist > city of chicago > erotic services

email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# Spend the night with me - w4m

Reply to: pers-1003753366@craigslist.org [?]
Date: 2009-01-22, 6:42PM CST

Hey Gentlemen If sweetness is what you're looking for than look no further I'm the ultimate girl next door that you've always been fantisizing about I love to tease but aim to please My classy sex appeal and stunning beauty will initially attract you by spontaneous wild side and erotic nature are sure to captivate your full attention for as long as you can handle My ultimate goal is to leave you smiling for days addicted to my touch with your mind bulging with thoughts of me With a tight curvy figure silky smooth skin and captivating brown eyes I'm sure your every sense will be pleased by my erotic looks tempting touch and sweet seductive smell Your search for the perfect down-to-earth beauty ends here call jessica at 630-



- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1003753366

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

----YOUNG------TIGHT----- ----JUST------ RIGHT------4----YOU-- w4m          Page 1 of 1

chicago craigslist > city of chicago > erotic services          email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

# ----YOUNG-------TIGHT------&------JUST------- RIGHT-------4----YOU--- - w4m - 18 (Exit I-94 Old Orchard Rd:SKOKIE, IL)

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

Reply to: pers-1010719152@craigslist.org [?]
Date: 2009-01-27, 11:14PM CST

Hey Guys, its *K*I*T*O*Y* and I'm AVAILABLE NOW!!!
I'm truly every man's FANTASY!
I'm a 18 year old, 5'9", 120 pound, sweetheart with long black hair and adorable hazel eyes.
I have a TIGHT LITTLE BODY that'll keep you coming back for more!!!
I'm 110% THE REAL THING!!!
No scams, No gimmicks, No upselling, and most of all NO Rush Sessions.
Don't be shy guys, give me a call...
TO MAKE YOUR FANTASY COME TRUE, I'M THE GIRL FOR YOU!!!
You won't be disappointed, I guarantee it!!!

9 2 0          Ki Toy



- Location: Exit I-94 Old Orchard Rd:SKOKIE, IL
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1010719152

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

http://chicago.craigslist.org/chc/ers/1010719152.html          1/28/2009

Case: 1:09-cv-01385 Document #: 1 Filed: 03/05/09 Page 47 of 195 PageID #:869

chicago craigslist > city of chicago > erotic services                    email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# ***2 GIRLS***BODIES OF SUPERSTARS***SKILLS OF PORNSTARS*** - w4m (SCHAUMBURG INCALLS/OUTCALLS ALL OVER)

Reply to: pers-1007165221@craigslist.org [1]
Date: 2009-01-25, 1:37PM CST



## The Beautiful Essence 312-     -

My mission and Pleasure is to Provide You with That Complete Erotic Sensual Encounter.
Your experience with Me will be Unrushed, Passionate and Personalized for You, with Plenty of
Time to Explore.
If You Love to be Pampered and Pleased, then Indulge Yourself and Give me a Call.
I Promise You Wont Regret It!
I'm an Independent Provider who Knows How to Treat a Man Like a King!!!
Just sit back, relax and allow me to do the work.
I provide safe, sensual sessions with no rush.

Essence D'Beautiful
312*

I'm very openminded so don't be afraid to ask me anything.

For reviews and more pics check my website.

www.EssenceTheBeautiful.ultraescort.com

### Information

**CONTACT INFORMATION**

### Profile

Service Area: Schaumburg       Service Type: Erotic
Market Focus: Premium

### Attributes

**SPECIALTIES**
☆ 100% True GFE!        Ask About My 2 Girl
                        Specials!

**RATES**
Rate: $250.00 per hour
Rate Details: $100 Q$200
HH$250 FHEach Additional
Hour Add $100...

**CREDENTIALS**
☆ I Have Reviews On TER!

**BENEFITS OF SERVICE**
☆ I Guarantee The Greatest ExxXperience You've Ever Had!

**CLIENTS**
☆ Respectful Gentlemen
   Only!

### Photo Gallery

Powered by vFlyer.com                              VFLYER ID: 2169458

Photo Gallery

***2 GIRLS***BODIES OF SUPERSTARS***SKILLS OF PORNSTAR*** - w4m          Page 3 of 5



DescriptionMy mission and Pleasure is to Provide You with That Complete Erotic Sensual Encounter.
Your experience with Me will be Unrushed, Passionate and Personalized for You, with Plenty of Time to Explore.
If You Love to be Pampered and Pleased, then Indulge Yourself and Give me a Call.
I Promise You Wont Regret It!
I'm an Independent Provider who Knows How to Treat a Man Like a King!!!!
Just sit back, relax and allow me to do the work.
I provide safe, sensual sessions with no rush.

Essence D'Beautiful
312*      *

I'm very openminded so don't be afraid to ask me anything.

For reviews and more pics check my website.

www.EssenceTheBeautiful.ultraescort.comProfile
**Service Area:** Schaumburg
**Service Type:** Erotic
**Market Focus:** Premium
Powered by vFlyer.com vFlyer Id: 2169458



# KITTEN PURRS 312* *

A charming and elegant young lady with a passion for life. Romantic, warm, sensitive and emotional.
I am extremely feminine and passionate in anything I do.
I like to be affectionate and gentle and enjoy seducing and pampering the gentleman with my loving manners.
My sweet natured personality will have you falling in love.
Exotic and erotic with a beautiful sexy body, silky, smooth skin and a perfect bright smile.
I am most athletic, flexible and, take excellent care of my body.
*Most of all I love to play and my deep sensuality will more than satisfy you.*
100% actual photo!!!!
Kitten Purrs
312* ___ *
*www.KittenPurrs.escort9.com*

## Information

**CONTACT INFORMATION**

**RATES**
**Rate:** $200.00 per hour
**Rate Details:** 100 Q150 HH200 FH

## Profile

**Service Area:** Schaumburg **Service Type:** Erotic
**Market Focus:** Premium

## Attributes

**SPECIALTIES**
- 100% GFE!
- Ask About My 2 Girl Specials With Essence D'Beautiful...

**CREDENTIALS**
- I Have Reviews On TER!

**BENEFITS OF SERVICE**
- *The Ultimate Girl Friend ExXxperience!*

**CLIENTS**
- *Respectful Gentlemen Only!*

## Photo Gallery

Powered by vFlyer.com VFLYER ID: 2169485

Photo Gallery

***2 GIRLS***BODIES OF SUPERSTARS***SKILLS OF PORNSTARS*** - w4m      Page 5 of 5



DescriptionA charming and elegant young lady with a passion for life. Romantic, warm, sensitive and emotional.
I am extremely feminine and passionate in anything I do.
I like to be affectionate and gentle and enjoy seducing and pampering the gentleman with my loving manners.
My sweet natured personality will have you falling in love.
Exotic and erotic with a beautiful sexy body, silky, smooth skin and a perfect bright smile.
I am most athletic, flexible and, take excellent care of my body.
Most of all I love to play and my deep sensuality will more than satisfy you.
100% actual photo!!!!
Kitten Purrs
312*.   *
www.KittenPurrs.escort9.comProfile

**Service Area:** Schaumburg

**Service Type:** Erotic

**Market Focus:** Premium

Powered by vFlyer.com vFlyer Id: 2169485


- Location: SCHAUMBURG INCALLS/OUTCALLS ALL OVER
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1007165221

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

Femme Son looking for Sugar Daddy - m4m  Page 1 of 1

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# Femme Son looking for Sugar Daddy - m4m - 19 (Travel Chicago)

Reply to: pers-987529501@craigslist.org [2]
Date: 2009-01-10, 11:48AM CST

Just another young white college boy in the city looking for some scholarship from a generous older man. Clean and disease free, shaved. I am mostly sub but I can dom on occasion. I am, short, trim, in shape and I am great at massage. Suggested donation for a massage is 75 for in the city, no hidden fees. Travel/outcalls only for now. I like to talk or we can get right down to business. I am very discrete, welcoming to first time married guys or experienced players. Into safe play only, I know you'll love my massage so hit me up today.



- Location: Travel Chicago
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 987529501

Copyright © 2009 craigslist, inc.  terms of use  privacy policy  feedback forum

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# HOT~~TRANSEXUAL~~VISITING~~SHORT~~TIME~~IN~TWON~ - t4m - 27 (O'HARE/ROSEMONT~~)

Reply to: pers-1005644116@craigslist.org [2]
Date: 2009-01-24, 9:33AM CST

Hi gentlemen

iam sexy cristal, a natural,beautiful and sexy latina ready to make your dreams come true, let me seduce you with my hot body, i have a very nice,slim body, i stand 5'4 135bs 36d-22-38 very sexy and hot,i love to show my affections in all the right places,i have 7"surprises and iam always ready to play,if you want to have,to spent and enjoy a really great time with a beautiful ts latina dont wait so long and give me a call 612/    ./    ~ you wont be disappointed. just serious callers please,no private calls or they will be ignore



- Location: O'HARE/ROSEMONT~~
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1005644116

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

chicago craigslist > city of chicago > erotic services        email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

# Handsome Puerto Rican - m4w - 24 (Chicagoland)

miscategorized

prohibited

spam/overpost

Reply to: pers-1000723771@craigslist.org [?]
Date: 2009-01-20, 3:32PM CST

best of craigslist

Hello to all the great ladies out there. Due to the way the economy is I am willing to do almost anything to get money. I'm 5'11" and very good looking. I was born and raised in Puerto Rico. I have been in the service for 6yrs. I can hold a conversation and I'm a very fun person to be with. I will do anything. I will go out with you on a night in town; I will be your boyfriend for the night. Ill go to a wedding with you or clubbing or even strip for a bachelorette party or just for you or a group of girls. Ill dance salsa with you, have a drink with you. Ill even do your laundry and clean your house. I will sit with you and hear you talk give you my best advice. I can give very good massages, ill even rub your feet. I am not a pansy or a slave, I just need money. I have no age limit from 18-99, I have no look preferences you can be 3'5" or 7' tall be skinny or heavy I don't care I just need money. Email me with your email and a picture I will email you as many pictures as you would like. In the email state what you would like to do and a phone number I can call you please note will call you at my earliest convenience. Thank You and Please Please hire me you won't be disappointed. I have pictures upon request.



- Location: Chicagoland
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1000723771

Copyright © 2009 craigslist, inc.    terms of use    privacy policy    feedback forum

chicago craigslist > city of chicago > erotic services      email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# HOT EROTIC MASSAGE/ESCORT FROM HOT BOI - m4m - 20 (Chicago)

Reply to: pers-1004104258@craigslist.org ✉
Date: 2009-01-23, 4:21AM CST

Sexy outgoing hot boi giving erotic massage /escort service from hot 6ft 150lbs and 8 " and thick all for your erotic needs

rates are 100 an hour and 350 for 4 or more hours and 1700 for the whole week

my contact info is 773        look forward to hearing from you

i respond to all texts so hit me up



- Location: Chicago
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1004104258

Copyright © 2009 craigslist, inc.    terms of use    privacy policy    feedback forum

>>Busty Blonde Pregant Beauty~ Massage~Specials~ All Day~!!!~ - w4m

Page 1 of 1

chicago craigslist > northwest suburbs > erotic services          email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# >>Busty Blonde Pregant Beauty ~ Massage~Specials~ All Day~!!!~ - w4m - 28 (Barrington Rd & I-90)

Reply to: pers-1009578861@craigslist.org [2]
Date: 2009-01-27, 9:42AM CST

Have You Ever Fantasized About A Fully Nude, Full Body Erotic Massage, Given To You By A Busty Blonde Pregant Beauty!

I Have A Delicate Touch That Will Leave Tingling Sensations Imprinted In Your Mind Long After I Am Gone. If You Have The Desire And Time For An Alluring Encounter, You Will Never Be Disappointed With The Erotic Experience That Awaits You. I Know You Want Me! You Know What You Must Do.

!!!!!!!!!!!!!!!!!!!!!Don't Miss Out!!!!!!!!!!!!!!!!!!!!!!!!!
(((((((((((Special Rate Today ~~$75 Half Hour~~$150 Full Hour)))))))))))))))

Ask for Jamie 224-



- Location: Barrington Rd & I-90
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1009578861

Copyright © 2009 craigslist, inc.     terms of use     privacy policy     feedback forum

T e e ns for CASH.....Young Hot GIrlSS!!! open all night! $150!!!!!!! - w4... Page 1 of 1

chicago craigslist > city of chicago > erotic services           email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# T e e ns for CASH.....Young Hot GIrlSS!!! open all night! $150!!!!!!! - w4m

Reply to: pers-1005462616@craigslist.org [?]
Date: 2009-01-24, 2:57AM CST

T e e ns for CASH.....Young Hot GIrlSS!!! open all night! $150!!!!!!!

$100 q u i c k i e

youngest and hottest girls in chicagoland

(630)        -

actual pic of Jennifer (19 ) all girls here are over 18!!!!!



- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 1005462616

Copyright © 2009 craigslist, inc.   terms of use   privacy policy   feedback forum

chicago craigslist > city of chicago > erotic services        email this posting to a friend

*Please report suspected exploitation of minors to the appropriate authorities*

# Hott young girls needed for new naughty nanny service - m4ww - 35 (Chicago (South Midway))

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

Reply to: pers-991610815@craigslist.org [2]
Date: 2009-01-13, 3:03PM CST

Are looking to make some good money in this tough economy. Minimum pay is $25 per hour to look pretty and be a nanny to single fathers across the chicagoland area. Ever fantasized about being a hot young sexy nanny for an attractive man and his children, then this job is for you. Looking to hire women ages 18 to 27 for this new enterprise. Must provide 3 pics (At least one sexy photo). Must provide a resume, some knowledge and experience with children a plus. Will provide training if hired.

Looking for short-term, long-term, overnight sitters and nannies to be placed in upscale homes. All clients screened and security provided if necessary.

Applicants must be able to pass a background check and have their own reliable transportation.

If you are interested remember to send your information, name, contact info, sexy pic. Will contact with date, time and location of interviews

Amatuers only. No professional ladies need apply. This is a legitimate business venture and not a solicitation for prostitution. Anything that happens during your employment with clients is between two consenting adults. Pay is for hours in which you are performing duties specified in Naughty Nannies handbook.



Hott young girls needed for new naughty nanny service - m4ww     ◯     Page 2 of 2

- Location: Chicago (South Midway)
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 991610815

---

Copyright © 2009 craigslist, inc.     terms of use     privacy policy     feedback forum

# EXHIBIT F

classifieds - craigslist ⭕ ⭕ Page 1 of 4

| all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs |

search for: w4m    in: erotic services    [ Search ]  ☐ only search titles

Poster's Age: min    max    ☐ has image

**Found: 1000 Displaying: 1 - 100**    Next>>
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 ]

Jan 28 - ((TOO SEXY))((TOO THICK))((TOO EXOTIC&A FREAK FOR YOU)) - w4m - (ROGERS PARK/NORTHSIDE) pic

Jan 28 - XXXX HUMP Day Special !!!! Double Trouble XXXXX - w4m - (O'Hare) pic

Jan 28 - *\*\*\*\*\*\*\*\*\*\*\ Take the Challenge/*/*/*/*/*/*/*/*/* - w4m - 28 - (N.side Rogers Park Evanston) img

Jan 28 - NAPERVILLE AND SURROUNDING AREAS - w4m - (OUTCALLS ONLY) pic

Jan 28 - ))))))))) great massage by pretty Asian girls(((((((( - w4m - 22 - (N. Clark, Free Private parking in back) pic

Jan 28 - Erotic Lapdance Shows **LAST DAY FOR SPECIALS** w/Sexy Blonde Crissy - w4m - 25 - (Naperville (INCALL ONLY!!!)) pic

Jan 28 - Completely total relaxation by beautiful Asian females You will be tak - w4m - 22 - (Milwaukee/Irving Park) pic

Jan 28 - ***Crazy Morning Specials with a Smoking Hot Girl*** *T*E*E*N*SPINNER* - w4m - 19 - (ABBOTT Area) pic

Jan 28 - ☐☐☐HOT AND SPICY ARGENTINIAN BLOND☐☐☐ - w4m - 23 - (☐SCHAUMBURG☐) img

Jan 28 - Home alone and looking for company, great erotic massages here. - w4m - 30 - (in calls) pic

Jan 28 - %%%HOT & SEXY MIXED AFGAN/KOREAN/LATIN BABE (NEW PICS)%%% - w4m - 18 - (MIDWAY) pic

Jan 28 - SUPER SEXY BLOND WHO LOVES WHAT SHE DOES! - w4m - 36 - (Western Suburbs) pic

Jan 28 - relaxing asian girl massage - w4m - (Rt83 & 75th st) pic

Jan 28 - ☐BEAUTIFUL GERMAN AND SPANISH MIX☐ - w4m - 23 - (☐SCHAUMBURG☐) img

Jan 28 - Hump day stress relief right here.Great massages here. - w4m - 30 - (in calls only) pic

Jan 28 - ▓▓▓**♥Saniyah Pearl♥**▓▓▓ - w4m - 23 - (RS2K....Indian Princess) pic

Jan 28 - Gentle to the touch - w4m - 39 - (North Suburb) pic

Jan 28 - *_____Playtime_____* - w4m - 23 - (ur place) pic

Jan 28 - ***(((In Love With A Stripper)))*** - w4m - 20 - (south chicagoland) img

Jan 28 - ((•°SeXxXy°•.,-:¦:-•°((W.E.T))°•.,-:¦:-•°[&] X x X RATED FuN.°•)) - w4m - 21 - (Skokie(incall-outcall)) pic

Jan 28 - ***TALL HOT BLONDE BEAUTY!!! ALL NATURAL*** - w4m - 41 - (North West Burbs/Schaumburg Area) pic

Jan 28 - Simple Yet Satisfying!!! - w4m - 30 - (in-call til 5/ Streamwood area)

Jan 28 - HUMP DAY!! - w4m - 22 - (BOLINGBROOK/JOLIET) pic

Jan 28 - Lunch time, Dinner time, anytime!!!!just the way you like it!! - w4m - 26 - (out or in (city of chi)) pic

Jan 28 - S.U.P.E.R ~S.E.X.Y ~L.I.G.H.T. S.K.I.N.N.E.D~E.B.O.N.Y~C.U.M.S.L.U.T - w4m - 21 - (DOWNTOWN/SW BURBS) pic

Jan 28 - ***RECESSION SPECIALS COME GET EM NICE AND EARLY*** - w4m - 21 - (NW) pic

Jan 28 - ~~~**~~~** asian girl massage~~~**~~~~ 6303443062 - w4m - (Rt53 lisle) pic

Jan 28 - ((•°SeXxXy°•..-:|:-•°((W.E.T))°•..-:|:-•°[&] X x X RATED FuN.°•)) - w4m - 21 - (skokie(incall-outcall)) pic

Jan 28 - START~*YOUR~*DAY~*OFF~RIGHT~*CLICK~HERE~* - w4m - 18 - pic

Jan 28 - •-:|:-•ONE OF A KIND•-:|:-• SMOKING•HOT• EBONY•-:|:-• REAL PICS - w4m - 21 - (skokie(incall-outcall)) pic

Jan 28 - MZ.SEXYLACE HAS A 100SPECIAL ALL INCLUSIVE- w4m - (woodfield/schaumburg area) pic

Jan 28 - THE MOST DELICIOUS UNRUSHED SESSIONS! Beauty, Brains, & a Killer Body - w4m - 22 - img

Jan 28 - ******HOT BLOND WANTS 2 PLAY********** - w4m - (west suburbs) pic

Jan 28 - ___UNBELIEVEABLY PLEASANT, SO GOOOD, EBONY DIVA___ R U READY? - w4m - 24 - (INCALLS) pic

Jan 28 - ((((((( Traci of Chicago 42DD-34-40 A Sexy Redhead BBW ))))))) - w4m - 39 - (Immediate O'Hare Incalls ) pic

Jan 28 - Take your lunch break with me!! Available for incall this afternoon!! - w4m - (Willowbrook Area Incalls) pic

Jan 28 - 100-COME AS MANY TIMES U WANT w/XTASY'S NATURAL 42DDS FOR 100 SPECIALS - w4m - (SCHAUMBURG/WOODFIELD MALL AREA) pic img

Jan 28 - B*I*G)_____(B*O*T*T*O*M)_____(B*O*MB*SH*E*L*L - 23 - (OAK PARK(Incall)) pic img

Jan 28 - TIPS ON HAVING A STRESS FREE WEEK - w4m - (Woodfield Area) pic

Jan 28 - My passion and willingness to please will leave you wanting more. - w4m - 25 - (Schaumburg****Near I-90) pic img

Jan 28 - BBW - French Massage - Incall - w4m - 48 - (downers grove)

Jan 28 - ?•B E A U T I F U L •? xxx ?• P L A Y M A T E •? - w4m - 25 - (Chicago) pic img

Jan 28 - ♥•SEXY ♥•STUNNING ♥•CLASSY ♥• - w4m - 39 - (Naperville) pic

Jan 28 - ANY AND ALL FANATASIES ARE FUFILLED WITH ME!!! - w4m - ( LOOP INCALL) pic

Jan 28 -
@@@@ I'M ALREADY NAKED XXX @@@@ 19Y YOUNG COME SEE ME NOW @@@@ - w4m - 19 - (On Cam Naked See Me Now) img

Jan 28 - Alright Boys, I'm Up, Ready, and Just What You Need Today!! - w4m - 25 - (merrillville today/downtown chi thurs) pic img

Jan 28 - Choose one of us you won't be disapointed - w4m - 23 - (chicago) pic

Jan 28 - ~~~100 SPECIALS ALL NIGHT!~~~~dont miss out!!!~~ - w4m - 19 - (Downtown outcalls only!!) pic

Jan 28 - French Teacher Available - w4m - (In/Out) pic

Jan 28 - Up AnD eaGeR tO plEaSe - w4m - 22 - (Your Place city/burbs) pic

Jan 28 - It is methe new girl in town. Now I am waitin for u to show me the fun - w4m - 19 - (glenwood,olympiafeilds,forest park) pic

classifieds - craigslist ⭕ ⭕ Page 3 of 4

Jan 28 - Hi guys i am back in twon let me give you a night you forget:) - w4m - 21 - (matteson,southholland,olympiafeilds,glen) pic img

Jan 28 - SPEND SOME WARM COZZY TIME WITH ME - w4m - 21 - (outcalls only ) pic

Jan 28 - •‡«=·-·=»- LATE NIGHT H/EA/D/A/C/H/E RELIEF****** •‡«=·-·=»- w4m - 21 - (SKOKIE(INCALL)) pic

Jan 28 - LET'S*****START******HAVING*******SOME*******FUN!! - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 28 - ***LATE NIGHT HOT & SEXY GIRL !!!***COME & SEE WHAT YOU NEED!!*** - w4m - 20 - (NORTH G.F.E) pic

Jan 28 - I'M*****AS*****READY*******AS******YOU******ARE!! - w4m - 18 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 28 - ~~THESE HIPS WON'T LIE!!!MY BODY IS YEARNING FOR YOU!!~~ - w4m - 22 - (CHICAGO) pic

Jan 28 - %%%HOT & SEXY MIXED AFGAN/KOREAN/LATIN BABE (NEW PICS)%%% - w4m - (CHICAGO/O'HARE/MIDWAY/DOWNTOWN AREA) pic

Jan 28 - UP LATE ... LOOKING TO FIND A NEW PLAYMATE ... - w4m - 32 - (KIMBALL/IRVING PK. IN CALL ONLY)

Jan 28 - ____|:| Th€ B€St |:| €_X_♥_T_i_C_|:| ToP PrOvId€r|:| - w4m - 18 - (Exit I-94 old orchard rd Skokie Incalls) pic

Jan 28 - *** 100 ***(( DO YOU DESERVE A SPECIAL LATE NIGHT TREAT))*** 100 *** - w4m - 21 - (City & Suburbs) pic

Jan 28 - ____Intimate Bodywork Sessions By the SeXxXy Nadia____ - w4m - 20 - (Chicago (outcalls)) pic

Jan 28 - { { LooKing For A PerFect [10] AvaLiAble Now } } - w4m - 20 - (Chicago/City) img

Jan 28 - ___=SOME=___=CALL=___=ME=___=A=___=NYMPHO=___{FreaKy} - - w4m - 22 - (chicago) img

Jan 28 - Choose one of us you won't be disapointed - w4m - 23 - (chicago) pic

Jan 28 - ::::::::::::CRAVING::::A:::::CARAMEL:::::SUNDAE!!!:::602-722-0688 - (CHICAGO ) img

Jan 28 - *^*Midnight*****Snack*^* - w4m - 20 - (Downtown Outcalls) pic

Jan 28 - ARE YOU READY TO HAVE THE TIME OF YOUR LIFE 773-675-5982 - w4m - 21 - (SOUTHEAST) pic

Jan 28 - UP 24/7 LOOK FOR COMPANY 773-552-3849 - w4m - 21 - (INCALLS-OUTCALLS) pic

Jan 28 - %%%HOT & SEXY MIXED AFGAN/KOREAN/LATIN BABE (NEW PICS)%%% - w4m - 18 - (CHICAGO/MIDWAY/O'HARE/DOWNTOWN-OUTCALLS) pic

Jan 28 - Sweet treats for all your needs!!! Hot blonde!! - w4m - 21 - (Outcalls Only) pic

Jan 27 - •!• SUPER THICK •!•SUPER FREAKY •!•SUPER NASTY•!•LET ME SHOW U•!• - w4m - 24 - (CHICAGO) pic

Jan 27 - OUTCALL SPECIAL ALL NIGHT LONG WITH THIS LATINA BEAUTY - w4m - 21 - (CHICAGO) img

Jan 27 - Hello there, my name is Stephanie. - w4m - 23 - (northwest burb's) pic

Jan 27 - ***100**** SPECIALS ALL NIGHT!!!! - w4m - 19 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - will you be able to handle me? - w4m - 19 - (ANYWHERE) pic

Jan 27 - ~*~*WE'LL COME UP WITH NEW WAYS TO HAVE FUN TONIGHT!!!~*~*~* - w4m - 22 - (NORTH CHICAGO) pic

1/28/2009

Jan 27 - exotic encounter..... - w4m - 19 - (WHERE EVER) pic

Jan 27 - **LATE NIGHT HOTTIE WHO WANTS TO BE NAUGHTY!!!**** - w4m - 20 - (NORTH SIDE G.F.E) pic

Jan 27 - 312 823 3952 Sexy Excotic Ebony In town 4 some outcall Fun tonite - w4m - 25 - (downtown loop northside ) pic

Jan 27 - "*"*"*[[DREAM GIRLS]]*"*"*" - w4m - 23 - (chicago) pic

Jan 27 - !!!$$LOOKIN FOR GENEROUS SUGAR DADDY!!! - w4m - 33 - (DOWNTOWN(OUTCLLS ONLY))

Jan 27 - YOUNG HOT GIA - w4m - 18 - (ROMEOVILLE AREA) pic

Jan 27 - Late Night Rendezvous - w4m - 24 - (OutCalls Only) img

Jan 27 - ----YOUNG-------TIGHT------&------JUST------- RIGHT-------4----YOU--- - w4m - 18 - (Exit I-94 Old Orchard Rd:SKOKIE, IL) pic

Jan 27 - Sweet,Sexy Ebony Princess - w4m - 21 - (Downtown/Outcalls) pic

Jan 27 - @@@@@ Sensual Eroctic Pleasure @@@@@@@ - w4m - 21 - (Downtown/Chicago) pic

Jan 27 - Sexxy Petite Blonde - w4m - 20 - (Downtown/Outcalls) pic

Jan 27 - •!• SUPER THICK •!•SUPER FREAKY •!•SUPER NASTY•!•LET ME SHOW U•!• - w4m - 24 - (CHICAGO) pic

Jan 27 - FANTASY PHONE SEX - Only $1.29 per minute - w4m - 22 - (ALL) pic

Jan 27 - SUPER SEXY BLOND THAT LOVES WHAT SHE DOES! - OUT/IN SPECIALS - w4m - 36 - (Western Suburbs) pic

Jan 27 - •□• R=O=Y=A=L □ T=R=E=A=T=M=E=N=T •□•w4m - w4m - 20 - (□_((SCHAUMBURG))□TER□_) img

Jan 27 - YOUR CHOCOLATE TREAT FOR THE EVENING!!!!!!!!! INCALLS ONLY!!!!!!!!!!!! - w4m - 19 - (MCHENRY AREA(INCALLS ONLY)) pic

Jan 27 - You know you want this AMAZING blonde coed!! Look no FURTHER!! - w4m - 22 - pic

Jan 27 -
@@@@ NAKED & READY @@@@ ANYTHING GOES @@@ YOUNG = MORE FUN @@@XXX@@@ - 19 - ($4.99 FOR 30 MINS LIVE INTERACTIVE SHOWS) img

Jan 27 - I'LL WANT TO BE YOUR BAD LIL GIRL,DADDY!! - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - !!!!!!!((*36ddd's ALL NATURAL 36ddd's*))!!!!!!!! - w4m - 21 - (INCALLS) pic

Jan 27 - //\* * *__ LATE__NITE__TREAT__SEXY_&_EXOTIC__SURE 2 PLEzz* * *//\V/// - w4m - 22 - (Schaumburg) pic

Jan 27 - *^*^* SMOKING HOT ' N ' SEXY BLONDE BABE *^*^*^* - w4m - 23 - (northside / downtown area) pic

---

**Found: 1000 Displaying: 1 - 100** 　　　　　　　　　　　Next>>
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 ]

---

classifieds - craigslist                    ◯                    ◯                    Page 1 of 5

chicago craigslist > erotic services                                              [ help ] [ post ]

| all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs |

search
for:     w4m                    in:  erotic services        ⌨  [ Search ]   ☐ only search titles

    Poster's Age:  min      max                            ☐ has image

<u>&lt;&lt; Prev</u>              **Found: 1000 Displaying: 101 - 200**              <u>Next&gt;&gt;</u>
                          [ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 ]

Jan 27 - <u>YOUR CHOCOLATE TREAT FOR THE EVENING!!!!!!!!! INCALLS ONLY!!!!!!!!!!!!!</u> - w4m - 19 - (MCHENRY AREA(INCALLS ONLY)) pic

Jan 27 - <u>You know you want this AMAZING blonde coed!! Look no FURTHER!! w4m - 22 -</u> pic

Jan 27 -
<u>@@@@ NAKED & READY @@@@ ANYTHING GOES @@@ YOUNG = MORE FUN @@@XXX@@@</u> - 19 - ($4.99 FOR 30 MINS LIVE INTERACTIVE SHOWS) img

Jan 27 - <u>I'LL WANT TO BE YOUR BAD LIL GIRL,DADDY!!</u> - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - <u>!!!!!!!((*36ddd's ALL NATURAL 36ddd's*))!!!!!!!!</u> - w4m - 21 - (INCALLS) pic

Jan 27 - <u>//\\* * *__LATE__NITE__TREAT__SEXY_&_EXOTIC__SURE 2 PLEzz* * *//\\//</u> - w4m - 22 - (Schaumburg) pic

Jan 27 - <u>*^*^* SMOKING HOT ' N ' SEXY BLONDE BABE *^*^*^*</u> - w4m - 23 - (northside / downtown area) pic

Jan 27 - <u>CLASSY, SEXY, READY TO SOOTH YOUR BODY AND MIND</u> - w4m - (DOWNTOWN/GOLDCOAST/LP/LAKEVIEW) pic

Jan 27 - <u>NAugHty oR NIcE............. HoWeVeR you LikE</u> - w4m - 22 - (Your Place city/burbs) pic

Jan 27 - <u>♥I'LL BE THE ICING ON YOUR CAKE♥</u> - w4m - 18 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - <u>goddess, look no futher</u> - w4m - 19 - (ON YOU) pic

Jan 27 - <u>+++ A NIGHT OF PURE FUN WITH A SEXY BLONDE HOTTIE+++</u> - w4m - 23 - (north chicago incalls/ outcalls) pic

Jan 27 - <u>HOT GIRL IN FROM THE BURBS LOOKING FOR FUN IN THE BIG CITY</u> - w4m - (LOOP AREA) pic

Jan 27 - <u>IM LOVING CHICAGO AND YOU WILL BE LOVING ME</u> - w4m - 24 - (loop hyde park) pic

Jan 27 - <u>•B E A U T I F U L •? xxx ?• P L A Y M A T E •</u> - w4m - 23 - (Oak Park/West) pic

Jan 27 - <u>need help sleeping tonite?????????</u> - w4m - (outcalls only) pic

Jan 27 - <u>@@@@SWEET AND SEXXY@@@@OUT AND ABOUT@@@@</u> - w4m - 30 - (OUTCALLS ALL OVER) pic

Jan 27 - <u>»-(¯`v´¯)-»VeRy_AdDicTing_ExoTic_HoTTie_AvaLiAble_N0w_»-(¯`v´¯)-»</u> - w4m - 20 - (All Over Chicago) img

Jan 27 - <u>**HERE ON BUSINESS? SCHEDULE SOME FUN INTO YOUR TRIP..CALL ME**</u> - w4m - 23 - (CHICAGO:DOWNTOWN:THE LOOP) pic

Jan 27 - <u>I'M A VERY FREAKY GIRL**********AMBER********</u> - w4m - 20 - (847**757**6618) pic

Jan 27 - <u>NATIVE AMERICAN XMODEL SPEAKS TRANSLATED OR UNTRANSLATED...</u> - w4m - 32 - (ALBANY PK/RAVENSWOOD/OLD IRVING PK AREA)

1/28/2009

Jan 27 - LET'S HAVE A GOOD TIME ~~~BRITTNEY~~~~SO HOTT !!!!!! - w4m - 21 - (SOUTHSHORE IM & OUT NOWW!!!!) pic

Jan 27 - I am Yung Sexy and very Hot,Super Hot Amatuer for U to indulge in, - w4m - 25 - (your place or mine) pic

Jan 27 - _____SeXxXy Ebony Nadia Sensual Bodywork Sessions_____ - w4m - 20 - (chicago (outcalls)) pic

Jan 27 - DrEaMs•.•⌐•.•Do•.•⌐•.•CoMeTrUe•.•⌐•.• - w4m - 20 - (West Loop/Out Call) pic

Jan 27 - B__e__A__u__T__i__F__u__L(⌐•.,□.•⌐)E__x__X__x__O__t__I__c - w4m - 24 - (chicago-OUTCALLS ONLY) pic

Jan 27 -
CLICK HERE***UPSCALE ITALIAN PLAYMATE***READY TO PLAY***CALL ME NOW*** - w4m - 23 - (CHICAGOLAND AREAS) pic

Jan 27 - Julia to the rescue! massage table fun CITY WED thurs/fri N Chi-burbs - w4m - 31 - (Wed noon-6pm N. Ave at Lake Shore ) pic img

Jan 27 - I CANT WAiT To GET MY HANDS oN YoU !!! - w4m - 28 - (Chicago) pic img

Jan 27 - ~*~*~ WHAT YOU SEE ~*~*~ IS WHAT YOU GET ~*~*~ OUTCALLS ALL NIGHT ~*~* - w4m - pic

Jan 27 - ~*~ OUTCALLS ~*~ OUTCALLS ~*~ OUTCALLS ~*~ OUTCALLS ~*~ OUTCALLS ~*~ - w4m - (**** OUTCALLS ****) pic

Jan 27 - *************IF YOU'VE CALLED ME BEFORE...READ THIS! ***************** - w4m - 25 - (South Suburbs) pic

Jan 27 - (*PSST!)•♥•HEY BOYS...TRY ME!•♥•(L)(A)(S)(T)~(N)(I)(G)(H)(T) - w4m - 21 - (•♥• 355 & Butterfield •♥• DOWNERS GROVE ) img

Jan 27 - SOOTHING MASSAGE BY ALL AMERICAN HOTTIE - w4m - (DOWNTOWN/GOLDCOAST/LP/LAKEVIEW) pic

Jan 27 - ~~~IT'LL DEFINITELY BE WORTH THE WAIT WHICH WONT BE LONG FOR YOU!~~ - w4m - 22 - (MY PLACE) pic

Jan 27 - _____100 ReAsOnS wHy YoU sHouLd CoMe SeE tHis EbOny BeAutY____ - w4m - 19 - (Schaumburg-incall) img

Jan 27 - ~~~~~~~HAVE A LOOK IN MY BEDROOM IM NAKED AND READY!~~~~~ - w4m - 19 - ($4.99 30 MINS INTERACTIVE XXX CAM YOUNG ) img

Jan 27 - LET ME COME AND GIVE YOU WHAT YOU WHAT YOU WANT - w4m - 21 - (YOUR PLACE) pic

Jan 27 - Simply will make you say..."BE MINE" even before Valentines Day! - w4m - (Discreetly to you, safe/Indep.) pic

Jan 27 - LOOKING FOR A BUSTY BEAUTIFUL LADIE?! - w4m - (INCALL 80/94 TORRENCE-OUTCALL ANYWHERE) pic

Jan 27 - ~the best you can get~stop looking~incalls and out~ - w4m - 25 - (sauk village-dolton-hazel crest) pic

Jan 27 - THE MOST DELICIOUS UNRUSHED SESSIONS! Beauty, Brains, & a Killer Body - w4m - 22 - img

Jan 27 - *********HOT LATINA WAITING FOR YOU*** THE REAL DEAL**************** - w4m - 22 - (CITY NORTH & SOUTH) pic

Jan 27 - WANNA GET INTO SOMETHING NAUGHTY OUTCALLS ONLY - w4m - 22 - (MIDWAY AIRPORT-NORTHSIDE) pic

Jan 27 - ******* Tuesday Massage Special with Princess Tierra ******* - w4m - 27 - (South Suburban Incall) pic

Jan 27 - ~~~ ** Beyond Busty & SeXxXy ** Classy Companion **~~~~ - w4m - 25 - (Downtown, city, some burbs) pic

classifieds - craigslist     ◯     ◯     Page 3 of 5

Jan 27 - iF yOu LiKe It iLL Try It - w4m - 24 - (OHARE) pic

Jan 27 - ELEGANCE FROM ASIA..........ALEX .. PETITE .. ELITE. - w4m - 26 - (in(nw burbs) OUT HOTELS & HOMES ALL AREA) pic

Jan 27 - I AM NEW 2 CL,NOT NEW TO MASSAGE,I AM READY 2 SHOW OFF MY SKILLS! - w4m - (NW SUBURBS/OHARE AREA/CHICAO AREAOUTCALL) pic

Jan 27 - Let's Take Our Time 2gether - w4m - 24 - img

Jan 27 - Italian and Polish......Open minded, discreet, available now! - w4m - 26 - (N/E city/out calls) pic

Jan 27 - ONE NIGHT ONLY!!! GET IT WHILE YOU CAN!!! - w4m - 23 - (NEAR UPTOWN!!) pic

Jan 27 - •°o•°o•El(e)GaNc(e) - B(e)auTy - CLaSS•°o•°o• -- Japanese Cutie!!!! - w4m - 19 - (Schaumburg-In/Out) pic

Jan 27 - hott NEWW MIXED CHICK!!!!! OUTCALLS EVERWHERE!!! - w4m - 19 - (SOUTHSIDE ALL AREAS) pic

Jan 27 - SWEETHEART BLONDE AVAILABLE FOR INCALLS TIL 930PM $80/HR - w4m - (INCALLS AND OUTCALLS) pic

Jan 27 - ***Relaxing Massage by Asian Masseuses*** - w4m - (Out Call/Chicago) img

Jan 27 - ASIAN ORIENTAL and EUROPEAN massage in your HOTEL ROOM - w4m - (Chicago and Ohare) pic

Jan 27 - SEXY BLONDE USING REAL PIC AND PROVIDING A REAL MASSAGE - w4m - (NW/WEST SUBURBS OUTCALL INCLUDING HOTELS) pic

Jan 27 - California Cutie! Available All Night!! - w4m - 20 - (Outcalls/Northside Chicago) pic

Jan 27 - 100- COME AS MANY TIMES U WANT w/XTASY'S NATURAL 42DDS..UP LATE - w4m - (SCHAUMBURG) pic img

Jan 27 - NEW MIXED BEAUTY!!!!!!!!! SEXI YOUNG CHICK OUTCALLS!!!!! - w4m - 19 - (OUTCALL ALL AREAS) pic

Jan 27 - HI GENTS LOOKING FOR A RELAXING MASSAGE - w4m - 21 - (DOWNTOWN CHICAGO OUT CALL ) pic

Jan 27 - INCALL SPECIALS DOWNTOWN ... TALL SEXY BLONDE COED - w4m - 19 - (INCALL OUTCALL) pic

Jan 27 - ~!* ~!* ~!* TUESDAY's are SWEET w/ a EBONY TREAT*!~ *!~ *!~ - - - - - w4m - 21 - (skokie(incall-outcall)) pic

Jan 27 - ~*~*~*SEXY,UPSCALE, & SIMPLY GORGEOUS!!!*~*~COME GET YOUR HOT GIRL!!! - w4m - 22 - (NORTH CHICAGO) pic

Jan 27 - o°SEXY ASIAN EAGER TO PLEASE YOU° - w4m - 24 - (CLARK / BELMONT) pic

Jan 27 - ***need some naughty company?? I'm your bad girl!!!**** - w4m - 22 - (chicago g.f.e) pic

Jan 27 - ~~~ OLDER DDD"S COUGAR ~~~~~~~~~~~~~~~ - w4m - 42 - (Around Woodfield) pic

Jan 27 - %-%-%- CARAMEL THICK BOOTY DIVA %-%-% - w4m - 23 - (In call only.) img

Jan 27 - SEXY ///////////// ALEXUS///////////// SEXY/////////ALEXUS///// - w4m - 22 - (N. ARLINGTON) pic

Jan 27 - _____GORGEOUS and SEXXXY_____ g - f - e _____ - w4m - 20 - (Chicago) pic

Jan 27 - ~•♥•~RiGHT_0uT_oF_YoUr_WiLDeST_*&*_WeTTeST_*DReaMS~•♥•~ - w4m - 20 - (All Over Chicago) img

Jan 27 - **ჱ**ჱ**TEMPTING**ჱ***SEXSI**ჱ**ჱ*EBONY w4m - 20 - (JOLIET) img

Jan 27 - SUMMER///PETITE///HOT/////SEXY///BLONDE///// - w4m - 24 - (DOWNER GROVE ) pic

classifieds - craigslist ◯ ◯ Page 4 of 5

Jan 27 - SEXY BLOND DOWN TOWN - w4m - 21 - (down town outcall) pic

Jan 27 - Simply The Sweetest............... - w4m - 21 - (Incall & Outcall) img

Jan 27 - UPDATED RECENT PHOTO'S>>> I HAVE THESE HEELS ON NOW!!!!!!!!!!! - w4m - 18 - (SKOKIE INCALLS ONLY) pic

Jan 27 - ♥•=======•♥ A__MUST__HAVE ♥•=======•♥ - w4m - (INCALLS ONLY) pic

Jan 27 - FIRST TIME TRYING THIS SITE, SOMEBODY TOLD ME GOOD THINGS! - w4m - 27 - (NORTH OUTCALLS) pic

Jan 27 - T—H—E———O—N—L—Y———W—A—Y———T—O———H—A—V—E———F—U—N——— - w4m - 18 - (Upscale Incall Location) pic

Jan 27 - °o*•I AM°o°o*•YOUR PASS°o°o*TO•°o•P.L.E.A.S.U.R.Eo*•° - w4m - (INCALLS ONLY) pic

Jan 27 - || A*———————D*————————D*————————I*————————C*————————T*————————I*————————V*————————E* - w4m - (Interstate 290) pic

Jan 27 - HEY FELLAS LOOKING FOR A HOT MASSAGE - w4m - 21 - (DOWNTOWN OUT CALL) pic

Jan 27 - *SO*□=•*SWEET*•=□=•*BUT*•=*SO*□=•*NAUGHTY*°o,•'⁀) - w4m - 18 - (My Place Only) pic

Jan 27 - FREAKY*^*^*^* LITTLE^*^*^* NYMPHO*^*^*^773-567-4517 - w4m - 22 - (CITY OF CHICAGO)

Jan 27 - OOHHH ... LALA... VELVET SOFT EROTIC HMMM.. HMM..HMMM 773-932-7674 - w4m - (CITY & SUB OUTCALLS) pic

Jan 27 - Blond Sexy & Very Hot - w4m - (west suburbs) pic

Jan 27 - Hey its me natalia i am back. Give me and lets have some FUN........ - w4m - 21 - (south holland,mattson,olympia feild,park) pic img

Jan 27 - SEXY TREAT IN THE EVENING AND SEXY TREAT AT NIGHT - w4m - 20 - (CHICAGO AREA) pic

Jan 27 - Didn't get any tonight yet? Maybe you're looking in the wrong place! - w4m - 26 - (Chicago) img

Jan 27 - ****sexy sexy sexy***** - w4m - 18 - (schaumburg) pic

Jan 27 - Sexy Blonde Kirsten Erotic Dances+Toy Show ***SPECIALS*** - w4m - 25 - (NAPERVILLE/ST. CHARLES (INCALLS/OUTCALLS)) pic

Jan 27 - @@%%@@%%WILD AND KINKY BUSTY BABY DOLL%%@%%@@ - w4m - 30 - (OUTCALLS TO YOU) pic

Jan 27 - CLICK HERE***SUPER SEXY*** ITALIAN PLAYMATE***BUNNY-TAIL AVAIL........ - w4m - 23 - (CHICAGOLAND AREAS) pic

Jan 27 - //\\* * * __BEAUTIFUL__HAWAIIAN__TAKE_A_PeeK_OF__PARADISE__* * */\\/// - w4m - 22 - (Schaumburg) pic

Jan 27 - (⁀'•,o°•□•°o°•VeRy SwEeT aNd TaLeNtEd•°o°•□•°o,•'⁀) - w4m - 22 - (cHiCaHo DoWnToWn oUtCaLLs) pic

Jan 27 - BUSTY BOMBSHELL SO SO FINE AND THICK - w4m - (SOUTH SUBURBS) pic

Jan 27 - LIKE THICK BUSTY BEAUTY WITH A BIG ASS THEN CLICK HERE!!!! - w4m - (IN AND OUT CALLS IN SOUTH SUBURBS) pic

Jan 27 - SEXY BLONDE PROVIDING SOOTHING MASSAGE - w4m - (NW/WEST SUBURBS OUTCALL INCLUDING HOTELS) pic

classifieds - craigslist                                                Page 5 of 5

Jan 27 - DOLL FACE SWEETHEART>>>>>I'LL EASE THE TENSION........ - w4m - 20 - (CITY OUTCALL) pic

| << Prev | Found: 1000 Displaying: 101 - 200 | Next>> |
|---|---|---|
| | [ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 ] | |

Copyright © 2009 craigslist, inc.                                    **RSS** (?)
Back to top of page                                              add to My Yahoo!

classifieds - craigslist                                                                    Page 1 of 4

chicago craigslist > erotic services                                              [ help ] [ post ]

| all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs |

search for: w4m     in: erotic services    [Search]   ☐ only search titles

Poster's Age: min    max                              ☐ has image

<< Prev                    **Found: 1000 Displaying: 201 - 300**                        Next>>
                              [ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 ]

Jan 27 - KARINA ANDERSON !!!!MAKE A WISH - w4m - 22 - (northwest burb's) pic

Jan 27 - Sexy Ebony Vixxen**Waiting With Nice Apple Bottom - w4m - 21 - (Downtown/Incalls ) pic

Jan 27 - ~~~Pink Taco~~~ - w4m - 22 - pic

Jan 27 - @@@@ Ultimate Pleasure Zone Available @@@@@@ - w4m - 21 - (Downtown Area) pic

Jan 27 - ~~~ Hawaiian Honey!!!~~~Hottest On The Net~~~New In Town~~~ - w4m - 19 - (NW Suburbs-In/Out) pic

Jan 27 - NEW AMAZING YOUNG CUTE ASIAN KOREAN GIRL-SHA SHIA(REAL PIC) - w4m - 20 - (willowbrook/bolingbrook ) pic

Jan 27 - Sexy Asian with a HOT BODY!!!! - w4m - 25 - (niles) pic

Jan 27 - {{{{{{{{Traci of Chicago is Ready for Fun~42DD-34-40}}}}}}}} - w4m - 39 - (Immediate O'Hare area) pic

Jan 27 - V-----I-----P ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (Western Sub.) pic

Jan 27 - Delightful and Distracting--Two Ladies To Enhance Your Evening - w4m - 25 - (Lincoln Park--Incall) pic

Jan 27 - Miss Frenchie's Back You know you wanna - w4m - 24 - (OUT CALLS ONLY) pic

Jan 27 - *~~*((*LUSTY BUSTY*))**((*LUSTY BUSTY*))*~~* - w4m - 21 - (INCALLS) pic

Jan 27 - A SWEET TASTE OF SOUTHERN BEAUTY.......... - w4m - 21 - (SCHAUMBURG) pic

Jan 27 - Foot Fetish - w4m - 25 - (outcalls) pic

Jan 27 - TrEsT Me Y ou WeLL LoVe WhAT I CaN DO!!!!!!!!!!!!! - w4m - 22 - (OUTCALL/SOUTHSUBURBS...INCALL.......) pic

Jan 27 - *^*Just*What*You*Been*Waiting*For*^* - w4m - 20 - (Downtown Outcalls) pic

Jan 27 - BUSTY BEAUTY SO SUPER FINE - w4m - (SOUTH SUBURBS) pic

Jan 27 - I'M IN PLEASURE MODE----COME & GET WHAT YOU'RE LOOKING FOR!! _-_- w4m - 24 - (CHICAGO) pic

Jan 27 - MZ.SEXYLACE HAS A 100SPECIAL ALL INCLUSIVE G*F*E - w4m - (schaumburg/woodfield area) pic

Jan 27 - This Sexy Asian just got out of the WILD!!!! - w4m - 25 - (niles) pic

Jan 27 - AFTER WORK SPECIAL WITH A BUSTY BIG BOOTY BEAUTY - w4m - (IN AND OUT SOUTH SUBURBS) pic

Jan 27 - ****BLONDE***BUSTY***JUST PERFECTLY HOT!!!!***** - w4m - 22 - (CHICAGO G.F.E) pic

Jan 27 - ~*~*~* PERFECT BODY!!!~*~*~REAL PIC!!~*~*~NO DRAMA!!~*~JUST FUN!!! - w4m - 26 - (north chicago) pic

Jan 27 - cute blond in down town area - w4m - 21 - (down town outcall) pic

Jan 27 - ((PUMP~PERSIAS~BUMP~THEN~PAINT~MY~CHEEKS)) - w4m - (SCHAUMBURG~INCALL) pic ing

Jan 27 - 
o*0*o———C—H—E—C—K———————M———E———————O———U———T— -o*0*ow4m - w4m - 20 - (((SCHAUMBURG))) ing

classifieds - craigslist ◯ ◯ Page 2 of 4

Jan 27 - New Photos JULIA MASSAGE THERAPIST Thurs Fri only N Chi-landl - w4m - 31 - (hotel massage table fun N. Suburbs )
pic img

Jan 27 - hOt oFF tHe PreSS`````````````````hoT OFf ThE pREss - w4m - 24 - (ohare) pic

Jan 27 - *** 75 *** (( IENJOY A TRUELY TRUSTED FIRST CLASS TREAT )) *** 75 *** - w4m - 22 - (City & Suburbs) pic

Jan 27 - ***Sexy, Mature BBW Provider***TER Reviewed*** - w4m - 47 - (mins. from O'Hare) pic

Jan 27 - White Girls Have Big Booties Too!!!!! ter reviewed - w4m - 25 - (merrillville in/out s burbs/downtown) img

Jan 27 - DO YOU WANT A LIFT? - w4m - 21 - (OUT AND INN) pic

Jan 27 - IF ITS NOT METHEN ITS FREE~~~~~~~~~~~~~~~~~~~~~ - w4m - 23 - pic

Jan 27 - >>Busty Blonde Pregant Beauty ~ Massage~Specials~ All Day~!!!~ - w4m - 28 - (Barrington Rd & I-90) pic

Jan 27 - TURN DOWN COVERS*SENSUAL MASSAGE*TUCK YOU IN YOUR HOTEL BED*GOODNITE!! - w4m - 44 -
(YOUR HOTEL ROOM Ohare Area Hotels) pic

Jan 27 - STOP!!!!!!!!LOOK THE RIGHT WAY - w4m - 21 - (incal and outcall) pic

Jan 27 - YOU WONT BE ABLE TO RESIST THIS @@@@@ - w4m - 41 - (NW BURBS) pic

Jan 27 - ======E=B=O=N=Y=_____B=O=M=B=S=H=E=L=L=_____ - w4m - 21 - (skokie(incall)) pic

Jan 27 - *********I KnOw IIL gRaB yOuR aTtEnTioN********* - w4m - 21 - (schaumburg-in/out) pic img

Jan 27 - EBONY AND IVORY SALT AND PEPPER - w4m - 23 - (OUR BED OR YOURS) pic

Jan 27 - Let Me Warm You Up So Good - w4m - pic img

Jan 27 - *******WOW!BLONDS DO HAVE MORE FUN!!!!!***** - w4m - 28 - (WEST SUBURBS) pic

Jan 27 - OHOHOHOHOHO AHAHAHAH OHOHOHOOHO AHHHHHHH - w4m - 21 - (COME OVER TO MORTON GROVE) pic

Jan 27 - ******CLASSY, SEXY, SIMPLY PERFECT FOR YOU!!****** - w4m - 39 - (West Burbs) pic

Jan 27 - (S)E(X)Y( A(S)I(A)N GODESS - w4m - 23 - (INCALL NICE AND WARM) pic

Jan 27 - THE BEST SPECIAL OF THE DAY !!!!!!!! - w4m - 22 - (OUT CALL ONLY , AIRPORT , DOWNTOWN) pic

Jan 27 - LONG LONG BLONDE HAIR - w4m - 23 - (INCALL AND OUTCALL/MORTON GROVE) pic

Jan 27 - IF YOU ARE LOOKING FOR A TRUE GIRL FRIEND EX...THAN I AM THE ONE FOR U - w4m - 21 -
(MERRILLVILLE INCALL) pic

Jan 27 - IF YOU LIKE PETITE, FUN, AND FRIENDLY, MIXED IN WITH SEXY AND SASSY!!! - w4m - 21 - (THEN I'M
WHAT YOU'VE BEEN LOOKIN FOR!!!) pic

Jan 27 - /*/*/* WELCOME TO PARADISE */*/*/ - w4m - (outcall) pic

Jan 27 - Last day for the lushious blend of sensuai tantric massage - w4m - (lincoln park) pic

Jan 27 - YOUR DIAMOND GIRL IS HERE!!!! - w4m - (outcall) pic

Jan 27 - new !! new!! asian girl massage - w4m - (75th st —cass ave) pic

Jan 27 - LOOK NO FUTHER IM READY NOW 773-552-3849 - w4m - 21 - (SOUTHEAST) pic

Jan 27 - •♥~♥~♥•MISS CLAUDIA•♥~♥~♥• - w4m - 25 - (SCHAUMBURG · Incall & Outcall SPECIALS ) pic img

Jan 27 - UP EARLY COME AN HAVE SOME FUN 773-675-5982 - w4m - 21 - (INCALLS-OUTCALLS) pic

Jan 27 - do you feel lonley tonight? call me now - w4m - 27 - (westmont/downers grove) pic

Jan 27 - \\\\\\\\\\\ COME **** Touch ****_ THIS ASIAN__BODY /////////////// - w4m - 21 - (Schaumburg) pic

classifieds - craigslist ◯ ◯ Page 3 of 4

Jan 27 - asian girl give you a best massage - w4m - 27 - (aurora/batavia) pic

Jan 27 - HAVE A SMOOTH AFTERNOON WITH ME!!!! - w4m - (outcall) pic

Jan 27 - A NEW HOT PETITE CUTTIE..CHECK IT OUT. - w4m - 21 - (YOUR PLACE) pic

Jan 27 - ~^~I~^~WiLL~^~HaVe~^~YoUr~^~HeArT~^~RaCiNg~^~4~^~MoRe~^~ - w4m - (ScHaUmBuRg InCaLLs/Outcalls) pic

Jan 27 - A GENTLEMENS MASSAGE - w4m - 21 - (CHICAGO DOWNTOWN) pic

Jan 27 - ———C—H—E—C—K————————M———E————————O———U———T——————— - w4m - 26 - (Chicago) pic img

Jan 27 - I'm Sooooo Yummy!! Your Gonna Wanna Just Take a Bite Outta Me - w4m - (NW Suburbs) pic

Jan 27 - VERY HOTT BLONDE READY NOW 100 100 100 100 100 100 GR33CE!!!!!!!!!!!! - w4m - 19 - (FULLERTON AVE.) pic

Jan 27 - //\\* * *  WORK   S P E C I A L   BEAUTIFUL   &   HAWAIIAN   * * *//\V// - w4m - 22 - (Schaumburg) pic

Jan 27 - ~~***100 SPECIALS!!!****ALL DAY!!!DONT MISS OUT!!!!~~~~ - w4m - 19 - (Downtown OUTCALLS ONLY!!!) pic

Jan 27 - BLONDE SEXY POLISH GIRL READY & WE'T FOR YOU!!!** - w4m - 24 - (NORTH SIDE G.F.E) pic

Jan 27 - Ready for the Best ????......Click here... 219-801-8468 - w4m - (merrillville......in/out...24/7) pic

Jan 27 - *~*~*~*~*~L A T I N A __ J E W E L S ~*~*~*~*~~ - w4m - (DOWNERS GROVE) pic

Jan 27 - ~~**~~**~~THICK & SEXY WITH 40 G'S!~~**~~**~~** - w4m - (INCALL 80/94 TORRENCE-OUTCALL ANYWHERE) pic

Jan 27 - LETS MAKE YOUR FANTASY A REALITY.... Tues/Wed - w4m - 26 - (Chicago) pic

Jan 27 - Erotic Lapdances & Toyshow ** $25 OFF SPECIALS** w/Sexy Blonde Crissy - w4m - 25 - (Naperville (INCALL ONLY!!!)) pic

Jan 27 - TWO FOR TUESDAY @@ CLASSY & SEXY ALL IN ONE! - w4m - 38 - (ELK GROVE) pic

Jan 27 - +++ AFTERNOON EVENING FUNN WITH A SEXY HOT BLONDE +++ - w4m - 23 - (north suburban INCALL) pic

Jan 27 - GR33CE ME NOW FOR 100 FLOWERS TODAYS SPECIAL GR33CE 100 100 100 100 - w4m - 18 - (CICERO!!!!!!!!!) img

Jan 27 - Sweet Dakota, EEs Ready 2 please, New # - w4m - 26 - (294/55) img

Jan 27 - *********Busty Voluptuous Latina Massage*************** - w4m - 34 - (Willowbrook) pic

Jan 27 - * * * */\\_ SNEAK AWAY FROM THE DESK__ //\\* * * EXOTIC & SEXY TREAT - w4m - 22 - (Schaumburg) pic

Jan 27 - >>>GENTLEMEN, ARE YOU LOOKING FOR CLASSY, SEXY & WILD?> - w4m - 24 - (**MY PLACE**) pic

Jan 27 - ~JUST~WHAT~YOU'VE~BEEN~LOOKING~4~ - w4m - 18 - (SCHAUMBURG) pic

Jan 27 - (((((((((((TOPLESS)))))))))))**~F~U~L~L~**B~O~D~Y**M~A~S~S~A~G~E~** - w - w4m - 23 - (Northside Incall) img

Jan 27 - _____COME **** Touch ****____THIS ASIAN___BODY_____ - w4m - 21 - (Schaumburg) pic

Jan 27 - HOTT & HOORNEY... NEW TO AREA... - w4m - 27 - (CICERO/BERWYN/CHICAGO/MIDWAY AREA) pic

Jan 27 - ~~BLONDE BEAUTY READY TO CATER TO YOUR EVERY NEED...EVERY NEED!!!~~ - w4m - 22 - (NORTH SIDE) pic

Jan 27 - •.°o. •.{SeXy}•{HoT}•{StUnNiNg}•{BRUNETTE}.•.°o. - w4m - 20 - (CHICAGO INCALL/OUTCALL) pic

Jan 27 - WE WILL KEEP YOU WARM WITH OUR SOFT HANDS AND RELAXING MASSAGE!!!! WE - w4m - 22 - (N. Milwaukee) pic

Jan 27 - FIRST TIME TRYING THIS SITE, SOMEBODY TOLD ME GOOD THINGS! - 27 - (WRIGLEY LINCOLN PARK DOWNTOWN LOOP) pic

classifieds - craigslist ⭕ ⭕ Page 4 of 4

Jan 27 - The Delicious And Sultry World OF Kelly.... - w4m - 21 - (Ohare (incall & outcall)) pic

Jan 27 - *^*RELAXING*^*AND*^*EXCITING*^* - w4m - 39 - (Lombard (Incall)) pic

Jan 27 - 1OO-COME AS MANY TIMES U WANT w/XTASY'S NATURAL 42DDS FOR 1OO SPECIALS - w4m - (SCHAUMBURG/WOODFIELD MALL AREA) pic img

Jan 27 - ~I~*~KnoW~*~WhAt~*~MaKeS~*~The~*~BoYs~*~SaY~*~WoW!~*~ - w4m - 30 - (OUTCALL/SOUTHSUBURBS/SOUTHSIDE.EAST) pic

Jan 27 - *S__E__X__x__X__Y*__{{ UpsCaLe GODDESS }}* - w4m - 23 - (Outcalls Only/Joliet/Tinley/Orland/Burbs) pic img

Jan 27 - (~*♥*~)—°*°—K—N—O—C—K—°*°—O—U—T—°*°—C—U—T—I—E—°*°(~*♥*~) - - w4m - 22 - (DOWNTOWN CHICAGO INCALL AND OUTCALL) pic

Jan 27 - Tasty Strawberry Treat! I'll Satisfy Whatever You Need! 1 or 2??- w4m - (Merrillville Indiana) pic

Jan 27 - *S__E__X__x__X__Y*__{{ UpsCaLe GODDESS }}* - w4m - 23 - (outcalls/south/west burbs!) pic img

Jan 27 - BEAUTIFUL BAD BOLD BLOND - SPECIALS - w4m - 29 - (Aurora Incall/Outcall) pic

Jan 27 - JOYS HOT AND READY WAITING FOR YOU!! - w4m - 43 - (BOLINGBROOK INCALL) pic

Jan 27 - SUPER SEXY STRAWBERRY BLOND - MONDAY SPECIALS - w4m - 36 - (Nap/Aurora) pic

<< Prev     **Found: 1000 Displaying: 201 - 300**     Next>>
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 ]

Copyright © 2009 craigslist, inc.
Back to top of page

RSS (?)
add to My Yahoo!

1/28/2009

classifieds - craigslist ◯ ◯ Page 1 of 5

chicago craigslist > erotic services [ help ] [ post ]

| all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs |

search for: w4m    in: erotic services    [ Search ]   ☐ only search titles

Poster's Age:  min    max    ☒ has image

<< Prev         Found: 1000 Displaying: 301 - 400        Next>>
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 ]

Jan 27 - *S__E__X__x__X__Y*__{{ UpsCaLe GODDESS }}* - w4m - 23 - (Outcalls Only/Joliet/Tinley/Orland/Burbs) pic img

Jan 27 - (~*♥*~)__°*°__K__N__O__C__K__°*°__O__U__T__°*°__C__U__T__I__E__°*°(~*♥*~) - - w4m - 22 - (DOWNTOWN CHICAGO INCALL AND OUTCALL) pic

Jan 27 - Tasty Strawberry Treat! I'll Satisfy Whatever You Need! 1 or 2??- w4m - (Merrillville Indiana) pic

Jan 27 - *S__E__X__x__X__Y*__{{ UpsCaLe GODDESS }}* - w4m - 23 - (outcalls/south/west burbs!) pic img

Jan 27 - BEAUTIFUL BAD BOLD BLOND - SPECIALS - w4m - 29 - (Aurora Incall/Outcall) pic

Jan 27 - JOYS HOT AND READY WAITING FOR YOU!! - w4m - 43 - (BOLINGBROOK INCALL) pic

Jan 27 - SUPER SEXY STRAWBERRY BLOND - MONDAY SPECIALS - w4m - 36 - (Nap/Aurora) pic

Jan 27 - HI GUYS LOOKING FOR SOME FUN - w4m - 21 - (DOWNTOWN CHICAGO ) pic

Jan 27 - ____TEMTATION____SEXY__EXOTIC__&__EROTIC____LUNCH__TIME_FUN____ - w4m - 22 - (Schaumburg) pic

Jan 27 - ****** Super Star*** Blonde Beauty**** - w4m - 41 - (North West Burbs/Schaumburg Area) pic

Jan 27 - This is a place where you can relax and enjoy your time..... - w4m - 21 - (N. Ashland) pic

Jan 27 - YOUR WISH IS MY COMMAND - w4m - 23 - (SHAUMBURG) img

Jan 27 - ...........Stunning glamourous European/Asian girl massage,.......... - w4m - 21 - (N. Clark, Free Parking in the Back) pic

Jan 27 - ****UNBELIEVABLE**** - w4m - 30 - (Schaumburg) pic

Jan 27 - JOYS HOT AND READY - w4m - 43 - (Bolingbrook incall) pic

Jan 27 - ***SENSUALLY DEVOTED 100%****COME & SEE MY HOT PIC!!! - w4m - 24 - (CHICAGO G.F.E) pic

Jan 27 - *** (((( DON'T STOP BABY )))) *** ((( PUT IT HERE))) *** - w4m - (Chicago - Ohare) pic

Jan 27 - ____^*^*^ TOPLESS * HOUSEKEEPER * AVAILABLE!!____ ^*^*^ - w4m - 26 - (NW Indiana & South Burbs) pic

Jan 27 - 100[×X×]_-_-'-_H I G H L Y_-'-_R E C O M M E N D E D_-'100X×] - w4m - 19 - (Interstate------90) pic

classifieds - craigslist ◯ ◯ Page 2 of 5

Jan 27 - DOWNTOWN INCALL LOCATION. STATUESQUE BLONDE BOMBSHELL - w4m - 19 - (INCALL. OUTCALL) pic

Jan 27 - VERY GOOD TER REVIEW-ASIAN JAPANESE GIRL -YUKI - w4m - 23 - (willowbrook/bolingbrook) pic

Jan 27 - hot tempting asian girl for you... - w4m - 27 - (Westmont/Downers Grove) pic

Jan 27 - *^*^ST*CK IT ALL THE WAY D*WN MY THR**T*^*^ - w4m - (LISLE/NAPERVILLE) pic

Jan 27 - **J_*U*_I_*C*_Y*♥~*|[ * ebony * ]| *♥~* _H_*O*_T_*T*_L_*E - w4m - w4m - 20 - (JOLIET) img

Jan 27 - R3LEASE YOUR WORKDAY STRESS!! DOWNTOWN INCALL -- YouCUM TO ME!! - w4m - 26 - (Downtown Chicago/Mag Mile (g.f.e/p.s.e)) pic

Jan 27 - ♥==TER REVIEWS==♥ [ [ITALIAN DREAM] ]♥[ [ GREAT LEGS ] ]w4m - 20 - (SCHAUMBURG) img

Jan 27 - **~**LUNCH SPECIALS**~** - w4m - 21 - (INCALL SCHAUMBURG) pic

Jan 27 - Visiting NWI Today and Tomorrow, ter ID 60464 - w4m - 25 - (nwi-80/65/outcall anywhere) img

Jan 27 - ### Too HOT To Handle! ### Drop Dead Gorgeous Blonde! ### - w4m - 20 - (NW Indiana {Incall & Outcall 24/7}) img

Jan 27 - CLICK HERE***UPSCALE ITALIAN PLAYMATE***SEE ME BARE ALL 4 YOU***w4m - 23 - (CHICAGOLAND AREAS) pic

Jan 27 - ▢▢▢HOT AND SPICY ARGENTINIAN BLOND▢▢▢ - w4m - 23 - (▢ SCHAUMBURG▢ ) img

Jan 27 - INSTEAD of Quiznos, Have a nice independent erotic massage for lunch! - w4m - 21 - (UK VILLAGE INCALL/OUTCALL) pic

Jan 27 - HI***GENTS!!!! - w4m - 22 - (chicago) pic

Jan 27 - RELAX ING MASSAGE THAT IS SENSUAL & THERAPEUTIC - w4m - 41 - (West Burbs) pic

Jan 27 - CLICK HERE*****NEW & HOT*** CHOCALATE HOTTIE***PORSHA**IM AVAIL. - w4m - 22 - ( CHICAGOLAND AREAS ) pic

Jan 27 - 100% AUTHENTIC LATINA...SMOKING HOT BODY......YOUR SEX KITTEN AWAITS - w4m - (IN/OUT NORTHWEST SIDE CHICAGO) img

Jan 27 - 4****STARS~EVERYTIME****w/****PERSIA~FYNE:) - w4m - pic img

Jan 27 - LUNCH***TIME******SPECIALS - w4m - 21 - (chicago) pic

Jan 27 - CUTE PRETTY ASIAN KOREAN GIRL-HANA - w4m - 24 - (Elston ) pic

Jan 27 - ▢BEAUTIFUL GERMAN AND SPANISH MIX▢ - w4m - 23 - (▢SCHAUMBURG▢) img

Jan 27 - Doctor's Orders.......RS2K Friendly - w4m - (NW Suburb) pic

Jan 27 - ~~**~~~**asian girl massage~~**~~ 6303443062 - w4m - (Rt-53 lisle) pic

Jan 27 - KARINA ANDERSON !!!!MAKE A WISH - w4m - 22 - ((northwest burb's)) pic

Jan 27 - VISITING FROM COSTA RICA.....B-B-B-J - w4m - 25 - (O'Hare) img

Jan 27 - THE BEST SPECIAL OF THE DAY !!!!!!!! - w4m - 22 - (OUT CALL ONLY , AIRPORT , DOWNTOWN) pic

classifieds - craigslist ⭘ ⭘ Page 3 of 5



Jan 27 - THE MOST DELICIOUS UNRUSHED SESSIONS! Beauty, Brains, & a Killer Body - w4m - 22 - (West Suburbs) img

Jan 27 - ^^^^^^^^^^^^SeXXy Italain Mami Busty Blonde Babe^^^^^^^^^^^^^^^^- w4m - 22 - (east lake-view) pic

Jan 27 - (((((((((((New Girl Chicago)))))))))))))) Sexxxyyyy Brunette - w4m - 19 - (Schaumburg-In/Out) pic

Jan 27 - this korean beauty would like to party with you - w4m - (o'hare) pic

Jan 27 - •?•°o°•({C}{A}{U}{T}{I}{O}{N} ___{{GORGEOUS PLAYMATE }}•?•{ BRITTNEY!! - w4m - 21 - (SOUTHSHORE) pic

Jan 27 - ~~Magic of East Masseuses Wait for You~~ - w4m - (Out Call/Chicago) img

Jan 27 - *Dont miss this blonde beauty!(hot&sexy) - w4m - 22 - (joliet/incall) pic

Jan 27 - ** * ** ** ** ** Too HOT To HANDLE! Sexy BLONDE!! ** ** ** ** * ** * - w4m - 24 - (nw burbs) pic img

Jan 27 - ********THAI PALACE IS WHERE ASIAN HOBBYIST LIKES TO VISIT******** - w4m - (CHICAGO) pic

Jan 27 - Very Hot Naughty Girl - w4m - 24 - (Oak Brook) pic

Jan 27 - I don't usually give in to temptation............ - w4m - 32 - (16 min North of Ohare) pic

Jan 27 - SANDRA------IS-------READY-------TO----MASSAGE-----YOU - w4m - (IN-----OUTCALL-----NAPERVILLE) img

Jan 27 - Hot Sexy Puerto Rican girl - w4m - 23 - (Lombard Area) pic

Jan 27 - ~^~^~^YOU CAN'T RESIST THE EXTREME SENSATION I'LL GIVE YOU!!~^~^~^ - w4m - 30 - (NORTH SIDE ) pic

Jan 27 - TAKE A BREAK FROM WORK TODAY... - w4m - (SW BURBS/ JOLIET AND SURR AREA) pic

Jan 27 - Start your morning off right with this blonde beauty - w4m - 21 - (outcalls only ) pic

Jan 27 - curvy cute brunette wants to give you an__e r o t i c_massage - w4m - (quiet incall near Wrigley Field) pic

Jan 27 - )))))))) great massage by pretty Asian/European girls((((((( - w4m - 22 - (N. Clark, Free Private Parking) pic

Jan 27 - ^ * ^ * ^ * ^ * TaStY yOunG bLoNdE bOmBsHeLL KaNdY ^*^*^*^*^*^*^*^*^ - w4m - 19 - (roselle) pic

Jan 27 - ~*~* I ONLY HAVE NOTHING BUT THE BEST TO OFFER!**NO REGRETS!! - w4m - 24 - (north chicago g.f.e.) pic

Jan 27 - Compeletly total relaxation by beautiful Asian females - w4m - 23 - (Milwaukee/Irving park) pic

Jan 27 - *_____* Warm UP with THiS SiZZLiN EAST iNDiAN*_____* - w4m - 21 - (Skokie) img

Jan 27 - come here! get good time.asian girl massage - w4m - (Rt-83~~75th st) pic

Jan 27 - 100 A_T_*(•♥•)*_Y_O_U__R_*(•♥•)*_S_E_R_V_L_C_E 100 - - w4m - 20 - (Northwest burbs ) pic

Jan 27 - •‡«=·--·=»- THE GREATEST H/EA/D/A/C/H/E RELIEF****** •‡«=·--·=»- w4m - 21 - (SKOKIE (INCALL-OUTCALL)) pic



Jan 27 - Like what you see?Then get over here and see it in person. - w4m - 30 - (in calls only) pic

Jan 27 - TAKE IT OUT..GET IT UP AND CALL ME..I'LL GET YOU OFF OVER THE PHONE - w4m - 26 - (THE BEST FOR LESS) pic

Jan 27 - HOT/////SEXY/////ALEXUS////WAITING///FOR//YOUR///CALL//// - w4m - 22 - (downer gove) pic img

Jan 27 - HEY FELLAS COME AND GET IT WHILE IM HERE!!! - w4m - 26 - (CHICAGO) pic

Jan 27 - Erotic Lapdance Show **SPECIALS** w/Sexy Blonde Crissy - w4m - 25 - (Naperville (INCALL ONLY!!!)) pic

Jan 27 - •.♥.•..•THICK & SEXY BOOTY EBONY •..•.♥.• - w4m - 25 - (Ohare In/Out) img

Jan 27 - D_R_O_P_____++++your++++_____L_O_A_D - w4m - 23 - (OAK PARK(Incall)) pic img

Jan 27 - MY LOOKS WILL SEDUCE YOU AND MY MASSAGE WILL PLEASE YOU - w4m - 22 - (CHICAGO) pic

Jan 27 - ~*JUICY* *L I P S*~*SLENDER* *HIPS*~*PERFECT* ~PLAYMATE*~* - w4m - 23 - (355 & Butterfield In/Out) img

Jan 27 - SEXY,,,SUMMER,,,HOT,,,PETITE,,,,,SEXY BLONDE,,,,, - w4m - 24 - (DOWNER GOVE) pic img

Jan 27 - □°o*•EROT!C°o□°o*•Blonde°o□°o*•FANTAS!ES□° - w4m - 20 - (incalls in Oakbrook in Remy) img

Jan 27 - *_*_Beautiful New Exxotic BOMBSHELL in town! Must See*__*__* - w4m - 19 - (Oakbrook Terrace/incalls & outcalls) img

Jan 27 - ~•♥•~RiGHT*ouT*oF*YoUr*WiLDeST*aND*WeTTeST*DReaMS~•♥ - w4in - 20 - (CHICAGO AREA) pic

Jan 27 - >>Busty Blonde Pregant Beauty ~ Massage~Specials~ All Day~!!!~ - w4m - 28 - (Barrington Rd & I-90) pic

Jan 27 - *_S_m_o_k_i_n_*_H_o_t_t_*_E_B_O_N_Y* (( NEW IN TOWN)) - - w4m - 18 - (Oakbrook/Lombard/out/in) img

Jan 27 - sweet giving female for nice gentleman who wants to relax - w4m - (nw suburbs) img

Jan 27 - Sexy Shayn - w4m - (Schaumburg/Woodfield Area) pic

Jan 27 - *~*~*sexy sexy sexy*~*~*~* - w4m - (schaumburg) pic

Jan 27 - hott 40DD blonde! ! ! ! ! ! ! ! ! ! ! ! - w4m - 24 - (indiana, michigan city) pic

Jan 27 - ____UNBELIEVEABLY PLEASANT, SO GOOOD, EBONY DIVA____R U READY? - w4m - 24 - (INCALLS AND OUTCALLS) pic

Jan 27 - jUggs (36DD's)===&===== JuGGs (36DD's) Of KINKY FuNN ===ClicK HeRe !! - w4m - (Chicago & Suburbs ) pic img

Jan 27 - Ginger Styles........T....E...R..REVIEWED..... - w4m - 23 - pic

Jan 27 - _____^*^* TOPLESS ** HOUSEKEEPER ** AVAILABLE!! ^*^*_____ - w4m - 26 - (City & South) pic

Jan 27 - S*T*I*C*K*Y*_____J*U*I*C*E*S - w4m - 23 - (OAK PARK(Incall)) pic img

classifieds - craigslist                                                    Page 5 of 5

Jan 27 - RARE OPPORTUNITY Julia massage therapist THURS & FRI ONLY_ New photos - w4m - 31 - (N. Chi-land hotel Thurs & Friday only!!!) pic img

Jan 27 - GET A TASTE OF SOME SOUTHERN COMFORT........ - w4m - 21 - (SCHAUMBURG) pic

Jan 27 - NYC model in town for two weeks - w4m - 28 - (Chicago) pic

Jan 27 - *************** ___ J E W E L S ____ *************** - w4m - (DOWNERS GROVE) pic

Jan 27 - ~N A U G H T Y & E X O T I C~ FRIENDLY & UNRUSHED~NW Suburbs - w4m - 25 - (NW Suburbs) (I-90) pic img

Jan 27 - YOUR TIME IS NEVER WASTED 602-722-0688 - w4m - (CHICAGO and DOWNTOWN) img

<< Prev                    **Found: 1000 Displaying: 301 - 400**                    Next>>
                              [ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 ]

Copyright © 2009 craigslist, inc.                                          **RSS** (?)
Back to top of page                                                      add to My Yahoo!

classifieds - craigslist ⭕ ⭕ Page 1 of 5

---

chicago craigslist > erotic services [ **help** ] [ **post** ]

| all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs |

search
for:  w4m                              in:  erotic services    [ Search ]   ☐ only search titles

Poster's Age: [min]  [max]                              ☐ has image

<u><< Prev</u>        **Found: 1000 Displaying: 401 - 500**        <u>Next>></u>
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Jan 27 - S*T*I*C*K*Y* _____ J*U*I*C*E*S - w4m - 23 - (OAK PARK(Incall)) pic img

Jan 27 - RARE OPPORTUNITY Julia massage therapist THURS & FRI ONLY _ New photos - w4m - 31 - (N. Chi-land hotel Thurs & Friday only!!!) pic img

Jan 27 - GET A TASTE OF SOME SOUTHERN COMFORT........ - w4m - 21 - (SCHAUMBURG) pic

Jan 27 - NYC model in town for two weeks - w4m - 28 - (Chicago) pic

Jan 27 - ************** J E W E L S ************** - w4m - (DOWNERS GROVE) pic

Jan 27 - ~N A U G H T Y & E X O T I C~ FRIENDLY & UNRUSHED~NW Suburbs - w4m - 25 - (NW Suburbs)(I-90) pic img

Jan 27 - YOUR TIME IS NEVER WASTED 602-722-0688 - w4m - (CHICAGO and DOWNTOWN) img

Jan 27 - AMAZING ASIAN ESCAPES................ - w4m - 25 - (NAP/AUR) pic

Jan 27 - Natural Long Blonde Hair, Mouthwatering Curves- I'm sure to SATISFY!!! - w4m - 25 - (NW Suburbs)(I-90) pic img

Jan 27 - V-----I-----P ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (western sub.) pic

Jan 27 - !!!!!****TRUE HOTTIE WANTS 2 PLAY****!!!!!!!! - w4m - 28 - (West suburbs) pic

Jan 27 - Massage by Alexa - w4m -

Jan 27 - ?(xXx)? •*|[NaUgHTy**BuStY**pLaYmATe]|*•?(xXx - w4m - 39 - (West Burbs) pic

Jan 27 - Tantra Massage w/Visiting Green Eyed Beauty - w4m - (Lincoln Park) pic

Jan 27 - *For Distinguished Upscale Gentlemen*I'll turn your world upside down! - w4m - 25 - (Schaumburg)(I-90) pic img

Jan 27 - Humpday Special 150 45min.Rub Dwn+S&F/Incalls Only - w4m - 38 - (Whiting by Horse Shoe Casino.) pic img

Jan 27 - Naperville area and Surrounding Suburbs - w4m - (Outcalls only) pic

Jan 27 - ~*~♥~*~ SUPER SEXY__SUPER TUESDAY SPECIAL~~♥~*~ - w4m - 24 - (WEST♥AURORA) pic img

Jan 27 - ~~~~ INDULGE IN SATISFACTION ~~~~ - w4m - 28 - (Chicago) pic img

classifieds - craigslist ◯ ◯ Page 2 of 5



Jan 27 - xXx tREMELY BaD *** HoW BaD Do U WaNt it BaBY (xXx) ? - w4m - (Chicago/Northside/Downtown & Burbs) pic

Jan 27 - *********Customer Aprreciation Day*******100 Morning Specials********* - w4m - 21 - (Incalls Schaumburg(Outcalls City Wide)) pic

Jan 27 - 1OO-COME AS MANY TIMES U LIKE w/XTASY's ALL NATURAL 42dds FOR 1OO - (SCHAUMBURG/WOODFIELD MALL AREA) pic img

Jan 27 - JILL***Are You Ready To Serve ME?***(773)272-2785 - w4m - 30 - (boilingbrook) pic

Jan 27 - **((J)(A)(N)U)(A)(R)(Y))**(P)(L)(A)(Y)(M)(A)(T)(E)**(B)(U)(N)(N)(Y)** - 22 - (NEAR SOUTH.) pic img

Jan 27 - loving blend of therapeutic, sensuous, tantric massage - w4m - pic

Jan 27 - *****^^^^^^SUPER THICK*******SUPER SEXY*********SUPER FREAK - w4m - 21 - (CHICAGO/ DOWNTOWN) img

Jan 27 - °•P•°   •L•   °•A•°   °•Y•°————————°•T•°   °•I•°   °•M•°   °•E•°!! - w4m - 22 - (INCALLS DOWNTOWN,OUTCALLS,) img

Jan 27 - AUDREINA IS IN TOWN BOYS!!! - w4m - 21 - (ROMEOVILLE AREA/ INCALL AND OUTCALL) pic

Jan 27 - THAILAND'S HOTTEST PLAYMATE *** EXOTIC ALL NATURAL BEAUTY - w4m - 24 - (ALL OF CHICAGO ( OUT-CALLS ONLY )) pic

Jan 27 - I'M STILL UP,WAITING FOR YOU!! - w4m - 18 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - ((((((((((((((HoTt ChOcO1AtE 100 mOrNiNg GôoDnEsS))))))))))))))) - w4m - 19 - (schaumbrug-incall) img

Jan 27 - GUY'S ARE ONLY AFTER ONE THING,THAT'S OK WITH ME!! - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - _____Prettty Pregnant Mornings_____ - w4m - 21 - (schaumburg-incall) pic img

Jan 27 - @@ SEXY'S BLONDS FOR FUN @@ - w4m - 20 - (DOWNTOWN AND NRTHSIDE) pic

Jan 27 - Soooo Ready For Funnnn - w4m - 20 - (Downtown/Outcalls) pic

Jan 27 - Ginger Styles.......T....E...R..REVIEWED.....OUTCALL'S - w4m - 23 - pic

Jan 27 - Naughty Ebony Bombshell - w4m - 21 - (Downtown/Chicago) pic

Jan 27 - @@@@ Pretty Hott and Tempting Blonde @@@@@ - w4m - 21 - (Downtown/OutcallsOnly) pic

Jan 27 - Long Silky Hair - w4m - 20 - (Downtown Outcalls) pic

Jan 27 - MZ.SEXYLACE HAS A 100SPECIAL ALL INCLUSIVE COME.....COME....COME - w4m - (WOODFIELD/SCHAUMBURG AREA) pic

Jan 27 - □•¯I GOT ¯•□•¯ THAT ¯•□•¯ GOOOD-GOOOD¯•□ - w4m - 21 - (Northshore Area Incalls) pic

Jan 27 -
   E____E____R____Y____M____A____N____'S____F____A____N____T____A____S____Y - w4m - 21 - (Northshore Area Incalls) pic

Jan 27 - Not only do I aim to please I get straight to the point! - w4m - 19 - (ANYWHERE) pic

classifieds - craigslist ◯ ◯ Page 3 of 5

Jan 27 - {TaKE}•:*¨¨*:•A•:*¨¨*:•{BrEaK}•:*¨¨*:•&•:*¨¨*:•{CoMe}•:*¨¨*:•{pLaY} - w4m - 18 - (Skokie Incalls Only Skokie Blvd+Golf Rd) pic

Jan 27 - (((((((((((((New Girl Chicago)))))))))))))) Sexxxyyyy Brunette - w4m - 19 - (Schaumburg-In/Out) pic

Jan 27 - ♥•SKiLLs You ReQuiRe*□*WiTh BeauTy You DeSiRe•♥ - - w4m - 18 - (Skokie Incalls Only Skokie Blvd+Golf Rd) pic

Jan 27 - JOY'S BACK GUYS!!! - w4m - 43 - (ROMEOVILLE AREA,INCALL ONLY) pic

Jan 27 - UP ALL NIGHT - w4m - 21 - (GOLD COAST) pic

Jan 27 - Ginger Styles........T....E...R..REVIEWED.....OUTCALL'S - w4m - 23 - (NORTHWEST BURB'S) pic

Jan 27 -
COME SPEND A PLEASURE FILLED EVENING WITH A SOUTHERN ITALIAN PRINCESS - w4m - 20 - (INCALL(DOWNTOWN UPSCALE HOTEL) img

Jan 27 -
DO YOU WANT TO SPEND SOME TIME WITH A DOWN SOUTH BEAUTY!!!....NEW PICS - w4m - 18 - (INCALL(DOWNTOWN UPSCALE HOTEL)) img

Jan 27 - Let me show you the magic - w4m - 23 - (chicago) pic

Jan 26 - •!• SUPER THICK •!•SUPER FREAKY •!•SUPER NASTY•!•LET ME SHOW U•!• - w4m - 24 - (CHICAGO) pic

Jan 26 - WE====CAN====DO====WHATEVER====YOU====LIKE=!=! - w4m - 26 - (G.F.E CHICAGO) pic

Jan 26 - exotic goddess.... - w4m - 19 - (ON YOU) pic

Jan 26 - I HAD MY TEETH REMOVED... IMAGINE THE FUN... - w4m - 27 - (31st/CICERO IN/OUT MIDWAY/BERWYN AREA)

Jan 26 - ***EXTREMELY HOT & SEXY!! COME & SEE!!! REAL PICS!!! - w4m - 22 - (NORTH SIDE) pic

Jan 26 - Hot Damn! I Feel Frisky! 42DD-34-40 Incall Special! Traci of Chicago! - w4m - 39 - (Immediate O'Hare area) pic

Jan 26 - my ability to deliver 100% .............. - w4m - 19 - (WHERE EVER) pic

Jan 26 - 70 special 70 special 70 special 70 special 70 special - w4m - 28 -

Jan 26 - (⌒¨•.¸o°•?o°•DELICIOUSLY SWEET & FREAKY•°o?•°o¸•?¨¯ - w4m - 24 - (chicago-IN/OUTCALLS) pic

Jan 26 - ♥===TER REVIEWS===♥ [ [ITALIAN DREAM] ]♥[ [ GREAT LEGS ] ]w4m - 20 - (({SCHAUMBURG})) img

Jan 26 - College Cutie_____Gone WiLD!! - w4m - 21 - (OUT) pic

Jan 26 - UP LATE COME HAVE A GOOD TIME 773-675-5982 - w4m - 21 - (SOUTHEAST) pic

Jan 26 - UP LATE COME HAVE A GOOD TIME 773-552-3849 - w4m - 21 - (INCALLS-OUTCALLS) pic

Jan 26 - ....Bend Me In Whichever Way... - w4m - 24 - (OutCalls Only) img

Jan 26 - When It's Time For a Real Woman!!! ter reviewed - w4m - 25 - (outcall 2 you/incall merrillville) img



Jan 26 - Scam - Mya 630 818-0143 - pic

Jan 26 -
DO YOU WANT TO SPEND SOME TIME WITH A DOWN SOUTH BEAUTY!!!....NEW PICS - w4m - 18 -
(INCALL/OUTCALL DOWNTOWN) img

Jan 26 - ~*~100**((*InCaLL sPeCiAlS*))**100~*~ - w4m - 21 - (INCALL ONLY SCHAUMBURG) pic

Jan 26 -
COME SPEND A PLEASURE FILLED EVENING WITH A SOUTHERN ITALIAN PRINCESS - w4m - 20 -
(INCALL/OUTCALL DOWNTOWN) img

Jan 26 - CALL ME NO SOONER THAN MIDNIGHT FOR APPOINTMENT---------------------- - w4m -
(incall-----schaumburg) pic

Jan 26 - THICK AND JUICY SEXY LATINA BBW - w4m - 21 - (CHICAGO-DOWNTOWN) img

Jan 26 - [[[[ ->i CAN GiVE yOU EVERytHiNG yOU NEEd<- ]]]] - w4m - 20 - (incalls and outcalls in my area) img

Jan 26 - HAVE YOU BEEN WAITING FOR ME??{HERE I AM} - w4m - 18 - (DOWNTOWN OUTCALLS
ONLY) pic

Jan 26 - _____ HAS___ANYONE___SEEN___MY___PANTIES_____ - w4m - 22 -
(Schaumburg) pic

Jan 26 - Ready And Willing For Some Hot Action....Call Me.... - w4m - 22 - (outcalls...city...chicago....downtown...)
pic

Jan 26 - _____NAughty Sex Kitten*_____ in the Area**((VISITING)) - w4m - 19 - (incalls
in Oakbrook Terrace/outcalls 2) img

Jan 26 - ***LIFE IS FULL OF DECISIONS..MAKE AN EASY ONE..CALL ME** - w4m - 23 -
(CHICAGO:DOWNTOWN:THE LOOP) pic

Jan 26 - Monday Night Sweetness......... - w4m - 21 - (Incall/Outcall) img

Jan 26 - ~~~~~SEXY, THICK AND BUSTY!~~~~~~~~~ - w4m - (OUCALL ANYWHERE) pic

Jan 26 - -:|:XXX•-:|:-•-:|:-•RATED•-:|:-•KNOCKOUT•-:|:-•HoT & NauGHTy•-:|:-• - w4m - 20 - (COMING SOON!!!)
pic

Jan 26 - sensual and erotic massage with Isis - w4m - 31 - (burbs/oakbrook area)

Jan 26 - NOT TO LATE TO SCHEDULE A MASSAGE FROM FRIENDLY HOTTIE - w4m -
(CHICAGO/OHARE/GOLDCOAST AREA OUTCALL) pic

Jan 26 - Sexy Hot Naughty Girl - w4m - 24 - (Oak Brook Area) pic

Jan 26 - ~~~~~~~~~~Dark-N-Lovely~~~~~~~~~~ - w4m - (CHICAGO) img

Jan 26 - OUTCALLS- i LOVE 2 PLEASE - w4m - 20 - (cHICAGO) pic

Jan 26 - iT's****JuSt****Me****AnD****yOu***** - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 26 - P__A__N__T__I__E__S__~__O__F__F__G__U__Y__S 602-722-0688 - w4m - (CHICAGO and
DOWNTOWN) img

Jan 26 - *:|:-PRETTY :|:-FREAKY -:|:- THICK :|:- EBONY* OUTCALLS! - w4m - 21 - (skokie(incall-outcall)) pic

1/28/2009

classifieds - craigslist ◯ ◯ Page 5 of 5

Jan 26 - S===U===P===E===R====W===E===T===&===R===E===A===D===Y===!!!! - w4m - 19 - (NORTH SIDE) pic

Jan 26 - My pictures are 100% me. What you see is what you will get. - w4m - 25 - (Schaumburg)(I-90) pic img

Jan 26 - Massage (out only) - w4m - 24 - (NW/W Burbs) pic

Jan 26 - *\*\*\*\*\*\*\*\*\*\*\Challenge/*/*/*/*/*/*/*/*/* - w4m - 28 - (N. Chicago Evanston Rogers Park Incalls) img

Jan 26 -
~*~*~ALWAYS READY 2 PLEASE MY MAN!!! I'M EAGER TO MEET YOU!~*~*~* - w4m - 26 - (CHICAGO) pic

Jan 26 - ((MY BODY IS YOURS FOR THE TAKING ALL NIGHT LONG)) - w4m - 28 - (Chicago) pic img

Jan 26 - ~~SWEET & SEXY!!!!~REAL PICS~~~ - w4m - 23 - (NORTH SIDE) pic

Jan 26 - LAVISH COLLEGE SWEETHEART_____CHARMING - w4m - 20 - (DOWNTOWN--GOLD COAST OUTCALL) pic

Jan 26 - STAY IN TONIGHT, LET MY SOOTHING TOUCH HEAL YOUR BODY AND MIND - w4m - (GOLDCOAST/LP/LAKEVIEW/DOWNTOWN) pic

Jan 26 - CLASS & ELEGANCE ALL IN ONE_____THE HOTTESS BOMBSHELL - w4m - 22 - (downtown-northside outcall) pic

<< Prev        **Found: 1000 Displaying: 401 - 500**        Next>>
              [ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Copyright © 2009 craigslist, inc.        **RSS** (?)
Back to top of page        add to My Yahoo!

classifieds - craigslist ◯ ◯ Page 1 of 4

chicago craigslist > erotic services [ help ] [ post ]

| all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs |

search for: w4m    in: erotic services    [ Search ]    ☐ only search titles

Poster's Age: [min]  [max]    ☐ has image

<< Prev          Found: 1000 Displaying: 501 - 600          Next>>
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Jan 26 - {{YoU}}{{WoNt}}{{WaNt}}{{AnYtHiNg}}{{ELsE!}}**{{ExPeRieNeCe}}{{Me!!}} - w4m - 18 - (SKOKIE INCALLS ONLY SKOKIE BLVD+GOLF RD) pic

Jan 26 - □•S•=*=•U•=*=•P•=*=•E•=*=•R•=*=•H•=*=•O•=*=•T•=*=•!!!!!•□= - w4m - 20 - (CHICAGO) pic

Jan 26 - !2 For 1 Special! - w4m - (outcalls) pic

Jan 26 - I'M A VERY FREAKY GIRL***************AMBER*************** - w4m - 20 - (847 757 6618) pic

Jan 26 - AFTER~*WORK~*ITS~*TIME*~TO*~PLAY~* - w4m - 18 - pic

Jan 26 - Ever kissed a Egyptian? - w4m - 21 - (outcalls only) pic

Jan 26 - ASIAN ORIENTAL and EUROPEAN massage in your HOTEL ROOM - w4m - (Chicago and Ohare hotels) pic

Jan 26 - ALL AMERICAN VERONICA PROVIDING THAT SENSUA LMASSAGE YOU DESIRE - w4m - (CHICAGO AREA OUTCALL) pic

Jan 26 - As long as there's an attraction, this will not be a business thing. - w4m - 25 - (Chicago) img

Jan 26 - IM LOVING CHICAGO AND YOU WILL BE LOVING ME - w4m - 24 - (HYDE PARK LOOP OUTCALL ONLY) pic

Jan 26 - •?•°o°•({C}{A}{U}{T}{I}{O}{N} ___{{GORGEOUS PLAYMATE }}•?•{ VISITING } - w4m - 18 - (incalls and outcalls) pic

Jan 26 - ~*~*~*~*~*~*~HOTTIE WITH 40G'S!!~*~*~*~*~*~*~*~*~ - w4m - (OUTCALL ANYWHERE) pic

Jan 26 - SUPER SEXY BLONDE MILF = MONDAY NIGHT IN/OUT SPECIALS - w4m - 36 - (Naperville) pic

Jan 26 - 100 COME AS MANY TIMES YOU WANT FOR 100 SPECIALS - w4m - (SCHAUMBURG) img

Jan 26 - @@YOU SEEN THE REST NOW SEE THE BEST@@@ - w4m - 20 - (DOWNTOWN AND NRTH) pic

Jan 26 - *~*~*((*100 INCALL SPECIAL*))*~*~* - w4m - 21 - (IN CALL ONLY!! SCHAUMBURG/ N. W. SUBURBS) pic

Jan 26 - Massage (Outgoing Only) - w4m - 24 - (NW Burbs (your place) pic

Jan 26 - ~*~*~CUTE & SEXY!!! READY 2 MAKE YOUR DAY WORTH WHILE!!~*~*~ - w4m - 20 - (CHICAGO G.F.E) pic

Jan 26 - _____COME GET SOME!_____ - w4m - 21 - pic

Jan 26 - ~~~I ALWAYS AIM TO PLEASE!! HOT & SEXY!!~~~ - w4m - 20 - (**my place**) pic

Jan 26 - CLICK HERE***UPSCALE ITALIAN PLAYMATE***SEE ME BARE ALL 4 YOU*** - w4m - 23 - (CHICAGOLAND AREAS/ DOWNTOWN/GOLD COAST ) pic

Jan 26 - *~*~*~*~*~*~*~*SEXXY**SEXXY**SEXXY**CUTIE WITH A BOOTY*~*~*~*~*~*~ - w4m - 22 - (East Lakeview) pic

Jan 26 - BeGiN Ur WeEk WiTh A FuN and SeXy RedHEAD - w4m - 24 - (incall schaumburg) pic

1/28/2009



Jan 26 - _____ BEAUTIFUL_____ASIAN 2_____KEEP WARM - w4m - 21 - (schaumburg) pic

Jan 26 - _____•♥•NAUGHTY_____•EXOTIC•_____HOTTIE•♥•_____ - w4m - (O'Hare) pic

Jan 26 - come to me ,have good time!!saian girl massage - w4m - (75th st~ cass ave) pic

Jan 26 - (((((((((((TOPLESS)))))))))))**~F~U~L~L~**B~O~D~Y**M~A~S~S~A~G~E~** - w - w4m - 23 - (Chicago Northside In Call) img

Jan 26 - new girl for the chinese new year - w4m - 27 - (westmont/downers grove) pic

Jan 26 - my name is pretty and i am here for what ever you want - w4m - (in and out my bed or yours) pic

Jan 26 - HELP...I'M LOCKED OUT, OPEN THE BACK-DOOR!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! - w4m - 21 - (IN AND OUT IN AND OUT) pic

Jan 26 - PLATNIUM BLONDE...GREEN EYES - w4m - (ALL NITE INCALL/OUTCALL) pic

Jan 26 - CALLING ALL SISSY BOYS AND SLAVES - w4m - 21 - (MY BED OR YOUR ROOM) pic

Jan 26 - SULTRY SEXY GIRL NEXT DOOR - w4m - 23 - (AIRPORT AND SURROUNDING AREAS) pic

Jan 26 - _____ PUSSYCAT_____WANTS_____2 PLAY_____FRESH_____BEAUTY_____ - w4m - 22 - (Schaumburg) pic

Jan 26 - THE HOTTEST ONE YET - w4m - 24 - (MY BED OR YOURS) pic

Jan 26 - Sensual And Sexxy Dakota, All Natural EEs, New # - w4m - 26 - (294/55) img

Jan 26 - REAL PIC-VERY GOOD TER REVIEW-ASIAN JAPANESE GIRL - w4m - 23 - (willowbrook/bolingbrook ) pic

Jan 26 - SUPER STACIE - w4m - 23 - (incall and outcall) pic

Jan 26 - DA BADDEST BITCH~~~~BRITTNEY~~~~COME GET U SOME - w4m - 21 - pic

Jan 26 - THAT ME COME SEE FOR YOURSELF - w4m - 22 - (INCALLS-OUTCALLS) pic

Jan 26 - FREAKY AN VERY SEXY LET PLAY 773-675-5982 - w4m - 21 - (SOUTHEAST) pic

Jan 26 - LOOKIN FOR A GOOD TIME CALLS NOW 772-552-3849 - w4m - 21 - (incalls-outcalls) pic

Jan 26 - •:*""'*'•HOT-:|:-SEXY-:|:-SENSUAL-:|:-GIRLS•:*""'*• - w4m - 23 - (BELMONT / CENTRAL PARK) img

Jan 26 - anything goes - smaller bbw willing to do anything to please - w4m - 20 - (chicago outcalls) img

Jan 26 - ·:^v⌒·×) SIMPLY AMAZING FUN ASIAN GIRL (×⌒v^·· - w4m - 23 - (ADDSION/BROADWAY) img

Jan 26 - xXx•□•OOPS•□•I've •□•Been•□•BAD•□• xXx - w4m - 21 - (You Decide) pic

Jan 26 - Manic Monday? Let Frenchie Offer You A Cure! - w4m - 24 - (OUT CALLS ONLY) pic

Jan 26 - (⌒'•STUNNING•'⌒)*•o•*(((_E_x_Q_U_i_S_i_T_E_))*• - w4m - 21 - (You Decide) pic

Jan 26 - _____REAL___HOT___REAL___SEXY___FOR YOUR PLEASURE_____ - w4m - 22 - (Schaumburg) pic

Jan 26 - ~!!~erotic massage~!!~come look at my new pictures~!!! - w4m - 25 - (matteson-sauk village-dolton-harvey) pic

Jan 26 - ×°x°×——TOO——[×°x°×——GOOD——×°x°×]——TO——[×°x°×——BE——×°x°×]——TRUE——× - w4m - 18 - (OUTCALLS-INCALLS) pic

Jan 26 - OUTCALL SPECIALS HERE NOW OUTCALLS ONLY - w4m - 22 - (MIDWAY AIRPORT-DOWNTOWN CHICAGO) pic

classifieds - craigslist                                                                Page 3 of 4



Jan 26 - ~S~___~L~___~I~___~P~___ ___~A~N~D~___ ___~S~___~L~~___~I~___~D~~___~E~_ - w4m - 18 - (I-94 Skokie Blvd Incalls or Outcalls) pic

Jan 26 - *•XoXo•*'''•♥ PURE PLEASURE YOU WONT FORGET ♥ *'''*•XoXo•* - w4m - 18 - (I-94 Skokie Blvd Incalls or Outcalls) pic

Jan 26 - Tues .! Tuesday . .Slim.....Sweet Mature....... - w4m - 42 - (NWI O .U.T.C.A. L. L) pic

Jan 26 - *%*%* ARE YOU READY TO PLAY*%*%* - w4m - 20 - (DOWNTOWN AREA AND NORTHSIDE) pic

Jan 26 - MONDAY AFTERNOON SPECIAL WITH AN EROTIC SEXXY REDHEAD - w4m - (YOUR PLACE OR MINE) pic

Jan 26 - x°×{*SIT BACK*}×x{*RELAX*}×x{*& ENJOY*}x°×{YOUR TIME*} - w4m - 20 - (COMMING SOON) pic

Jan 26 - 100 M*U*L*T*I*P*L*E-C*U*PS w/MZ. XTASY'S ALL NATURAL 42DDS - w4m - (SCHAUMBURG/WOODFIELD MALL AREA) pic img

Jan 26 - *(*(*(*(Its time treat your self)*)*)*)* This is a place where you can - w4m - 22 - (N. Ashland) pic

Jan 26 - ~~Busty Blonde Pregant Beauty~~ Full Body Erotic Massage~~ - w4m - 28 - (Barrington Rd & I-90) pic

Jan 26 - Massage by heatiful Asian girls Seeking a comfortable sensual time - w4m - 22 - (Milwaukee/Irving Park) pic

Jan 26 - V-----[-----P ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (o'hare) pic

Jan 26 - »-(⌐v⌐)T h E_ (⌐v⌐)-»P e R f E c T_»-(⌐v⌐)p L a Y_m a T e-w4m - w4m - 20 - (JOLIET) img

Jan 26 - •••••••►GENTLEMEN'S #1 CHOICE 😎 SEXY*DREAM*GIRL 😎 - w4m - - 20 - (schaumburg) img

Jan 26 - Sophia ******* Ultimate ***** Erotic touch ***** Cure Monday Blues - w4m - 19 - (S/W sub) pic

Jan 26 - Erotic Massage & More - w4m - 43 - (south suburbs)

Jan 26 - ~~~`HOT, W'ET & WILDLY SEXY!! COME GET THE TIME OF YOUR LIFE!!~~~ - w4m - 20 - ( CHICAGO ) pic

Jan 26 - □•B•=*=•O•=*=•M•=*=•B•=*=•S•=*=•H•=*=•E•=*=•L•=*=•L•□ - w4m - (SCHAUMBURG) img

Jan 26 - IVE BEEN A BAD GIRL WILL YOU PUNISH ME - w4m - 25 - (CHICAGO ) pic

Jan 26 - ?•B E A U T I F U L •? xxx ?• P L A Y M A T E •? - w4m - 25 - (Chicago) pic img

Jan 26 - CLASSY DOLL FACE COLLEGE SWEETHEART_____ - w4m - 20 - (CITY OUTCALL) pic

Jan 26 - XOXO_____S W E E T_____A N D_____S E X Y___- w4m - 22 - (CITY OUTCALL) pic

Jan 26 - DOLL FACE COLLEGE CUTIE-_____A SPARKLING BEAUTY - w4m - 20 - (city outcall) pic

Jan 26 - G_O_R_G_E_O_U_S___C_L_A_S_S_Y___P_L_A_Y_M_A_T_E - w4m - 22 - (city outcall) pic

Jan 26 - SAVORY COLLEGE BEAUTY_____EXOTIC SWEETIE - w4m - 20 - (city outcall) pic

Jan 26 - SUMMER IS HERE FOR YOU WARM UP WITH ME - w4m - 23 - (chicago NORTH) pic

Jan 26 - %%%%%%%%SO DELICIOUS WANNA TASTE%%%%%%%% - w4m - 22 - (your place or mine) pic

Jan 26 - Name Your Pleasure!!! - w4m - (Dirty Girls do it best!) img

Jan 26 - Erotic Lapdances & Toyshow **SPECIALS** w/Sexy Blonde Model Crissy - w4m - 25 - (Naperville (INCALL ONLY!!)) pic

Jan 26 - loving blend of therapeutic, sensuous, tantric massage - w4m - pic

classifieds - craigslist ⬤ ⬤ Page 4 of 4

Jan 26 - ~~~~ TAKE A QUICK PEEK AT THIS...... SEXY PETITE FREAK IN PINK~~~~~ - w4m - 22 - (SOUTH HOLLAND/ HARVEY/ SUBURBAN AREAS) pic

Jan 26 - HOW MANY L*CKS DOES IT TAKE TO GET TO THE CENTER - w4m - 22 - (your place or mine) pic

Jan 26 - very Hot Puerto Rican Girl - w4m - 24 - (Lumbard Area) pic

Jan 26 - MoNdAy MaDnEsS - w4m - 24 - (INCALL SCHAUMBURG) pic

Jan 26 - !** Lovely Blonde babe, Lisa **! - w4m - 21 - (incall/outcall) pic

Jan 26 - ...........Stunning glamourous European/Asia girl massage........... - w4m - 21 - (Clark/Fullerton, Private Parking Available) pic

Jan 26 - =!=!=!=!=! NEW *THICK BUBBLE* BOOTY DIVA!=!=!=! - w4m - 25 - (Ohare In / Out ) img

Jan 26 - V-----I-----P ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (o'hare) pic

Jan 26 - TRANSLATED OR NOT . . . U DECIDE . . . - w4m - 27 - (KIMBALL & IRVING PK INCALL ONLY )

Jan 26 - *~*~*sexy sexy sexy*~*~*~* - w4m - 18 - (schaumburg) pic

Jan 26 - FRESH IN FROM THE NORTH WEST NEW TO CHICAGO - w4m - 24 - (h.p. loop) pic

Jan 26 - ****Erotic is My Middle Name**** - w4m - 28 - (Schaumburg area incall) pic

Jan 26 - ^*^*^_____TOPLESS * HOUSEKEEPER * AVAILABLE!! *_____^*^*^ - w4m - 26 - (City and South) pic

Jan 26 - sexxYexotic!!!**** - w4m - (north suburbs) pic

Jan 26 - _____I LOVE IT LIKE YOU DO!_____ - w4m - (incall outcall) pic img

Jan 26 - ••====♥====•Gorgeous Girl from HAWAII•====♥====•• - w4m - 25 - (SCHAUMBURG - incall & outcall SPECIALS) pic img

Jan 26 - XXX**The Most Beautiful Nympho In The World**XXX - w4m - (Schaumburg Incalls & Outcalls 24/7) img

Jan 26 - EMERGENCY:LATINA NYMPO IN NEED OF FUN!! - w4m - 22 - (Oakbrook) pic

Jan 26 - _____HEY FELLAS NIKKI IS BACK IN TOWN!_____ - w4m - (IN OR OUT) pic img

<< Prev | **Found: 1000 Displaying: 501 - 600** | Next>>
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Copyright © 2009 craigslist, inc.
Back to top of page

RSS (?)
add to My Yahoo!

1/28/2009

classifieds - craigslist ◯ ◯ Page 1 of 5

chicago craigslist > erotic services [ help ] [ post ]

| all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs |

search for: w4m    in: erotic services    [ Search ]    ☐ only search titles

Poster's Age: min    max    ☐ has image

<< Prev    Found: 1000 Displaying: 601 - 700    Next>>
[ 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Jan 26 - SPICY,EXOTIC COME AND GET IT!!!! - w4m - 38 - (NORTHWEST SUBURBS) pic

Jan 26 - PRETTY IS VERY PRETTY - w4m - 21 - pic

Jan 26 - ^*^*^*EXPERIENCE^*^TO^*^REMEMBER*^*^*^ - w4m - 39 - (Lombard (Incall)) pic

Jan 26 - $__E__X__!__N__T__H__E__Ç__!__T__¥ - w4m - (Schaumburg Incalls/Outcalls Everywhere) img

Jan 26 - CINNAMON IS A FIRE-CRACKER - w4m - 23 - (AIRPORT AREA AND SURROUNDING) pic

Jan 26 - Young, Sexy & Slender Ebony Hottie Available All Day - w4m - (Merrillville IN) pic

Jan 26 - A-little sweet & sexy all for you!(blonde cuttie) - w4m - 22 - (joliet/incall) pic

Jan 26 - Memorable Monday Meetings...Sensual, Erotic & Pleasurable - w4m - (Merrillville Indiana) pic

Jan 26 - can u teach me how to d.e.e.p.t.h.r.o.a.t - w4m - 23 - (incall and out -call all over) pic

Jan 26 - *S__E__X__x__X__Y*__{{ UpsCaLe GODDESS }}* - w4m - 23 - (Joliet/Tinlcy/Naper/Mokena/Orland/Outcal) pic

Jan 26 - !!! the BEST YoU'vE NEVER HAD! ! ! ! ! * * * * * * * * * * * * * * * * - w4m - 19 - (roselle) pic

Jan 26 -
CLICK HERE***SUPER SEXY PLAYMATE***GABBIE SHOWS BUNNY-TAIL***CALL NOW* - w4m - 23 -
( CHICAGOLAND AREAS/ DOWNTOWN/ MAG.. MILE) pic

Jan 26 - I THINK ITS TIME THAT U TOOK A LOOK - w4m - 21 - (INCALL AND OUTCALL) pic

Jan 26 - ............................................PERFECTION - w4m - 20 - (SCHAUMBURG AREA) pic

Jan 26 - We are beautiful, and very polite Latin ladies... Make you feel relax - w4m - 21 - (Sacramento/Lawrence) pic

Jan 26 - lunch time goodies all for you 100fh 150 m.u,l,t.i.. action incall - w4m - 21 - (nw burbs in/out) pic

Jan 26 - IM SWEET & SEXY WRAPPED UP IN ONE UNBELIEVABLE PACKAGE! - w4m - 20 - (NW Indiana
*Incall/Outcall 24/7*) img

Jan 26 - GR33CE GR33CE 1OO FLOWERS LIMITED TIME ONLY!!!!!!!1OO 1OO 1OO 1OO - w4m - 18 -
(FULLERTON & LARAMIE CONDO) img

Jan 26 - +++ EVERYTHING YOUR LOOKING FOR IN A HOT SEXY BLONDE +++ - w4m - 23 - (skokie incalls) pic

Jan 26 - 75 D*E*E*P T*H*R*O*A*T SPECIAL w/MZ. MILKYWAY..50 SPECIALS (schaumbur - w4m -
(SCHAUMBURG/WOODFIELD) pic

Jan 26 - BARBIE DOLL NEEDS KEN - w4m - (YOUR BED OR MINE) pic

classifieds - craigslist     Page 2 of 5



Jan 26 - ...............................................PERFECTION - w4m - 20 - (SCHAUMBURG AREA) pic

Jan 26 -
(TIGHT) YOUNG (XXX) BEDROOM (ANYTHING GOES) CAN YOU HANDLE A (WILD 19y - w4m - 19 -
(Chicago Ready For Anything) img

Jan 26 - 100% REAL PHOTOS LOOK HERE - w4m - 20 - (CITY NORTH ) pic

Jan 26 - 100SPECIAL MZ.LACE don,t look any more iam here to fulfill ur fantasy - w4m -
(SCHAUMBURG/WOODFIELD) pic

Jan 26 - BIG BIG BIG BOOTY - w4m - 21 - (AIRPORT AREA IN AND OUT) pic

Jan 26 - _____I WANT TO BRING OUT YOUR NAUGHTY SIDE!!_____ - w4m - 24 - (nw burbs)
pic img

Jan 26 - PLEASURE SPECIAL! - w4m - 23 - (CHICAGO/NORTHSIDE/DOWNTOWN OUTCALLS) img

Jan 26 - (((***2 Chocolate Bunnies***)))(((***Let Us Make Your Day***))) - w4m - 21 - (south chicagoland) img

Jan 26 - They poke out like fingers,see for yourself. Great massages here. - w4m - 30 - (in calls) pic

Jan 26 - ~~**~~~**asian girl massage~~**~~~**6303443062 - w4m - (Rt-53 lisle) pic

Jan 26 - GOOD LOOKING THIN ASIAN KOREAN GIRL-HANA - w4m - 24 - (Elston) pic

Jan 26 - Asian-Korean 100% Real Pic - w4m - 27 - (NW) pic

Jan 26 - New Girl for the Chinese New Year - w4m - 27 - (Westmont/Downers Grove) pic

Jan 26 - NEW! FOR THE BUSINESSMEN - All Natural, LOVER EXTRAORDINAIRE VIP Randi - w4m - 30 -
(Chicago) pic

Jan 26 - ▓▓**♥Saniyah Pearl♥**▓▓ - w4m - 23 - (RS2K...Indian Princess) pic

Jan 26 - a Sexy Thick White Girl Ready to Play With You!! - w4m - 25 - (nwi incall/outcall anywhere) img

Jan 26 - Woke up on fire this morning.Wanna hear about the weekend that I had? - w4m - 30 - (in calls) pic

Jan 26 - Experienced Asian Korean MILF - w4m - 33 - (Northwest Burbs) pic

Jan 26 - SEXY MASSEUSE - w4m - 21 - (CHICAGO) pic

Jan 26 - ...............................................PERFECTION - w4m - 20 - (SCHAUMBURG AREA) pic

Jan 26 - ~~~~SEXY VOLUPTIOUS LATINA~~~~ - w4m - 26 - (CHICAGO) pic

Jan 26 - Slender, Redhead & Busty Blonde Pinup Gals! 1 or both - EROTIC MASSAGE - w4m - 21 - (Chicago
INCALL) pic

Jan 26 - NEED RELAX? COME TO SEE ME.ASIAN GIRL MASSAGE - w4m - (Rt83~~~75th st) pic

Jan 26 - 100 •□• R=O=Y=A=L_ □_ T=R=E=A=T=M=E=N=T_•□• 100 - w4m - 20 - (Interstate-----------90 ) pic

Jan 26 - come enjoy a good time with this beautiful asian girl - w4m - (o'hare) pic

Jan 26 - ***WITHOUT A DOUBT!!!***GUARANTEED FUN!***REAL PIC!!! - w4m - 25 - (CHICAGO) pic

Jan 26 - ********YOU COULD COUNT ON THAI PALACE FOR QUALITY AND SERVICE******** - w4m -
(CHICAGO) pic

Jan 26 - _____SEXY_____ASIAN_____100% Real Pic____WANTING____YOU - w4m - 21 - (schaumburg) pic

classifieds - craigslist                                                                                 Page 3 of 5



Jan 26 - COME CHECK ME OUT TODAY AM WAITING - w4m - 23 - (NORTH CHICAGO) pic

Jan 26 - ~~~Magic of East Masseuses Wait for You~~~ - w4m - (Out Call/Chicago) img

Jan 26 - □□□HOT AND SPICY ARGENTINIAN BLOND□□□ - w4m - 23 - (□SCHAUMBURG□) img

Jan 26 - >>>> " KAREN THE QUEEN OF EROTIC MASSAGE " <<<< - w4m - 28 - (IN-CALLS WEST SUBURBS) pic

Jan 26 - bbw available now for Silky Soft Massage 60/100 Special - w4m - 25 - (nw burbs) pic

Jan 26 - BEAUTIFUL BAD BOLD BLONDE - RUNNING SPECIAL - w4m - 30 - (Western Burbs) pic

Jan 26 - ____SNEEK___Away___Get___A_S_E_X_Y___PEEK___IM_READY TO PLAY____ - w4m - 22 - (Schaumburg) pic

Jan 26 - _____Hurtin' for a Squirtin' JULIA TO THE RESCUE massage therapist - w4m - 31 - (M/W N.ave at LSD TH/F N. Chi-land ) pic img

Jan 26 - □BEAUTIFUL GERMAN AND SPANISH MIX□ - w4m - 23 - (□SCHAUMBURG□) img

Jan 26 - ===============***Explore Your Fantasies***=============== - w4m - 28 - (N.Chicago Evanston Rogers Park - Incalls) img

Jan 26 - curvy cute brunette wants to give you an __e r o t i c_ massage - w4m - (quiet, warm incall near Wrigley Field) pic

Jan 26 - Massage by Alexa - w4m - (Naperville/Incall Only) pic

Jan 26 - Dinner, Drinks, maybe Dessert at my place... - w4m - 28 - (Chicago) pic

Jan 26 - •♥~♥~♥• Young Italian Princess •♥~♥~♥• - w4m - 23 - (♥SCHAUMBURG♥) img

Jan 26 - I can pamper you with a soft touch FULL body massage or I can also go - w4m - 22 - (Milwaukee/Irving Park) pic

Jan 26 - Looking for some grown up fun?....call 219-801-8468.. - w4m - (merrillville,,,,in/out) pic

Jan 26 - ***Silky Soft and Busty BBW***TER Reviewed*** - w4m - 47 - (Just minutes from O'Hare Airport) pic

Jan 26 - Erotic Lapdance Show **SPECIALS** w/Sexy Blonde Playmate Crissy - w4m - 25 - (Naperville (INCALL ONLY!!)) pic

Jan 26 - @^*@^*Start Your Week Off With THIS@^*@^* - w4m - 30 - (Schaumburg) pic

Jan 26 - *_____*ENTiCiNG EAST iNDiAN*_____(36DD's!) - w4m - 21 - (Skokie Incall-Outcall) pic img

Jan 26 - Sexy, Soft, Irresistible, EEs, New # - w4m - 26 - (294/55) pic

Jan 26 - *****Simply The Best***** - w4m - 30 - (Schaumburg) pic

Jan 26 - New____Beuty___in Town____dont____miss out___CALL ME NOW___ - w4m - 19 - (INCALLS AND OUTCALLS) pic

Jan 26 - NEW AMAZING YOUNG CUTE ASIAN KOREAN GIRL-SHA SHIA(REAL PIC) - w4m - 20 - (willowbrook/bolingbrook ) pic

Jan 26 - Fantastic, Fabulous French Massage and More! - w4m - (35th/Archer area)

Jan 26 - ^*^*^*^        TOPLESS * HOUSEKEEPER * AVAILABLE!!_____^*^*^ - w4m - 26 - (South Burbs & NW Indiana) pic

Jan 26 - Sweet,sexy Christy avail. now til 6 pm:Escape your everyday - w4m - 33 - (Glen Ellyn)

Jan 26 - Sexy Shayn - w4m - (Schaumburg/Woodfield Area ) pic

Jan 26 - *** Morning SpeciaL *** kAyLa *** KaYLa *** KayLa & more nude KAYLA ** - w4m - 19 - (NAPERVILLE - OUTCALL) pic

Jan 26 - °•P•°   •L•   °•A•°   °•Y•°————————————°•T•°   °•J•°   °•M•°   °•E• - w4m - 21 - (TER = 355 & BUTTERFIELD =(DOWNERS GROVE)) img

Jan 26 - *^*^ST*CK IT ALL THE WAY D*WN MY THR**T*^*^ - w4m - (LISLE-NAPERVILLE) pic

Jan 26 - ****The Perfect Solution**** - w4m - 28 - (Schaumburg area-incall) pic

Jan 26 - an hourlong vacation! :) - w4m - (incall-near woodfield mall) pic

Jan 26 - !!!!!!!!!! Independent provider. Not an agency !!!!!!!!!!! - w4m - 25 - (INCALL SPECIALS) pic img

Jan 26 - Sexy Petite Hottie - w4m - 24 - (Oak Brook) pic

Jan 26 - ****Decadent and Delightful!**** - w4m - 28 - (Schaumburg area-incall) pic

Jan 26 - Hot Girl Cold Day - w4m - 24 - (Oak Brook) pic

Jan 26 - ~ Monday Morning Massage ~ Sexiest Blonde in the Burbs ~ all nude ~ - w4m - 19 - (Naperville - outcall) pic

Jan 26 - Get Spoiled By A BBW Cutie - w4m - (Close to Desplaines) pic img

Jan 26 - *****((*BUSTY ASIAN & LATIN JX BABE*))***** - w4m - 21 - (INCALLS ONLY SCHAUMBURG/ N.W. SUBURBSS) pic

Jan 26 - Tell me where it hurts, I will make it feel better.I promise. - w4m - 30 - (in calls only) pic

Jan 26 - SEXY////NEW////HOTTIE//////////SEXY NEW HOTTIE//////// - w4m - 22 - (downer grove) pic

Jan 26 - Naperville Specials All Day - w4m - (Outcalls Only) pic

Jan 26 - *W__I__L__D_*•*[ *BrUNeTTe BoMBSHeLL* ] *_R_*e*_A_*d_*Y_2 p_L_a_Y - w4m - 23 - (Downers Grove In/Out) img

Jan 26 - V-----I-----P ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (O'Hare) pic

Jan 26 - 'VitalTouch' Sensual Massage with a 'FrenchFlair' - for a Better You! - w4m - 38 - (Glenview) pic

Jan 26 - Monday Sunny Delight Rub Dwns+S&F Incalls Only - w4m - 38 - (Whiting by horse shoe casino) pic img

Jan 26 - YOUNG~SEXY~SWEET~IF~ITS~NOT~ME~ITS~FREE~ - w4m - 18 - pic

Jan 26 - ****Seeking Mature Male Age 50+ For Relaxing Massage**** - w4m - 28 - (Chicago) pic

Jan 26 - ___UNBELIEVEABLY PLEASANT,SOOO GOOD, EBONY DIVA___R U READY? - w4m - 24 - (INCALLS ON SOUTHSIDE) pic

Jan 26 - ☐__V__I__P__•__Experience The Very Best__•__V__I__P___☐ - w4m - (South Loop - {Near Roosevelt & State}) img

---

Copyright © 2009 craigslist, inc.     RSS (?)
Back to top of page     add to My Yahoo!

1/28/2009

classifieds - craigslist ◯     🖐     Page 1 of 5

---

chicago craigslist > erotic services                                [ help ] [ post ]

| all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs |

search for: [w4m]    in: erotic services    🔍 [ Search ]    ☐ only search titles

Poster's Age: [min] [max]    ☐ has image

---

<< Prev       **Found: 1000 Displaying: 701 - 800**       Next>>
[ 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Jan 26 - Get Spoiled By A BBW Cutie - w4m - (Close to Desplaines) pic img

Jan 26 - *****((*BUSTY ASIAN & LATIN IX BABE*))***** - w4m - 21 - (INCALLS ONLY SCHAUMBURG/ N.W. SUBURBSS) pic

Jan 26 - Tell me where it hurts, I will make it feel better.I promise. - w4m - 30 - (in calls only) pic

Jan 26 - SEXY////NEW/////HOTIIE//////////////SEXY NEW HOTIIE/////// - w4m - 22 - (downer grove) pic

Jan 26 - Naperville Specials All Day - w4m - (Outcalls Only) pic

Jan 26 - *W_ _I_ _L_ _D_*•*[*BrUNeTTe BoMBSHeLL*]*_R_*e*_A_*d_*Y_ 2 p_L_a_Y - w4m - 23 - (Downers Grove In/Out) img

Jan 26 - V-----I-----P ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (O'Hare) pic

Jan 26 - 'VitalTouch' Sensual Massage with a 'FrenchFlair' - for a Better You! - w4m - 38 - (Glenview) pic

Jan 26 - Monday Sunny Delight Rub Dwns+S&F Incalls Only - w4m - 38 - (Whiting by horse shoe casino) pic img

Jan 26 - YOUNG~SEXY~SWEET~IF~ITS~NOT~ME~ITS~FREE~ - w4m - 18 - pic

Jan 26 - ****Seeking Mature Male Age 50+ For Relaxing Massage**** - w4m - 28 - (Chicago) pic

Jan 26 - ____UNBELIEVEABLY PLEASANT,SOOO GOOD, EBONY DIVA____R U READY? - w4m - 24 - (INCALLS ON SOUTHSIDE) pic

Jan 26 - ☐__V__I__P__•__Experience The Very Best__•__V__I__P__☐ - w4m - (South Loop - {Near Roosevelt & State}) img

Jan 26 - ~~~~~BRUNETTE~~~~~SEXY~~~~~~LEXI~~~~~~PLAYMATE~~~~~~~~ - w4m - 22 - (OHARE INCALL) pic

Jan 26 - MATURE & PETITE FOR YOUR WORK WEEK - w4m - (Woodfield Area) pic

Jan 26 - =======YOUNG=======PETITE======SEXY==========EBONY================= - w4m - 23 - (OHARE INCALL) pic

Jan 26 - monday morning pleasure playmate 100fh 150x2 incall/outcall 200 - w4m - 21 - (nw burbs in/out) pic

Jan 26 - Visitng West Coast Tantra Teacher with Hands of Silk - w4m - pic

Jan 26 - COME ////SEE////SEXY////SUMMER////SHE////THE////BEST - w4m - 24 - (downer grove) pic img

Jan 26 - ~~~~~~~~~~~CLICK**HERE**HOT**SEXXY**BLONDE**~~~~~~~~~~ - w4m - 22 -

classifieds - craigslist ⬭ ⬭ Page 2 of 5

(East Lakeview/LSD) pic

Jan 26 - )))))))))M___O___R___N___I___N___G(((((M___U___F___F___I___N(((((((( - w4m - 23 - (OAK PARK (Incall)) pic

Jan 26 - Mature, 36DD, Size 8, Well-Reviewed!!! - w4m - 41 - (Gurnee/Lake County) pic

Jan 26 - Pleasures - w4m - (In/Out) pic

Jan 26 - •?_(xXx)_•?• I KNOW WHAT U WANT •?• (xXx)_?• - w4m - 27 - (Chicago) pic img

Jan 26 - Sexy and Slender - Real and Independent - Erotic FULL NUDE Massage - w4m - 21 - (Chicago INCALL) pic

Jan 26 - " MONDAY " LET'S~~ HAVE~~ A~~ FUN~~ DAY~~ W/ AWESOME~~ SPECIALS~~ - w4m - 45 - (DES PLAINES / INCALL) img

Jan 26 - What's On Your Schedule For Today...?....RS2K - w4m - (NW Suburbs) pic

Jan 26 - ****HOT HOT HOT!!!!***** ~100~monday SPECIALS!!!!*********** - w4m - 19 - (Downtown outcalls only) pic

Jan 26 - exquisite blend of therapeutic, sensuous, tantric massage - w4m - pic

Jan 26 - ((•°SeXxXy°•..-;;.-•°((W.E.T))°•..-;;.-•°[&] X x X RATED FuN.°•)) - w4m - 27 - (CHICAGO) img

Jan 26 - ARE YOU INTO BEING treated like a KING,then call this LATINA HOTTIE - w4m - 27 - (Oakbrook) pic

Jan 26 - **Monday**Massage**Monday**Massage** - w4m - 49 - (LOOP)

Jan 26 - GET*UP*ON**MY*Sexxy*EBONY*INDIAN*ExPress 602-722--0688 - w4m - (CHICAGO and DOWNTOWN) img

Jan 26 -
CLICK HERE***IM AVAILABLE**CALL ME NOW**GABBIE***(773)879-2536 UPSCALE - w4m - 23 - (CHICAGO AREAS) pic

Jan 26 - Sexy YOUNG and TIGHT! New to the Business. 80hh SPECIAL!!!! - w4m - 21 - (Incalls and Outcalls) pic

Jan 26 - ****___(((((( JAW DROPPING FUN )))))) C-U-M INSIDE___**** - w4m - (Outcall) pic

Jan 26 - ALL^^^^^^YOU^^^^^^NEED^^^^^^AND^^^^^^^MORE - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 26 - INCALL SPECIAL WITH THIS THICK JUICY LATINA DOWNTOWN - w4m - 21 - (CHICAGO) img

Jan 26 - SWEET*******AS*******CANDY******** - w4m - 18 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 26 - All-American Blonde Playmate - w4m - 20 - (downtown/northside) pic

Jan 26 - @@@SEXY@@@NEW HOTTIE@@@SEXY@@@NEW HOTTIE@@@ - w4m - 22 - (downers grove) pic

Jan 26 - @@@ Sweet Like Honey / With Nice A$$ Available@@@ - w4m - 21 - (Downtown/Chicago) pic

Jan 26 - * Hott * Way * To * End * A * Cold * Weekend * - w4m - 20 - (Downtown Outcalls) pic

Jan 26 - Midnight Hottie Aiming To Please - w4m - 21 - (Downtown/Outcalls Only) pic

Jan 26 - HOT%%%SEXY%%%SUMMER%%%HOT SEXY SUMMER%%% - w4m - 24 - (downers grove) pic

Jan 26 - •!• SUPER THICK •!•SUPER FREAKY •!•SUPER NASTY•!•LET ME SHOW U•!• - w4m - 24 - (CHICAGO) pic

classifieds - craigslist ◯ ◯ Page 3 of 5

Jan 26 - ~*~*~*NEW....R U COLD DADDY? I'LL WARM YOU UP TONIGHT!!!!!!*~*~*~ - w4m - 21 - (CHICAGO IN OR OUT) img

Jan 26 - Irish&Italian!!!!!! - w4m - 22 - (chicago) pic

Jan 25 - I have ENDLESS potential and ALWAYS aim to PLEASE. - w4m - 19 - (Anywhere) pic

Jan 25 -
COME SPEND A PLEASURE FILLED EVENING WITH A SOUTHERN ITALIAN PRINCESS - w4m - 20 - (INCALL/OUTCALL DOWNTOWN) img

Jan 25 - BLONDE: MORE THAN WHAT YOU'D EVER EXPECT - w4m - 21 - (CHICAGO) pic

Jan 25 -
DO YOU WANT TO SPEND SOME TIME WITH A DOWN SOUTH BEAUTY!!!....NEW PICS - w4m - 18 - (INCALL/OUTCALL DOWNTOWN) img

Jan 25 - FRESH IN FROM THE NORTH WEST NEW TO CHICAGO - w4m - 24 - pic

Jan 25 - gauranteed to hold your attention. - w4m - 20 - (WHERE EVER) pic

Jan 25 - LET ME SHOW YOU THE WAY TO GO - w4m - 20 - (OUTCALL. INCALL) pic

Jan 25 - sweet sexy brunette girl next door in your bed tonight - w4m - 25 - (incall/out) pic

Jan 25 -
**ARE YOU READY FOR A BEAUTIFUL BLONDHAIR,BLUE EYED ITALIAN PRINCESS** - w4m - 20 - (DOWNTOWN AREA AND NORTH) pic

Jan 25 - Blonde natural coed that wants to start your week off RIGHT! - w4m - 22 - (North Burbs) pic

Jan 25 - ♥"___•·˙¯·.·•YuMmY•·.·¯·.··yUm•·.·¯·.·•Yum___" - w4m - 20 - (OUTCALLS) pic

Jan 25 - red headed hottie just moved in your neighborhood - w4m - 27 - (31 and cicero in and out call)

Jan 25 - °×{*SIT BACK*}×°°×{*RELAX*}×°×°×{*& ENJOY*}×°×° - w4m - 23 - (Chicago/Northside/OutCalls) pic

Jan 25 - Highly attentive, pampering and adventurous.. - w4m - 19 - (ON YOU) pic

Jan 25 - LET ME HELP YOU MAKE SOME SWEET DREAMS!! - w4m - 18 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 25 - COME PLAY WITH THIS LATINA BEAUTY WITH A LOT OF BOOTY - w4m - 21 - (CHICAGO AND DOWNTOWN) img

Jan 25 - i will do anything you want on web cam. i like sex! - w4m - 24 - img

Jan 25 - WANNA EXPLORE A HOT EVENING OF HOT SENSATIONS.CALL NOW!!! (CHICAGO) - w4m - (CHICAGO) pic

Jan 25 - •!• SUPER THICK •!•SUPER FREAKY •!•SUPER NASTY•!•LET ME SHOW U•!• - w4m - 24 - (CHICAGO) pic

Jan 25 - LOOK***WHAT****CAN*****COME******TO*****YOU!! - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 25 - >>>>>80 INCALL SPECIAL<<<<<DREAM DOLL PARTY - w4m - 22 - (290/INDEPENDENCE) pic

Jan 25 - VERY CLASSY SEXY BLONDE! - w4m - (INCALLS AND OUTCALLS) img

Jan 25 -
CLICK HERE*****UPSCALE 5-STAR PLAYMATE*****GABBIE*****IM AVAIL..GENTS - w4m - 23 -

(CHICAGO-LAND AREAS) pic

Jan 25 - --- Sweet -- Face ---- Smoking -- Body --- - w4m - 20 - (Downtown Outcalls) pic

Jan 25 - * NEW* BUBBLE] * BOOTY ]* [EBONY*VISITING]!!!!!* - w4m - 25 - (Ohare / In/ Out ) img

Jan 25 - BAD BOLD BEAUTIFUL BLOND BABE - w4m - 29 - (Aurora Incalls/Outcalls) pic

Jan 25 - Sunday Night Sweetness............. - w4m - 21 - (Specials Tonight Only) img

Jan 25 - Super Hot Amatuer for U to indulge in, I am Yung Sexy and very Hot - w4m - 25 - (Chicago Downtown) pic

Jan 25 - ??-A PERFECT GIRL 4 U-?? - w4m - 23 - (Chicago) pic img

Jan 25 - LET "MYA" WARM YOU UP!!!!!!!!!!!!!!! - w4m - 24 - (Outcalls ) pic

Jan 25 - *****************IF YOU LIKE CHOCOLATE YOU'LL LOVE THIS! *********** - w4m - 25 - (Outcalls Only!!) pic

Jan 25 - available to play^*^*^*^*^*^ TONIGHT!!! - w4m - 39 - (Lombard (Incall)) pic

Jan 25 - (((((((((((TOPLESS))))))))))**~F~U~L~L~**B~O~D~Y**M~A~S~S~A~G~E~** - w4m - 23 - (Northside ~ In Call) img

Jan 25 - **TAKE TIME OUT TO TREAT YOURSELF...GIVE ME A CALL** - w4m - 23 - (CHICAGO:DOWNTOWN:THE LOOP) pic

Jan 25 - THE SEXIEST IN THE WEST - w4m - 37 - (Nap/Aurora) pic

Jan 25 - •♥~~♥~~♥•MISS CLAUDIA•♥~~♥~~♥• - w4m - 25 - (Schaumburg -- INCALL speicals) pic img

Jan 25 - CUTE PRETTY ASIAN KOREAN GIRL-HANA - w4m - 24 - (Elston) pic

Jan 25 - ASIAN ORIENTAL and EUROPEAN massage in your HOTEL ROOM - w4m - (Chicago and Ohare hotels) pic

Jan 25 - AMAZING HOT EXOTIC// SPECIALS - w4m - (downtown) pic

Jan 25 - It's about time that you stop paying and start playing. - w4m - 24 - (Chicago) img

Jan 25 - !!!!!!!((*READY TO PLAY*))!!!!!! - w4m - 21 - (INCALL (SCHAUMURG) & OUTCALLS) pic

Jan 25 - **** TAYLOR THE BODY IS BACK **** - w4m - 22 - ( (OUTCALLS)) pic

Jan 25 - FANTASY PHONE SEX - Only $1.29 per minute - w4m - 22 - (ALL) pic

Jan 25 - What you are willing to let me do to satisfy "YOU"? I'm waiting...... - w4m - 25 - (Schaumburg***Near I-90) pic img

Jan 25 - ~~*~~*~~*~~* SWEET AND SINFUL!*~~*~~*~~*~~* - w4m - (OUTCALLS ANYWHERE) pic

Jan 25 - Sunday Night Rendezvous with the Print Model Rose - TER Reviewed - w4m - 24 - (Chicago outcalls) pic

Jan 25 - *"*•□•*"*•EVeRYTHING•*"*•U ♥ NeeD•*"*•IN 1(BUSTY) PaCKaGE•*"* - w4m - (Outcalls.) pic

Jan 25 - YOUNG~SEXY~SWEET~AVAILABLE~NOW~ - w4m - 18 - pic

Jan 25 - SUNDAYS// NIGHT// CAP// 100 fh 150m.u.l.t.i. action g.r.e.e.k. add 50 - w4m - 21 - (nw burbs in/out) pic

Jan 25 - C*M*~~*LET*~~*ME*~~*FEEL*~~*YOUR*~~*INAUGURAL*~~*BALLZ*_~_TICKETS_$100 - w4m - (SCHAUMBURG) img

Jan 25 - <u>Gender Bender Butch Dyke needs to pay some bills! - w4m - 23 -</u> (Edgewater)

Jan 25 - ~~~~~~STEAMY~~~~~~SEXY~~~~~~LEXI~~~~~~PLAYMATE~~~~~~ - w4m - 22 - (OHARE INCALL) pic

|  |  |  |
|---|---|---|
| <u><< Prev</u> | **Found: 1000 Displaying: 701 - 800**<br>[ 2 \| 3 \| 4 \| 5 \| 6 \| 7 \| 8 \| 9 \| 10 \| 11 ] | <u>Next>></u> |

Copyright © 2009 craigslist, inc.
<u>Back to top of page</u>

**RSS** <u>(?)</u>
<u>add to My Yahoo!</u>

classifieds - craigslist  ◯  ◯  Page 1 of 5

chicago craigslist > erotic services                                    [ help ] [ post ]

| all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs |

search for: w4m        in: erotic services    [Search]   ☐ only search titles

Poster's Age: min    max                  ☐ has image

<u><< Prev</u>           **Found: 1000 Displaying: 801 - 900**           <u>Next>></u>
                        [ 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Jan 25 - Massage (Outgoing Only) - w4m - 24 - (NW Burbs (Your Place)) pic

Jan 25 - Attractive curvy, very DISCREET independent type of provider - w4m - (Hoping I can discretly come to u ) pic

Jan 25 - XXX.*2 SeXXXy Girls 4 The Price Of 1*XXX - w4m - (Schaumburg Incalls/Outcalls All Over) img

Jan 25 - _____Sensual Bodywork Sessions with a Beautiful Asian Model_____ - w4m - 23 - (Chicago outcalls) pic

Jan 25 - Start The Week Off Right - w4m - (outcalls) pic

Jan 25 - CLICK HERE***SUPER SEXY GABBIE***PRIVATE/SAFE***INCALL-OUTCALLS AVAIL. - w4m - 23 - (CHICAGOLAND AREAS / MAG. MILE HOTELS ) pic

Jan 25 - [[ - UNBELIEVABLY - ]]•□♥□•[[ DELICIOUS ]] - w4m - 21 - (♥ 355 & ButterField ♥ DOWNERS GROVE) img

Jan 25 - ___SEXY___BUSTY___MASSAGE___BLISS___ - w4m - (YOU MUST HOST ) pic

Jan 25 - real person ,real picture,korean girl Sunny ,is waiting for you - w4m - 23 - (emlhusts) pic

Jan 25 - asian massage,i am going to stay in here for couple hours,till to 11pm - w4m - 29 - (westmont/downsgrove/woodridge/naperville) pic

Jan 25 - TRISHShE's A vErY FrEaKy GiRl~*~I~*~AM~*~HOT~*~N~*~READY~*~4~*~YOU!~*~ - w4m - 20 - (Naperville~~InCalls~~Westsub) img

Jan 25 - Sexy Stephanie for a Sexy Kinky Good Time!! - w4m - (phone sex only ) img

Jan 25 - 75 D*E*E*P T*H*R*O*A*T SPECIAL w/MZ. MILKYWAY..50 SPECIALS (schaumbur - w4m - (SCHAUMBURG/WOODFIELD AREA) pic img

Jan 25 - 19 year old hottie and I am in the mood to get crazy on the computer - w4m - 23 - img

Jan 25 - Sensual Erotic Massage - w4m - 22 - (Outcalls) pic

Jan 25 - **MAKE THE BEST DECISION YOU HAVE ALL WEEK..CALL ME!** - w4m - 23 - (CHICAGO:DOWNTOWN:THE LOOP) pic

Jan 25 - Sunday Special 150 45 min.Rub Down+More S&F/Incalls Only. - w4m - (Whiting near horse shoe casino) pic img

Jan 25 - REAL PIC-VERY GOOD TER REVIEW-ASIAN JAPANESE GIRL - w4m - 23 - (willowbrook/bolingbrook ) pic

Jan 25 - wow Driping Hot ~B~R~A~Z~I~L~I~A~N~___M a M y___wana__T a s t e_Me_ - w4m - 20 - (Incalls in Oakbrook Terrace outcalls 2 u) pic

Jan 25 - SeXxXy SedUctIvE sEnsuAL - w4m - 22 - (Your Place city/burbs) pic

classifieds - craigslist      ◯           ◯      Page 2 of 5

Jan 25 - CAN___YOU___(H A N D L E___T H I S___)___IM A JUCEY EBONY___- w4m - 18 - (INCALLS AND OUTCALLS) pic

Jan 25 - KARINA ANDERSON !!!!MAKE A WISH - w4m - 22 - (northwest burb's) pic

Jan 25 - Massage by very beautiful Asian girls for ya. - w4m - 22 - (Ashland/Division) pic

Jan 25 - * (((((SoNYa))))) * ThE * PeTiTe * FrEaK * U * WaNt * 2 * MeeT * - w4m - 21 - (1OO inCALL SpECiALs) pic

Jan 25 - **~*L O O K AT THIS PLAYMATE WITH DOUBLE (D)(D)'S~~NEW IN TOWN~~ - w4m - 19 - (OAKBROOK LOMBARD) pic

Jan 25 - IM WHAT U WONT LOOK NO FURTHER 773-675-5982 - w4m - 21 - (INCALLS-OUTCALLS) pic

Jan 25 - TREAT YOUR SELF DONT CHEAT YOURSELF 773-552-3849- w4m - 21 - (SOUTHEAST) pic

Jan 25 - Trying to find a discreet way to relax from the everyday stress???? - w4m - 22 - (N. Milwaukee/Irving Park) pic

Jan 25 - Hot Ebony Girl Available On This Sexy Sunday!!! - w4m - (Merrillville Indiana) pic

Jan 25 - MIXED**KINKY**EXOTIC**PLAYMATE**IN & OUT SPECIALS - w4m - 21 - (ELK GROVE) pic

Jan 25 - Pleasing & Pleasurable Play On This Sensual Sunday - w4m - (Merrillville Indiana) pic

Jan 25 - ***I KNOW YOU WANT ME***TONED, SEXY, BODY***BRAND NEW*** - w4m - 19 - (east wacker drive/loop) pic

Jan 25 - TWO HOT GIRLS............................ - w4m - (CHICAGO) pic

Jan 25 - !!!!!!!!!!EBONY BEAUTY WITH A JUICY BOOTY!!!!!!!!!!!!! - w4m - 21 - (SKOKIE(INCALL-OUTCALL)) pic

Jan 25 - ~*~ 100% ~*~ REAL ~*~ PICS ~*~ OUTCALLS ~*~ ALL ~*~ DAY ~*~ LONG ~*~ - w4m - (*** OUTCALLS ***) pic

Jan 25 - YOU DONT WANT TO MISS THIS...NEW CHOCOLATE. - w4m - 21 - (YOUR PLACE) pic

Jan 25 - ~*~ OUTCALLS ~*~ OUTCALLS ~*~ OUTCALLS ~*~ OUTCALLS ~*~ OUTCALLS ~*~ - w4m - (*** OUTCALLS ***) pic

Jan 25 - ___SEXY___BUSTY___MASSAGE___BLISS___ - w4m - (I come to you) pic

Jan 25 - NEW..NEW...NEW..NEW...BOOTY ON DUTY. - w4m - 21 - (YOUR PLACE) pic

Jan 25 - CLASSY ELEGANCE_____SEDUCTIVE BEAUTY AWAITS - w4m - 22 - (city outcall) pic

Jan 25 - SATISFACTION GUARANTEED OUTCALLS - w4m - 22 - (LAKESHORE DRIVE-SKOKIE) pic

Jan 25 - !!!!!!!!!EBONY BEAUTY WITH A JUICY BOOTY!!!!!!!! - w4m - 21 - (skokie(incall-outcall)) pic

Jan 25 - SEXY LATIN WITH HOT TINY OUTFITS - w4m - 23 - (SHAUMBURG/OAKBROOK) img

Jan 25 - ****%%(((TIRED OF BAD EXPERIENCES?)))%%**** - w4m - 22 - (DOWNTOWN) pic

Jan 25 - BLONDE VIXEN ALL FOR YOU!! - w4m - 22 - (JOLIET/INCALL) pic

Jan 25 - *-*-*-*-*-*COME WITH ME...WELL HAVE A GOOD TIME*-*-*-*-*-* - w4m - 24 - (Skokie - Incall/Outcall) pic img

Jan 25 - .*.*.*.*.*.*.*.*.*.*.* WILdEsT R1dE of YoUr L1FE!!!!!!!!!!!!!!!!!!! * - w4m - 19 - (bloomingdale) pic

Jan 25 - (•□•‾)** LOOKS LIKE A MODEL PLAYS LIKE A STAR!** (•□•‾) - w4m - 23 - (355 & BUTTERFIELD IN or OUT!) img

Jan 25 - Sexy Blonde Kirsten Erotic Dance & Toy Show ***SPECIALS*** - w4m - 25 - (NAPERVILLE (INCALL/OUTCALL)) pic

Jan 25 - ***{I}***{CAN}***{MAKE}***{YOUR}***{TOES}***{CURL}*** - w4m - 29 - (Chicago) pic img

Jan 25 - NEED A FIX??? OUTCALLS ONLY - w4m - 22 - (NORTHSIDE) pic

Jan 25 - V-----]-----P ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (O'HARE) pic

Jan 25 - FRESH IN FROM THE NORTH WEST NEW TO CHICAGO - w4m - 24 - w4m - 24 - (chicago loop hyde park) pic

Jan 25 - •••••••••••••►GENTLEMEN'S #1 CHOICE ◄••••••••••• - w4m - 23 - (south.) pic img

Jan 25 - $100-~--•*"*•□•*"*•YOUR FANTASY GIRL•*"*•□•*"*•-~-$100 - w4m - 20 - (Northwest burbs) pic

Jan 25 - 1OO SPECIALS.MZ. LACE IS NAUGHTY AND READY.(SEVERAL P*0*PS_ - w4m - w4m - (schaumburg/woodfield area) pic img

Jan 25 - *****A Touch Of Class***** - w4m - 30 - (Schaumburg/Incall) pic

Jan 25 - ¢¾(S)(E)(X)(Y)~*~(C)(A)(R)(A)(M)(E)(L)~*~(T)(R)(E)(A)(T)¢¾ - w4m - 23 - (Chicago/OutCalls) pic

Jan 25 - Available tonight - w4m - 22 - (Chicago ) pic

Jan 25 - 100 ALL DAY SPECIALS!!CHECK ME OUT!!!******* - w4m - 19 - (DOWNTOWN OUTCALLS ONLY!!!) pic

Jan 25 - *Brand New In Downtown Chicago* Smoking Hot Body* Spinner** - w4m - 19 - (E Wacker Drive/Downtown) pic

Jan 25 - **START YOUR WORK WEEK WITH A SMILE..CALL ME** - w4m - 23 - (CHICAGO:DOWNTOWN:THE LOOP) pic

Jan 25 - KARINA ANDERSON !!!!MAKE A WISH - w4m - 22 - (northwest burb's) pic

Jan 25 - We are beautiful, and very polite Latin ladies.... Make you feel relax - w4m - 21 - (Sacramento/Lawrence) pic

Jan 25 - Hot Sexy Girl - w4m - 23 - (West Suburbs) pic

Jan 25 - Very Sexy Ex Dancer - w4m - (West Suburbs) pic

Jan 25 - %%%%%%%%I AM WILLING TO DO ANYTHING YOU DESIRE! %%%%%%% - w4m - 19 - (Live Direct The Young XXX Action CAM!!!!) img

Jan 25 - *=*=*=*=*=*=*=*=*HOTTEST EAST INDIAN IN CHICAGO*=*=*=*=*=*=*=* - w4m - 21 - (Skokie - Incalls) img

Jan 25 - ***2 GIRLS***BODIES OF SUPERSTARS***SKILLS OF PORNSTARS*** - w4m - (SCHAUMBURG INCALLS/OUTCALLS ALL OVER) img

Jan 25 - FEET 4 BREAKFAST, LUNCH...AND DINNER!!! - w4m - (Foot Lovers Only) img

Jan 25 - THE MOST DELICIOUS UNRUSHED SESSIONS! Beauty, Brains, & a Killer Body - w4m - 22 - img

Jan 25 - Thick, Sexy, Professional, Sweet, and Ready for You - w4m - 25 - (sw burbs in/out anywhere) img

Jan 25 - : : :{+}TREAT YOURSELF TO A DELICIOUSLY SWEET & YUMMY BLONDE!{+}: : : - w4m - 20 -

classifieds - craigslist ◯ ◯ Page 4 of 5

(NW Indiana) img

Jan 25 - ♥•BLONDE ˌøø°°`°°˛øø, NAUGHTY ˌøø°°AND`°°˛ BEAUTIFUL°•♥ - w4m - 23 - (skokie incall) img

Jan 25 - Sacred Sunday Tantra Massage by a VISITING MUSE - w4m - (Lincoln Park) pic

Jan 25 - Come and Get Me I'm Ready To Play - w4m - 25 - (phone sex only) img

Jan 25 - **** want to taste my sticky yummy honey !?! **** - w4m - 24 - (nw burbs) img

Jan 25 - Sunny is waiting for you - w4m - 23 - (emlhurst)

Jan 25 -
DISCREET**PRIVATE**SENSUAL**EROTIC MASSAGE FOR MALE BUSINESS TRAVELERS - w4m - 44 -
(YOUR HOTEL Room) pic

Jan 25 - TALL BLONDE ALL NATURAL CUTIE - w4m - 19 - (INCALL, OUTCALL) pic

Jan 25 - %%%%%E a S y L i K e S u N d A y M oR n In g%%%%% - w4m - 20 - (GLENVIEW) pic

Jan 25 - Seeking discreet professional - w4m - 28 - (Chicago) pic

Jan 25 - I am all alone right now and.... - w4m - 20 - img

Jan 25 - exquisite blend of therapeutic, sensuous, tantric massage - w4m - (lincoln park) pic

Jan 25 - CLICK HERE***UPSCALE ITALIAN PLAYMATE***SEE ME BARE ALL 4 YOU*** - w4m - 23 -
(CHICAGOLAND AREAS/ DOWNTOWN/GOLD COAST) pic

Jan 25 - ...................................P-E-R-F-E-C-T-10.......... - w4m - 22 - (East Lakeview) pic

Jan 25 - SIZZLING AMAZING BEAUTY - w4m - 22 - (downtown) pic

Jan 25 - ~*!!YoUR sexY LaTina DReam GurL!!*~ - w4m - 22 - (GLENVIEW) pic

Jan 25 - Come and have a body massage session by a very beautiful blonde - w4m - 21 - (Clark/Fullerton) pic

Jan 25 - ♥___DOUBLE YOUR PLEASURE __♥ - w4m - w4m - w4m - 20 - (((**JOLIET**))) img

Jan 25 - (E _ X _ O _ T _ i _ C ___ AND ___ R _ E _ A _ D _ y _ T _ O _ P _ L _ A _ Y!!) - w4m - w4m - 20 -
(___SCHAUMBURG___) img

Jan 25 - This is a place where you can relax and enjoy your time..... - w4m - 22 - (N. Ashland) pic

Jan 25 - BEAUTIFUL BUILT CAUCASION HOTIE NOW READY TO SERVE - w4m - 21 - (CHICAGO) pic

Jan 25 - ~~~**~~~asian girl massage~~**~~~ 6303443062 - w4m - (Rt-53~~lisle) pic

Jan 25 - ⬜BEAUTIFUL GERMAN AND SPANISH MIX⬜ - w4m - 23 - (⬜ ⬜) img

Jan 25 - ***Wonderful Massage by Asian Cute...*** - w4m - (Out Call/Chicago) img

Jan 25 - Available NOW===========♥• CALL ME •♥==========Available NOW - w4m - 21 - (=♥= 355 &
ButterField =♥= DOWNERS GROVE ) img

Jan 25 - V-----|-----P ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 -
(O'Hare) pic

Jan 25 - hot n slippery college twins - w4m - 19 - (roselle) pic

Jan 25 - GOOD LOOKING THIN ASIAN KOREAN GIRL-HANA - w4m - 24 - (Elston) pic

<u><< Prev</u>

**Found: 1000 Displaying: 801 - 900**
[ 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

<u>Next>></u>

Copyright © 2009 craigslist, inc.
<u>Back to top of page</u>

**RSS** <u>(?)</u>
<u>add to My Yahoo!</u>

classifieds - craigslist ⭕ ⭕ Page 1 of 5

chicago craigslist > erotic services          [ help ] [ post ]

| all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana |
| northwest suburbs |

search for: [ w4m ]    in: [ erotic services ]  [ Search ]  ☐ only search titles

Poster's Age: [ min ]   [ max ]    ☑ has image

<u><< Prev</u>      **Found: 1000 Displaying: 901 - 1000**
[ 4 | 5 | 6 | 7 | 8 | 9 | **10** | 11 ]

Jan 25 - ~~**~~asian girl massage~~**~~ 6303443062 - w4m - (Rt-53~lisle) pic

Jan 25 - ☐BEAUTIFUL GERMAN AND SPANISH MIX☐ - w4m - 23 - (☐ ☐ ) img

Jan 25 - ***Wonderful Massage by Asian Cute...*** - w4m - (Out Call/Chicago) img

Jan 25 - Available NOW==========♥• CALL ME •♥==========Available NOW - w4m - 21 - (=♥= 355 & ButterField =♥= DOWNERS GROVE ) img

Jan 25 - V----|----P ******S H O W--F OR --WHITE--PROFESSIONAL--BUSINESS--MEN - w4m - 27 - (O'Hare) pic

Jan 25 - hot n slippery college twins - w4m - 19 - (roselle) pic

Jan 25 - GOOD LOOKING THIN ASIAN KOREAN GIRL-HANA - w4m - 24 - (Elston) pic

Jan 25 - NEW AMAZING YOUNG CUTE ASIAN KOREAN GIRL-SHA SHIA(REAL PIC) - w4m - 20 - (willowbrook/bolingbrook ) pic

Jan 25 - KOREAN Calendar Girl Available - w4m - 27 - (NW) pic

Jan 25 - *^*^*^ We will do all the work *^*^*^ Winter is here however we will k - w4m - 23 - (N. Clark, Free Private Parking) pic

Jan 25 - ~*~ S__m__O__k__i__N ~~^^~~^*^ __H__O__t ~*~ SeE 4 YoURsELf~*~* - w4m - 21 - (~NEAR BY~) pic img

Jan 25 - Compeletly total relaxation by beautiful Asian/European females You wi - w4m - 22 - (N. Milwaukee) pic

Jan 25 - *********Hot Latin And Asian Babe***All Natural 38DDD'S***Call Now**** - w4m - 21 - (In/Outcalls(Schaumburg&Surrounding Burbs) pic

Jan 25 - >>Busty Blonde Pregant Beauty _Full Body Erotic Massage~Specials!!!~ - w4m - 28 - (Barrington Rd & 90 Expy) pic

Jan 25 - ☐☐☐HOT AND SPICY ARGENTINIAN BLOND☐☐☐ - w4m - 23 - (♥SCHAUMBURG♥) img

Jan 25 - *^*^$HOT BLONDE YOU READY FOR THIS D**P THR**T EXPERIENCE$*^*^ - w4m - (LISLE-NAPERVILLE) pic

classifieds - craigslist ◯ ◯ Page 2 of 5

Jan 25 - Put it in my hands, I know what to do with it. Great massages here. - w4m - 30 - (in calls only) pic

Jan 25 - ☐GERMAN AND SPANISH PLAYFUL CUTIE ☐ - w4m - 23 - (♥SCHAUMBURG♥) img

Jan 25 - •♥~♥~♥• Young Italian Princess •♥~♥~♥• - w4m - 23 - (♥SCHAUMBURG♥) img

Jan 25 -
U GET NUDE**I'LL BRING THE WARM OILS*FEATHERS*TOYS & SOFT HANDS - w4m - 44 -
(Out Call West Burbs Home&Hotels) pic

Jan 25 - * * * PETITE & BEAUTIFUL ASIAN JAMIE * * * Visiting ! ! ! * * * - w4m - 23 - (O'Hare) pic

Jan 25 - JUICY FRUIT!!!!!!!!!!!! - w4m - 24 - (southside) pic

Jan 25 -
~:*:~ALL~:*:~FANTASIES~:*:~COMPLETE~:*:~WITH~:*:~HAPPY~:*:~N-DING~:*:~ - w4m - 21 -
(Chicago) pic img

Jan 25 - ♥~♥~♥Sweet, sexy, sensual♥~♥~♥ - w4m - 25 - (SCHAUMBURG ) pic img

Jan 25 - ****100 SUNDAY SPECIALS! Dont miss out!!****** - w4m - 19 - (Downtown outcalls only!!) pic

Jan 25 - ☡*~*SUNDAY*~*☡MORNING☡*~*OUTCALL*~*☡SPECIAL☡ - w4m - 22 -
(OUTCALLS ) pic img

Jan 25 - !!!!!!!!!!!!!!ASIAS EARLY BIRD SPECIALS!!!!!!!!!! - w4m - 21 - (skokie(incall&outcall)) pic

Jan 25 - - ?°o*•°?BLoNdE pArTy GiRL wAnTS 2 pLeAsE yOu?°o*•°? - - - - w4m - 22 - (OutCalls) pic

Jan 25 - JILL***RS2K welcome***(773)272-2785 - w4m - 30 - (northbrook/deerfield) pic

Jan 25 -
** 100's**SATURDAY&SUNDAY SPECIAL !!!~~DONT MISS OUT ON THIS!!! - w4m - 19 -
(DOWNTOWN OUTCALL ONLY!!!) pic

Jan 25 - x°°¨¨¨¨°°x... §Ö£†..§€×¥..ÄñÐ..§w€€†..WÄі†іñG £ÖR...¥ÖÚ... x°°¨¨¨¨°°x - w4m - 20 -
(everywhere) img

Jan 25 - *** jUST hOW U LiKE IT NiCE & TiGHT *PARTY NYMPH *** - w4m - (Outcall) pic

Jan 25 - Ginger Styles - w4m - pic

Jan 25 -
C.U.M & GET IT BABY ****SHOW THIS NAUGHTY NYMPH0 HOW DEEP U CAN GO !! - w4m -
(Outcall Only !!!!!) pic img

Jan 25 - Hot and wild. Naughty as you want to be. - w4m - (phone) pic

Jan 25 -
•°SMOKIN HOT°•.-¦-•°(BRUNETTE)°•.-¦:-•°SOo SEDUCTIVE°• - -CALL NOW- - - w4m - 21 - (Your
Residence) pic

Jan 25 -
******HOT BLONDE PLAYMATE AVAILABLE NOW********CALL NOW**** - w4m - 22 -
(OutCalls) pic

classifieds - craigslist ⭕ ⭕ Page 3 of 5

Jan 25 - \*^\*Im\*^\*So\*^\*Delicious\*^\*Don't\*^\*Miss\*^\*Out\*^\* - w4m - 20 - (Downtown Outcalls) pic

Jan 25 - --DIP--YOUR--SPOON---IN--MY---HOT--CHOCOLATE 602-722-0688 - w4m - (CHICAGO and DOWNTOWN) img

Jan 25 - THICK SEXY LATINA READY FOR SOME ACTION - w4m - 21 - (CHICAGO/DOWNTOWN) img

Jan 25 - The Sexiest in the West! - w4m - 37 - (Western Burbs) pic

Jan 25 - all night X.X.X. queen im ready to make that dream happen - w4m - 21 - (nw burbs in //out) pic

Jan 25 - ~~~new in town~~sexy~E x o t i c~~F r e n c h~~ mix~~ - w4m - 19 - (incalls in Oakbrook/Lombard) pic

Jan 25 - $ 40 Erotic massage by Mandi!!!! (630) 530-4444...Full body and more! - w4m - (incall massage) pic

Jan 25 - °o♥•Goodies°o♥•°DELICIOUSLY EDIBLE...MmMmm °o♥• - w4m - 24 - (chicago-OUTCALLS ONLY) pic

Jan 25 - Extremely Beautiful Blonde Running Later Night Special - w4m - 30 - (Western Burbs) pic

Jan 25 - D_A_N_G_E_R_O_U_S_L_Y___A_D_D_I_C_T_I_V_E - w4m - (SCHAUMBURG INCALLS) pic

Jan 25 - CAN U HANDLE THIS? EXOTIC *** EROTIC *** ASIAN *** GODDESS - w4m - 24 - (DOWNTOWN CHICAGO ** OUT-CALLS ONLY) pic

Jan 25 - »-(´v`)T_h_E___(´v`)-»P_e_R_f_E_c_T_»-(´v`)p_L_a_Y_m_a_T_e-w4m - w4m - 20 - (_SCHAUMBURG_) img

Jan 25 - Unbelievable Sexy Petit Model Looks, Girl Next Door Type all for U - w4m - 23 - (Chicago Downtown) pic

Jan 24 - [P][r][E][t][T][y]___[H][o][T]____[A][n][D]___[T][e][M][p][T][i][N][g] - w4m - pic img

Jan 24 - JUICY THICK AND SEXY□šCARAMEL KOREAN DOLL FOR UR PLEASURE - w4m - (ROGERS PARK/NORTHSIDE) pic

Jan 24 - _____TER Reviewed Print Model Rose - An Elite Companion_____ - w4m - 24 - (Chicago outcalls) pic

Jan 24 - KARINA ANDERSON !!!!MAKE A WISH - w4m - 22 - (NORTHWEST BURB'S) pic

Jan 24 - Pretty Brown Sugar Available @@@@@@@@ - w4m - 21 - (Downtown/Chicago) pic

Jan 24 - ((TOO SEXY))((TOO THICK))((TOO EXOTIC&A FREAK FOR YOU))) - w4m - (ROGERS PARK/NORTHSIDE) pic

Jan 24 - Late Night Nympho - w4m - 20 - (Downtown/Outcalls) pic

Jan 24 - 100% •□• R=O=Y=A=L_□_T=R=E=A=T=M=E=N=T_•□• 100% - w4m - (SCHAUMBURG) img

Jan 24 - FREE HOTEL PICK-UPS ,Hot Sexy Girls.. ALL NIGHT LONG!! ..$150 F.S. - w4m - (FU L L S E RVICE INCALL) pic

Jan 24 - ALL NATURAL BLONDE COED AVAILABLE TONIGHT!! - w4m - 22 - pic

Jan 24 - ***late night naughty girl ready 2 please her bad boy!!!*** - w4m - 23 - (chicago) pic

Jan 24 - *%*%* ARE YOU READY FOR A SENSUAL MASSAGE WITH TWOO*%*%* - w4m - 20 - (DOWNTOWN AREA AND NORTHSIDE) pic

Jan 24 - what*dreams*are*made*of - w4m - pic

Jan 24 - *** ITALIAN PRINCESS HERE TO SERVE YOU*** - w4m - 20 - (DOWNTOWN AREA AND NORTHSIDE) pic

Jan 24 - Brand New**Spinner Body**What Can I Do For You??? - w4m - 19 - (Libertyville Area) pic

Jan 24 - Perky Breasts, and Slender body - w4m - 23 - img

Jan 24 - I'M AVAILABLE NOW OUTCALLS ONLY - w4m - 23 - (LAKESHORE DRIVE-DOWNTOWN CHICAGO) pic

Jan 24 - ~*~*~ OUTCALLS ~*~*~OUTCALLS ~*~*~ OUTCALLS ~*~*~ OUTCALLS ~*~*~ - w4m - (****** OUTCALLS ******) pic

Jan 24 - C_Ö_M_P_£_£_T_€_£_Y_♥_§_Â_T_I_§_F_Y_I_Ñ_G - w4m - 22 - (INCALLS/ OUTCALLS ) pic img

Jan 24 -
•!• SUPER THICK •!•SUPER FREAKY •!•SUPER NASTY•!•LET ME SHOW U•!• - w4m - 24 - (CHICAGO) pic

Jan 24 - New Encounters - w4m - 19 - (WHERE EVER) pic

Jan 24 - PRETTY PURTO RICAN PRINCESS - w4m - 19 - (MORTON GROVE) pic

Jan 24 - Ginger Styles - w4m - pic

Jan 24 - SWEET AND SEXY CINNAMON - w4m - 23 - (MORTON GROVE) pic

Jan 24 - stimulating, erotic and passionate encounter.,.. - w4m - 19 - (ANYWHERE) pic

Jan 24 - SEXY GIRL NEXT DOOR - w4m - 23 - (MORTON GROVE) pic

Jan 24 - Hot, Hot, and more Hot! - w4m - 19 - (ON YOU) pic

Jan 24 - ///////COLLEGE BOOTY///////COLLEGE BOOTY///////COLLEGE BOOTY////////// - w4m - 22 - (All Over) pic

Jan 24 - _____ - Erotic_-_Blonde_-_Just_-_For_-_You_-_____ - w4m - (ohare) - (you host) - (downtown) pic img

Jan 24 - ,ø.¤°?Sexy&PeTiTe BloNdE PLayBoy Bunny?°¤.ø. AVaiLAblE Now- -CAll NOW - w4m - 22 - (OutCalls) pic

Jan 24 -
STRICTLY THE HOTTEST EXPERIENCE AROUND 773-932-7674! 1 or 2 GIRL PLAY - w4m - (out-calls city and subs) pic

Jan 24 -
~*~*~ THE ~*~*~ LATER ~*~*~ THE ~*~*~ GREATER ~*~*~ OUTCALLS ALL NIGHT - w4m -

classifieds - craigslist ○ ○ Page 5 of 5



(**** OUTCALLS ****) pic

Jan 24 - I CAN KEEP YOU WARM - w4m - 25 - (OUTCALLS) pic

Jan 24 - SEXY LATIN SETHEART - w4m - 23 - (SHAUMBURG/OAKBROOK) img

Jan 24 - HAWAIIAN CUBAN CHICK WANT TO HAVE FUN - w4m - 22 - (NORTH AVE) pic

Jan 24 -
********IF YOU LIKE CHOCOLATE YOU'LL LOVE THIS! ******************** - w4m - 25 -
(Outcalls only) pic

Jan 24 - ___S___m___O___k___i___N ~~^~~^*^___H___O___t ~*~ SeE 4 YoURsELf~*~* - w4m -
(SCHAUMBURG) img

Jan 24 - Spend some time with me - w4m - 21 - (outcalls only) pic

Jan 24 - **** whats your favorite postition?*** wink wink - w4m - 22 - pic

Jan 24 - !!!!!!!!!!!!!!!!!!!!!LETS MAKE SATURDAY NIGHT LIVE!!!!!!!!!!!!!!!!!!!!!!!! - w4m - 22 -
(IN/OUT) pic

Jan 24 - Get Straight to The Point - w4m - 20 - img

Jan 24 - *** REAL SATISFACTION IS ALL YOU NEED... - w4m - 21 - (NORTHWEST) pic

Jan 24 -
100 CHERRIES~*~*~*~*~*~*~100 CHERRIES~*~*~*~*~*~*~*~*100 CHERRIES - w4m - 23 -
(OAK PARK) pic

Jan 24 - Erotic ^^ Pleasure ^^ Zone !!! - w4m - 20 - (Downtown Outcalls) pic

Jan 24 - NEW ADULT SERVICE OFFERING V.I.P. HIGH CLASS COMPANIONSHIP!! - w4m - 21 -
(IN-CALL/ WEST CHICAGO/ BURBS) pic

Jan 24 - (¯`•?•´¯) -:|:-SEXY-:|:-& READY:|:2 -PLEASE U-:|:- (¯`•?•´¯) 2girl spe - w4m - 20 - (chicago area)
pic

Jan 24 - Make a Wish! - w4m - 22 - img

Jan 24 - A EXOTIC BABE_____A REFRESHING DELIGHT++++++ - w4m - 22 - (CITY
OUTCALL) pic

Jan 24 - LETS HOOKUP TONIGHT OUTCALLS ONLY - w4m - 23 - (DOWNTOWN CHICAGO-SKOKIE)
pic

Jan 24 - SATURDAY NIGHT LIVE // x.x.x. SHOW all night long - w4m - 21 - (nw burbs in/out) pic

<< Prev          **Found: 1000 Displaying: 901 - 1000**
                 [ 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Copyright © 2009 craigslist, inc.                    RSS (?)
Back to top of page                                 add to My Yahoo!

1/28/2009

classifieds - craigslist                                                          Page 1 of 5

| all chicago | city of chicago | north chicagoland | west chicagoland | south chicagoland | northwest indiana | northwest suburbs |

search for: w4m        in: erotic services   ☒ Search   ☐ only search titles

Poster's Age: min        max                                    ☐ has image

<< Prev                    **Found: 1000 Displaying: 1001 - 1000**
                           [ 5 | 6 | 7 | 8 | 9 | 10 | 11 ]

Jan 28 - ( (___OPEN WIDE___ ) ) - w4m - 23 - (OAK PARK (Incall)) pic img

Jan 28 - Sugar and Spice - w4m - 39 - (north burbs) pic

Jan 28 - (((((((((((New Girl Chicago)))))))))))))))) Sexxxyyyy Brunette - w4m - 20 - (Nw Burbs) pic

Jan 28 - I'm Sooooo Yummy!! Your Gonna Wanna Just Take a Bite Outta Me - w4m - pic

Jan 28 - •°o•°o•El(e)GaNc(e) - B(e)auTy - CLaSS•°o•°o• -- Japanese Cutie!!!! - w4m - 19 - (Schaumburg) pic

Jan 28 - Costa Rican Dream-----B-B-B-J------------------------------- - w4m - 25 - (O'Hare) img

Jan 28 - curvy cute brunette wants to give you an__e r o t i c_massage - w4m - (quiet incall near Wrigley Field) pic

Jan 28 - BLONDE HOT AND SEXY !!!!!!!!!!!!!!!!!!(((SUMMER)))) - w4m - 24 - (DOWNER GROVE) pic

Jan 28 - __New Photos___C.um on in Boys, the Waters' F i i i ne! JULIA MASSAGE - w4m - 31 - (today N. Ave at LSD apt / TH/F N burbs ) pic img

Jan 28 - Massage by Alexa - w4m - (Naperville/Incall only) pic

Jan 28 - _____ ^*^*^TOPLESS * HOUSEKEEPER * AVAILABLE!! ^*^*^_____ - w4m - 26 - (South Burbs & NW Indiana) pic

Jan 28 - Sexy Blonde - w4m - (Schaumburg/ I 90&53) pic

Jan 28 - (*(*(*(*(* ALWAYS WILLING TO PLEASE YOU IN THE BEST WAY!!*(*(*(*(* - w4m - 20 - (north chicago) pic

Jan 28 - JUICY THICK AND SEXY☐§CARAMEL KOREAN DOLL FOR UR PLEASURE - w4m - (ROGERS PARK/NORTHSIDE) pic

Jan 28 - ((TOO SEXY))((TOO THICK))((TOO EXOTIC&A FREAK FOR YOU))) - w4m - (ROGERS PARK/NORTHSIDE) pic

Jan 28 - XXXX HUMP Day Special !!!! Double Trouble XXXXX - w4m - (O'Hare) pic

Jan 28 - *\*\*\*\*\*\*\*\*\*\*\ Take the Challenge/*/*/*/*/*/*/*/*/*/* - w4m - 28 - (N.side Rogers Park Evanston) img

Jan 28 - NAPERVILLE AND SURROUNDING AREAS - w4m - (OUTCALLS ONLY) pic

Jan 28 - ))))))))) great massage by pretty Asian girls(((((((( - w4m - 22 - (N. Clark, Free Private parking in back) pic

Jan 28 - Erotic Lapdance Shows **LAST DAY FOR SPECIALS** w/Sexy Blonde Crissy - w4m - 25 - (Naperville (INCALL ONLY!!!)) pic

1/28/2009

classifieds - craigslist ◯ ◯

Jan 28 - Completely total relaxation by beautiful Asian females You will be tak - w4m - 22 - (Milwaukee/Irving Park) pic

Jan 28 - ***Crazy Morning Specials with a Smoking Hot Girl*** *T*E*E*N*SPINNER* - w4m - 19 - (ABBOTT Area) pic

Jan 28 - □□□HOT AND SPICY ARGENTINIAN BLOND□□□ - w4m - 23 - (□SCHAUMBURG□) img

Jan 28 - Home alone and looking for company. great erotic massages here. - w4m - 30 - (in calls) pic

Jan 28 - %%%HOT & SEXY MIXED AFGAN/KOREAN/LATIN BABE (NEW PICS)%%% - w4m - 18 - (MIDWAY) pic

Jan 28 - SUPER SEXY BLOND WHO LOVES WHAT SHE DOES! - w4m - 36 - (Western Suburbs) pic

Jan 28 - relaxing asian girl massage - w4m - (Rt83 & 75th st) pic

Jan 28 - □BEAUTIFUL GERMAN AND SPANISH MIX□ - w4m - 23 - (□SCHAUMBURG□) img

Jan 28 - Hump day stress relief right here.Great massages here. - w4m - 30 - (in calls only) pic

Jan 28 - ▓**♥Saniyah Pearl♥**▓ - w4m - 23 - (RS2K....Indian Princess) pic

Jan 28 - Gentle to the touch - w4m - 39 - (North Suburb) pic

Jan 28 - *_____Playtime_____* - w4m - 23 - (ur place) pic

Jan 28 - ***(((In Love With A Stripper)))*** - w4m - 20 - (south chicagoland) img

Jan 28 - ((•°SeXxXy°•..-:¦:-•°((W.E.T))°•..-:¦:-•°[&] X x X RATED FuN.°•)) - w4m - 21 - (Skokie(incall-outcall)) pic

Jan 28 - ***TALL HOT BLONDE BEAUTY!!! ALL NATURAL*** - w4m - 41 - (North West Burbs/Schaumburg Area) pic

Jan 28 - Simple Yet Satisfying!!! - w4m - 30 - (in-call til 5/ Streamwood area)

Jan 28 - HUMP DAY!! - w4m - 22 - (BOLINGBROOK/JOLIET) pic

Jan 28 - Lunch time, Dinner time, anytime!!!just the way you like it!! - w4m - 26 - (out or in (city of chi)) pic

Jan 28 - S.U.P.E.R ~S.E.X.Y ~L.I.G.H.T. S.K.I.N.N.E.D~E.B.O.N.Y~C.U.M.S.L.U.T - w4m - 21 - (DOWNTOWN/SW BURBS) pic

Jan 28 - ***RECESSION SPECIALS COME GET EM NICE AND EARLY*** - w4m - 21 - (NW) pic

Jan 28 - ~~~**~~~** asian girl massage~~~**~~~~ 6303443062 - w4m - (Rt53 lisle) pic

Jan 28 - ((•°SeXxXy°•..-:¦:-•°((W.E.T))°•..-:¦:-•°[&] X x X RATED FuN.°•)) - w4m - 21 - (skokie(incall-outcall)) pic

Jan 28 - START~*YOUR~*DAY~*OFF~RIGHT~*CLICK~HERE~* - w4m - 18 - pic

Jan 28 - •-:¦:-•ONE OF A KIND•-:¦:-• SMOKING•HOT• EBONY•-:¦:-• REAL PICS - w4m - 21 - (skokie(incall-outcall)) pic

Jan 28 - MZ.SEXYLACE HAS A 100SPECIAL ALL INCLUSIVE- w4m - (woodfield/schaumburg area) pic

Jan 28 - THE MOST DELICIOUS UNRUSHED SESSIONS! Beauty, Brains, & a Killer Body - w4m - 22 - img

Jan 28 - ******HOT BLOND WANTS 2 PLAY********** - w4m - (west suburbs) pic

classifieds - craigslist ◯ ◯ Page 3 of 5

Jan 28 - ___UNBELIEVEABLY PLEASANT, SO GOOOD, EBONY DIVA___ R U READY? - w4m - 24 - (INCALLS) pic

Jan 28 - ((((((( Traci of Chicago 42DD-34-40 A Sexy Redhead BBW ))))))) - w4m - 39 - (Immediate O'Hare Incalls ) pic

Jan 28 - Take your lunch break with me!! Available for incall this afternoon!! - w4m - (Willowbrook Area Incalls) pic

Jan 28 -
100-COME AS MANY TIMES U WANT w/XTASY'S NATURAL 42DDS FOR 100 SPECIALS - w4m - (SCHAUMBURG/WOODFIELD MALL AREA) pic img

Jan 28 - B*I*G)_____(B*O*T*T*O*M)_____(B*O*MB*SH*E*L*L - 23 - (OAK PARK(Incall)) pic img

Jan 28 - TIPS ON HAVING A STRESS FREE WEEK - w4m - (Woodfield Area) pic

Jan 28 - My passion and willingness to please will leave you wanting more. - w4m - 25 - (Schaumburg****Near I-90) pic img

Jan 28 - BBW - French Massage - Incall - w4m - 48 - (downers grove)

Jan 28 - ?•B E A U T I F U L •? xxx ?• P L A Y M A T E •? - w4m - 25 - (Chicago) pic img

Jan 28 - ♥•SEXY ♥•STUNNING ♥•CLASSY ♥• - w4m - 39 - (Naperville) pic

Jan 28 - ANY AND ALL FANATASIES ARE FUFILLED WITH ME!!! - w4m - (LOOP INCALL) pic

Jan 28 -
@@@@ I'M ALREADY NAKED XXX @@@@ 19Y YOUNG COME SEE ME NOW @@@@ - w4m - 19 - (On Cam Naked See Me Now) img

Jan 28 - Alright Boys, I'm Up, Ready, and Just What You Need Today!! - w4m - 25 - (merrillville today/downtown chi thurs) pic img

Jan 28 - Choose one of us you won't be disapointed - w4m - 23 - (chicago) pic

Jan 28 - ~~100 SPECIALS ALL NIGHT!~~~-dont miss out!!!~~ - w4m - 19 - (Downtown outcalls only!!) pic

Jan 28 - French Teacher Available - w4m - (In/Out) pic

Jan 28 - Up AnD eaGeR tO plEaSe - w4m - 22 - (Your Place city/burbs) pic

Jan 28 - It is methe new girl in town. Now I am waitin for u to show me the fun - w4m - 19 - (glenwood,olympiafeilds,forest park) pic

Jan 28 - Hi guys i am back in twon let me give you a night you forget:) - w4m - 21 - (matteson,southholland,olympiafeilds,glen) pic img

Jan 28 - SPEND SOME WARM COZZY TIME WITH ME - w4m - 21 - (outcalls only ) pic

Jan 28 - •‡«=·--·=»- LATE NIGHT H/EA/D/A/C/H/E RELIEF****** •‡«=·--·=» - w4m - 21 - (SKOKIE(INCALL)) pic

Jan 28 - LET'S*****START*****HAVING*******SOME*******FUN!! - w4m - 20 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 28 - ***LATE NIGHT HOT & SEXY GIRL !!!***COME & SEE WHAT YOU NEED!!*** - w4m - 20 - (NORTH G.F.E) pic

Jan 28 - I'M*****AS*****READY*******AS******YOU******ARE!! - w4m - 18 - (DOWNTOWN OUTCALLS

classifieds - craigslist ◯ ◯ Page 4 of 5

ONLY) pic

Jan 28 - ~~~THESE HIPS WON'T LIE!!!MY BODY IS YEARNING FOR YOU!!~~~ - w4m - 22 - (CHICAGO) pic

Jan 28 - %%%HOT & SEXY MIXED AFGAN/KOREAN/LATIN BABE (NEW PICS)%%% - w4m - (CHICAGO/O'HARE/MIDWAY/DOWNTOWN AREA) pic

Jan 28 - UP LATE ... LOOKING TO FIND A NEW PLAYMATE ... - w4m - 32 - (KIMBALL/IRVING PK. IN CALL ONLY)

Jan 28 - ____|:| ThЄ BЄSt |:|_Є_X_♥_T_i_C_|:| ToP PrOvIdЄr|:| - w4m - 18 - (Exit I-94 old orchard rd Skokie Incalls) pic

Jan 28 - *** 100 ***(( DO YOU DESERVE A SPECIAL LATE NIGHT TREAT))*** 100 *** - w4m - 21 - (City & Suburbs) pic

Jan 28 - ____Intimate Bodywork Sessions By the SeXxXy Nadia____ - w4m - 20 - (Chicago (outcalls)) pic

Jan 28 - { { LooKing For A PerFect [10] AvaLiAble Now } } - w4m - 20 - (Chicago/City) img

Jan 28 - ___=SOME=___=CALL=___=ME=__=A=__=NYMPHO=___{FreaKy} - - w4m - 22 - (chicago) img

Jan 28 - Choose one of us you won't be disapointed - w4m - 23 - (chicago) pic

Jan 28 - ::::::::::::CRAVING::::A::::CARAMEL::::SUNDAE!!!:::602-722-0688 - (CHICAGO ) img

Jan 28 - *^*Midnight*****Snack*^* - w4m - 20 - (Downtown Outcalls) pic

Jan 28 - ARE YOU READY TO HAVE THE TIME OF YOUR LIFE 773-675-5982 - w4m - 21 - (SOUTHEAST) pic

Jan 28 - UP 24/7 LOOK FOR COMPANY 773-552-3849 - w4m - 21 - (INCALLS-OUTCALLS) pic

Jan 28 - %%%HOT & SEXY MIXED AFGAN/KOREAN/LATIN BABE (NEW PICS)%%% - w4m - 18 - (CHICAGO/MIDWAY/O'HARE/DOWNTOWN-OUTCALLS) pic

Jan 28 - Sweet treats for all your needs!!! Hot blonde!! - w4m - 21 - (Outcalls Only) pic

Jan 27 - •!• SUPER THICK •!•SUPER FREAKY •!•SUPER NASTY•!•LET ME SHOW U•!• - w4m - 24 - (CHICAGO) pic

Jan 27 - OUTCALL SPECIAL ALL NIGHT LONG WITH THIS LATINA BEAUTY - w4m - 21 - (CHICAGO) img

Jan 27 - Hello there, my name is Stephanie. - w4m - 23 - (northwest burb's) pic

Jan 27 - ***100**** SPECIALS ALL NIGHT!!!! - w4m - 19 - (DOWNTOWN OUTCALLS ONLY) pic

Jan 27 - will you be able to handle me? - w4m - 19 - (ANYWHERE) pic

Jan 27 - ~*~*WE'LL COME UP WITH NEW WAYS TO HAVE FUN TONIGHT!!!~*~*~* - w4m - 22 - (NORTH CHICAGO) pic

Jan 27 - exotic encounter..... - w4m - 19 - (WHERE EVER) pic

Jan 27 - **LATE NIGHT HOTTIE WHO WANTS TO BE NAUGHTY!!!**** - w4m - 20 - (NORTH SIDE G.F.E) pic

Jan 27 - 312 823 3952 Sexy Excotic Ebony In town 4 some outcall Fun tonite - w4m - 25 - (downtown loop

classifieds - craigslist

northside ) pic

Jan 27 - "*"*"*[[DREAM GIRLS]]*"*"*" - w4m - 23 - (chicago) pic

Jan 27 - !!!$$LOOKIN FOR GENEROUS SUGAR DADDY!!! - w4m - 33 - (DOWNTOWN(OUTCLLS ONLY))

Jan 27 - YOUNG HOT GIA - w4m - 18 - (ROMEOVILLE AREA) pic

Jan 27 - Late Night Rendezvous - w4m - 24 - (OutCalls Only) img

Jan 27 - ----YOUNG-------TIGHT------&------JUST------- RIGHT-------4----YOU--- - w4m - 18 - (Exit I-94 Old Orchard Rd:SKOKIE, IL.) pic

---

**<< Prev**              **Found: 1000 Displaying: 1001 - 1000**
                              **[ 5 | 6 | 7 | 8 | 9 | 10 | 11 ]**

---

Copyright © 2009 craigslist, inc.                                    **RSS (?)**
Back to top of page                                              add to My Yahoo!

# EXHIBIT G



- _
- _
- _
- _
- 🐾 Our Blog
- _
- _

# What are you paying Attention to today?

« Are Travelers Finding Needles in 'Haystack'?
Technorati breaking away, leaving Google behind in the dust »

 ## Craigslist's Dirty Little Secret

Written by Stephen Bagg (contact - e-mail) -- April 5th, 2007 | Share - Save - E-mail

It's no wonder that Craigslist is champion of the online classifieds revolution; Compete reports just under 17 million people visiting per month. The site boasts quick accessibility, a straight-forward interface, and a posting registry ranging from video games and community events to furniture and real estate. But as it turns out, many visitors to craigslist.org are looking for something more risqué than that lamp with the red velvet fringe.

Analysis of eight major American cities shows erotic services consistently garners the highest number of individual visitors for February -- almost always twice as many as the next ranking category, averaging 265,000 people per city. Equally racy lists that consistently score high visitor volume are the section for casual encounters as well as personals for women seeking men. The most commonly frequented venue outside of this virtual red-light district? Cars for sale.





But that's not the entire story. A deeper look into the metrics reveals a real power group behind Craigslist's impressive numbers: men seeking men. Even though they only enjoy Top 5 status in two cities by visitor volume, each month these Craigslist constituents view over 50% more pages and 20 more minutes on average searching these posts than any others – from apartment rentals to items for baby.



Of course, one cannot mention the most popular without a nod to the least. Local news, business supplies for sale, real estate and web design are probably better off advertising somewhere else since they contribute less than a whisper to the overall site traffic.

Avoiding the social issues and political debates that fall beyond this brief glimpse behind the Craigslist curtain, perhaps it isn't shocking that the search for romance is extremely popular in the online space. Offering anonymity, privacy, and little room for embarrassment, Craigslist is an ideal marketplace for those looking for those willing.

**Did you like that post? You'll love these.**

- <u>January Top Search Terms: Death, Taxes and a Really Nice House</u>
- <u>It's True, Housing Demand is Down – We Have Proof!</u>

# EXHIBIT H

# PortlandTribune

## Craigslist or Crimeslist?

*BACK STORY • Popular online classifieds home to thieves, con artists, prostitution*

**BY JIM REDDEN**

*The Portland Tribune, Nov 27, 2007*

**In Tigard, a man allegedly invites women to his house and sexually assaults them.**

In Portland, newlyweds discover that their minister allegedly stole their wedding gifts.

In Beaverton, police find a prostitution ring operating in a local motel.

And in Gresham, a couple steals and resells utility trailers for years.

All of these accused or convicted criminals have one thing in common – they committed their crimes with the help of Craigslist (www.craigslist.org), the wildly popular Web site for buying and selling property and services, as well as finding a job, a roommate or a date.



JIM CLARK / TRIBUNE PHOTO
Chandler Cook and Elizabeth Dorsch made a deposit for a lease-to-own house they found through the community billboard Web site Craigslist.org, but the "seller" vanished on them.

Portland police recently busted a theft ring using Craigslist to sell thousands of dollars worth of stolen property.

Following up on a tip that a stolen laptop computer was sold on Craigslist, police served a search warrant on a house in the 9600 block of Southeast Holgate Boulevard and recovered an estimated $30,000 worth of stolen electronic goods, power tools, an LCD TV screen, iPods, car stereos and other consumer products.

"The occupants of the house told us they were using Craigslist to sell the stolen property every day," said Portland police officer Jim DeFrain, who participated in the Nov. 15 raid. "It happens all the time."

Craigslist Chief Executive Officer and programmer Jim Buckmaster says the vast majority of the transactions over the Web sites are legal, and that his organization works with law enforcement agencies to curtail any criminal activities.

"Misuse of Craigslist for the facilitation of illegal activity is absolutely unacceptable," Buckmaster said in an e-mail response to questions from the Portland Tribune.

Local law enforcement officers say that crimes on Craigslist are a major problem, however.

"Craigslist, unfortunately, is about much more than just buying and selling things. There have also been issues with prostitution, child exploitation, stolen property, ID theft, any number of things," said Multnomah County sheriff's office spokesman Travis Gullberg, whose agency has arrested many people in recent years for Craigslist-related crimes.

Substantially reducing Craigslist-related crimes may not be possible, however. Federal courts so far have ruled that Web site operators are not liable for what people post on them. And local law enforcement officials say they do not have the resources to constantly monitor Craigslist.

### Portland's a big user

Founded in San Francisco in 1995, Craigslist claims to operate more than 300 sites in 50 states and more than 50 countries.

According to organization statistics, Craigslist is the seventh-most popular English language Web site

generating 275 million page views – making Portland the organization's No. 5 city in terms of overall use and No. 2 city in terms of per capita use, trailing only San Francisco.

Buckmaster insists that Craigslist reflects society at large.

"It was recently pointed out to us that with literally billions of positive human interactions facilitated by Craigslist, it is quite remarkable how little crime is associated with the site, given the much higher crime rates that exist in the world at large – which is a testament to the good intentions of the vast majority of Craigslist users," he wrote in an e-mail.

That's small consolation to Elizabeth Dorsch and her boyfriend, Chandler Cook, who were scammed out of $2,400 by a woman they met through Craigslist in September.

Lynne Sisto, 33, offered to sell them a house on a lease-to-own basis. Sisto told the couple she needed the money to finishing buying the house. When the couple showed up to move in, they discovered the house still was for sale, and Sisto had vanished.

Portland police arrested Sisto in October for scamming several people out of at least $20,000 through similar schemes.

"It was a horrible feeling. You think you've got a place to live, and then you're nearly homeless," said Dorsch, who was forced to move into a low-rent apartment with her boyfriend in Vancouver, Wash.

**Reports spawn a Web site**

Craigslist-related crimes are becoming so well known that several Web sites and blogs have been established to track them.

One – www.craigscrimelist.org – is operated by a true-crime buff who uses the name Trench Reynolds to avoid retaliation, he says.

After starting his first blog on school shootings in 2000, Reynolds said he began noticing news stories about crimes related to the Internet, including many connected to Craigslist and such social Web sites as MySpace.

After starting a Web site dedicated to such crimes, he soon realized that the majority were connected to just one site – Craigslist – and started the Web site dedicated to it.

"I'm probably posting 30 to 40 stories a month just on crimes connected to Craigslist," Reynolds said.

Reynolds believes that a major reason why criminals are attracted to Craigslist is its anonymous nature. People posting ads do not have to report any identifying information to anyone.

"There's no screening or regulation at all about who can use it. If you place a classified ad for something, you've got to give somebody your name and address. But on Craigslist, nobody knows who you are or where you live," Reynolds said. "The inmates are running the asylum."

Locally, criminals allegedly are responding to Craigslist ads, too.

On Nov. 15, Tigard police arrested Ronald Leistiko, 52, on charges that he responded to ads on Craigslist and other Internet sites to invite women to his house and sexually assault them.

According to Tigard police spokesman Jim Wolf, Leistiko found his victims by responding to personal ads posted on Craigslist and other sites.

"We've investigated some sex-related crimes associated with Craigslist before, but nothing of this magnitude," Wolf said.

**Some ads suggest sex for cash**

According to Reynolds, more than half of the news stories he sees on Craigslist-related crimes involve prostitution.

All Craigslist Web sites have an "erotic services" section where people openly advertise for sexual partners. Many clearly suggest sex is available for money.

The study, which looked at eight major American cities (though not Portland or San Francisco), found "erotic services consistently garner the highest number of individual visitors for February – almost always twice as many as the next ranking category, averaging 260,000 people per city."

A nonprofit advocacy group against human sexual trafficking, called the Polaris Project, believes Craigslist is the nation's single largest source for prostitution, including child exploitation.

The project surveyed all Craigslist pages for apparent prostitutes on Feb. 7. It identified thousands across the country, including 275 on the Portland site.

Perhaps the most disturbing Craigslist-related crimes are those involving sex with children.

Atlanta Mayor Shirley Franklin believes Craigslist is a significant source of child prostitution in her city. On Aug. 21, she wrote Craigslist to say the site could do more to prevent itself from being used "as a means of promoting and enabling child prostitution."

Buckmaster wrote Franklin back a week later to say he shared her concerns. In his letter, Buckmaster pointed out that various notices posted on the Web site say that illegally activity is not allowed. He also said Craigslist users routinely flag apparently illegal ads for removal.

Nevertheless, he told Franklin, "we are not content with the status quo and are open to new ideas for improving any and all aspects of the wide array of free services that Craigslist provides to the people of Atlanta."

### Police lack resources

Compared to many of the apparent prostitution ads, those selling stolen property are much harder to spot – and therefore to stop. Portland Police Detective Dave Anderson said he has personally sold property on Craigslist over the years.

But Anderson also knows that local criminals routinely use Craigslist to sell stolen property, including cars, computers, digital cameras and household appliances.

"We get a lot of tips (about stolen property on Craigslist) that we just don't have time to follow up on. If we had the staff, we could just surf Craigslist all day and recover stolen property," Anderson said.

DeFrain agrees. He works for the Neighborhood Enhancement Team at Southeast Precinct, a unit dedicated to reducing street crimes. In that capacity, DeFrain said he routinely runs across criminals who are selling stolen property on Craigslist.

"If you spend any time on Craigslist, you see items that are obviously stolen," DeFrain said last week while standing in a police storage room full of property recovered from the Southeast Holgate Boulevard house. "Brand-new laptops in their original boxes for $200, iPods without any of the cables or accessories. You need to ask yourself, 'Why is that?' "

### Housing, Internet laws clash

Efforts to hold Craigslist legally responsible for the illegal activities occurring on it, so far, have been unsuccessful.

Perhaps the most significant attempt occurred in early 2006 when a group of civil rights attorneys sued Craigslist over housing ads it said violated federal anti-discrimination laws.

In a federal lawsuit, the Chicago Lawyers' Committee for Civil Rights Under Law alleged a pattern of landlords posting ads that said people of a certain race, religion, gender or family status need not apply.

The suit alleged Craigslist violated the federal Fair Housing Act by accepting the ads.

In its defense, Craigslist argued that as a "provider of interactive computer services (ICS)," it is immune from such suits under a portion of the federal Communications Decency Act.

An amicus brief supporting that position was filed with the court by a number of large Internet-based companies and free speech advocates, including Amazon.com, AOL, eBay, Google, Yahoo and the Electronic Frontier Foundation.

Citing more than a dozen cases, she noted that "(n)ear-unanimous case law holds (the Communications Decency Act) affords immunity to ICSs against suits that seek to hold an ICS liable for third-party content."

The Chicago lawyers committee recently appealed the dismissal to the 7th U.S. Circuit Court of Appeals, arguing that St. Eve should have applied the federal housing laws to the case, not the Communications Decency Act.

The appeals court is not expected to act for months, at the earliest.

Fox News 12 contributed to this story.

*jimredden@portlandtribune.com*

## Crimes range from theft to extortion

Even a casual review of local news stories turns up many recent ones about local crimes with Craigslist connections, including the following:

• Earlier this month, a Multnomah County jury convicted Gresham pastor Corey Jerry Pritchett of 28 counts of defrauding low-income people out of an estimated $43,000. Pritchett, 44, posed as a successful real-estate investor who promised 30 percent returns. The investigation showed he found some of his victims on Craigslist.

• In October, Hillsboro police arrested two men on attempted extortion charges for threatening to tell a man's wife that he tried to set up a sexual encounter in response to a bogus Craigslist ad they had posted.

Authorities say that Andrew McIntyre, 21, and Nicholas Hayter, 21, demanded the 59-year-old married man give them $1,000 to keep the secret. Instead, the man called the police, who set up a sting operation and caught the alleged extortionists.

• In September, Portland police arrested Shey-Rima Silveira, 27, a self-declared minister, on charges that she stole wedding gifts from a couple she married. Kitty Collucci, 28, and Shawn Sonnenschein, 41, found Silveira on Craigslist, where she advertised "last-minute weddings" as her specialty. She is charged with stealing and using Home Depot gift cards intended for the couple.

• Also in September, Portland police arrested Cristian V. Mocan, 24, and charged him with stealing at least $70,000 in electronic equipment from Portland Public Schools. The school police initiated the investigation when they saw a school projecter advertised for sale on Craigslist. Mocan worked in the district warehouse.

*— Jim Redden*

## Recognize red flags

Local law enforcement officials who have worked cases involving Craigslist say there are a number of warning flags that may indicate the person placing an ad is involved in criminal activity.

• The seller does not know specific or technical information about the product or how it works.

• The price of a new or used good is substantially below its market value — even 10 percent or less of its market value.

• The seller stresses the need to sell it immediately, at all hours, and only will accept cash.

• A complex product, like a computer or digital camera, lacks accessories, owners manuals or original packaging.

• Items advertised as new have either never been opened or do not include original packaging.

• Serial numbers have been removed.

Copyright 2009 Pamplin Media Group, 6605 S.E. Lake Road, Portland, OR 97222 • 503-226-6397



# CRAIGSLIST FACTS

1. Craigslist site exhibits local classifieds and forums for 450 cities worldwide, in all 50 US states and over 50 countries. 1
2. Craigslist gets more than 9 billion page views per month. 2
3. More than 30 million people each month use craigslist. 3
4. Craigslist users self-publish more than 30 million new classified ads each month. 4
5. Within the Craigslist classified "Service" section is the "Erotic Services" site. 5
   - O TRUTH: There have been numerous accounts of child prostitution on Craigslist's "erotic services" site.
6. Every 10 days there are 25,000 new ads posted in the erotic services section. 6
   - O TRUTH: The frequency in which pimps and child sex traffickers post on this site make it a common resource for police investigating potential child traffickers.
7. Craigslist has a "prohibited or restricted items" section which contains a partial list of items the sale of which is not permitted on craigslist. First on the list of these items is "obscene material or child pornography." 7
   - O TRUTH: In November 2005 a California woman attempted to pimp her 4 year old daughter by posting an ad in the "Erotic Services" section of craigslist. Thisad went unnoticed by craigslist personnel until they were contacted by police investigating the case. 8
8. No registration is required to post on the craigslist "Erotic Service"s site, therefore users may post ads anonymously.
   - O TRUTH: While there are other classified advertising sites on the Internet,Craigslist is one of the most commonly used to solicit prostitution because it'sfree, anonymous and the Web site's operators say they depend on viewers to police content.
9. Under the "Limitations of Liability" section it states in relevant part that: "under no circumstances shall craigslist be liable for direct, indirect, incidental, special, consequential or exemplary damages (even if craigslist has been advised of the possibility of such damages), resulting from any aspect of your use of the craigslist site or the service, whether the damages arise from use or misuse of the craigslist site or the service, or the interruption, suspension, modification, alteration or termination of the craigslist site or the service." 9
   - O TRUTH: The Communications Decency Act of 1996, designed to promote free speech,protects Craigslist from liability for the content of its visitors. However,despite the protections of current law, Craigslist has still went out of its way to establish clear guidelines to protect itself. The same efforts should be made to protect its users. 10
10. Under its "Violation of Terms and Liquidated Damages" section, craigslist explains the minimal mechanisms it has in place for regulating postings. It states as follows: "please report any violations of the TOU, by flagging the posting(s) for review, or by emailing to: abuse@craigslist.org. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches…. If you post Content in violation of the TOU…you agree to pay craigslist one hundred dollars ($100) for each Item of Content posted.

O TRUTH: Craiglist president Jim Buckmaster has stated that its 24-person staff
could not possibly monitor the listings at all times, and that he relies on
viewers to flag such ads for inspection. Perhaps if craigslist enforced its
policy and imposed the $100 fines on violators it could use the money collected
to hire additional staff to monitor the site.

11. Craigslist explains on the "Flags and Community Moderation" section of its website,
that the "flagging system allows craigslist users to identify inappropriate postings
for speedy removal, while preserving everyone's ability to express themselves."   It
states that "by using the flagging feature located at the upper right corner of each
post, you can take action if you feel a     posting is inappropriate, by clicking on
...prohibited –violates craigslist Terms of Use or other posted guidelines.
     O TRUTH: Accounts of attempts to flag "inappropriate" postings has mixed results
     with many users encountering "system error" when pressing the flag button
     indicating that craigslist's sole means of policing these sex traffickers is
     often defective.

12. Additionally, "if a post receives enough negative flags it will automatically be
removed (only one flag per person per post is counted)."
     O TRUTH: While craigslist states that it regulates its website through user
     flagging, its chosen method is vague, ambiguous and unreliable.   There is no
     way for a user to keep track of their own flagging efforts, as Craigslist does
     not state how many "flags" qualify for removal and how many simply qualify for
     review.

13. It also explains that "posters whose posting are repeatedly flagged are subject to
staff review and additional remedial measures."
     O TRUTH: Craigslist states that posts that are repeatedly flaggesd are subject to
     staff review, however, it fails to set forth the methods or standards of
     review.

14. Craigslist states via its feedback forum that it welcomes ideas for improvement.
     O TRUTH:  Mayor Shirley Franklin of Atlanta recently issued a letter to the
     owners of Craigslist – an internet network that features ads for lonely hearts
     and erotic services – stating that Craigslist is a prime source of human
     trafficking and sexploitation of children. The letter requested the cooperation
     of Craigslist founder Craig Newmark and president James Buckmaster to institute
     reforms of the website that would deter sex crimes against children. In
     response, a Craigslist spokeswoman told the Atlanta newspaper in an email that
     she and CEO Jim Buckmaster are in Europe and "neither of us are aware of such a
     letter so it would not be possible to comment about this." Company founder
     Craig Newmark, who also was mailed Franklin's letter, no longer is involved in
     company's daily affairs and is traveling, the spokeswoman said. 11

*Sources*

1. *http://www.craigslist.org/about/factsheet.html*
2. *http://www.craigslist.org/about/factsheet.html*
3. *http://www.craigslist.org/about/factsheet.html*
4. *http://www.craigslist.org/about/factsheet.html*
5. *http://newhaven.craigslist.org/cgi-bin/personals.cgi?category=ers*
6. Farley, Melissa  (2006) *Prostitution, Trafficking, and Cultural Amnesia: What We
   Must Not Know in Order To Keep the Business of Sexual Exploitation Running
   Smoothly.* Yale Journal of Law and Feminism 18:109-144.

Craigslist Facts (CRAIGSLIST)

Page 3 of 3

7. *http://www.craigslist.org/about/terms.of.use.html*

8. *Charny, Ben. "Child Still for Sale on Craig's List?", 11 November 2005 <http://www.eweek.com>.*

9. *http://www.craigslist.org/about/terms.of.use.html*

10. *http://www.cdt.org/speech/cda/*

11. *http://www.atlantaga.gov/media/citynewsbytes_082107.aspx#child*

# EXHIBIT I

LexisNexis·

4 of 7 DOCUMENTS

Copyright 2007 The Atlanta Journal-Constitution

# The Atlanta Journal-Constitution
ajc.com

The Atlanta Journal-Constitution

August 22, 2007 Wednesday
Main Edition

**SECTION:** NEWS; Pg. 1A

**LENGTH:** 742 words

**HEADLINE:** Mayor: Web site enables child sex;
Craigslist should remove ads that seem to promote child prostitution, says Atlanta's Shirley Franklin.

**BYLINE:** DAVID PENDERED; Staff

**BODY:**

Atlanta Mayor Shirley Franklin has called on a popular Web site to take responsibility for what she said is the company's role in promoting child prostitution.

"Children are being marketed through Craigslist," Franklin said Tuesday during an update on the mayor's "Dear John" campaign, a crackdown on the city's child prostitution industry.

Craigslist, found on the Web at craigslist.org, may be best known as a bulletin board for people who want to sell a car, buy a home or meet people. But Atlanta vice officer Kelleita Thurman said Tuesday that Craigslist and similar sites account for 85 percent of the sexual liaisons men arrange in Atlanta with boys and girls.

In a letter sent Tuesday to the company, Franklin said the site could do more to prevent itself from being used "as a means of promoting and enabling child prostitution." She called on the site to revise its warning on pages for erotic services and personal ads and to remove postings that offer sexual services for sale, among other things.

Craigslist spokeswoman Susan MacTavish Best said in an e-mail that she and Chief Executive Officer Jim Buckmaster are in Europe and "neither of us are aware of such a letter so it would not be possible to comment about this."

Company founder Craig Newmark, who also was mailed Franklin's letter, no longer is involved in the company's daily affairs and is traveling, Best said.

This isn't the first time Craigslist has been linked to sexual liaisons. News accounts in March identified the Web site as a place where men meet men to arrange sexual encounters in the bathrooms at Atlanta's Hartsfield-Jackson

○                                          ○
                                                                Page 2
Mayor: Web site enables child sex; Craigslist should remove ads that seem to promote child prostitution, says Atlanta's
Shirley Franklin. The Atlanta Journal-Constitution August 22, 2007 Wednesday

International Airport. In Seattle, police arrested about 70 men in November who authorities said arranged to meet
prostitutes who posted ads on craigslist.org, according to the Seattle Times.

Franklin may not have any legal standing in asking craigslist.org to do anything about the child sex trade, said Greg
Lisby, a Georgia State University professor who holds a law degree and teaches classes on communications law and
ethics. Georgia's obscenity law was struck down in 2006 and the state Legislature has not adopted a new one, Lisby
said.

"I see what the mayor says, that this is promoting child prostitution," Lisby said. "But advertising is protected by
the First Amendment. ... There are things that are distasteful, offensive, but not necessarily illegal."

Stephanie Davis, the mayor's policy adviser on women's issues who is coordinating the "Dear John" campaign, said
the requests spelled out in the letter have been reviewed by some of the best lawyers in Atlanta, including city attorneys
and lawyers with Alston & Bird and Arnall Golden Gregory.

Davis said she intends to meet next week with the city's law department to develop the next steps in the strategy to
make Craigslist "accountable as a marketplace where young people can be bought and sold."

A quick check Tuesday morning of the Atlanta site of craigslist.org found more than 200 personal ads had been
listed since midnight, dozens of them postings that appeared to be advertising sex for sale by women who may not have
been at least 18 years old. Davis looked in an office at City Hall at on-line photos of a nude woman who claimed to be
21, but Davis wasn't buying it.

Ashleigh, as the woman called herself, posted an ad saying she "love[s] to experience new things with a new
friend." The ad said a visit to her at an undisclosed location near Perimeter Mall cost $150 an hour and $100 for a
half-hour. Men were to call her on a phone number she'd listed and to keep the conversation "short and sweet, no
explicit chat or donation discussion please."

Another ad featured a young woman wearing a negligee, who didn't give a name, offering "early-bird playtime
specials." A quick encounter cost 60 roses, a half-hour 80 roses and a full hour went for 150 roses. "Roses" is a common
euphemism for dollars in these types of ads. She gave her phone number and asked not to be sent e-mails or text
messages.

But those ads are not necessarily obscene or solicitations for sex, Lisby said.

"I understand by the jargon what it means, but legally, what does it mean?" he said.

Legal or not, Atlanta Investigator Thurman said the vice squad goes to craigslist.org to arrange stings. Police go to
the site, arrange to meet a man at a hotel and arrest the man when he arrives, Thurman said.

"It's a sickness," Thurman said. "You have to be sick if you're out trying to buy sex from a child."

**GRAPHIC:** Photo: PAUL SAKUMA / Associated Press Craigslist.org chief executive Jim Buckmaster is traveling in
Europe and is not aware of Mayor Shirley Franklin's letter asking him to stop carrying certain sex ads, Craigslist
spokeswoman Susan MacTavish Best said. The Web sites list numerous ads that appear to offer sex for sale, often by
young women who look under 21./ImageData* ImageData*
Photo: Franklin/ImageData*

**LOAD-DATE:** August 22, 2007

# EXHIBIT J

# KCRA.com

**El Dorado Man Charged With Sex Trafficking**

## *Case Involves Missing Teen*

POSTED: 3:49 pm PDT July 1, 2008
UPDATED: 4:15 pm PDT July 1, 2008

**EL DORADO HILLS, Calif. --** A case involving a missing El Dorado Hills teenager last March led police to arrest a man on Monday accused of sex trafficking, officials said.

Rishi Sanwal, 23, was arrested by FBI agents and Sacramento police at the intersection of Green Valley Road and Francisco Drive and has been charged with sex trafficking, police said.

The missing El Dorado Hills teenager, who was last seen with Sanwal in a maroon Hummer, called a friend six days after her disappearance and said she was in the Bay Area, police said.

Using the tip, investigators traced the caller ID information to several online ads placed in the erotic section of Craigslist.

Undercover officers used the same phone numbers from the Craigslist ads to make contact and arrange a meeting with a woman named "Kimberly," police said.

When the investigators arrived at a Motel 6 in Freemont, they discovered the missing El Dorado teen, and connected the online Craigslist ads to Sanwal, police said.

Sanwal is currently being held at the Sacramento County Jail.

*Copyright 2008 by KCRA.com. All rights reserved. This material may not be published,
broadcast, rewritten or redistributed.*

## ALERT: Berkley Lockdown Lifted

A  A  A  A            ✉ Email Story      🖨 Print Story

### Feds Charge 5 in Craigslist Child Sex Ring

Last Update: 3/20/2008 9:27 pm



Five people from metro Detroit have been charged in federal court with with running an interstate sex ring involving minors -- and advertising for child prostitutes on the internet.

**From the U.S. Attorney...**

**FIVE CHARGED WITH INTERSTATE SEX TRAFFICKING OF MINORS**

**Defendants Alleged To Have Used craigslist, Other Websites To Advertise Child Prostitutes**

Five defendants were charged in federal district court today with sex trafficking of minors, manufacturing child pornography, and other offenses arising from interstate prostitution networks based in Detroit, United States Attorney Stephen J. Murphy announced.

Murphy was joined in the announcement by Andrew G. Arena, Special Agent-In- Charge of the Federal Bureau of Investigation (FBI) in Detroit. Robert C. Daniels, a/k/a "Motor City Mink", 28, of Detroit, and Dennis Paige, a/k/a "Detroit Slim", of Novi, are alleged to be the leaders of separate but related interstate prostitution networks. Stephanie Head, 22, of Detroit, is described as Daniels' "bottom," the highest ranking prostitute working for Daniels and is accused of soliciting and training minors to engage in prostitution, as well as photographing them engaged in sexually explicit conduct and posting digital solicitations on the internet. Sarah Dutton and Hortense Canty, of Novi, are alleged to have served similar roles for Paige.

United States Attorney Murphy said, "The United States Attorney's Office is committed to making defendants answer for crimes that exploit and abuse young women. The offenses charged in today's complaints are not victimless crimes and we will work tirelessly to ensure that those who use the Internet to facilitate the sexual exploitation of children will be brought to justice."

Special Agent in Charge Arena said, "The FBI and our law enforcement partners remain dedicated, and will not tire in our efforts to protect children from exploitation by these criminal groups."

The defendants are alleged to have posted over 2,800 advertisements on craigslist.org beginning on January 10, 2006. Solicitations for prostitution were posted for Houston, Texas, Chicago, Illinois, Detroit, Michigan, Milwaukee, Wisconsin, Cleveland, Ohio, Washington, D.C., College Park, Maryland and New York City, New York. Other websites alleged to have been used to advertise and solicit child and adult prostitutes include myspace.com, cityvibe.com, blackplanet.com, and eros.com.

According to a criminal complaint filed in federal court, the FBI's continuing investigation had identified nine minors and over 80 adults who have been advertised as prostitutes on the internet by Head and Daniels.

In addition to working out-of-state, the pair is alleged to have rented rooms at a Red Roof Inn and a Motel Six in Southfield for prostitution. Head and Daniels are charged with conspiracy, sex trafficking of children, interstate transportation in aid of racketeering, sexual exploitation of children, and transportation for purposes of prostitution. Paige, Dutton, and Canty are charged with sex trafficking of children, transporting a minor for purposes of prostitution, and transportation for purposes of prostitution.

The most serious charges carry a mandatory minimum of 15 years in custody and up to life imprisonment. All five defendants made initial appearances in federal district court today and were temporarily detained. Detention hearings are scheduled for Friday, March 20.

A criminal complaint is a charging document and not evidence of guilt. Each and every defendant is presumed to be innocent. Mr. Murphy commended the Federal Bureau of Investigation, the Michigan State Police and the Detroit Police Department for their work on this investigation.

# NEWS RELEASE



## OFFICE OF THE UNITED STATES ATTORNEY
## SOUTHERN DISTRICT OF CALIFORNIA
### San Diego, California

### United States Attorney
### Karen P. Hewitt

*For Further Information, Contact: Assistant U. S. Attorney Christopher P. Tenorio (619) 557-7843*

*For Immediate Release*

## Three Plead Guilty to Sex Trafficking of Children

**NEWS RELEASE SUMMARY** - **January 20, 2009**

San Diego, CA - United States Attorney Karen P. Hewitt announced that today the Honorable Larry A. Burns, U.S. District Court Judge, accepted the guilty pleas of Jordan Arnold, Christopher Black, and Jessica King to one count of Conspiracy to Engage in Sex Trafficking of Children, and one count of Coercion and Enticement of a Juvenile into Prostitution. The latter count carries a minimum mandatory sentence of ten years in custody.

In their pleas, the defendants admitted to being members of a 2007 conspiracy by recruiting, persuading, and employing juveniles to perform acts of prostitution. According to Assistant U.S. Attorney Christopher Tenorio, who is prosecuting the case with the U.S. Department of Justice's Civil Rights Division, the defendants admitted that, in order to reap a financial benefit, they enticed juveniles to work as prostitutes between August 15, 2007 and October 11, 2007. Black and King admitted that they took photographs of the

juveniles wearing lingerie and in provocative poses, which were then placed in ads posted on the "Craigslist" website to solicit dates. The dates, however, were prostitution "johns" who responded to the advertisements and made arrangements to have sex with the juveniles in exchange for payment. Arnold and Black admitted that they drove the juveniles to and from hotels in the Mission Valley and Sports Arena areas of San Diego, where the juveniles performed the pre-arranged acts of prostitution. Arnold and Black also admitted that they collected for themselves all of the proceeds the juveniles received in exchange for acts of prostitution.

Sentencing for Jordan Arnold and Jessica King is scheduled for March 30, 2009, and for Christopher Black on April 13, 2009, both are scheduled for 9:30 a.m. before Judge Larry A. Burns.


**DEFENDANTS**          **Case Number: 08CR0274-LAB**

Jordan Arnold
Christopher Black
Jessica King

## SUMMARY OF CHARGES

Count 1      Title 18, United States Code, Sections 371, and 1591 (conspiracy to engage in sex trafficking of children)
             Maximum penalty: 5 years in custody; 3 years of supervised release; $250,000 fine

Count 4      Title 18, United States Code, Sections 2422(b) and 2 (coercion and enticement of juveniles into prostitution)
             Minimum penalty: 10 years in custody (where victim has not obtained 18 years of age)
             Maximum penalty: life in custody; 5 years of supervised release; $250,000 fine


## AGENCIES

Federal Bureau of Investigation
San Diego Police Department

# EXHIBIT K

# State of Connecticut



RICHARD BLUMENTHAL
ATTORNEY GENERAL

Hartford

March 27, 2008

*Via facsimile 202-654-9141*

Barry Reingold, Esq.
Perkins, Cole
607 Fourteenth St. N.W.
Washington, D.C. 2005

**Re: Craigslist**

Dear Mr. Reingold:

Although I recognize many of the beneficial services the Craigslist site provides to countless Connecticut consumers, my office has expressed our concerns for many months to Craigslist, through you as its attorney, that prostitutes appear to use the site's "erotic services" to advertise for clients. These postings typically include explicit photographs -- bordering on pornographic, hourly rates, and detailed descriptions of services clearly sexual in nature.

As one glaring recent example of the resulting problems, on March 19, 2008, a Connecticut woman was arrested after advertising for sexual services on Craigslist.

I am astonished and appalled by Craigslist's refusal to recognize the reality of prostitution on its website -- despite advertisements containing graphic photographs and hourly rates, and widespread public reports of prostitutes using the site.

I am especially troubled that Craigslist has disregarded and dismissed this serious and growing problem -- in effect turning a blind eye, refusing to hire or dedicate *anyone* to review postings that contain graphic nudity and solicitations with hourly rates, even in the "erotic services" portion of the website. Your company effectively denies the undeniable, incomprehensibly and unacceptably. Although Craigslist touts measures to ban illegal activities and limit or remove inappropriate postings in its erotic services section,[1] a cursory review of this section shows that its supposed solutions are woefully and obviously inadequate.

---
[1]

1. We ban all illegal activity in our Terms of Use

2. We place prominent notices on our posting forms warning against illegal activity

3. We perform telephone verification on user accounts as a requirement for posting in "erotic services"

4. We block ads containing language that in our experience has a high likelihood of violating our Terms of Use

As a small step in response to my concerns, Craigslist now requires anyone posting a listing in the erotic services section to provide a phone number. This step, however, will hardly deter the prostitution problem on the site, and may indeed make it worse. Many of the most graphic solicitations already include a telephone number to enable prospective patrons of their services to contact them.

In short, Craiglist's measures have been completely inadequate to stem the tide of inappropriate and even illegal postings we have brought to your attention.

Craigslist must determine now what type of site it is. If it is truly concerned about this issue, it must devote resources and technology to eliminate these postings from its site.

Please notify me within 10 days with additional information or action you plan to take.

Very truly yours,

RICHARD BLUMENTHAL

5   We remove inappropriate ads that come to our attention

6   We block persons violating our Terms of Use from posting

7   We provide a community moderation system whereby our users flag inappropriate ads for removal

8   We place prominent notices asking users to flag inappropriate ads

9   We label adult content using the PICS rating system, which supports most content control software programs

10  We prohibit the use of all adult-oriented categories by persons under the age of 18

11  We participate in the National Center for Missing and Exploited Children (NCMEC) Cybertipline program

12  We place notices encouraging users to report any suspected abuse of minors

13  We maintain a resource page to assist users in reporting suspected abuse of minors

14  We maintain information pages regarding personal safety on craigslist

15. We respond promptly to inquiries and requests for assistance from law enforcement officers

16  We give periodic briefings for law enforcement officers on how to efficiently obtain information from craigslist

# EXHIBIT L

# JOINT STATEMENT

craigslist, the Attorneys General listed below, and the National Center for Missing and Exploited Children ("NCMEC"), announce new measures that craigslist is taking to help combat unlawful activity and improve public safety on its web site.

This agreement culminates a series of discussions and in person meetings between Jim Buckmaster, CEO of craigslist, Richard Blumenthal, Attorney General of the State of Connecticut, and NCMEC.

craigslist is a popular internet classifieds service that provides the public with many benefits. Like all communication tools, it can unfortunately be misused to facilitate unlawful activity.

craigslist has a long record of implementing measures to prevent misuse of its web site, assisting law enforcement investigations, and of improving safety for craigslist users. Law enforcement personnel have called craigslist's attention to misuse of craigslist's "erotic services" category to facilitate unlawful activity. This problem requires new safeguards for craigslist and new ways of working together with law enforcement. Further innovation and collaboration in addressing these issues will be beneficial for the safety of craigslist users and the general public. Accordingly, craigslist, the Attorneys General, and NCMEC, announce the following measures for combating unlawful activity and improving public safety on craigslist:

## I. DIGITAL TAGGING, COMMUNITY FLAGGING, ELECTRONIC SCREENING

- craigslist has implemented a community self-policing program which allows users to "flag" a posting the user believes violates the terms of use, including the prohibition against pornography. The objectionable posting is eliminated automatically if it receives above a threshold number of flags.

- craigslist uses electronic screening to block certain advertisements that craigslist believes will violate its Terms of Use before they are posted.

- craigslist digitally tags adult sections of the site using industry standard PICS rating headers to facilitate the effectiveness of PC-based parental screening software.

## II. TELEPHONE VERIFICATION

- craigslist has implemented a telephone verification system for the "erotic services" section of the site requiring any person seeking to post an advertisement to provide a working telephone number.

- Telephone verification enables craigslist to permanently block the phone number of any person posting unlawful or inappropriate advertisements.

## III. CREDIT CARD VERIFICATION AND FEE TO POST

- craigslist plans to implement credit card verification and fee to post for its "erotic services" category. Persons wishing to post ads in this category will be required to pay a fee using a valid credit card.

- Credit card verification and fee to post will reduce ad volume significantly, and encourage more responsible usage.

- Credit Card verification provides additional identifying information that will enable craigslist to block the accounts of persons who violate craigslist's terms of use.

- credit card information would be available to law enforcement agencies through a subpoena process.

- craigslist plans to contribute 100% of the net revenues from these advertisements to charity. A public accounting firm will verify the net revenue amounts.

## IV. LEGAL ACTION AGAINST SPAM OPERATORS

- Misuse of craigslist is facilitated by companies providing spamming, posting, and/or flagging services. These businesses seek financial profit by providing services and/or software that circumvent craigslist's terms of use and defense mechanisms or facilitate circumvention by other persons.

- craigslist has initiated (or will soon initiate) lawsuits against a number of these companies that violate craigslist's terms of use (or facilitate the violation of craigslist's terms of use by others).

- craigslist will provide evidence of unlawful activity by these operators to the Attorneys General for potential prosecution.

## V. COOPERATION WITH LAW ENFORCEMENT

- craigslist has developed search capabilities that enhance its ability to assist NCMEC and law enforcement agencies to locate missing persons, and identify exploited minors and victims of human trafficking.

- craigslist is continuing its development efforts in this area to further enhance its ability to assist law enforcement NCMEC and even social welfare agencies in their efforts to protect children from this type of victimization.

- craigslist will cooperate with law enforcement utilizing the subpoena process.

## VI. HUMAN TRAFFICKING AND CHILD EXPLOITATION AWARENESS

- craigslist is visited by more than 40 million Americans each month, generating more than 12 billion monthly page views. Information presented by craigslist can help raise awareness among Americans regarding the enormous suffering caused by human trafficking and the exploitation of minors in this country.

- craigslist, the Attorneys General, and NCMEC will work together to further refine and improve educational materials that are currently available on craigslist.

## VII. FUTURE EFFORTS

- craigslist and the Attorneys General will meet on a regular basis to discuss design and functionality improvements to combat unlawful activity and improve safety on its web site.

- craigslist will explore the implementation and use of technology that prevents image uploads likely to violate its terms of use.

- craigslist will work with the Attorneys General to develop more robust electronic screening of language used in craigslist postings.

# EXHIBIT M



THIS STORY HAS BEEN FORMATTED FOR EASY PRINTING

# FBI, police rescue child prostitutes around US

**AP** Associated Press

**By Devlin Barrett, Associated Press Writer | February 23, 2009**

WASHINGTON --The FBI has rescued 48 suspected teenage prostitutes, some as young as 13 years old, in a nationwide sweep to remove kids from the illegal sex trade and punish their accused pimps.

Over a three-night initiative called Operation Cross Country, federal agents working with local law enforcement also arrested more than 571 suspects on a variety of federal and state prostitution-related charges, the bureau said.

The teenage prostitutes found in the investigation ranged in age from 13 to 17.

"We may not be able to return their innocence but we can remove them from this cycle of abuse and violence," said FBI Director Robert Mueller.

Meanwhile, in Memphis, Tenn., a man pleaded guilty Monday to federal civil rights charges for sex trafficking in minors. Leonard Fox faces at least 10 years in prison after admitting that he arranged for underaged girls to engage in sex for money.

"To sexually prey upon young girls in this manner for financial gain is particularly damaging to the victims and an affront to the society in which we live," said Loretta King, acting head of the Justice Department's Civil Rights Division.

Historically, federal authorities rarely play a role in anti-prostitution crackdowns, but the FBI is becoming more involved as it tries to rescue children caught up in the business.

"The goal is to recover kids. We consider them the child victims of prostitution," said FBI Deputy Assistant Director Daniel Roberts.

"Unfortunately, the vast majority of these kids are what they term 'throwaway kids,' with no family support, no friends. They're kids that nobody wants, they're loners. Many are runaways," Roberts said.

Most of the children are put into the custody of local child protection agencies.

Agents in cities from Miami to Chicago to Anchorage, Alaska took part in the operation.

Special Agent Melissa Morrow of the FBI's Washington office said the operation has put them on the trail of a particular 16-year-old prostitute they still haven't found.

Adult prostitutes arrested during the operation provided key tips about the girl, the agent said.

"She is currently 16 and started when she was 13. Now she is out there recruiting other juveniles as well," said Morrow, adding that finding the girl is "at the top of our list."

The federal effort is also designed to hit pimps with much tougher prison sentences than they would likely get in state criminal courts.

Government prosecutors look to bring racketeering charges or conspiracy charges that can result in decades of jail time.

Case: 1:09-cv-01385 Document #: 1 Filed: 03/05/09 Page 142 of 195 PageID #:964
FBI, police rescue child prostitutes around US - Boston.com
Page 2 of 2

"Some of these networks of pimps and their organizations are very sophisticated, they're interstate," said Roberts, requiring wiretaps and undercover sting operations to bring charges.

The weekend's roundup marked the third such Operation Cross Country, and is part of a broader federal program launched in 2003 to crack down on the sexual exploitation of children.

----------

On the Net:

FBI: http://www.fbi.gov ◼

© Copyright 2009 The New York Times Company

# EXHIBIT N

# boston.com

THIS STORY HAS BEEN FORMATTED FOR EASY PRINTING

# 5 arrested in US sting at Marriott

The Boston Globe

## Officials say operation targets child prostitution

**By Shelley Murphy, Globe Staff | February 21, 2009**

A guest at the Boston Marriott Long Wharf said she and her mother were on their way to their room after checking in shortly after midnight yesterday when they encountered a raucous scene in a sixth-floor hallway as some 17 FBI agents and plainclothes officers were struggling to arrest two kicking and screaming young women.

"It was a huge scene," said the guest, who asked not to be identified, adding that it was frightening to have to walk by a gauntlet of investigators to get to their room as one of the women screamed at the top of her lungs, then rolled around on the floor hyperventilating.

"We kept asking, 'What's going on?' " said the guest, adding that officers told her to "keep moving" and, "It's none of your business."

Yesterday, the FBI, Boston police, and State Police said they were at the hotel conducting an undercover investigation as part of "Operation Cross Country," a nationwide initiative of the US Justice Department aimed at cracking down on child prostitution.

All three agencies apologized for any inconvenience that may have been caused to the hotel and its guests.

"Generally, these things can be investigated and taken down quietly, but sometimes circumstances outside our control occur," said Russell Kleber, a spokesman for the FBI's Boston office, adding that the arrests were "aimed at combating sex trafficking of children."

The goal of the sweeps, being conducted in over 30 cities, is to target pimps, rescue juveniles, and gather intelligence, according to law enforcement officials.

The Boston sting led to the arrests of five women, ages 19 to 33, who allegedly showed up at the Marriott after agreeing to provide sex for up to $300 an hour to undercover officers. The officers had responded to advertisements posted on the Craigslist website, according to Boston police reports.

The first three women to show up were arrested outside the hotel, but police arrested the other two women in a hallway around 12:30 a.m. when one shoved the other in an apparent dispute over who should collect the $300 fee for promised sexual services, according to the police report.

"We greatly appreciate Marriott Long Wharf's cooperation and we work very hard to be as low-key as possible," said Elaine Driscoll, a spokeswoman for the Boston Police Department. "In this case, in the last arrest of the night there was a safety issue, and the safety of our officers required intervention."

Driscoll said the Marriott's management was aware of the undercover operation and cooperated with police.

Calls to the Boston Marriott Long Wharf were not returned yesterday.

Roger Conner, a Marriott spokesman at the company's headquarters in Washington, said he was not aware of the sting and declined to comment until he could learn more from the hotel.

David Procopio, a spokesman for the State Police, said police don't want the public stopping to ask questions when they are trying to make arrests.

"Oftentimes when making an arrest or escorting a prisoner we just arrested, it's a tense situation," said Procopio, adding that officers ask bystanders to step away for their own safety.

The guest said she was shocked that there was an undercover prostitution sting at the Marriott She said the hotel apologized profusely after she complained that she didn't feel safe, moved her to another floor, and gave her a free room.

Driscoll said police choose locations for stings "based on numerous logistical factors."

Procopio said State Police participated in similar prostitution stings in the past week at other hotels and motels around the state as part of Operation Cross Country.

"Prostitution is a crime that crosses over different socioeconomic levels and therefore the enforcement of it must cross those boundaries as well," Procopio said.

The FBI has yet to release the results of its latest push, but has boasted a significant number of arrests during two prior nationwide sweeps conducted as part of Operation Cross Country, part of the Justice Department's Innocent Lost initiative.

Last October, the FBI announced that it arrested more than 600 adults and rescued 47 children, ages 13 to 17, as a result of a three-day roundup that month during an earlier phase of Operation Cross Country. ▪

© Copyright 2009 The New York Times Company

# EXHIBIT O

**LexisNexis®** *Total Research System*

Switch Client | Preferences | Sign Out | [?] Help

Search \ Research Tasks \ Get a Document \ *Shepard's®* \ Alerts \ Total Litigator \ Transactional Advisor \ Counsel Selector \ Dossier | History | 

FOCUS™ Terms | cross /2 country /3 operation                Search Within  Original Results (1 - 8)    [GO] Advanced...

Source: News & Business > Individual Publications > C > Chicago Tribune [i]
Terms: **cross /2 country /3 operation** (Edit Search | Suggest Terms for My Search)  **(No Firm Documents Found)**

⌐ Select for FOCUS™ or Delivery
☐

*Nationwide prostitution net Chicago Tribune February 24, 2009 Tuesday*

Copyright 2009 Chicago Tribune Company
Chicago Tribune

February 24, 2009 Tuesday
Chicagoland Final Edition

**SECTION:** NEWS ; ZONE C; Pg. 15

**LENGTH:** 111 words

**HEADLINE:** Nationwide prostitution net

**BODY:**

Forty-four people were arrested on prostitution charges in the Chicago area over the weekend as part of a nationwide FBI investigation into child prostitution.

The arrests, in Cook, DuPage, Lake and Will Counties, were part of an initiative titled **"Operation Cross Country"** that resulted in 571 arrests in 29 cities, the FBI said in a release.

The investigation resulted in the recovery of 48 minors who were engaged in prostitution, authorities said.

Of those arrested in the Chicago area, five were charged with running prostitution operations, 34 were charged with prostitution, and five were customers, according to the release. No minors were found, officials said.

**NOTES:** CHICAGOLAND: Crime & Courts

**LOAD-DATE:** February 24, 2009

Source: News & Business > Individual Publications > C > Chicago Tribune [i]
Terms: **cross /2 country /3 operation** (Edit Search | Suggest Terms for My Search)  **(No Firm Documents Found)**
View: Full
Date/Time: Wednesday, February 25, 2009 - 5:04 PM EST

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Out | Help

**LexisNexis®**  About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT P

**LexisNexis®** *Total Research System*     Switch Client | Preferences | Sign Out | ? Help

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Counsel Selector | Dossier | History |

FOCUS™ Terms | tamara /2 cotton & knight     Search Within   Original Results (1 - 57)    Go →   Advanced...

Source: News & Business > Combined Sources > News, All (English, Full Text) [i]
Terms: tamara /2 cotton (Edit Search | Suggest Terms for My Search) (No Firm Documents Found)
Focus: **tamara /2 cotton & knight** (Exit FOCUS™)

☞ Select for FOCUS™ or Delivery
☐

*Police say two Chicago women were pimping children The Associated Press State & Local Wire January 12, 2007 Friday 8:31 AM GMT*

Copyright 2007 Associated Press
All Rights Reserved
The Associated Press State & Local Wire

January 12, 2007 Friday 8:31 AM GMT

**SECTION:** STATE AND REGIONAL

**LENGTH:** 321 words

**HEADLINE:** Police say two Chicago women were pimping children

**DATELINE:** CHICAGO

**BODY:**

Cook County Sheriff's police have charged two women who allegedly used the popular online classified site Craigslist ▾to sell sex with girls as young as 14.

**Tamara Cotton,** 25, and Christina Holt, 19, were arrested in separate cases after undercover officers answered explicit Craigslist ▾ads and were offered sex acts with underage girls in exchange for money, officials said Thursday.

Cotton was arrested Dec. 31 when an undercover officer arrived at her apartment and a 16-year-old girl offered to perform a sex act for $200, according to a statement issued by the sheriff's department. While out on bond, Cotton was arrested again on Jan. 5 when she allegedly drove another girl to meet an undercover officer who had arranged a sexual encounter. Cotton was charged with pimping and other related offenses.

Police arrested Holt on Monday and charged her with keeping a house of prostitution for allegedly arranging a sexual encounter with a 14-year-old girl.

Holt's boyfriend, Montrell **Knight,** 34, also was arrested at the apartment on weapons and drugs charges. Police said they recovered nine weapons, more than 3,000 rounds of ammunition and 90 grams of crack cocaine from the apartment.

Sally Daly, spokeswoman for the Cook County Sheriff's Police Department, said Cotton and Holt were not working together. The three minors arrested in the case were not taken into custody, Daly said.

"We've considered them to be more the victims in this case, given the fact that they were being pimped by adults," Daly said.

The Craigslist ▾ads answered by the police offered sex acts in exchange for "donations" or "roses" code words for money, according to police. The ads were accompanied by photos of unidentified women.

In an e-mail to the Chicago Tribune, Craigslist ▾CEO Jim Buckmaster wrote that illegal activity is prohibited on the site and the erotic services page is intended for "legal escort services and sensual massage providers."

**LOAD-DATE:** January 13, 2007

Source: News & Business > Combined Sources > News, All (English, Full Text) [i]
Terms: tamara /2 cotton (Edit Search | Suggest Terms for My Search) (No Firm Documents Found)
Focus: **tamara /2 cotton & knight** (Exit FOCUS™)
View: Full
Date/Time: Thursday, February 19, 2009 - 11:33 AM EST

**LexisNexis®** About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT Q

LexisNexis® *Total Research System*

Switch Client | Preferences | Sign Out | [?] Help

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector | Dossier | History

FOCUS™ Terms | 10 Charged in Internet Prostitution; Illinois, Indiana | Search Within Original Results (1 - 2) | Go | Advanced...

Source: News & Business > Individual Publications > C > Chicago Tribune [i]
Terms: 10 Charged In Internet Prostitution; Illinois, Indiana  (Edit Search | Suggest Terms for My Search)  (No Firm Documents Found)

☑ Select for FOCUS™ or Delivery
☐

*10 charged in Internet prostitution; Illinois, Indiana ring placed ads on Craigslist Chicago Tribune December 22, 2007 Saturday*

Copyright 2007 Chicago Tribune Company
Chicago Tribune

December 22, 2007 Saturday
Chicago Edition

**SECTION:** METRO ; ZONE C; Pg. 16

**LENGTH:** 430 words

**HEADLINE: 10 charged in Internet prostitution;**
**Illinois, Indiana ring placed ads on Craigslist** ▾

**BYLINE:** By Michael Higgins, Tribune staff reporter

**BODY:**

Four Chicago area men have been charged with running an Internet-based prostitution ring that employed girls as young as 15, sheriff's officials said Friday.

Cook County Sheriff Thomas Dart said the arrests earlier this week came out of a three-month investigation, dubbed Operation Quiet Money, in which investigators monitored advertisements in the "erotic services" section of Craigslist. ▾ The ring operated in Illinois and Indiana and involved at least 11 women, some of whom were high school freshmen and sophomores, he said.

"If you're looking for exploitation at its absolute worst, this is it," Dart said.

Rodney "Mook" Williams, Eddie Wells and Terrance "Big T" Greenlee Jr., all of Chicago, and Gregory Key of Evergreen Park are accused of operating the prostitution ring. If convicted, they could face up to 30 years in prison.

Six women were charged with prostitution. The juveniles were questioned by police but released without being charged, officials said.

Two of the juveniles -- one from Iowa -- were runaways, officials said, adding the alleged leaders recruited some women from a strip club and found others at a currency exchange.

The operation was the third this year in which sheriff's investigators uncovered prostitution rings using Craigslist, ▾ Dart said. On Friday, he expressed anger at the company, saying his office has encouraged Craigslist ▾ to remove its "erotic services" section, but the ads continue to run.

"The erotic services link on Craigslist ▾ provides a free advertising network for prostitutes and pimps, and it's unrealistic for us to believe company officials are unaware of these ads," Dart said. He acknowledged the company has a legal right to run the ads but said "it comes down to someone being a good citizen."

Craigslist ▾ Chief Executive Officer Jim Buckmaster said in a statement Friday that the company does not condone ads for illegal activity and cooperates fully with police investigations. He also argued the company does more to ferret out bad listings than many print publications or phone directories that also run ads for massage or escort services. "We go to great lengths to prevent such activity from occurring, and to remove it promptly [from listings] when it does occur," Buckmaster said in the statement.

As part of the scheme in Chicago, sheriff's officials said, the ringleaders posted the Internet ads, took phone calls from customers and paid for the ring's hotel rooms. Officials said that the women charged the customers $150 to $600 for sex and that the money was split evenly with the ringleaders.

mjhiggins@tribune.com

**LOAD-DATE:** December 22, 2007

Source: News & Business > Individual Publications > C > Chicago Tribune ⓘ
Terms: **10 Charged in Internet Prostitution; Illinois, Indiana**  (Edit Search | Suggest Terms for My Search)  **(No Firm Documents Found)**
View: Full
Date/Time: Monday, March 2, 2009 - 4:38 PM EST

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Out | Help

🅛 LexisNexis®  About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT R



FOCUS - 1 of 1 DOCUMENT

Copyright 2008 Chicago Tribune Company
Chicago Tribune

June 16, 2008 Monday
RedEye Edition

**SECTION:** Pg. 10

**LENGTH:** 266 words

**HEADLINE:** 76 arrested in Craigslist sting project

**BYLINE:** FROM NEWS SERVICES

**BODY:**

Cook County sheriff's police have arrested 76 men and women on prostitution-related charges in a sting involving Craigslist.

Undercover officers posed as customers who made dates with women featured in "erotic services" ads on the site. Once an offer of sex for money was made, the woman was taken into custody, officials said.

In two cases, women meeting with clients at local hotels had rented separate rooms where they left their toddlers unattended. The Department of Children and Family Services was notified in both cases. In addition to responding to ads, officers also posted their own bogus ads. One indicated a 15-year-old was looking for sex in exchange for money, an offer that received three responses. One was traced to a registered sex offender who had previously been arrested by the sheriff's department.

This is the fourth such operation the department has launched into illegal activities on the Web site in the last 18 months. Officers regularly monitor the "erotic services" section of the site, which Sheriff Tom Dart has called a "free advertising network for prostitutes and pimps."

Since January 2007, the stings have resulted in 149 arrests on charges ranging from prostitution, juvenile pimping and human trafficking, according to a news release.

Dart has called on Craigslist to remove the "erotic services" section of the site, but company officials have refused, the department said.

Last week, the site posted a disclaimer stating that human trafficking and child exploitation would be reported to police. Dart called the measure a weak attempt to dissuade such activity.

**NOTES:** CHICAGO

**LOAD-DATE:** June 17, 2008

# EXHIBIT S



1 of 7 DOCUMENTS

Copyright 2008 Chicago Tribune Company
Chicago Tribune

November 9, 2008 Sunday
Final Edition

**SECTION:** CHICAGOLAND ; ZONE C; Pg. 3

**LENGTH:** 118 words

**HEADLINE:** 2 men prostituted teen, police say

**DATELINE:** COOK COUNTY

**BODY:**

Two men accused of forcing a teenage runaway into prostitution and advertising her on craigslist.com remained jailed Saturday.

Rashawn Thurman, 26, of Harvey and Jovante Harvey, 23, of Richton Park are each being held on $100,000 bail.

They each are charged with two felonies: involuntary servitude of a minor and prostitution-pandering. Thurman also faces a misdemeanor prostitution charge.

Authorities said Thurman and Harvey recruited the 16-year-old about two weeks ago and held her against her will. The online ad included a nude photograph of the teen.

Sheriff's deputies responded to the ad and arranged a meeting at a motel in East Hazel Crest, where the men were arrested in another room, officials said.

**NOTES:** THE BLOTTER

**GRAPHIC:** Map: (Site of incident)
Map(s)

**LOAD-DATE:** November 9, 2008

# EXHIBIT T

**LexisNexis®** *Total Research System*

Switch Client | Preferences | Sign Out | ? Help

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Counsel Selector | Dossier | History | 

FOCUS™ Terms | Prostitutes Use Web as New | Search Within Original Results (1 - 1) | Go → | Advanced...

Source: News & Business > Individual Publications > C > Chicago Tribune ⓘ
Terms: **Prostitutes Use Web as New** (Edit Search | Suggest Terms for My Search | Feedback on Your Search) **(No Firm Documents Found)**

*Prostitutes use Web as new `street corner'; More work in suburbs, with cheaper motels, thin police resources Chicago Tribune September 13, 2006 Wednesday*

Copyright 2006 Chicago Tribune Company
Chicago Tribune

September 13, 2006 Wednesday
Chicago Final Edition

**SECTION:** METRO ; ZONE C; Pg. 7

**LENGTH:** 1046 words

**HEADLINE: Prostitutes use Web as new** `street corner';
More work in suburbs, with cheaper motels, thin police resources

**BYLINE:** By Brendan McCarthy, Tribune staff reporter.

**BODY:**

Dressed in a revealing halter-top, the 28-year-old woman sits in handcuffs on a motel-room bed in Des Plaines. Nearby, undercover police officers examine her modern-day tool of the trade: an Apple iBook.

"Show us your Web site," demands Cmdr. Matt Hicks. "We know you are on there."

Such encounters underscore the new public face of an old profession. Instead of flashing their skin on a street corner, women can work from a motel, armed with a cellphone and a laptop computer.

Traditionally, prostitutes who billed themselves as escorts advertised in alternative weeklies, entertainment-oriented magazines and other publications. Now a simple Web site can be launched for less than the price of a print ad, authorities say.

"The Internet is the street corner of the 21st Century," said Sgt. Gary Darrow, head of special investigations for the Schaumburg Police Department. "It's easy, it's anonymous and it's free."

As a result, police throughout the suburbs say the Web is fueling a prostitution business that is both difficult to detect and hard to enforce. Prostitutes can easily be found online in cities such as Naperville, North Chicago, Joliet, Evanston, Schaumburg and South Holland.

Across the country, police are focusing on the Internet. In Pennsylvania, 12 women were recently charged with prostitution after an investigation into advertisements they posted online. Similar stings have been conducted in San Francisco, Baltimore, Oklahoma City and elsewhere.

And yet locally, at least, prostitution arrests are few and far between. The time and effort it takes to execute a successful bust, combined with the limited resources of many suburban departments, have long kept prostitution low on the list of priorities, some suburban police officials admit.

Police in Des Plaines, for example, handled more than 150 reports about prostitution in 2005 but made only three arrests, according to Hicks, who said that unless investigators conduct an undercover sting, it's difficult to gather enough evidence to press charges.

Prostitution is a Class A misdemeanor, so the end often doesn't justify the means, police say.

"To get a felony [charge], you'll have to go get her again" through a repeat offense, said Elgin Police Sgt. Jeff Adam. "That means you are essentially burning an undercover officer and an undercover car. Sure, a prostitution bust is exciting [but] ... it's not always worth the effort."

Many prostitutes flock to motels in Des Plaines and other northwest suburbs because of the proximity to O'Hare International Airport and major expressways, police said. Compared with Chicago, the suburbs offer less-expensive motel rooms--and smaller police departments.

It's impossible, authorities say, to calculate how many prostitutes are working in the area, but they estimate there are hundreds.

Records show they are both local and from out-of-state--with driver's licenses listing residences in Texas, Las Vegas, Virginia, New York, Minnesota and Michigan, among other places.

Several members of the Cook County sheriff's vice unit are assigned to prostitution cases, with officers regularly scanning the Internet, spokeswoman Penny Mateck said.

Arrest records from several northwest suburban police departments show that nearly all of the alleged prostitutes advertised on the Internet. And with some exceptions, most worked out of modest motels.

Robyn Few, founder of the San Francisco-based Sex Workers Outreach Project, said suburban prostitution rings are run in ways similar to any small independent business.

"The Internet gave women and men a tool to become their own boss," she said. "I look at prostitutes as entrepreneurs. People go into business for themselves."

Many prostitutes tour the country, staying in a motel in or near a city for one to two weeks at a time, Few said. Others work out of their homes or for regional sex services that use computers to advertise, land clients and make appointments.

"They have elaborate screening systems where they can virtually keep police out," Few said. "You need references, a number. The smart girls aren't getting busted."

One popular Web site within the sex trade, police say, is Craigslist, a top online marketplace that allows users to list items for sale--everything from cars to concert tickets.

There's also a section for "erotic services," where messages and racy pictures are routinely posted alongside offers of sex. To appear legal, the prostitutes request donations in return for services.

"At this moment there are 55 people alone selling sex in Des Plaines on Craigslist," Hicks said recently. "We check."

Jim Buckmaster, chief executive officer of Craigslist, said the erotic services were added to the Web site at the request of users as a place for legal escort services and massage parlors.

The users bear the burden of reporting inappropriate or illegal ads to site operators, he said.

"Experts will tell you that it is often very difficult to know by reading a given ad whether the service being advertised is legal," Buckmaster wrote in an e-mail.

He said Craigslist can't monitor each of the more than 10 million listings posted every month.

"We do not want illegal prostitution on Craigslist and are more than willing to assist law enforcement in their efforts to curtail it," Buckmaster wrote.

The industry thrives on young girls, many of whom are forced or coerced into prostitution and become victims of violence, abuse, exploitation and homelessness, said Brenda Myers-Powell, an organizer of the Prostitution Alternative Roundtable, launched by the Chicago Coalition for the Homeless.

"Most people when you say prostitution, they think of [the movie] `Pretty Woman,'" she said. "That's not the case. This comes from kids, young girls, who don't have much choice in the matter."

Many of the women get wrapped up in drugs, which goes hand in hand with prostitution, she said.

In the case of the woman arrested in Des Plaines, police also questioned a 65-year-old Hanover Park man who was found sitting in a car outside the hotel.

"I've never been here before now," the man said, admitting he was the woman's next appointment. "It was on the Internet. It said $160."

The man wasn't arrested because he did not solicit the woman--police got to her first.

"Thanks for the lesson," he said.

bmccarthy@tribune.com

**LOAD-DATE:** September 13, 2006

Source:  News & Business > Individual Publications > C > Chicago Tribune

Search - 1 Result - Prostitutes Use Web as New                                    Page 3 of 3

Terms: **Prostitutes Use Web as New**  (Edit Search | Suggest Terms for My Search | Feedback on Your Search)  **(No Firm Documents Found)**
View: Full
Date/Time: Monday, March 2, 2009 - 4:39 PM EST

LexisNexis®   About LexisNexis  | Terms & Conditions  | Contact Us
Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT U

**LexisNexis®** *Total Research System*

Switch Client | Preferences | Sign Out | ? Help

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector | Dossier | History |

FOCUS™ Terms | craigslist & arrests or arrested | Search Within Original Results (1 - 424) | Go → | Advanced...

Source: News & Business > Individual Publications > C > Chicago Tribune
Terms: craigslist (Edit Search | Suggest Terms for My Search) (No Firm Documents Found)
Focus: craigslist & arrests or arrested (Exit FOCUS™)

✦Select for FOCUS™ or Delivery
☐

*Men plead not guilty to juvenile pimping Chicago Tribune July 1, 2008 Tuesday*

Copyright 2008 Chicago Tribune Company
Chicago Tribune

July 1, 2008 Tuesday
Chicagoland Final Edition

**SECTION:** METRO ; ZONE C; Pg. 3

**LENGTH:** 149 words

**HEADLINE:** Men plead not guilty to juvenile pimping

**DATELINE:** DUPAGE COUNTY

**BODY:**

Two Bolingbrook men pleaded not guilty Monday to charges of juvenile pimping.

Downers Grove police investigators set up a sting operation after seeing an ad on **Craigslist,** a popular Web site, that seemed to be seeking customers for a prostitution front, said Assistant DuPage County State's Atty. Brian Perkins.

Brandon Spain, 20, of the 100 block of Bedford Road, and Ivan Atilano, 22, of the 500 block of Lakewood Farmers Drive, are being held in the County Jail in lieu of $150,000 bail apiece. They were **arrested** June 2 after police discovered they had collected about $350 from a 16-year-old girl they had taken to a Downers Grove motel to meet with an undercover officer, authorities said.

Perkins said police believe the operation involved more than one girl and several suburban motels. Spain also is charged with harboring a runaway, and Atilano also is charged with unlawful use of a weapon.

**LOAD-DATE:** July 1, 2008

Source: News & Business > Individual Publications > C > Chicago Tribune
Terms: craigslist (Edit Search | Suggest Terms for My Search) (No Firm Documents Found)
Focus: craigslist & arrests or arrested (Exit FOCUS™)
View: Full
Date/Time: Monday, February 23, 2009 - 10:39 AM EST

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Out | Help

 **LexisNexis®** About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

FOCUS - 48 Results - craigslist ⭕                    ⭕                    Page 1 of 1

LexisNexis® *Total Research System*                    Switch Client | Preferences | Sign Out | ? Help

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector                    Dossier | History | ⤴

FOCUS™ Terms craigslist & arrests or arrested          Search Within Original Results (1 - 424)    Go →  Advanced...

Source: News & Business > Individual Publications > C > Chicago Tribune ⓘ
Terms: craigslist (Edit Search | Suggest Terms for My Search) (No Firm Documents Found)
Focus: craigslist & arrests & arrested (Exit FOCUS™)

✒Select for FOCUS™ or Delivery
☐

*Couple accused of using Web site for prostitution Chicago Tribune February 10, 2008 Sunday*

Copyright 2008 Chicago Tribune Company
Chicago Tribune

February 10, 2008 Sunday
Chicagoland Final Edition

**SECTION:** METRO ; ZONE C; Pg. 3

**LENGTH:** 242 words

**HEADLINE:** Couple accused of using Web site for prostitution

**BYLINE:** By Monique Garcia, Tribune reporter

**BODY:**

An Aurora couple have been accused of arranging for others to pay for sexual trysts with a 17-year-old Wisconsin runaway through the popular marketplace Web site **Craigslist**.org.

Jermel D. Pope, 22, and Mary M. Jefferson, 30, both of the 2000 block of Fox Pointe Drive, were charged Saturday with pandering and may face additional charges. The runaway, Trisha L. Jobe of Bagley, Wis., has been charged as an adult with prostitution. All three are scheduled to appear in court Sunday.

Police launched an investigation Thursday after receiving an anonymous tip they said linked Pope to alleged prostitution-related activities. Undercover investigators from the Aurora Police Department's Special Operations Group contacted him and arranged a meeting for the next night that was to involve three girls at an Oswego hotel, a release stated.

When officers arrived, Pope and Jefferson provided only Jobe for the sexual acts. After money was exchanged, all three were **arrested** without incident. Police said Jefferson booked the room under the instruction of Pope, her boyfriend.

It is unclear how the couple initially made contact with the teen, but police said they allegedly drove to Wisconsin several weeks ago to help her run away. They then arranged for her and other women to act as prostitutes, police alleged.

Saturday's charges are just the latest in a series of alleged prostitution rings Chicago-area police have uncovered on **Craigslist**.

mcgarcia@tribune.com

**GRAPHIC:** Photos: Jermel D. Pope and Mary M. Jefferson are accused of using **Craigslist** to arrange sexual trysts.
Photo(s)

**LOAD-DATE:** February 10, 2008

Source: News & Business > Individual Publications > C > Chicago Tribune ⓘ
Terms: craigslist (Edit Search | Suggest Terms for My Search) (No Firm Documents Found)
Focus: craigslist & arrests or arrested (Exit FOCUS™)
View: Full
Date/Time: Monday, February 23, 2009 - 10:41 AM EST

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Out | Help

⚫ LexisNexis®   About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

FOCUS - 48 Results - craigslist

Page 1 of 1

**LexisNexis®** *Total Research System*

Switch Client | Preferences | Sign Out | ? Help

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector | Dossier | History | 🔎

FOCUS™ Terms | craigslist & arrests or arrested | Search Within Original Results (1 - 424) | Go → | Advanced...

Source: News & Business > Individual Publications > C > Chicago Tribune ⓘ
Terms: craigslist (Edit Search | Suggest Terms for My Search) (No Firm Documents Found)
Focus: craigslist & arrests or arrested (Exit FOCUS™)

✦ Select for FOCUS™ or Delivery
☐

*Web site posting leads to prostitution charges Chicago Tribune April 7, 2007 Saturday*

Copyright 2007 Chicago Tribune Company
Chicago Tribune

April 7, 2007 Saturday
West Final Edition

**SECTION:** METRO ; ZONE W; Pg. 11

**LENGTH:** 116 words

**HEADLINE:** Web site posting leads to prostitution charges

**DATELINE:** HILLSIDE

**BODY:**

The posting is to the point. The rate is $250 an hour, her name is "Amy," and her number is right there.

On Thursday, Hillside police **arrested** Kimberly Petersen, 17, who allegedly posted that ad on **craigslist**.com, and charged her with running a home for prostitution.

Police noticed the ad during a check of the site, said Hillside Police Detective Carlo Viscioni. They called her number, got directions to her home in the 5700 block of Hawthorne Avenue in Berkeley and sent an undercover cop, he said. Gregory Potapczak, 48, of Schererville, Ind., was charged with solicitation of a prostitute. Police also charged Heidi Mudge, 27, of Minneapolis with prostitution. All three were released on bail.

**NOTES:** Metro & State

**LOAD-DATE:** April 7, 2007

Source: News & Business > Individual Publications > C > Chicago Tribune ⓘ
Terms: craigslist (Edit Search | Suggest Terms for My Search) (No Firm Documents Found)
Focus: craigslist & arrests or arrested (Exit FOCUS™)
View: Full
Date/Time: Monday, February 23, 2009 - 10:47 AM EST

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Out | Help

 **LexisNexis®** About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT V

**JUVENILE DISPOSITION REPORT / COOK COUNTY SHERIFF'S POLICE DEPARTMENT**

| JUVENILE NO. | CR. NO. |
|---|---|
| | 08-164761 |

## OFFENSE DATA

| ORIGINAL OFFENSE AND CLASSIFICATION | RECLASSIFIED TO | TOWNSHIP CODE | MESSAGE NO. |
|---|---|---|---|
| Human Trafficking/Involuntary Servitude | dna | 9999 | |

| COMPLAINANT'S NAME | SEX | AGE | RACE | ADDRESS | TELEPHONE NO. |
|---|---|---|---|---|---|
| State of Illinois | | | | Springfield IL | |

| VICTIM'S NAME | SEX | AGE | RACE | ADDRESS | TELEPHONE NO. |
|---|---|---|---|---|---|
| | F | 16 | B | | |

| ADDRESS OF OFFENSE | BEAT OF OFFENSE | DATE OF OFFENSE | TIME OF OFFENSE |
|---|---|---|---|
| 17100 S. Halsted | 49 | 05 Oct 08 | 2100hrs |

| ADDRESS OF CUSTODY | DATE OF CUSTODY | TIME OF CUSTODY |
|---|---|---|
| 17100 S. Halsted | 05 Oct 08 | 2100hrs |

## JUVENILE I.D.

| NAME | SEX | RACE | D.O.B. | DRIVERS LIC. NO. |
|---|---|---|---|---|
| | F | B | 10 Jul 92 | dna |

| RESIDENCE ADDRESS | SOCIAL SECURITY NO. |
|---|---|
| | dna |

| AKA | MARKS, DEFORMITIES | HEIGHT | WEIGHT | BUILD | EYES | HAIR | COMPLEXION | GLASSES | RELIGION |
|---|---|---|---|---|---|---|---|---|---|
| | | 504 | 160 | med | brn | blk | med | no | no |

| SCHOOL/EMPLOYER | ADDRESS OF SCHOOL/EMPLOYMENT | GRADE | OCCUPATION |
|---|---|---|---|
| | | 10 | student |

| INJURIES/LOCATION | TREATED AT | DATE | TIME |
|---|---|---|---|
| none | dna | dna | dna |

| OFFENDER / VICTIM | RESISTED | SOBRIETY | NARCOTIC | ARMED | WEAPON |
|---|---|---|---|---|---|
| ☐ ☒ | ☐ YES ☒ NO | S ☒ HBD ☐ INT ☐ | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ USED ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ DISPLAYED ☐ CUTTING INSTR. ☐ OTHER |

## FIRST

| LIVING WITH (NAMES) | RELATION | ADDRESS |
|---|---|---|
| | | |

| CONTACTED | DATE | TIME | | HOME TELEPHONE NO. | WORK TELEPHONE NO. |
|---|---|---|---|---|---|
| | | | HRS | | |

| FATHER | | LIVING | DECEASED | ADDRESS | |
|---|---|---|---|---|---|
| | | ☐ | ☐ | | |

| CONTACTED | DATE | TIME | | HOME TELEPHONE NO. | WORK TELEPHONE NO. |
|---|---|---|---|---|---|
| | | | HRS | | |

| MOTHER | | LIVING | DECEASED | ADDRESS | |
|---|---|---|---|---|---|
| | | | | | |

| CONTACTED | DATE | TIME | | HOME TELEPHONE NO. | WORK TELEPHONE NO. |
|---|---|---|---|---|---|
| | | | HRS | | |

| SOCIAL AGENCIES ACTIVE WITH JUVENILE | PREVIOUS POLICE CONTACT WITH FAMILY |
|---|---|
| | DEPARTMENT |

| FORMAL CHARGE | COURT DATE | COURT DIST. NO. |
|---|---|---|
| none | none | none |

| CASE STATUS | IF CASE CLEARED HOW: | ARREST & PROSECUTION | EXCEPTIONAL EXPLAIN/see narrative |
|---|---|---|---|
| ☐ PENDING ☐ FILED | | | ☒ |

| JUVENILE DISPOSITION | REFERRED TO |
|---|---|
| ☐ YES ☐ NO ☒ HANDLED WITHIN DEPARTMENT ☐ SUMMONED, CITED AND RELEASED OR NOTIFIED | ☐ JUVENILE COURT ☒ SOCIAL (JUV) AGENCY ☐ ADULT COURT ☐ OTHER POLICE AGENCY |

| AGENCY REFERRAL PLACEMENT (NAME) | ADDRESS | TELEPHONE NO. |
|---|---|---|
| DCFS | | |

| NAME OF PERSON CONTACTED AT ABOVE AGENCY | JUVENILE RECORDS CHECKED |
|---|---|
| | ☒ CCSPD ☐ CHICAGO PD ☐ OTHER: |

| DETENTION REQUIRED | IF YES, LOCATION |
|---|---|
| ☐ YES ☒ NO | ☐ JUVENILE DETENTION CENTER ☐ OTHER: |

| OTHER SUBJECT ARRESTED TAKEN INTO CUSTODY? | NAME | D.O.B. | ABUSIV NO. |
|---|---|---|---|
| ☐ YES ☒ NO | DNA | | |
| | NAME | D.O.B. | NO. |
| | DNA | | |

## JUVENILE NARRATIVE

DO NOT DUPLICATE OR REPEAT ABOVE INFORMATION - FOR ADDITIONAL INFORMATION ONLY

This juvenile was found soliciting for prostitution on Craigslist by the CCSPD Vice Unit. Upon placing the juvenile into custody the CCSPD Vice Unit discovered that she was a minor being victimized by an adult who was involved in human trafficking through the involuntary servitude of the minor. See Vice Unit Supplemental report for a detailed account of that investigation. The Minor's guardian was contacted who upon her arrival refused to take custody of the minor. DCFS was contacted and the Minor was turned over to the below, per DCFS worker

| ARRESTING OFFICER NAME (TYPE OR PRINT) | STAR | IS FURTHER POLICE ACTION NECESSARY? IF YES EXPLAIN IN NARRATIVE ☐ YES ☒ NO |
|---|---|---|
| Forte, K. | 260 | |

| REPORTING JUVENILE OFFICER (SIGNATURE) | STAR | JUVENILE SUPERVISOR APPROVAL (SIGNATURE) | STAR |
|---|---|---|---|
| | 95-1 | | #63 |

| JUVENILE RELEASED TO (NAME) | RELATIONSHIP | ADDRESS | DATE AND TIME |
|---|---|---|---|
| | | | |

| SIGNATURE OF PERSON ACCEPTING CUSTODY OF JUVENILE NAMED ABOVE IF NO SIGNATURE, EXPLAIN | TELEPHONE NO. | DATE OF REPORT | TIME OF REPORT |
|---|---|---|---|
| | | | |

08-164761

**JUVENILE DISPOSITION REPORT** / COOK COUNTY SHERIFF'S POLICE DEPARTMENT

| JUVENILE NO. | CR. NO. |
|---|---|
| | 147178 |

**OFFENSE DATA**

ORIGINAL OFFENSE AND CLASSIFICATION: Sex Offense Prostitution    RECLASSIFIED TO: DNA    TOWNSHIP CODE: 0811S    MESSAGE NO.: M536732773

COMPLAINANT'S NAME: Inv. Daniel Schaller    SEX: M    AGE: 34    RACE: W    ADDRESS:    TELEPHONE NO.

VICTIM'S NAME: STATE OF ILLINOIS    SEX    AGE    RACE    ADDRESS    TELEPHONE NO.

ADDRESS OF OFFENSE: 441 W. Albonquin Rd. Arlington Hts, IL.    BEAT OF OFFENSE: 33    DATE OF OFFENSE: 24OCT07    TIME OF OFFENSE: 1945 hrs

ADDRESS OF CUSTODY: 441 W. Albonquin Rd Arlington Hts IL    DATE OF CUSTODY: 24OCT07    TIME OF CUSTODY: 1945 hrs

**JUVENILE I.D.**

NAME    SEX: F    RACE: W    D.O.B.: 24 DEC 91    DRIVERS LIC. NO.

RESIDENCE ADDRESS    SOCIAL SECURITY NO.

TWP    MARKS, DEFORMITIES    HEIGHT: 5'10"    WEIGHT: 140    BUILD: Slim    EYES: Blue    HAIR: Bro    COMPLEXION: Light    GLASSES: DNA    RELIGION

SCHOOL/EMPLOYER    ADDRESS OF SCHOOL/EMPLOYMENT: Iowa City, Iowa    GRADE: 10    OCCUPATION: Student

INJURIES/LOCATION: None    TREATED AT: DNA    DATE: DNA    TIME: DNA

OFFENDER / VICTIM: ☑    RESISTED: ☐ YES ☒ NO    SOBRIETY: ☒ SOBER ☐ HBD ☐ INT ☐    NARCOTIC: ☐ YES ☒ NO    ARMED: ☐ YES ☒ NO    WEAPON: ☐ USED ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ DISPLAYED ☐ CUTTING INSTR. ☐ OTHER: DNA

**FAMILY BACKGROUND**

LIVING WITH (NAME)    RELATION    ADDRESS

CONTACTED    DATE    TIME    HRS    HOME TELEPHONE NO.    WORK TELEPHONE NO.

FATHER    LIVING ☐    DECEASED    ADDRESS

CONTACTED: ☐ YES ☐ NO    DATE    TIME    HRS    HOME TELEPHONE NO.    WORK TELEPHONE NO.

MOTHER    LIVING    DECEASED    ADDRESS

CONTACTED    DATE    TIME    HRS    HOME TELEPHONE NO.    WORK TELEPHONE NO.

SOCIAL AGENCIES ACTIVE WITH JUVENILE    PREVIOUS POLICE CONTACT WITH FAMILY    DEPARTMENT

FORMAL CHARGE    COURT DATE    COURT DIST. NO.

**POLICE PERSONNEL**

CASE STATUS: ☐ PENDING ☐ FILED    IF CASE CLEARED HOW: ☐ ARREST & PROSECUTION    ☐ EXCEPTIONAL EXPLAIN: See narrative

JUVENILE DISPOSITION: ☒ YES ☐ NO ☒ HANDLED WITHIN DEPARTMENT ☐ SUMMONED, CITED AND RELEASED OR NOTIFIED    REFERRED TO: ☐ JUVENILE COURT ☐ SOCIAL (JUV) AGENCY ☐ ADULT COURT ☐ OTHER POLICE AGENCY DNA

AGENCY REFERRAL PLACEMENT (NAME): DNA    ADDRESS: DNA    TELEPHONE NO.: DNA

NAME OF PERSON CONTACTED AT ABOVE AGENCY: DNA    JUVENILE RECORDS CHECKED: ☒ CCSPD ☐ CHICAGO PD ☒ OTHER:

DETENTION REQUIRED: ☐ YES ☒ NO    IF YES, LOCATION ☐ JUVENILE DETENTION CENTER ☐ OTHER: DNA

OTHER SUBJECT ARRESTED TAKEN INTO CUSTODY?: ☐ YES ☐ NO    NAME    D.O.B.    AR/JUV NO.    AB/JUV NO.

**NARRATIVE**

DO NOT DUPLICATE OR REPEAT ABOVE INFORMATION - FOR ADDITIONAL INFORMATION ONLY

IN SUMMARY THE ABOVE SUBJECT WAS ARRESTED FOR PROSTITUTION. IT WAS LEARNED DURING THE INVESTIGATION THAT THE SUBJECT WAS A MISSING PERSON OUT OF IOWA CITY, IA. R/I MADE CONTACT WITH IOWA CITY TO CONFIRM THE MISSING JUVENILE AND TO REMOVE HER FROM THE LEADS NETWORK. R/I CONTACTED SUBJECTS SISTER AND TURNED THE SUBJECT OVER TO HER AT 0648 HOURS ON 25OCT07 IN DIXON, IL. NOTHING FURTHER.

ARRESTING OFFICER NAME (TYPE OR PRINT): Inv. SCHALLER    STAR: 432    IS FURTHER POLICE ACTION NECESSARY? IF YES EXPLAIN IN NARRATIVE: ☐ YES ☒ NO

REPORTING JUVENILE OFFICER (SIGNATURE)    STAR: U56    JUVENILE SUPERVISOR APPROVING (SIGNATURE)    STAR

JUVENILE RELEASED TO: NAME    RELATIONSHIP    ADDRESS    DATE AND TIME

**JUVENILE DISPOSITION REPORT** / COOK COUNTY SHERIFF'S POLICE DEPARTMENT

| JUVENILE NO. | CR. NO. 07-131150 |
|---|---|

## OFFENSE DATA

| ORIGINAL OFFENSE AND CLASSIFICATION | RECLASSIFIED TO | TOWNSHIP CODE | MESSAGE NO. |
|---|---|---|---|
| SEX OFFENSE/PROSTITUTION | | | |

| COMPLAINANT'S NAME | SEX | AGE | RACE | ADDRESS | TELEPHONE NO. |
|---|---|---|---|---|---|
| INV. R.HAUSHERR #196 | | | | | |

| VICTIM'S NAME | SEX | AGE | RACE | ADDRESS | TELEPHONE NO. |
|---|---|---|---|---|---|

| ADDRESS OF OFFENSE | BEAT OF OFFENSE | DATE OF OFFENSE | TIME OF OFFENSE |
|---|---|---|---|
| 4657 WEST 95TH STREET, OAK LAWN, ILLINOIS | 45 | 22SEP07 | 2200 |

| ADDRESS OF CUSTODY | DATE OF CUSTODY | TIME OF CUSTODY |
|---|---|---|
| 4657 WEST 95TH STREET, OAK LAWN, ILLINOIS | 22SEP07 | 2200 |

## JUVENILE I.D.

| NAME | SEX F | RACE W | D.O.B. 23DEC91 | DRIVERS LIC. NO. |
|---|---|---|---|---|

| RESIDENCE ADDRESS | SOCIAL SECURITY NO. UNKNOWN |
|---|---|

| AKA | MARKS, DEFORMITIES | HEIGHT 500 | WEIGHT 110 | BUILD Sml | EYES BRO | HAIR BR | COMPLEXION Fai | GLASSES No | RELIGION Catholic |
|---|---|---|---|---|---|---|---|---|---|

| SCHOOL/EMPLOYER | ADDRESS OF SCHOOL/EMPLOYMENT | GRADE 09 | OCCUPATION DNA |
|---|---|---|---|

| INJURIES/LOCATION DNA | TREATED AT DNA | DATE | TIME |
|---|---|---|---|

| OFFENDER / VICTIM ☒ ☐ | RESISTED ☐ YES ☒ NO | SOBRIETY S ☒ HBD ☐ INT ☐ | NARCOTIC ☐ YES ☒ NO | ARMED ☐ YES ☒ NO | WEAPON ☐ USED ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ DISPLAYED ☐ CUTTING INSTR. ☐ OTHER |
|---|---|---|---|---|---|

## FAMILY BACKGROUND

| LIVING WITH (NAME) | RELATION | ADDRESS | NAME LAST |
|---|---|---|---|

| CONTACTED YES NO | DATE | TIME | HRS | HOME TELEPHONE NO. | WORK TELEPHONE NO. |
|---|---|---|---|---|---|

| FATHER | LIVING | DECEASED ☐ | ADDRESS |
|---|---|---|---|

| CONTACTED YES NO | DATE | TIME | HRS | HOME TELEPHONE NO. | WORK TELEPHONE NO. |
|---|---|---|---|---|---|

| MOTHER | LIVING | DECEASED | ADDRESS |
|---|---|---|---|

| CONTACTED YES NO | DATE | TIME | HRS | HOME TELEPHONE NO. | WORK TELEPHONE NO. | FIRST |
|---|---|---|---|---|---|---|

## POLICE PERSONNEL

| SOCIAL AGENCIES ACTIVE WITH JUVENILE | PREVIOUS POLICE CONTACT WITH FAMILY ☒ YES ☐ NO | DEPARTMENT CCSPD |
|---|---|---|

| FORMAL CHARGE PROSTITUTION | COURT DATE To be set | COURT DIST. NO. 5TH District |
|---|---|---|

| CASE STATUS ☐ PENDING ☒ FILED | IF CASE CLEARED HOW: | ARREST ☒ | EXCEPTIONAL EXPLAIN: |
|---|---|---|---|

| JUVENILE DISPOSITION ☒ YES ☐ NO ☐ HANDLED WITHIN DEPARTMENT AND RELEASED ☐ SUMMONED, CITED OR NOTIFIED | REFERED TO ☒ JUVENILE COURT ☐ ADULT COURT | ☒ SOCIAL (JUV) AGENCY ☐ OTHER POLICE AGENCY |
|---|---|---|

| AGENCY REFERAL PLACEMENT (NAME) | ADDRESS | TELEPHONE NO. | MIDDLE |
|---|---|---|---|

| NAME OF PERSON CONTACTED AT ABOVE AGENCY | JUVENILE RECORDS CHECKED ☒ CCSPD ☒ CHICAGO PD ☐ OTHER: |
|---|---|

| DETENTION REQUIRED? ☐ YES ☒ NO | IF YES, LOCATION ☐ JUVENILE DETENTION CENTER ☐ OTHER: |
|---|---|

| OTHER SUBJECT ARRESTED TAKEN INTO CUSTODY? ☒ YES ☐ NO | NAME | D.O.B. | AB/JUV NO. |
|---|---|---|---|
| | NAME | D.O.B. | AB/JUV NO. |

## NARRATIVE

DO NOT DUPLICATE OR REPEAT ABOVE INFORMATION – FOR ADDITIONAL INFORMATION ONLY

IN SUMMARY, OFFENDER WAS ARRESTED FOR PROSTITUTION AND TRANSPORTED TO THE MARKHAM COURTHOUSE OFFICE PENDING FURTHER INVESTIGATION. ALL INFORMATION REGARDING THE INVESTIGATION OF THIS INCIDENT WAS DOCUMENTED ON A SUPPLEMENTAL COMPLETED UNDER THIS CASE REPORT NUMBER. CUSTODY OF THE OFFENDER WAS TURNED OVER TO THE BIOLOGICAL FATHER AT THE MARKHAM COURTHOUSE OFFICE.

| ARRESTING OFFICER, NAME (TYPE OR PRINT) R.HAUSHERR | STAR 196 | IS FURTHER POLICE ACTION NECESSARY? IF YES EXPLAIN IN NARRATIVE ☐ YES ☒ NO | CR. NO. 07-131150 |
|---|---|---|---|
| REPORTING JUVENILE OFFICER (SIGNATURE) | STAR 196 | JUVENILE SUPERVISOR APPROVING (SIGNATURE) | STAR 195 |
| JUVENILE RELEASED TO: NAME | RELATIONSHIP | ADDRESS | DATE TIME |
| SIGNATURE OF PERSON ACCEPTING CUSTODY OF JUVENILE NAMED ABOVE | TELEPHONE NO. | DATE OF REPORT | TIME OF REPORT |

01/02/2008   20:24   17088656155        COOKCOUNTYSHERIFFS              PAGE  01

## JUVENILE DISPOSITION REPORT/ COOK COUNTY SHERIFF'S POLICE DEPARTMENT

JUVENILE NO.   CR NO. 07-731328

**COPY**

| ORIGINAL OFFENSE AND CLASSIFICATION | YEAR CLASSIFIED | TOWNSHIP EDGE | MESSAGE NO. |
|---|---|---|---|
| FOUND MISSING | | 28/20 | |

COMPLAINANT'S NAME                    SEX  AGE  RACE    ADDRESS                        TELEPHONE NUMBER

VICTIM'S NAME    SEX AGE RACE   ADDRESS                                              TELEPHONE NUMBER
                 F   16  BLK

| ADDRESS OF OFFENSE | | BEAT OF OFFENSE | DATE OF OFFENSE | | | TIME OF OFFENSE |
|---|---|---|---|---|---|---|
| 4657 W 95th St   OAKLAWN IL | | 48 | DAY 23 | MONTH SEPT | YEAR 07 | 0700 (HRS) |

ADDRESS OF CUSTODY                                          DATE OF CUSTODY  DAY 23  MONTH SEPT  YEAR 07    TIME OF CUSTODY  0700 (HRS)

### IDENTIFICATION

| NAME  LAST | FIRST | MIDDLE | SEX | RACE | D.O.B. DAY MONTH YEAR | DRIVERS LIC NO. |
|---|---|---|---|---|---|---|
| | | | F | B | 24 DEC 90 | DNA |

RESIDENCE ADDRESS                                                           SOCIAL SECURITY NO.  Unk

| A.K.A. | MARKS, DEFORMITIES | HEIGHT | WEIGHT | BUILD | COLOR EYES/HAIR | COMPLEXION | GLASSES YES/NO | RELIGION |
|---|---|---|---|---|---|---|---|---|
| DNA | DNA | 410 | 100 | MED | BRO/BRO | MED | X | Unk |

SCHOOL/EMPLOYER  DNA          ADDRESS OF SCHOOL/EMPLOYMENT  DNA          GRADE  OCCUPATION  DNA

INJURIES/LOCATION                     TREATED AT  INGALLS HOSPITAL      DATE  DAY 23  MONTH SEPT  YEAR 07   TIME (HRS)

| IF RUNAWAY IS OFFENDER | REGISTERED YES NO | SOBRIETY S HBD INT | NARCOTIC YES NO | ARMED YES NO | WEAPON |
|---|---|---|---|---|---|
| | X  X | | X | X | ☐ UNK  ☐ HANDGUN  ☐ RIFLE  ☐ SHOTGUN  ☐ DISPLAYED  ☐ CUTTING INSTRUMENT  ☐ OTHER |

### BACKGROUND

LIVING WITH ? RELATIVE          RELATION                ADDRESS

| CONTACTED YES NO | DATE DAY MONTH YEAR | TIME (HRS) | HOME TELEPHONE NO. | WORK TELEPHONE NO. |
|---|---|---|---|---|
| FATHER  Unk | | LIVING  DECEASED | ADDRESS  Unk | |

| CONTACTED YES NO | DATE DAY MONTH YEAR | TIME (HRS) | HOME TELEPHONE NO. | WORK TELEPHONE NO. |
|---|---|---|---|---|
| MOTHER  Unk | | LIVING  DECEASED | ADDRESS  Unk | |

| CONTACTED YES NO | DATE DAY MONTH YEAR | TIME (HRS) | HOME TELEPHONE NO. | WORK TELEPHONE NO. |
|---|---|---|---|---|

SOCIAL AGENCIES ACTIVE WITH JUVENILE  DCFS          PREVIOUS POLICE CONTACT WITH FAMILY  YES  NO  DEPARTMENT

| FORMAL CHARGE | | COURT DATE | COURT DIST. NO. |
|---|---|---|---|
| PROSTITUTION  720 ILCS 5.0/11-14-A | | NA | NA |

CASE STATUS  ☐ PENDING  ☐ FILED    IF CASE CLEARED, HOW CASE CLEARED?  ☐ ARREST & PROSECUTION  ☒ EXCEPTIONAL EXPLAIN

| JUVENILE DISPOSITION | REFERRED TO | |
|---|---|---|
| ☒ YES  ☐ NO  ☒ HANDLED WITHIN DEPARTMENT AND RELEASED  ☐ SUMMONED, CITED  ☐ CHI NOTIFIED | ☐ JUVENILE COURT  ☐ ADULT COURT | ☐ SOCIAL JUV AGENCY  ☐ OTHER POLICE AGENCY |

| AGENCY REFERRAL PLACEMENT (NAME)  KALEIDESCOPE | ADDRESS  12940 S WESTERN  BLUE ISLAND | TELEPHONE NUMBER  773 278 2708 |
|---|---|---|

| NAME OF PERSON CONTACTED AT ABOVE AGENCY  McMILLAN  FLOYD | JUVENILE RECORDS CHECKED  ☐ CCDPD  ☐ CHICAGO P.D.  ☐ OTHER (SPECIFY)  RIVERS EDGE |
|---|---|

| DETENTION REQUIRED  ☐ YES  ☒ NO | IF YES, LOCATION:  ☐ JUVENILE DETENTION CENTER    OTHER, IDENTIFY  RIVERS EDGE |
|---|---|

| OTHER SUBJECT ARRESTED OR TAKEN INTO CUSTODY? | NAME | D.O.B. DAY MONTH YEAR | AR/JUV. NO. |
|---|---|---|---|
| ☐ YES  ☒ NO | NAME | D.O.B. DAY MONTH YEAR | AR/JUV. NO. |

DO NOT DUPLICATE OR REPEAT ABOVE INFORMATION -- FOR EXPLANATION OR ADDITIONAL INFORMATION ONLY

ABOVE SUBJECT WAS TAKEN INTO CUSTODY AFTER IT
WAS REVEALED ABOVE SUBJECT to be A RUNAWAY (over)

| ARRESTING OFFICER'S NAME (TYPE OR PRINT)  DET. K AMEGASHER | STAR NO.  933 | IS FURTHER POLICE ACTION NECESSARY?  ☐ YES  ☐ NO  IF YES, EXPLAIN IN NARRATIVE |
|---|---|---|
| REPORTING JUVENILE OFFICER (SIGNATURE)  Det K amegasher | STAR NO.  933 | JUVENILE SUPERVISOR - APPROVING (SIGNATURE)    STAR NO. |

RELATIONSHIP                                      DATE & TIME

| SIGNATURE OF PERSON ACCEPTING CUSTODY OF JUVENILE  (IF NO SIGNATURE IN NARRATIVE) | (NO ABOVE) | (TELEPHONE NUMBER) | DATE/TIME OF REPORT  DAY MONTH YEAR | TIME (HRS) |
|---|---|---|---|---|

(REV. 1/03)

# JUVENILE DISPOSITION REPORT / COOK COUNTY SHERIFF'S POLICE DEPARTMENT

| JUVENILE NO. | CR NO. |
|---|---|
| | 08-164761 |

## OFFENSE DATA

| ORIGINAL OFFENSE AND CLASSIFICATION | RECLASSIFIED TO | | | TOWNSHIP CODE | MESSAGE NO. |
|---|---|---|---|---|---|
| Human Trafficking/Involuntary Servitude | dna | | | 9999 | |

| COMPLAINANT'S NAME | SEX | AGE | RACE | ADDRESS | TELEPHONE NO. |
|---|---|---|---|---|---|
| State of Illinois | | | | Springfield IL | |

| VICTIM'S NAME | SEX | AGE | RACE | ADDRESS | |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS OF OFFENSE | | BEAT OF OFFENSE | DATE OF OFFENSE | TIME OF OFFENSE |
|---|---|---|---|---|
| | | 49 | 05 Oct 08 | 2100hrs |

| ADDRESS OF CUSTODY | DATE OF CUSTODY | TIME OF CUSTODY |
|---|---|---|
| | 05 Oct 08 | 2100hrs |

## JUVENILE I.D.

| NAME | SEX | RACE | D.O.B. | DRIVERS LIC. NO. |
|---|---|---|---|---|
| | | | | dna |

| RESIDENCE ADDRESS | SOCIAL SECURITY NO. |
|---|---|
| | dna |

| AKA | MARKS, DEFORMITIES | HEIGHT | WEIGHT | BUILD | EYES | HAIR | COMPLEXION | GLASSES | RELIGION |
|---|---|---|---|---|---|---|---|---|---|
| | | 504 | 160 | med | brn | blk | med | no | no |

| SCHOOL/EMPLOYER | ADDRESS OF SCHOOL/EMPLOYMENT | GRADE | OCCUPATION |
|---|---|---|---|
| | | | student |

| INJURIES/LOCATION | TREATED AT | DATE | TIME |
|---|---|---|---|
| none | dna | dna | dna |

| OFFENDER / VICTIM | RESISTED | SOBRIETY | NARCOTIC | ARMED | WEAPON |
|---|---|---|---|---|---|
| | ☐ YES ☐ NO | S HBD INT | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ USED ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ DISPLAYED ☐ CUTTING INSTR. ☐ OTHER |

## FAMILY BACKGROUND

| LIVING WITH (NAME) | | RELATION | ADDRESS | |
|---|---|---|---|---|
| | | | | |

| CONTACTED | DATE | TIME | | HOME TELEPHONE NO. | WORK TELEPHONE NO. |
|---|---|---|---|---|---|
| ☐ YES ☐ NO | | | HRS | | DNA |

| FATHER | | | LIVING | DECEASED | ADDRESS |
|---|---|---|---|---|---|
| | | | | | Unk |

| CONTACTED | DATE | TIME | | HOME TELEPHONE NO. | WORK TELEPHONE NO. |
|---|---|---|---|---|---|
| ☐ YES ☐ NO | dna | dna | HRS | dna | dna |

| MOTHER | | | LIVING | DECEASED | ADDRESS |
|---|---|---|---|---|---|
| | | | | | |

| CONTACTED | DATE | TIME | | HOME TELEPHONE NO. | WORK TELEPHONE NO. |
|---|---|---|---|---|---|
| ☐ YES ☐ NO | | | HRS | | |

| SOCIAL AGENCIES ACTIVE WITH JUVENILE | PREVIOUS POLICE CONTACT WITH FAMILY | DEPARTMENT | Robbins P.D. |
|---|---|---|---|
| | ☐ YES ☐ NO | | |

| FORMAL CHARGE | COURT DATE | COURT DIST. NO. |
|---|---|---|
| none | none | none |

## POLICE PERSONNEL

| CASE STATUS | IF CASE CLEARED | ARREST & | EXCEPTIONAL |
|---|---|---|---|
| ☐ PENDING ☐ FILED | HOW: | ☐ PROSECUTION ☒ EXPLAIN see narrative | |

| JUVENILE DISPOSITION | REFERRED TO |
|---|---|
| ☐ YES ☐ NO  ☒ HANDLED WITHIN DEPARTMENT ☐ SUMMONED, CITED AND RELEASED OR NOTIFIED | ☐ JUVENILE COURT ☒ SOCIAL (JUV) AGENCY ☐ ADULT COURT ☐ OTHER POLICE AGENCY |

| AGENCY REFERRAL PLACEMENT (NAME) | ADDRESS | TELEPHONE NO. |
|---|---|---|
| DCFS | | |

| NAME OF PERSON CONTACTED AT ABOVE AGENCY | JUVENILE RECORDS CHECKED |
|---|---|
| | ☒ CCSPD ☐ CHICAGO PD ☐ OTHER: |

| DETENTION REQUIRED | IF YES, LOCATION |
|---|---|
| ☐ YES ☒ NO | ☐ JUVENILE DETENTION CENTER ☐ OTHER: |

| OTHER SUBJECT ARRESTED TAKEN INTO CUSTODY? | NAME | D.O.B. | ADJUV NO. |
|---|---|---|---|
| ☐ YES ☒ NO | DNA | | |
| | NAME | D.O.B. | NO. |
| | DNA | | |

CRMS

## NARRATIVE

DO NOT DUPLICATE OR REPEAT ABOVE INFORMATION - FOR ADDITIONAL INFORMATION ONLY

This juvenile was found soliciting for prostitution on Craigslist by the CCSPD Vice Unit. Upon placing the juvenile into custody the CCSPD Vice Unit discovered that she was a minor being victimized by an adult who was involved in human trafficking through the involuntary servitude of the minor. See Vice Unit Supplemental report for a detailed account of that investigation. The Minor's guardian was contacted who upon her arrival refused to take custody of the minor. DCFS was contacted and the Minor was turned over to the below, per DCFS worker

| ARRESTING OFFICER NAME (TYPE OR PRINT) | STAR | IS FURTHER POLICE ACTION NECESSARY? | | STAR |
|---|---|---|---|---|
| Forte, K | 260 | IF YES EXPLAIN IN NARRATIVE  ☐ YES ☒ NO | | |

| REPORTING JUVENILE OFFICER (SIGNATURE) | STAR | JUVENILE SUPERVISOR APPROVING (SIGNATURE) | | STAR |
|---|---|---|---|---|
| PS-1 | | | #63 | |

| JUVENILE RELEASED TO (NAME) | | | ADDRESS | DATE AND TIME |
|---|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING CUSTODY | TELEPHONE NO. | DATE OF REPORT | TIME OF REPORT |
|---|---|---|---|

CR NO. 08-164761

| COOK COUNTY SHERIFF'S POLICE DEPARTMENT **SUPPLEMENTARY REPORT** | 1. AREA / BEAT South / 49 | 2. SUBURBAN COMPLAINT # DNA | 3. CASE REPORT # **08-164761** |
|---|---|---|---|
| 4. ORIGINAL OFFENSE AND CLASSIFICATION Human Trafficking / Involuntary Servitude | 5. RECLASSIFIED TO DNA | | 6. IS FURTHER POLICE ACTION NECESSARY ☐ YES ☒ NO |
| 7. VICTIM OR FIRM NAME State of Illinois | 8. ADDRESS | | 9. TELEPHONE NUMBER |
| 10. LOCATION OF INCIDENT 17100 S. Halsted Harvey, IL | 11. DATE AND TIME OF ORIGINAL INCIDENT 05 Oct 08 / 2100 | 12. DATE AND TIME INCIDENT REPORTED 05 Oct 08 / 2100 | 13. STATUS ☒ CLEARED ☐ PENDING ☐ UNFOUNDED ☐ FILED |

| 14. IF CASE CLEARED, HOW CLEARED ☒ ARREST & PROSECUTION ☐ EX CEPTIONAL, EXPLAIN | | 14a. Man Hours 7 |
|---|---|---|

### THIS IS A ADDITIONAL INFORMATION REPORT

On 05 Oct 08 at 2300 Hrs R/D assisted the Cook County Sheriff's Police Vice Unit with the placement of Juvenile that was taken into protective custody during the course of their investigation. R/D took custody of the juvenile and placed her with her guardian. Refer to reports completed by the Vice Unit under this case report number for details of this investigation.

**JUVENILE**

**CLEARED CLOSED ARREST**

**CRMS**

X SUBURBAN COMPLAINT # DNA

21 CASE REPORT # 08-164761

| 16. REPORTING OFFICER TYPE OR PRINT Detective Stephen Moody | STAR# 951 | | STAR# | 17. DATE AND TIME OF REPORT 16 Nov 08 / 1900 |
|---|---|---|---|---|
| 18. REPORTING OFFICER SIGNATURE | STAR# 951 | | | 19. SUPERVISOR APPROVING SIGNATURE |

CCSPD Form 05-063 (Detective Section) 07-25-07

# OFFENSE/INCIDENT REPORT
## COOK COUNTY SHERIFF'S POLICE DEPARTMENT

| 1. Case Report Number |
|---|
| 08-164761 |

| 2. Offense/Incident | 3. Classification | 4. UCR Code | 5. Location Code | 6. Beat of Occurrence |
|---|---|---|---|---|
| SEX OFFENSE | PROSTITUTION | 1505 | 29/29 | 47 |

| 7. Address/Location of Occurrence | (Township) | 8. Type of Place of Occurrence | 9. Date of Occurrence | 10. Time of Occurrence | 11. Unit Assigned |
|---|---|---|---|---|---|
| 17220 S. Halsted Avenue East Hazel Crest, IL | Bremen | Hotel | 05 Nov 2008 | 1930 | 180 |

| 12. Victim Name (Last, First, Middle) (Firm or Business Name) | 13. Sex | 14. Race | 15. Date of Birth | 16. Home Phone | 17. Business Phone | 18. Pager or Cell Phone |
|---|---|---|---|---|---|---|
| State of Illinois | DNA | DNA | DNA | DNA | DNA | DNA |

| 19. Victim Address | 20. Address of Employment | 21. Sobriety of Victim |
|---|---|---|
| DNA | DNA | HBO ☐Yes ☐No |

| 22. Victim Injured ☐Yes ☒No | 23. Treated At: DNA | 24. Treated By: DNA | ☐Released | 25. Medical Examiner Notified ☒DNA | Time Notified | 26. ☐UNFOUNDED |
|---|---|---|---|---|---|---|

| 27. Person(s) Involved | V - Victim | W - Witness | G - Guardian | MP - Missing Person | C - Complainant | PN - Person Notified |
|---|---|---|---|---|---|---|
| Identifier Codes: | S - Suspect | J - Juvenile | SP - Spouse | MJ - Missing Juvenile | P - Parent | O - Other (Specify) |

| Code | Name (Last/First/M.I.) | Sex | Race | Date of Birth | Address | Phone Numbers (Include A/C) |
|---|---|---|---|---|---|---|
| JV |  | F | B | 07/10/92 |  | Home: DNA / Business or Other: DNA |
| O | Thurman, Rashawn E | M | B | 11/01/82 | 7 E. 156th Street Harvey, IL | Home: / Business or Other: |
| O | Harvey, Javonte A | M | B | 05/14/85 | 4549 Church hill Dr. Richton Park, IL | Home: / Business or Other: |

| 28. Suspect or Missing Person Description | | Hair | | Complexion | Nicknames or Alias/Clothing/Distinguishing Marks, Tattoos, Piercing/Place Employed/Other Phone Number/Associates/Places Known to Frequent or Other Pertinent Information |
|---|---|---|---|---|---|
| Code | Age | Wt | Ht | Build | Color | Style | Eyes | |
| DNA | | | | | | | | |

| 29. Vehicle Information | | | | | | | | Massage Number | ☐ISPERN ☐Type 3 |
|---|---|---|---|---|---|---|---|---|---|

| Code | Color | Year | Make | Model | Body Style | License No. | State | Year | Vehicle Identification Number (V.I.N.) | Towed | Held |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O | Maroon | 02 | Dodge | Ram | Carryall | | IL | 08 | 3D7HA18N92G133401 | ☒Yes ☐No | ☒Yes ☐No |
| | | | | | | | | | | ☐Yes ☐No | ☐Yes ☐No |

| Code | Distinguishing Damage/Characteristics | Insured By: | Code | Distinguishing Damage/Characteristics | Insured By: |
|---|---|---|---|---|---|
| DNA | DNA | DNA | | DNA | DNA |

| 30. Weapon(s) ☐Used ☐Displayed ☐Club or Bludgeon Instrument ☐Handgun ☐Rifle ☐Shotgun ☐Knife/Other Cutting Instrument | 31. Other Means of Attack (or Possible Tool) DNA |
|---|---|

| 32. Property Taken by Offender ☐Yes ☐No (Describe in Narrative) | 33. Property Recovered ☐Yes ☐No Inventory Number(s) | (Describe in Narrative) | 34. Evidence Taken By R/O ☐Yes ☐No | Inventory Number(s) | Hold For Seizure Action |
|---|---|---|---|---|---|

| 35. Arrestee(s) | Name | Sex | Race | DOB | Charges (Section) (Description) | AB Number |
|---|---|---|---|---|---|---|
| | Thurman, Rashawn E | M | B | 11/01/82 | Pandering, Keeping a House Of Prostitution, Involuntary Servitude of a Minor | 17410433 |
| | Harvey, Javonte A | M | B | 05/14/85 | Pandering, Involuntary Servitude of a Minor | 17410486 |

**36. Narrative:**
This is a Special Operation/ Vice Unit arrest. See subsequent supplementary reports for further details.

Case Report Number 08-164761

☐Continued on Reverse

| 37. Name/Star No. of Detective Notified | Time Notified | 38. Name/Star No. of Detective on Scene | Time Arrived | 39. Name/Star No of Supervisor on Scene | Time Arrived |
|---|---|---|---|---|---|
| DNA | Hrs. | DNA | Hrs. | ☒DNA | Hrs. |

| 40. Reporting Officer Name/Star No. (Print) | 41. Assigned By: | 42. Date and Time Assigned | 43. Date and Time Report Approved |
|---|---|---|---|
| Inv. Fourte #260 | ☐CC ☐Supv. ☒On View ☐Citizen | 05 Nov 2008 1800 Hrs. | 07 NOV 08 2000 Hrs. |

| 44. Reporting Officer's Signature | 45. Date and Time Arrived | 46. Date and Time Report Completed | 47. Supervisor Approving (Signature/Star No.) |
|---|---|---|---|
| A260 | 05 Nov 2008 1800 Hrs. | 07 Nov 2008 1935 Hrs. | Set W. Lee #57 |

| COOK COUNTY SHERIFF'S POLICE DEPARTMENT **SUPPLEMENTARY REPORT** | ¹ AREA/BEAT 47 | ² SUBURBAN COMPLAINT # DNA | ³ CASE REPORT # 08-164761 |
|---|---|---|---|

| ⁴ ORIGINAL OFFENSE AND CLASSIFICATION Prostitution | ⁵ RECLASSIFIED TO DNA | | ⁶ IS FURTHER POLICE ACTION NECESSARY YES ☐ NO ☒ |
|---|---|---|---|

| ⁷ VICTIM OR FIRM NAME State of Illinois | ⁸ ADDRESS DNA | DNA |
|---|---|---|

| ¹⁰ LOCATION OF INCIDENT 17220 S. Halsted Avenue East Hazel IL | ¹¹ DAYS AND TIME OF ORIGINAL OCCURRENCE 05 NOV 08 1930 | ¹² DAYS AND TIME INCIDENT REPORTED 05 NOV 08 1930 | ¹³ STATUS CLEARED ☒ PENDING ☐ UNFOUNDED ☐ FILED ☐ |
|---|---|---|---|

| ¹⁴ IF CASE CLEARED, HOW CLEARED ☒ ARREST & PROSECUTION ☐ EXCEPTIONAL EXPLAIN: |
|---|

¹⁵

**THIS IS A CLEARED AND CLOSED BY ARREST REPORT:**

Victim:                                State of Illinois

In Custody:                        THURMAN, Rashawn E.  M/B, DOB: 11/01/82
                                        7 E. 156th Street  Harvey, IL
                                        CB#17410433, FBI# 135266DC8, SID# IL52894040

                                        HARVEY, Javonte A.  M/B, D.O.B. 05/14/85
                                        4549 ChurchHill  Richton Park, IL
                                        CB# 17410486, FBI# 468483ZB3, SID# IL50501270

Date/Time/Location of Arrest:   05 November 2008/ 1930 hours /17220 S. Halsted Avenue
                                        East Hazel Crest, IL (Super 8 Hotel, rooms 209 & 214)

Charges:                            THURMAN- Involuntary Servitude Of A Minor, 720ILCS
                                                5/10-10 (5)(B)
                                                -Pandering, 720 ILCS 5/11-16 (1)(2)
                                                - Keeping A House Of Prostitution 720 ILCS
                                                5/11-17(A)(1).

                                        HARVEY - Involuntary Servitude Of A Minor, 720ILCS
                                                5/10-10 (5)(B)
                                                -Pandering, 720 ILCS 5/11-16 (1)(2)

Arrested By:                        Investigators Kevin Fourte #260,  Robert Hausherr#196,
                                        Daniel Schaller #432

Manner/Motive:                    Manner: Internet prostitution
                                        Motive: Financial gain

Investigation:
    In summary, this is part of an ongoing investigation into internet prostitution on the website
www.craigslist.com.  On 05 November 2008 at 1800 hours R/I observed an erotic ad on the craigslist
website with the heading " YOUNG AND READY $$$75 $$$ SPECIAL ALL DAY- w4m-18 (l294 HALSTED
(HOME WOOD) INCALL ONLY)"  The ad included a provocative photo of a female black with a name
Keshia along with the telephone              . At 1830 hrs while working in an undercover capacity R/I
called the number and spoke with a female who answered to the name Keshia. R/I asked her if she was
available for a date and she replied "yes." R/I made arrangements with Keshia to meet her at her motel
room which was located at 172nd and Halsted Avenue. Keshia instructed R/I to call her back when he
reached the area. At approximately 1850 hours, R/I called back the number and spoke with the same

| ¹⁶ REPORTING OFFICER (S) TYPE OR PRINT Inv. Kevin Fourte | STAR # 260 | | STAR # | ¹⁷ DATE AND TIME OF REPORT 07 NOV 08 1935 |
|---|---|---|---|---|

| ¹⁸ REPORTING OFFICER (S) SIGNATURE | STAR # 260 | | ¹⁹ SUPERVISOR APPROVING SIGNATURE |
|---|---|---|---|

²⁰ SUBURBAN COMPLAINT # DNA

²¹ CASE REPORT # 08-164761

**COOK COUNTY SHERIFF'S POLICE DEPARTMENT**
**CONTINUATION SHEET**

| 1. CASE REPORT NUMBER |
|---|
| 08-164761 |

| 2. PAGE NUMBER | 3. OFFENSE | 4. CLASSIFICATION | 5. SUBURBAN COMPLAINT NO. |
|---|---|---|---|
| 2 OF 4 | SEX OFFENSE | PROSTITUTION | DNA |

person to let her know that he was in the area, she told R/I that she was at the Super 8 Hotel but was "getting ready" and to call her back in ten minutes. At 1905 hours R/I called back and the female instructed him to come to room 209.

At 1910 R/I knocked on the room 209 door and it was answered by a female black who invited R/I to come in. Once inside the room R/I had a brief conversation with the female, now known Angelica          ; during the conversation        agreed to have sixty (60) minutes of full service sex with R/I in exchange for $125.00 USC. Which, R/I knows from his training and experience to mean oral sex and vaginal intercourse. R/I agreed to pay         the money and at that time R/I signaled the arrest team who entered the room and assisted R/I in placing Davis in custody. R/I read          her Miranda rights from a pre printed card. At the time of         arrest she related to investigators that she was working for a guy across the hall in room 214 and that he rented the room and the money she previously made from dates was with him. After further conversation,        admitted her real name and that she was 16 years old.

At approximately 1920 hours R/I and Investigator Hausherr knocked on door of room 214 and our knocks were unanswered. R/I went down to the clerk's desk to ascertain the person's name who rented the rooms. While R/I was talking with the clerk two male blacks exited the room 214 and were met by Investigator Hausherr. R/I returned to the room and assisted Hausherr in interviewing the two subjects.

Subject Thurman, Rashawn M/B 11-01-82 (26 Y.O.A.) admitted he rented both rooms. Subject Harvey, Javonte M/B 05/14/85 (23 Y.O.A.) stated that he was there visiting Thurman. Both offenders were taken into custody and read their Miranda rights from a pre printed card. . R/Is searched both rooms for money, computers and the cell phone used to set up the date. Investigator Hausherr searched the outside ground beneath room 214 windows and located a Motorola Nextel cell phone which       identified as the one that was given to her to use by THURMAN. R/Is towed offender THURMAN's vehicle from the hotel parking lot. R/I obtained a copy of the rooms receipts from the hotel clerk.

All three offenders were transported separately to the Sheriff's Police station in Markham.

R/Is contacted Cook County Felony Review and spoke with Attorney Jerardo Tristan and Cook County Sheriff's Police Juvenile Officer Steve Moody.

At 2230 hours Investigator Sergeant Leen contacted                                         . and advised her of the situation. Aunt         related that she would be en route from her job in Highland Park. At that time she consented to allow her niece to talk with investigators.

The followings are interviews and statements of Juvenile        , offender HARVEY and offender THURMAN in the order they were conducted.

| 6. REPORTING OFFICER/SIGNITURE | STAR NO. |
|---|---|
| Inv. Kevin Fourte | 260 |

| | COOK COUNTY SHERIFF'S POLICE DEPARTMENT **CONTINUATION SHEET** | | | 1. CASE REPORT NUMBER 08-164761 |
|---|---|---|---|---|
| 2. PAGE NUMBER 3 of 4 | 3. OFFENSE SEX OFFENSE | 4. CLASSIFICATION PROSTITUTION | 5. SUBURBAN COMPLAINT NO. | DNA |

On Wednesday November 05, 2008 at 2220 hours, R/I initially interviewed juvenile _____ and following is what was learned: She stated, not verbatim unless otherwise noted, that she met Rashawn THURMAN through her friend named "Kesha" who told her that he could help her make some extra money by working on Craigslist. On Tuesday, NOV 4th, she contacted him by phone and they met at the McDonalds in Homewood. From there Rashawn took her to his house where he explained to her how she would make money by having sex with men in hotels rooms for certain prices and that he would pay for the room and they would split whatever money she made. THURMAN then took three nude photos of her and they agreed she would start the next day (Wednesday) before dropping her off back at the McDonalds. On Wednesday she contacted him by phone and he came and picked her up at the same McDonalds. From there they went back to his house where he took another nude photo of her. While at his house she received her first call for a date. They left his house and went to the Super 8 hotel where he rented the two rooms. They waited for the guy but he never showed up. At the hotel she got another call for a date, the guy came to her room but got nervous and left. R/I's call at 6:30 pm was her third and last call.

On Wednesday November 05 2008 at approximately 2250 hours, R/I and Investigator Hausherr performed a post Miranda interview with offender HARVEY after he read and signed a preprint Miranda Rights form. HARVEY stated, not verbatim unless otherwise noted, that earlier in the day he received a call from THURMAN tell him that he was having a party tonight at the hotel and asked him to invite more people. HARVEY told him ok and that he would be there after he got off work at the barbershop (Daddy O's in Harvey, IL). When R/I asked if he knew what kind of party it was to be, he state " Well, we all know girls that we can get to come hang out." He stated that he arrived at the hotel around 7:15 p.m. and went to THURMAN's room and was there alone with THURMAN for 10 minutes before the police knocked on the door. He also related that when he heard the knocks on the door, THURMAN went to the door, looked in the peep hole as he went to use the washroom. When he came out of the washroom THURMAN told him that it was the police at the door and that he was about to leave.

At approximately 2330 hours Assistant State Attorney Jerardo Tristan arrived and was briefed of the situation.

On 05 November 22 2008, at 2350 hours R/I and Assistant State Attorney Tristan conducted a interview with HARVEY who related the same as the prior interview conducted by R/I and Investigator Hausherr.

On 06 November 2008 at 0120 hours, R/I and Investigator Hausherr conducted a post mirandized interview with offender THURMAN in interview room 1. It was learned from the interview that THURMAN was asked by HARVEY, on Monday November 03, to do him a favor and rent a room for his friend (Angelica also referred to in this report as Juvenile _____ in his name (Thurman's) at the Super 8 Hotel that he would pay for and in return he would also pay for another room for him. HARVEY also asked him to help him create a Craigslist ad for her. THURMAN related that since his sister and her six kids had moved in with him at his house and that he needed another place to stay so he agreed. THURMAN stated that on Monday, HARVEY brought juvenile _____ to his house in Harvey, IL located at 7 E. 156th Street. There they both used his desk top computer in his hallway to create the ad and that HARVEY shaved her pubic area before he (Thurman) took photos of her with his camera and placed one of them on the ad. Then they went to the Super 8 Hotel on 172nd and Haisted where HARVEY gave him the money to rent two rooms in his name. He related that he stayed in one room and Angelica stayed in the other. He related that he knew that she came and left her room a couple of times and that he did not know or ask where she was going. When Investigator Hausherr asked him whose phone _____ used while at the hotel he stated that he wanted to end the interview until he talked to his lawyer. R/I/s terminated the interview at 0142 hours.

| 6. REPORTING OFFICER/SIGNITURE Inv. Kevin Fourte | STAR NO. 260 |
|---|---|

COOK COUNTY SHERIFF'S POLICE DEPARTMENT
**CONTINUATION SHEET**

| | | | | |
|---|---|---|---|---|
| | | | | 1. CASE REPORT NUMBER |
| | | | | 08-164761 |

| 2. PAGE NUMBER | 3. OFFENSE | 4. CLASSIFICATION | 5. SUBURBAN COMPLAINT NO. |
|---|---|---|---|
| 4 of 4 | SEX OFFENSE | PROSTITUTION | DNA |

On 06 November 22 2008, at 0200 hours R/I and Assistant State Attorney Tristan conducted a second interview with Juvenile          . It was learned from that interview that: She first met Javonte HARVEY in May 2008, at a barbershop in Harvey, IL where he worked as a barber. She would go there and he would arch her eyebrows. She related that on her birthday last July she went to the barbershop to get her eyebrows arched. It was there she told him it was her birthday and told him that she was sixteen (16). After that they became close friends hanging out and talking on the phone. She stated that on Sunday November 03, she got kicked out of her aunt's house in Robbins, IL. At that time, she called Javonte and told him she had got kicked out of the house and had no place to stay and if he would come pick her up. She related that they arranged for him to pick her up near her home, from there they went back to his house in the south suburbs. She related that HARVEY told her that if she was going the stay there she would have to help pay the rent. He told her that he knows of a way she can make a lot of money on craigslist by having sex with men for money. She related that since she had no money she agreed to it. She spent Sunday night with him in his bed and that during the night they had oral sex, and that she has had oral sex with him two other times since July. She related that on Monday HARVEY called THURMAN and he picked them up at HARVEY's house and drove them to his house, which she identified from a photo that investigators obtained of 7B 156th Street in Harvey from the property search results from the Cook County Assessor's Office web site. She related that both HARVEY and THURMAN explained to her how she would be getting calls on THURMAN's phone from guys wanting to come have sex with her at her hotel room and she would charge x amount of money depending on how much time they wanted. They told her that all the money she makes would be split with them 50/50. She related that THURMAN took nude photos of her lying on a bed in one of the rooms in his house. And that HARVEY prepared her for the photo by shaving her pubic area. After the photos they used a computer in the hallway to put the ad on craigslist. After that they went to the hotel and rented two rooms. On Monday she got her first call for a date, a guy she had sex with for 30 minutes and paid her $75 dollars. She related that she give the money to HARVEY and he keep all of it because she was told she had to pay him back for the items he bought like deodorants and sprays. She related that they did not get anymore calls so they left the hotel Monday night and THURMAN dropped them off at HARVEY's house. On Wednesday THURMAN came and picked them up. They dropped HARVEY off at work at Daddy O's barbershop then went back to the hotel where THURMAN rented two rooms, #209 and #214. She related they both stayed in room 214 and was to use room 209 for her dates. She related that while in the room THURMAN kept asking to have sex with her but she refused. She stated that she received two calls from guys but they never showed up. The third call she received was from R/I and where she left room 214 to go to room 209 HARVEY was not there yet.

On November 06 2008, at 2055 hours, Investigator Sergeant Leen and A.S.A. Tristan conducted a second interview with offer HARVEY in interview room 1. During that interview offender HARVEY made small talk and mention that his mother left him. After that he stated that he did not want to talk anymore about the incident with juvenile          . The interview was terminated at 2138 hours. After the interview Investigators and Attorney Tristan observed offender HARVEY bang his head against the wall and punch himself in the face with his left hand, while his right hand was handcuffed to his chair. During his transport back to his cell offender HARVEY banged his head into the wall in the hall way. Offender HARVEY was released to the custody of the lockup deputies without any other incidents.

On November 06 2008 at approximately 2200 hours, Investigators with the assistance of the Cook County State Attorney Office prepared a search warrant to search the residence and vehicle of offender Rashawn THURMAN. See attached supplemental reports for details

On November 07 2008, at 0032 hours, A.S.A. Tristan approved FELONY charges.
Offender THURMAN, Rashawn was processed and charged with Involuntary Servitude Of A Minor.
Offender HARVEY, Javonte was processed and charged with Involuntary Servitude Of A Minor for Minor.

Nothing further.

| 6. REPORTING OFFICER/SIGNATURE | STAR NO. |
|---|---|
| Inv. Kevin Fourte | 260 |

COOK COUNTY
SHERIFF'S POLICE DEPARTMENT
**SUPPLEMENTARY REPORT**

| 1 AREA/BEAT | 2 SUBURBAN COMPLAINT # | 3 CASE REPORT # |
|---|---|---|
| 49 | DNA | 08-164761 |

| 4 ORIGINAL OFFENSE AND CLASSIFICATION | 5 RECLASSIFIED TO | 8 IS FURTHER POLICE ACTION NECESSARY |
|---|---|---|
| Involuntary Servitude of a Minor | | YES ☐ NO ☐ |

| 7 VICTIM OR FIRM NAME | 6 ADDRESS | |
|---|---|---|
| State of Illinois | 1401 S. Maybrook Dr., Maywood, IL | 708 865-4720 |

| 10 LOCATION OF INCIDENT | 11 DATE AND TIME OF ORIGINAL OCCURANCE | 12 DATE AND TIME INCIDENT REPORTED | 13 STATUS |
|---|---|---|---|
| 17220 S. Halsted East Hazel Crest, IL | 05 Nov 08 1800 | 05 Nov 08 1800 | CLEARED ☐ PENDING ☒ UNFOUNDED ☐ FILED ☐ |

14 IF CASE CLEARED, HOW CLEARED
☐ ARREST & PROSECUTION  ☐ EXCEPTIONAL, EXPLAIN

15

### THIS IS A VICE UNIT SUPPLEMENTAL REPORT

In summary, on 07 Nov 2008 at 0032 hours, Cook County Circuit Court Judge Turner signed a search warrant allowing Investigators of the Cook County Sheriff's Police Department to search the residence at 7 East 156th Street, Harvey, IL. This is the residence of Offender, Thurman, Rashwan who was in custody for various offenses at the time. Judge Turner signed the search warrant.

R/I, Sergeant's Leen#54 and O'Brien#37, Investigator Hausherr#196, and Patrolman Gasman#176 arrived at the residence at 0155 hours in an attempt to gain entry. R/I's knocked on the door several times and were not allowed in. It was determined that a strong probability existed that noone was home. R/I contacted the Markham lockup where Thurman, Rashawn was being housed and spoke to Rashawn who stated that his sister, Monique Thurman and her five kids sometimes stayed at his residence with him. R/I asked Rashawn if his sister had a key to the residence and if so where she might be at. Rashawn stated that her sister would be at her husbands house located at 16431 S. Emerald in Harvey and that she had a key to his residence. R/I and Investigator Hausherr arrived at this residence and were greeted by Monique Thurman's husband, Mark Johnson. R/I explained to Mark the situation and Mark agreed to wake up Monique. Within minutes, Monique exited the residence and agreed to allow us entry into 7 E. 156th street with her key after she read a copy of the search warrant. R/I and Investigator Hausherr followed Monique back to the residence at 7 E. 156th street.

R/I's gained entry into the residence at 0236 hours with Monique Thurman's key. Upon entry, R/I's secured the residence and observed a computer monitor and keyboard sitting on a desk in the dining room. R/I heard Monique Thurman spontaneously utter" the computer is missing." R/I looked under the desk and observed loose wires hanging under the desk. There was no hard drive for this computer. The following items were taken from the residence and were inventoried by R/I and Investigator Fourte under the following inventory numbers:

7192-08- Two cardboard boxes of ammunition. One box contained 40 Winchester 357 Magnum rounds. The other box contained 29 Speer 45 caliber rounds. These two boxes of ammuniton were recovered by Sergeant O'Brien in a drawer of a nightstand in the northeast bedroom of the residence.

7193-08- One Hewlett Packard Laptop computer, model#ze4365us, serial#CN31429345. One AC Power adapter, One Canon Digital Video Camcorder with battery, model#zr80, and 104 Dvd-r's, and three plastic holders for the dvd-r's. These items were recovered by Sergeant Leen#54 in a closet in the Northeast bedroom of the residence.

7194-08- One brown and white dog stuffed animal( it should be noted that in the naked photograph of Juvenile AD on her craigslist advertisement, it appears that this stuffed animal is sitting on the bed when the photo was taken. Sergeant Leen took photographs of this stuffed animal and the bedspread, both of which appeared to be visible on the Craigslist advertisement. This item was recovered by Sergeant Leen #54 lying on the bed in the Northeast bedroom of the residence. Three pieces of certified mail verifying the name and address of Rashawn Thurman. These items were recovered by R/I lying on the dining room table of the residence.

Monique Thurman related to R/I's that the Northeast bedroom of the residence was Rashawn Thurman's bedroom. All Officers exited the residence at 0320 hours with Monique Thurman who secured the residence. Nothing further.

| 16 REPORTING OFFICER (S) TYPE OR PRINT | STAR # | | | STAR # | 17 DATE AND TIME OF REPORT | |
|---|---|---|---|---|---|---|
| Inv. Schaller | 432 | | | | 18Nov08 2300 | |
| 18 REPORTING OFFICER (S) SIGNATURE | STAR # | | | 19 SUPERVISOR APPROVING SIGNATURE | | |
| | 432 | | | Sgt W Leen 54 | | |

Right margin: SUBURBAN COMPLAINT # DNA  21 CASE REPORT # 08-164761

# COOK COUNTY SHERIFF'S POLICE DEPARTMENT
## ARREST REPORT

| 1. NAME (LAST-FIRST-MIDDLE) | | 2. SEX | 3 RACE | 4. AGE | 5. DATE OF BIRTH | | |
|---|---|---|---|---|---|---|---|
| Harvey, Javonte A | | M | B | 22 | DAY 05 | MONTH 14 | YEAR 85 |

| 6. A.B.NO. | 7. ALIAS OR NICKNAME | 8. HEIGHT | 9. WEIGHT | 10. HAIR | 11. EYES | 12. COMPLEXION |
|---|---|---|---|---|---|---|
| 17410486 | | 506 | 150 | BLK | BRO | Dark |

| 13. CASE REPORT NO. | 14. RESIDENCE ADDRESS | APT. NO. | 15. MARKS, SCARS, DEFORMITIES | 16. SOCIAL SECURITY NO. |
|---|---|---|---|---|
| 08-164761 | 4549 church Hill Dr | | | |

| 17. DON | 14A. CITY - STATE | 18. HOME TELEPHONE | 19. PLACE OF BIRTH | 20. DRIVERS LICENSE NO. STATE |
|---|---|---|---|---|
| | Richton Park, IL | UNK | IL | |

| 21. IR. NO. | 22. OCCUPATION | 23. BUSINESS NAME - ADDRESS | BUSINESS PHONE NO. |
|---|---|---|---|
| 1747367 | Barber | Daddy O's Barbershop -Harvey | |

| 24. LOCATION OF ARREST | 25. NO. ARRESTED | 26. DATE OF ARREST | | | | 27. RESISTED ARREST | |
|---|---|---|---|---|---|---|---|
| 17220 S. Halsted Ave. E. Hazel Crest, IL | 3 | DAY 05 | MONTH 11 | YEAR 08 | TIME 1930 | ☐ YES | x☐ NO |

| 28. ARRESTEE TRANSPORTED | | | | 29. WEAPON | | | 30. PROPERTY INVENTORY NO.(S) |
|---|---|---|---|---|---|---|---|
| TO | BY | | TIME | PISTOL/REVOLVER | RIFLE/SHOTGUN | OTHER (SPECIFY) | DNA |
| MK | 260 | | 2000 | ☐ | ☐ | ☐ | |

| 31. VEHICLE OF ARRESTEE | | | | | | DISPOSITION OF VEHICLE |
|---|---|---|---|---|---|---|
| YEAR | MAKE | MODEL | BODY STYLE | COLOR | STATE-LICENSE NO. AND OR VIN. | |

| 32. DOES ARRESTEE HAVE UNATTENDED DEPENDENT CHILDREN AT HOME | TIME NOTIFIED | 33. NAME OF A.S.A./FEL. REVIEW NOTIFIED | CHARGES APPROVED | TIME |
|---|---|---|---|---|
| ☐ YES  x☐ NO | | | x☐ YES  ☐ NO | 0100 |

| 34. VICTIM / COMPLAINANT - NAME | SEX | RACE | AGE | HOME ADDRESS (CITY-STATE, ZIP) | TELEPHONE NO. |
|---|---|---|---|---|---|
| Juvenile A.D. | | | | | |

| 35. VICTIM INJURED?  ☐ YES  x☐ NO  XXXXXX IF YES, DESCRIBE | VICTIM HOSPITALIZED?  ☐ YES  x☐ NO  ☐ TREATED & RELEASED | HOSPITAL NAME |
|---|---|---|

| 36. OFFENSE(S) | 37. DISPOSITIONS |
|---|---|
| 1. Involuntary Servitude of a minor | |
| 2. Pandering | |
| 3. | |

**38. NARRATIVE** (The facts for probable cause to arrest and to substantiate the charges include, but are not limited to the following):

Offender Thurman, Rashawn E – Involuntary Servitude of a Minor, Pandering.

See subsequent supplemental Reports

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| FIRST ARRESTING OFFICER (PRINT) | STAR | FIRST ARRESTING OFFICER'S (SIGNATURE) | STAR |
|---|---|---|---|
| INV. Kevin Fourte | 260 | | 260 |

| SECOND ARRESTING OFFICER (PRINT) | STAR | SECOND ARRESTING OFFICER'S (SIGNATURE) | STAR |
|---|---|---|---|
| | | | |

RESULTS OF FINGERPRINT CHECK

# COOK COUNTY SHERIFF'S POLICE DEPARTMENT
## ARREST REPORT

| 1. NAME (LAST-FIRST-MIDDLE) | | 2. SEX | 3 RACE | 4. AGE | 5. DATE OF BIRTH | | |
|---|---|---|---|---|---|---|---|
| | | | | | DAY | MONTH | YEAR |
| Thurman, Rashawn | | M | B | 26 | 01 | 11 | 82 |

| 6. A.B.NO. | 7. ALIAS OR NICKNAME | | 8. HEIGHT | 9. WEIGHT | 10. HAIR | 11. EYES | 12. COMPLEXION |
|---|---|---|---|---|---|---|---|
| 17410433 | | | 508 | 230 | BLK | BRO | Light |

| 13. CASE REPORT NO. | 14. RESIDENCE ADDRESS | APT. NO. | 15. MARKS, SCARS, DEFORMITIES | 16. SOCIAL SECURITY NO. |
|---|---|---|---|---|
| 08-164761 | 7 East 156th Street Harvey, IL | | | |

| 17. DCN | 14A. CITY – STATE | 18. HOME TELEPHONE | 19. PLACE OF BIRTH | 20. DRIVERS LICENSE NO.  STATE |
|---|---|---|---|---|
| | Harvey, IL | UNK | IL | |

| 21. IR. NO. | 22. OCCUPATION | 23. BUSINESS NAME – ADDRESS | BUSINESS PHONE NO. |
|---|---|---|---|
| 1607561 | | | |

| 24. LOCATION OF ARREST | 25. NO. ARRESTED | 26. DATE OF ARREST | | | | 27. RESISTED ARREST |
|---|---|---|---|---|---|---|
| | | DAY | MONTH | YEAR | TIME | |
| 17220 S. Halsted Ave. E. Hazel Crest, IL | 3 | 05 | 11 | 08 | 1930 | ☐ YES  x☐ NO |

| 28. ARRESTEE TRANSPORTED | | | 29. WEAPON | | | 30. PROPERTY INVENTORY NO.(S) |
|---|---|---|---|---|---|---|
| TO | BY | TIME | PISTOL/REVOLVER | RIFLE/SHOTGUN | OTHER (SPECIFY) | |
| MK | 260 | 2000 | ☐ | ☐ | ☐ | 6898-08 |

| 31. VEHICLE OF ARRESTEE | | | | | | DISPOSITION OF VEHICLE |
|---|---|---|---|---|---|---|
| YEAR | MAKE | MODEL | BODY STYLE | COLOR | STATE LICENSE NO. AND OR VIN. | |
| | | | | | | |

| 32. DOES ARRESTEE HAVE UNATTENDED DEPENDENT CHILDREN AT HOME | TIME NOTIFIED | 33. NAME OF A.S.A. /FEL. REVIEW NOTIFIED | CHARGES APPROVED | TIME |
|---|---|---|---|---|
| ☐ YES  x☐ NO | | | x☐ YES  ☐ NO | 0100 |

| 34. VICTIM / COMPLAINANT – NAME | SEX | RACE | AGE | HOME ADDRESS (CITY-STATE, ZIP) | TELEPHONE NO. |
|---|---|---|---|---|---|
| Juvenile A.D. | | | | | |

| 35. VICTIM INJURED?  ☐ YES  x☐ NO XXXXXX  IF YES, DESCRIBE | VICTIM HOSPITALIZED?  ☐ YES  x☐ NO RELEASED  ☐ TREATED & | HOSPITAL NAME |
|---|---|---|

| 36. OFFENSE(S) | 37. DISPOSITIONS |
|---|---|
| 1. Involuntary Servitude of a minor | |
| 2. Pandering | |
| 3. Keeping a House of Prostitution | |

**38. NARRATIVE** (The facts for probable cause to arrest and to substantiate the charges include, but are not limited to the following):

Offender Thurman, Rashawn E – Involuntary Servitude of a Minor, Pandering, Keeping a House of Prostitution

See subsequent supplemental Reports

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| FIRST ARRESTING OFFICER (PRINT) | STAR | FIRST ARRESTING OFFICER'S (SIGNATURE) | STAR |
|---|---|---|---|
| INV. Kevin Fourte | 260 | | 260 |

| SECOND ARRESTING OFFICER (PRINT) | STAR | SECOND ARRESTING OFFICER'S (SIGNATURE) | STAR |
|---|---|---|---|
| | | | |

RESULTS OF FINGERPRINT CHECK

Cook County Sheriff's Police       **FELONY MINUTE SHEET**
                                   **FORM 101**

BINDER MARGIN  (DO NOT WRITE ABOVE THIS LINE)

**ASSISTANT STATE'S ATTORNEY:**       (For State's Attorney Use Only)
Enter each continuance here. In cases of
multiple defendants indicate which defendants,
if any, did not join in the continuance. Also
indicate dates of all demands for trial, and by
whom demands were made.

COURT:  ___TO FOLLOW FELONY 6TH___

| I.R. NUMBER | DEFENDANTS | AGE | DATE OF ARREST | CHARGE |
|---|---|---|---|---|
| 1607561 | Rashawn E Thurman | 26 | 11/5/2008 | Involuntary Servitude of a minor |
| 1607561 | Rashawn E Thurman | 26 | 11/5/2008 | Pandering |
| 1747367 | Javonte A. Harvey | 23 | 11/5/2008 | Involuntary Servitude of a minor |
| 1747367 | Javonte A. Harvey | 23 | 11/5/2008 | Pandering |

Date of offense ___11/5/2008___ Time ___1930___ Place ___17220 S. Halsted East Hazel Crest,IL___ , Illinois

**The facts briefly stated are as follows:**
Rashawn Thurman and Javonte Harvey took naked photographs of Juvenile A.D. and downloaded them onto an advertisement on the erotic services page of the website www.craigslist.org. Thurman and Harvey subsequently rented hotel room #209 at the Super 8 Motel in East Hazel Crest and allowed Juvenile A.D. to agree to conduct acts of prostitution for money inside of room #209, to wit 125.00 U.S.C., with Investigator Fourte, a Police Officer working in an undercover capacity. Thurman also allowed Juvenile A.D. the use of his cell phone to receive phone calls from prospective "customers." This phone number _____ was placed on the advertisement on www.craigslist.org underneath the naked photographs of Juvenile A.D by Thurman and Harvey. Thurman admitted that the phone that was used in the setting up of the "date" with Investigator Fourte was his phone and that he knowingly allowed Juvenile A.D. the use of the phone. It also should be noted that Thurman and Harvey transported Juvenile A.D. to the Super 8 knowing that she was going to conduct acts of prostitution inside the room they were renting.

**WITNESSES:  SPELL OUT FIRST AND LAST NAME; FIRST NAME FIRST**
              **ALSO FURNISH ADDRESS AND PHONE NUMBER OF EACH WITNESS**

**PROSECUTING WITNESS:**     Investigator Fourte    1401 Maybrook Drive Maywood, IL  60153

BOND:  $ _____     **ASST. STATE'S ATTY.** _____  DATE _____

(Do Not Write In This Space---For State's Atty. Use Only)

Chicago Police Department on 07-NOV-2008 14:59 by IL01600AFG fo # 1607561          Page 2 of 2

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|---------------------------|----------|
| [1]   | 4     | F    | 720 ILCS 5.0/24-1.6-A-1 | Uuw - Weapon - Agg./Veh. Or Concealed | |

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

07-NOV-2008 14:59                                                    Requested by: IL01600AFG

**COOK COUNTY SHERIFF POLICE DEPARTMENT**
**ARREST REPORT**
(For use by Police Department Personnel Only)

**FINAL APPROVAL**

CB #: 17410486
IR #: 1747367
YD #:
RD #: 08-1164761

Name: **HARVEY, Javonte Alexander**
Lee
Res: 4549 Church Hill Dr     Beat: 3100
Richton Park, IL 6047
DOB: 14 May 1985
AGE: 23 years
POB: Illinois
ARMED WITH Unarmed

Male
Black
5' 06"
150 lbs
Brown Eyes
Black Hair
Short Hair Style
Dark Brown
Complexion

Arrest Date: 05 November 2008 19:30     TRR Completed? No     Total No Arrested: 2     Co-Arrests     Assoc Cases
Location: 17220 S Halsted Ave          Beat: 3100                                    17410433
East Hazel Crest, IL
260 - Hotel/Motel                     Dependent Children? No          DCFS Ward ? No
Holding Facility: Ccspd - District 6
Resisted Arrest?   No

|   |   |   | Victim |
|---|---|---|---|
| 1 | Offense As Cited | **720 ILCS 5.0/ 10A-10-B** | |
|   | 05 NOV 2008 07:30 | INVOLUNTARY SERVITUDE OF A MINOR | |
|   |   | Class - X - Type  F | |
| 2 | Offense As Cited | **720 ILCS 5.0/11-16-A-1** | |
|   | 05 NOV 2008 07:30 | PROSTITUTION - PANDERING/COMPULSION | |
|   |   | Class - 4 - Type  F | |

Felony Review :  Approved     07 NOV 2008 02:10          Tristan, Gerardo               State's Attorneys's Office

**NO NARCOTICS RECOVERED**

Print Generated By: LEEN, William ( IL01600AFG )          Page 1 of 5                          07 NOV 2008 02:14

# CLEAR Data Warehouse

## HARVEY, JAVONTE
## CB# 17410486

**Charge(s) = INVOLUNTARY SERVITUDE OF A MINOR**

**IR# = 1747367**

**M/BLK/23 - Height 506 / 150 lbs.**

**DOB = 14-MAY-1985**

**Arrest Date = 05-NOV-2008**

**Address of Arrest= 17220 S HALSTED AVE**

**Beat of Arrest =**

**LKA = 4549 CHURCH HILL DR**

**City = RICHTON PARK, IL**

**Beat of Residence =**

REQUESTED BY= 1L01600AFG on 7-November-2008 @ 2:07:25 PM
FOR OFFICIAL POLICE USE ONLY! NOT FOR DISSEMINATION!





Chicago Police Department on 07-NOV-2008 14:57 by IL01600AFG for IR # 1747367        Page 1 of 3



## CHICAGO POLICE DEPARTMENT
3510 South Michigan Avenue/Chicago, Illinois
60653
Identification Section

### CRIMINAL HISTORY REPORT



CPD-31003C (REV. 7/04)

IUU COMPLETE                    >>> CONVICTED FELON <<<

### HARVEY, JAVONTE A

CPD photo

IR #   1747367

SID #

FBI #

IDOC #

**MALE**

**BLACK**

**.5'06"**

**150 lbs**

Current Arrest Information:

| | | | |
|---|---|---|---|
| Date of Birth: | 14-MAY-1985 | | **EYES : BRO** |
| Age: | 23 years | | **HAIR : BLK** |
| Place of Birth: | ILLINOIS | | **HAIR STYLE : SHORT** |
| SSN #: | | | **COMPLEXION : DBR** |

Drivers License #:

Drivers Lic. State:

Scars, Marks & Tattoos:

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| HARVEY, JAVONTE ALEXANDER LEE | 05-NOV-2008 | 14-MAY-1985 | Not Available |
| HARVEY, JAVONTE | 26-AUG-2007 | 14-MAY-1985 | Not Available |
| HARVERY, JAVONTE A | 08-JUL-2007 | 14-MAY-1985 | |
| HARVEY, JAVONTE A | 18-OCT-2005 | 14-MAY-1985 | |

Criminal Justice Summary: Total arrests: **5** (3 Felony, 2 Misdemeanor)        Total convictions: **1**

═══════════════ ARREST ═══════════════

| | |
|---|---|
| Arrest Name: **HARVEY, JAVONTE ALEXANDER LEE** | Arrest Date:   05-NOV-2008   Holding Facility: **CCSPD - DISTRICT 6** |
| Date of Birth: **14-MAY-1985** | Arrest Address: **17220 S HALSTED AVE  EAST HAZEL CREST, IL** |
| DCN or CB:  **017410486** | Residence:   **4549 CHURCH HILL DR  RICHTON PARK, IL** |
| Officer:   **FOURTE** | Officer Badge#: **260**   Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | X | F | 720 ILCS 5.0/10A-10-B | Involuntary Servitude Of A Minor | OFFENSE AS CITED |
| [1] | 4 | F | 720 ILCS 5.0/11-16-A-1 | Prostitution - Pandering/Compulsion | OFFENSE AS CITED |

═══════════════ ARREST ═══════════════

Arrest Name: **HARVERY, JAVONTE A**        Arrest Date:   04-MAY-2008    Holding Facility: **POSEN**

- Chicago Police Department on 07-NOV-2008 14:57 by IL01600AFG for IR # 1747367       Page 2 of 3

Date of Birth: 14-MAY-1985       Arrest Address: 2440 W WALTER ZIMNY DRIVE POSEN, IL 60469
DCN or CB: 017236304       Residence:    4549 S CHURCHHILL DR RICHTON PARK, IL 60471
Officer:     SCHALL       Officer Badge#:       Arresting Agency: POSEN

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|---------------------------|----------|
| [1] | A | M | 720 ILCS 550.0/4-C | Cannabis - Possess 10-30 Grms | OFFENSE AS CITED |

=========== ARREST ===========

Arrest Name: HARVEY, JAVONTE       Arrest Date:     26-AUG-2007    Holding Facility: OAK FOREST
Date of Birth: 14-MAY-1985       Arrest Address: 5013 159 OAK FOREST, IL 60452
DCN or CB: 016995455       Residence:    4549 CHURCHHILL RICHTON PARK, IL 60471
Officer:     KOCEK       Officer Badge#: 173       Arresting Agency: OAK FOREST

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|---------------------------|----------|
| [1] | 2 | F | 720 ILCS 5.0/19-1-A | Burglary | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| 720 5/19-1 | BURGLARY | M | 07601113401 |

Disposition: NOLLE PROSEQUI       Disposition Date: 10-OCT-2007
Sentence:       Sentence Date:

=========== ARREST ===========

Arrest Name: HARVERY, JAVONTE A       Arrest Date:     08-JUL-2007    Holding Facility: POSEN
Date of Birth: 14-MAY-1985       Arrest Address: 3200 W 147TH STREET POSEN, IL 60469
DCN or CB: 016946568       Residence:    4549 CHURCHILL DR. RICHTON PARK, IL 60471
Officer:     LAY       Officer Badge#:       Arresting Agency: POSEN

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|---------------------------|----------|
| [1] | A | M | 720 ILCS 550.0/4-C | Cannabis - Possess 10-30 Grms | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| 720-550/4-C | CANNABIS - POSSESS | M | 07600894901 |

Disposition: BAIL BOND FORFEITURE       Disposition Date: 12-SEP-2007
Sentence:       Sentence Date:

Disposition: ARREST WARRANT - ORDERED AND ISSUED       Disposition Date: 17-OCT-2007
Sentence:       Sentence Date:

Disposition: SENTENCED/COUNTY DEPARTMENT OF CORRECTIONS       Disposition Date: 07-MAY-2008
Sentence: JAIL 000 YEARS 00 MONTHS 004 DAYS       Sentence Date: 07-MAY-2008

Disposition: SENTENCED/COURT SUPERVISION       Disposition Date: 07-MAY-2008
Sentence: SUPERVISION 000 YEARS 12 MONTHS 000 DAYS       Sentence Date: 07-MAY-2008

=========== ARREST ===========

Arrest Name: HARVEY, JAVONTE A       Arrest Date:     18-OCT-2005    Holding Facility: MIDLOTHIAN

# EXHIBIT W

# COOK COUNTY SHERIFF'S POLICE DEPARTMENT
## MEMORANDUM

| | | | |
|---|---|---|---|
| **To:** | William Cunningham<br>Chief of Staff | **Date:** | 03 Dec 08 |
| **From:** | Commander Ray Farinella<br>Office of Administration | | |
| **Subject:** | Craig's List Estimated Costs | | |

A cost analysis was conducted by my office in reference to the prostitution arrests made from contacts by investigators using the Craig's List web site.

From January through November, 2008, a total of 156 arrests have been executed by investigators who contacted prostitutes' ads soliciting services on the Craig's List web site.

The process and actions taken for the completion of a single arrest are as follows:

1. *Surf web page for ad placed in the "Erotic Section".*
2. *Call contact number to arrange a meeting (street, intersection).*
3. *Contact the number a second time to obtain location (hotel/motel).*
4. *Contact the listed number a third time to obtain a room number.*
5. *Meet the actual call girl or escort at the location.*
6. *Affect the arrest.*
7. *Process arrestee at the lockup (photograph and fingerprint)*
8. *Interview arrestee*
9. *Complete related arrest paperwork*
10. *Attend court hearing*

When making a single arrest, three (3) officers are present; (1) officer maintains covert surveillance on the hotel/motel room to ensure officer safety; (1) officer poses as potential client; (1) officer present to assist with arrest and processing.

The total number of hours spent on a single arrest, including court time is approximately 20 hours. In short, the manpower used to execute the 156 arrests has totaled more than *3,120 hours* and cost an estimated *$105,081.00 for 2008.*

If you have any questions, do not hesitate to contact me at (708) 865-4854.

Commander Ray Farinella
Office of Administration

Cc: William T. McHenry
Chief of Police

Michael K. Smith
First Deputy Chief of Police

# EXHIBIT X



**Perkins Coie**

131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
PHONE: 312.324.8400
FAX: 312.324.9400
www.perkinscoie.com

Eric D. Brandfonbrener
PHONE: (312) 324-8602
FAX: (312) 324-9602
EMAIL: EBRAND@PERKINSCOIE.COM

October 5, 2007

Peter M. Kramer
Assistant General Counsel
Cook County Sheriff's Office
Richard J. Daley Center, Suite 704
50 West Washington Street
Chicago, Illinois 60602

    Re:   craigslist

Dear Mr. Kramer:

I appreciate the return call on Friday, September 28, 2007. I had called your office in response to Sheriff Dart's letter to craigslist, dated September 7, 2007. That letter references an earlier letter dated July 25, 2007. As I explained, craigslist has no record of that earlier letter and certainly did not intentionally ignore it.

I write to reinforce craigslist's desire, as discussed on our call, to cooperate with the Sheriff's Office and other law enforcement and to reaffirm craigslist's commitment to improving its site to minimize the issues Sheriff Dart identified in his letter. craigslist has no interest whatsoever in sponsoring or encouraging illegal activity. The "erotic services" category was added to craigslist at the request of its users, so that legal escort services, massage workers, exotic dancers, and others (who advertise in many other media outlets in Chicago) would have a dedicated section in which to post their ads, instead of posting such ads into craigslist's regular personals categories, as was happening before. (As discussed, all ads placed on craigslist's Chicago website are placed free of charge and are created by the persons who post the ads.) Having a separate category for "erotic services" ads insulates those in the community who are not interested in seeing these ads, and allows craigslist to place specific warnings into the posting process and entry pages for this category. craigslist also employs a "flagging" system whereby anyone can mark postings they find offensive or unlawful for automatic removal from the website. As we discussed, eliminating the "erotic services" category would deprive those wishing to place legitimate ads in a segregated space and would inevitably result in craigslist's personals categories again being used for these kinds of ads.

Peter M. Kramer
Cook County Sheriff's Office
October 5, 2007
Page 2

On our call, we briefly touched on certain legal issues raised by the Sheriff's letter. I provide citations to the statutes and cases I alluded to. craigslist's immunity from civil and criminal liability, to which I referred, is provided by Section 230 of the Communications Decency Act ("CDA") (47 U.S.C. § 230). The CDA immunizes interactive computer service providers, such as craigslist, from liability for third-party content, such is at issue. In November 2006, the federal court in Chicago relied on craigslist's § 230 immunity in dismissing allegations that craigslist was in violation of the federal Fair Housing Act because a few users (out of millions) posted allegedly discriminatory housing ads to the craigslist web site. *Chicago Lawyers' Committee for Civil Rights Under Law, Inc. v. craigslist, Inc.*, 461 F. Supp. 2d 681; *see also Voicenet v. Corbett*, 2006 WL 2506318 (E.D. Pa. 2006) ("[t]he CDA confers immunity from inconsistent state criminal laws", including bans on sale of child pornography). (By this discussion, I do not mean to suggest – and the Sheriff's letter does not suggest – that craigslist has engaged in unlawful activity. Here, not only does craigslist not profit in any way from unlawful postings by its users, but craigslist has undertaken efforts to prevent and abate potentially unlawful postings and to enforce its clearly stated policy against unlawful use of its website, thereby demonstrating an absence of the intent required for criminal conduct.)

On last week's call, we also noted that the First Amendment further protects craigslist. The construction of both the state law directed at prostitution and the federal law that protects internet service providers must be informed by the First Amendment, with state liability read narrowly and federal immunity broadly. The Supreme Court also has ruled that states cannot punish speakers for communications that might be, but are not clearly, solicitations of illegal activity. For example, in *Ashcroft v. Free Speech Coalition*, 535 U. S. 234 (2002), the federal government argued for prohibiting "virtual images" of child pornography because they were difficult to distinguish from real images. The Supreme Court held that "[t]he Government may not suppress lawful speech as the means to suppress unlawful speech. Protected speech does not become unprotected merely because it resembles the latter. The Constitution requires the reverse."

Regardless of these legal issues, craigslist is always looking for ways to improve its website. We are interested in hearing any suggestions from the Sheriff's Office and are available to meet at your convenience if you wish to discuss these matters further. Please call me with any questions.

Sincerely,

Eric D. Brandfonbrener



PHONE (312) 603-6444

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

RICHARD J. DALEY CENTER

50 W. WASHINGTON - ROOM 704

CHICAGO, IL 60602

**THOMAS J. DART**

SHERIFF

October 29, 2007

Eric Brandfonbrener
Perkins and Coie
131 S. Dearborn St.
Suite 1700
Chicago, IL 60603

RE: craigslist

Dear Mr. Brandfonbrener:

While legally you may have support for your stance regarding craigslist's legal responsibility, the Cook County Sheriff's Office still requests improved regulation of the website in order to prevent the serious crimes committed through its use.

The first and most important step would be removing the "erotic services" link from the homepage. Short of that, around-the-clock internal policing of the site by craigslist administrators is a must. Your practice of relying primarily on craigslist users to regulate the site falls short of a serious commitment to prevent criminal activity.

I appreciate your feedback and efforts with this problem. In the meantime, our office will continue to police your website as well.

Sincerely,

Peter M. Kramer
Assistant General Counsel

THOMAS J. DART
SHERIFF



WILLIAM T. MCHENRY
CHIEF OF POLICE

## COOK COUNTY SHERIFF'S POLICE DEPARTMENT

1401 SOUTH MAYBROOK DRIVE
MAYWOOD, ILLINOIS 60153
TELEPHONE: (708) 865-4700

July 25, 2007

Mr. Clint Powell, Customer Service Manager
Craigslist
1381 9th Avenue
San Francisco, California 94122

Dear Mr. Powell,

Over the last four months, the Cook County Sheriff's Police Vice Unit has been conducting a crackdown on prostitution throughout suburban Cook County. That crackdown included the monitoring of the "erotic services" section of "craigslist Chicago." During this investigation, it was brought to the attention of investigators that your site was being used as a resource for prostitution. Upon further queries and searches, we found a high number of responses being forwarded to "craigslist – Erotic Services."

We, as law enforcement officers, found two very disturbing issues also during this time. First, we watched as the postings in the "erotic services" category increased at an alarming rate and become much more graphic. Second, during our four-month police investigation, 60 women who had advertised on "craigslist" under the "erotic services" category were arrested by our Department for prostitution. Undercover police officers met these women on your site, then in person and arrested them after the women offered sexual acts in exchange for money.

The operation of your "erotic services" category raises serious concerns from a law enforcement standpoint that it is being openly used as a conduit for illegal activity. Due to the large number of arrests and the increase in postings there, we strongly urge you to remove this portion of your website and to implement aggressive monitoring to ensure that it will not continue to occur elsewhere on "craigslist."

We are willing to work with you to provide any advice and assistance in dealing with this issue. Should you have any questions, feel free to contact my office at (708) 865-4710. We appreciate your prompt attention to this matter.

Sincerely,

William T. McHenry
Chief of Police



PHONE (312) 603-6444

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
RICHARD J. DALEY CENTER
50 W. WASHINGTON - ROOM 704
CHICAGO, IL 60602
**THOMAS J. DART**
SHERIFF

September 7, 2007

Mr. Clint Powell, Customer Service Manager
craigslist
1381 9th Avenue
San Francisco, California 94122

Dear Mr. Powell,

The Cook County Sheriff's Police Vice Unit has instituted a crackdown on prostitution throughout suburban Cook County. This crackdown includes the monitoring of the "erotic services" section of craigslist Chicago. A prostitution investigation conducted by our agency earlier this summer resulted in the arrest of 60 women for prostitution after advertising on your website.

A previous letter from our Department dated July 25, 2007, asked you to remove the "erotic services" portion of craigslist. Continued monitoring by our agency finds that removal of this portion of your site has not yet taken place. Since our first letter, we have also made several more arrests of women who have allegedly offered prostitution via your website.

We are again asking that you remove this portion of your website and initiate aggressive monitoring to ensure this type of activity does not occur anywhere on your website. We are willing to work with you to provide any advice and assistance in dealing with this issue. Should you have any questions, please feel free to contact the Sheriff's Police Vice Unit at 708-865-4720. We await your prompt reply.

Sincerely,

Thomas J. Dart
Sheriff of Cook County

Printed on Recycled Paper



PHONE (312) 603-6444

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

RICHARD J. DALEY CENTER
50 W. WASHINGTON - ROOM 704
CHICAGO, IL 60602

**THOMAS J. DART**
SHERIFF

May 23, 2008

Mr. Clint Powell, Customer Service Manager
craigslist
1381 9th Avenue
San Francisco, California 94122

Dear Mr. Powell,

The Cook County Sheriff's Police Vice Unit continues and will continue to crack down
on prostitution throughout suburban Cook County. We have been monitoring the "erotic
services" section of the Chicago craigslist, and as always, we have been generating a
large number of arrests for prostitution from doing so.

Previous letters from the Department have asked you to remove the "erotic services"
portion of craigslist and obviously this has not taken place. In the coming weeks, we will
be announcing the results of yet another sting operation involving women using craigslist
to advertise their services for prostitution.

Once again, we are strongly asking that you improve your so called in-house monitoring
that you have insisted craigslist performs, or better yet, completely remove the "erotic
services" link from your website. We are willing to work with you to provide any advice
or assistance that could be applied to address this serious problem. The Sheriff's Vice
Unit can be reached at 708-865-4720 and we await your prompt reply.

Sincerely,

Thomas J. Dart
Cook County Sheriff