# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must be a member in good standing of this Court's general bar or be granted leave to appear as provided for by Local Rules 83.12 through 83.14.

In the Matter of

THOMAS DART, SHERIFF OF COOK COUNTY, Plaintiff
v.
CRAIGSLIST, INC., Defendant

09CV 1385
JUDGE GRADY
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THOMAS DART, SHERIFF OF COOK COUNTY

FILED
MAR 05 2009
Mar 05 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Daniel F. Gallagher | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Daniel F. Gallagher | |
| FIRM Querrey & Harrow, Ltd. | |
| STREET ADDRESS 175 W. Jackson Boulevard, Suite 1600 | |
| CITY/STATE/ZIP Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 905305 | TELEPHONE NUMBER (312) 540-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |