# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must ~~ in good standing of this Court's general bar or be granted leave to a~ ~~~d for by Local Rules 83.12 through 83.14.

**09CV 1385
JUDGE GRADY
MAGISTRATE JUDGE NOLAN**

In the Matter of

THOMAS DART, SHERIFF OF COOK COUNTY, Plaintiff
   v.
CRAIGSLIST, INC., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THOMAS DART, SHERIFF OF COOK COUNTY

**FILED
Mar 05 2009 NH
MAR 0 5 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| NAME (Type or print) Paul A. O'Grady | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Paul O'Grady | |
| FIRM Querrey & Harrow, Ltd. | |
| STREET ADDRESS 175 W. Jackson Boulevard, Suite 1600 | |
| CITY/STATE/ZIP Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6271373 | TELEPHONE NUMBER (312) 540-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |