IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS DART, SHERIFF OF COOK COUNTY, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| CRAIGSLIST, INC. | ) ) |
| Defendant. | ) ) |

Judge John F. Grady

Magistrate Judge Nan R. Nolan

Case No. 09 CV 1385

**AGREED MOTION FOR LEAVE
TO FILE MEMORANDA IN EXCESS OF 15 PAGES**

Defendant craigslst, Inc. ("craigslist"), in accordance with Local Rule 7.1, moves this Honorable Court to enter an order allowing it leave to file a memorandum in excess of 15 pages in support of an expected motion for judgment on the pleadings, which craigslist plans to file contemporaneously with its answer (due to be filed on or about May 5, 2009). craigslist seeks these additional pages in light of the complexity of the issues to be raised. craigslist expects its opening memorandum will be no longer than 25 pages. Plaintiff Dart consents to craigslist's request provided that he is allowed to file a similarly over-sized memorandum in response.

WHEREFORE, for the foregoing reasons, craigslist, with the agreement of Plaintiff Dart, respectfully requests that this Court allow both parties leave to file memoranda of no more than 25 pages each in connection with a motion to for judgment on the pleadings by craigslist.

DATED: April 21, 2009

Respectfully submitted,

CRAIGSLIST, INC.

By: _____s/ Eric D. Brandfonbrener_____

Eric D. Brandfonbrener
PERKINS COIE LLP
131 S. Dearborn, Suite 1700
Chicago, IL 60603
Tel: (312) 324-8400

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 21, 2009, he caused a true and correct copy of **AGREED MOTION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF 15 PAGES** and to be served through the Court's electronic system on:

> Daniel F. Gallagher
> Paul O'Grady
> Christopher P. Keleher
> Querrey & Harrow, Ltd.
> Suite 1600
> 175 W. Jackson Blvd.
> Chicago, Illinois 60604

                       s/ Eric D. Brandfonbrener