IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS DART, SHERIFF OF COOK COUNTY, | ) ) ) Judge John F. Grady ) |
| Plaintiff | ) |
| v. | ) Magistrate Judge Nan R. Nolan ) |
| CRAIGSLIST, INC. | ) Case No. 09 CV 1385 ) |
| Defendant. | ) ) |

### NOTICE OF AGREED MOTION

TO:    Daniel F. Gallagher
Paul O'Grady
Christopher P. Keleher
Querrey & Harrow, Ltd.
Suite 1600
175 W. Jackson Blvd.
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Thursday, April 23, 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable John F. Grady, or any judge sitting in his stead, in Room 1719 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, when this case is already set to be before the Court, and present **AGREED MOTION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF 15 PAGES,** copy of which is hereby served upon you.

April 21, 2009

| | |
|---|---|
| Eric D. Brandfonbrener<br>PERKINS COIE LLP<br>131 South Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>Telephone: (312) 324-8400<br>Facsimile: (312) 324-9400 | CRAIGSLIST, INC.<br><br>by:   /s/ Eric D. Brandfonbrener |