IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS DART, SHERIFF OF COOK COUNTY,<br><br>    Plaintiff<br>v.<br><br>CRAIGSLIST, INC.<br><br>    Defendant. | Judge John F. Grady<br><br>Magistrate Judge Nan R. Nolan<br><br>Case No. 09 CV 1385 |

## CRAIGSLIST'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant craigslist, Inc. respectfully moves the Court, pursuant to Fed. R. Civ. P. 12(c), for a judgment in its favor on the pleadings, dismissing Plaintiff's Complaint in its entirety with prejudice, and for such other relief as the Court deems just. In support of this motion, craigslist offers the accompanying Memorandum.

Respectfully submitted,

CRAIGSLIST, INC.

May 4, 2009                                By: _____s/ Eric D. Brandfonbrener_____

Eric D. Brandfonbrener
Kathleen A. Stetsko
PERKINS COIE LLP
131 S. Dearborn, Suite 1700
Chicago, IL 60603
Tel: (312) 324-8400

Patrick J. Carome
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: (202) 663-6000