IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS DART, SHERIFF OF COOK COUNTY, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| CRAIGSLIST, INC. | ) ) |
| Defendant. | ) ) |

Judge John F. Grady

Magistrate Judge Nan R. Nolan

Case No. 09 CV 1385

## NOTICE OF MOTION

TO: Daniel F. Gallagher
Paul O'Grady
Christopher P. Keleher
Querrey & Harrow, Ltd.
Suite 1600
175 W. Jackson Blvd.
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Tuesday, May 12, 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable John F. Grady, or any judge sitting in his stead, in Room 1719 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, when this case is already set to be before the Court, and present **CRAIGSLIST'S MOTION FOR JUDGMENT ON THE PLEADINGS,** copy of which is hereby served upon you.

May 4, 2009

CRAIGSLIST, INC.

by: /s/ Eric D. Brandfonbrener

Eric D. Brandfonbrener
Kathleen A. Stetsko
PERKINS COIE LLP
131 S. Dearborn, Suite 1700
Chicago, IL 60603
Tel: (312) 324-8400

Patrick J. Carome
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: (202) 663-6000