# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Thomas Dart

                Plaintiff,

v.                                      Case No.: 1:09–cv–01385
                                         Honorable John F. Grady

Craigslist, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 11, 2009:

    MINUTE entry before the Honorable John F. Grady:Motion for judgment on the pleadings [12] is entered and continued to 5/13/2009 at 9:30 a.m. Hearing set for 5/13/2009 at 11:00 a.m. is stricken and reset to 5/13/2009 at 9:30 a.m. due to the trial schedule of this court.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.