# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Thomas Dart

                Plaintiff,

v.                                         Case No.: 1:09–cv–01385

                                              Honorable John F. Grady

Craigslist, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 13, 2009:

      MINUTE entry before the Honorable John F. Grady: Motion hearing held on 5/13/2009 regarding motion for judgment on the pleadings[12]. Response to motion for judgment on the pleadings [12] due by 6/10/2009; reply due by 6/24/2009. Motion for judgment on the pleadings [12] is taken under advisement.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.