UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| **THOMAS DART, SHERIFF OF COOK COUNTY**<br><br>**Plaintiff,**<br><br>v.<br><br>**CRAIGSLIST, INC.,**<br><br>**Defendant.** | Case No. 09 CV 1385<br><br>Judge Grady |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**THOMAS DART, SHERIFF OF COOK COUNTY**

| SIGNATURE<br><br>s/Larry S. Kowalczyk |||
|---|---|---|
| FIRM<br><br>Querrey & Harrow, Ltd. |||
| STREET ADDRESS<br><br>175 West Jackson Boulevard, Suite 1600 |||
| CITY/STATE/ZIP<br><br>Chicago, IL 60604 |||
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06225367 || TELEPHONE NUMBER<br>312/540-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES X     NO |||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL                            APPOINTED COUNSEL |||