UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| **THOMAS DART, SHERIFF OF COOK COUNTY** <br><br> **Plaintiff,** <br><br> v. <br><br> **CRAIGSLIST, INC.,** <br><br><br> **Defendant.** | <br><br><br><br> Case No. 09 CV 1385 <br><br> Judge Grady |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**The Coalition Against Trafficking in Women (CATW), as amicus curiae**

| SIGNATURE <br><br> s/Daniel F. Gallagher |
|---|
| **FIRM** <br><br> Querrey & Harrow, Ltd. |
| **STREET ADDRESS** <br><br> 175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP** <br><br> Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 905305 | TELEPHONE NUMBER <br> 312/540-7000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES  X     NO ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES  X     NO ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES  X     NO ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? <br> YES X     NO ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL                APPOINTED COUNSEL ||