IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS DART, SHERIFF OF COOK COUNTY<br><br>**Plaintiff,**<br><br>v.<br><br>CRAIGSLIST, INC.,<br><br>**Defendant.** | Case No. 09 CV 1385<br><br>Judge Grady |

### NOTICE OF MOTION

To: All Counsel of Record
(See attached Service List)

PLEASE TAKE NOTICE that on **July 16, 2009 at 11:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge John Grady** or any Judge sitting in his stead, in **Room 2201** or the courtroom usually occupied by him in the U.S. District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Motions for Leave to Appear Pro Hac Vice for Alexander Yanos and Ruth Teitelbaum.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for defendant | **The Coalition Against Trafficking in Women (CATW), as amicus curiae** |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

### PROOF OF SERVICE

I, Daniel F. Gallagher, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named party attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on July 6, 2009.

s/ Daniel F. Gallagher

[X] Under penalties as provided by law pursuant
to Ill. Rev. Stat., ch. 110, Sect. 1-109, I
certify that the statements set forth herein
are true and correct.

*Sheriff of Cook County v. Craigslist, Inc.*
Case No. 09 C 1385
Our File No. 38440

## SERVICE LIST

Eric D. Brandfonbrener
Perkins Coie LLC
131 S. Dearborn
Suite 1700
Chicago , IL 60603-5559
(312) 324-8400
(312) 324-9602
Email: ebrand@perkinscoie.com
*Attorney for Defendant*