# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Thomas Dart

                Plaintiff,

v.                                      Case No.: 1:09–cv–01385

                                              Honorable John F. Grady

Craigslist, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2009:

      MINUTE entry before the Honorable John F. Grady:Oral motion to withdraw counsel for plaintiff is granted. Attorney Lawrence S. Kowalczyk is given leave to withdraw as counsel for the plaintiff. Attorney Lawrence S. Kowalczyk terminated.Mailed/Telephoned notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.