IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS DART, SHERIFF OF COOK COUNTY

Plaintiff,

v.

CRAIGSLIST, INC.,

Defendant.

Case No.  09 CV 1385

Judge Grady

NOTICE OF FILING

To: All Counsel of Record
(See Attached Service List)

PLEASE TAKE NOTICE THAT on July 10, 2009, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **Plaintiff, Thomas Dart, Sheriff of Cook County's Response to Craigslist's Motion for Judgment on the Pleadings.**

Defendant, Sheriff of Cook County

By: s/Daniel F. Gallagher
Daniel F. Gallagher
Paul O'Grady
Christopher P. Keleher
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL  60604-2827
(312) 540-7000
I.D. #905305

PROOF OF SERVICE

I, Daniel F. Gallagher, depose and state that I served this Notice, together with the documents herein referred via e-filing to the above-named attorneys on July 10, 2009.

[x]   Under penalties as provided by law pursuant
to ILL. REV. STAT CHAP. 110, SEC. 1-109,
I certify that the statements set forth herein
are true and correct.

s/Daniel F. Gallagher

*Sheriff of Cook County v. Craigslist, Inc.*
Case No. 09 C 1385
Our File No. 38440

## SERVICE LIST

Eric D. Brandfonbrener
Perkins Coie LLC
131 S. Dearborn
Suite 1700
Chicago , IL 60603-5559
(312) 324-8400
(312) 324-9602
Email: ebrand@perkinscoie.com
*Attorney for Defendant*