IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS DART, SHERIFF OF COOK COUNTY, | ) ) ) | |
| | ) | Judge John F. Grady |
| Plaintiff | ) | |
| v. | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| CRAIGSLIST, INC. | ) | Case No. 09 CV 1385 |
| | ) | |
| Defendant. | ) | |

**CRAIGSLIST'S INITIAL RESPONSE TO MOTION BY NON-PARTY TO APPEAR**
***PRO HAC VICE* AND MOTION TO STRIKE APPEARANCE OF NONPARTY**

Defendant craigslst, Inc. ("craigslist") respectfully provides its initial response to the

motion by non-party The Coalition Against Trafficking in Women ("CATW") for leave to

appear *pro hac vice*.  craigslist also respectfully moves to strike the additional appearance filed

by Plaintiff Dart's counsel on behalf of non-party CATW.  craigslist states as follows.

1.     CATW is not a party to this case.  CATW has not sought leave to intervene or

filed any other petition with the Court.  It is unclear what standing, if any, an organization such

as CATW would have to appear in Plaintiff Dart's lawsuit.  Nonetheless, on July 6, 2009,

Plaintiff Dart's lead counsel filed an appearance in this action on behalf of non-party CATW and

also filed a motion on behalf of two CATW attorneys to appear *pro hac vice* in this matter on

behalf of non-party CATW.  Copies of these submissions are attached as Exhibit 1.

2.     LR5.6. (Filing Documents by Non-parties) provides that:

> No pleading, motion [except for motion to intervene], or other document
> shall be filed in any case by any person who is not a party thereto, unless
> approved by the court. Absent such an order, the clerk shall not accept any
> document tendered by a person who is not a party. Should any such
> document be accepted inadvertently or by mistake in the absence of such
> an order, it may be stricken by the court on its own motion and without
> notice.

3. Pursuant to LR5.6, both CATW's motion for leave to appear *pro hac vice* and the separate appearance of Plaintiff Dart's lead counsel as counsel for CATW should be stricken.

4. To the extent CATW ultimately plans to seek leave to file a brief in this matter as an *amicus curiae*, that matter should be addressed though an appropriate motion and not a motion to appear *pro hac vice*. To the extent the Court is guided by Fed.R.App.P. 29, any motion for leave to file an *amicus* brief should be accompanied by the proposed brief, as well as a statement of the movant's interest and the "reasons why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." Fed.R.App.P. 29(b). craigslist respectfully reserves all objections with respect to any such motion.

WHEREFORE, for the foregoing reasons, craigslist respectfully requests that this Court strike both the appearance by Daniel F. Gallagher on behalf of non-party CATW and CATW's motion for leave to appear *pro hac vice*, and provide such other relief as is just.

DATED: July 10, 2009                    Respectfully submitted,

                                        CRAIGSLIST, INC.

                           By: _____ s/ Eric D. Brandfonbrener _____

Eric D. Brandfonbrener
Kathleen A. Stetsko
PERKINS COIE LLP
131 S. Dearborn, Suite 1700
Chicago, IL 60603
Tel: (312) 324-8400

Patrick J. Carome
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: (202) 663-6000

01038-5287/LEGAL13372015.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 10, 2009, he caused a true and correct copy of **CRAIGSLIST'S INITIAL RESPONSE TO MOTION BY NON-PARTY TO APPEAR *PRO HAC VICE* AND MOTION TO STRIKE APPEARANCE OF NONPARTY** to be served through the Court's electronic system on:

> Daniel F. Gallagher
> Paul O'Grady
> Christopher P. Keleher
> Querrey & Harrow, Ltd.
> Suite 1600
> 175 W. Jackson Blvd.
> Chicago, Illinois 60604

_____ s/ Eric D. Brandfonbrener__

01038-5287/LEGAL13372015.1

# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| **THOMAS DART, SHERIFF OF COOK COUNTY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CRAIGSLIST, INC.,**<br><br><br>**Defendant.** | **Case No. 09 CV 1385**<br><br>**Judge Grady** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**The Coalition Against Trafficking in Women (CATW), as amicus curiae**

| | |
|---|---|
| **SIGNATURE**<br><br>s/Daniel F. Gallagher | |
| **FIRM**<br><br>Querrey & Harrow, Ltd. | |
| **STREET ADDRESS**<br><br>175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP**<br><br>Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>905305 | **TELEPHONE NUMBER**<br>312/540-7000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?
YES X    NO

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

| RETAINED COUNSEL | APPOINTED COUNSEL |
|---|---|

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**THOMAS DART, SHERIFF OF COOK COUNTY**

|  |  |
|---|---|
| **Plaintiff,** | |
| | **Case No.  09 CV 1385** |
| **v.** | |
| | **Judge Grady** |
| **CRAIGSLIST, INC.,** | |
| | |
| **Defendant.** | |

### NOTICE OF MOTION

To:    All Counsel of Record
       (See attached Service List)

PLEASE TAKE NOTICE that on **July 16, 2009 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge John Grady** or any Judge sitting in his stead, in **Room 2201** or the courtroom usually occupied by him in the U.S. District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Motions for Leave to Appear Pro Hac Vice for Alexander Yanos and Ruth Teitelbaum.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for defendant | **The Coalition Against Trafficking in Women (CATW), as amicus curiae** |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

### PROOF OF SERVICE

I, Daniel F. Gallagher, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named party attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on July 6, 2009.

s/ Daniel F. Gallagher
_____

[X]    Under penalties as provided by law pursuant
       to Ill. Rev. Stat., ch. 110, Sect. 1-109, I
       certify that the statements set forth herein
       are true and correct.

*Sheriff of Cook County v. Craigslist, Inc.*
Case No. 09 C 1385
Our File No. 38440

### SERVICE LIST

Eric D. Brandfonbrener
Perkins Coie LLC
131 S. Dearborn
Suite 1700
Chicago , IL 60603-5559
(312) 324-8400
(312) 324-9602
Email: ebrand@perkinscoie.com
*Attorney for Defendant*

(Revised 06/08)

## United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| | | |
|---|---|---|
| Case Title: | Thomas Dart, Sheriff of Cook County | Plantiff(s) |
| | VS. | |
| | Craigslist, Inc. | Defendant(s) |

| | |
|---|---|
| Case Number:   09CV 1385 | Judge:  Judge Grady |

I, _____ Ruth M Teitelbaum _____ hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

_____ The Coalition Against Trafficking in Women (CATW) _____ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| District of Columbia Court of Appeals | 12/04/2000 |
| Superior Court of Connecticut | 10/12/2000 |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?    Yes  ⦿              No  ○**

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | | |
|---|---|---|---|
| censured, suspended, disbarred, or witherwise disciplined by any court? | Yes ○ | No ◉ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ○ | No ◉ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of nay court? | Yes ○ | No ◉ |
| denied admission to the bar of any court? | Yes ○ | No ◉ |
| held in contempt of court? | Yes ○ | No ◉ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| 06/16/2009 | s/  Ruth Teitelbaum |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name<br><br>Teitelbaum | | First Name<br><br>Ruth | Middle Name/Initial<br><br>M |
|---|---|---|---|---|
| Applicant's Law Firm | Freshfields Bruckhaus Deringer US LLP | | | |
| Applicant's Address | Street Address<br><br>520 Madison Ave | | | Room/Suite Number<br><br>34th Floor |
| | City<br><br>New York | State<br><br>NY | ZIP Code<br><br>10022 | Work Phone Number<br><br>(212) 284-4971 |

**(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of the Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

(Revised 06/08)

## United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | | |
|---|---|---|
| | THOMAS DART, SHERIFF OF COOK COUNTY | Plantiff(s) |
| | VS. | |
| | CRAIGSLIST, INC. | Defendant(s) |

| Case Number: | Case No. 09 CV 1385 | Judge: | Judge John F. Grady |
|---|---|---|---|

I, _____ Alexander A. Yanos _____ hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

_____ The Coalition Against Trafficking in Women _____ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| New York (1st Dep't) | 11/20/1995 |
| Southern District of New York | 05/28/1996 |
| Northern District of New York | 02/25/1999 |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if
necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?    Yes  ⦿          No  ○**

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | | |
|---|---|---|---|
| **censured, suspended, disbarred, or witherwise disciplined by any court?** | Yes ○ | No ◉ |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | Yes ○ | No ◉ |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of nay court?** | Yes ○ | No ◉ |
| **denied admission to the bar of any court?** | Yes ○ | No ◉ |
| **held in contempt of court?** | Yes ○ | No ◉ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| June 8, 2009 | s/ Alexander A. Yanos |
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name<br>Yanos | First Name<br>Alexander | Middle Name/Initial<br>A |
|---|---|---|---|
| Applicant's Law Firm | Freshfields Bruckhaus Deringer US LLP | | |
| Applicant's Address | Street Address<br>520 Madison Ave | | Room/Suite Number<br>Floor 34 |
| | City<br>New York | State<br>NY | ZIP Code<br>10022 | Work Phone Number<br>(212) 284-4918 |

**(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of the Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.