UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS DART, SHERIFF OF COOK COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>CRAIGSLIST, INC.,<br><br>Defendant. | Case No. 09 CV 1385<br><br>Judge John F. Grady<br>Magistrate Judge Nan R. Nolan |

NOTICE OF MOTION

To: All Counsel of Record
(See attached Service list)

PLEASE TAKE NOTICE that on **July 16, 2009 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, the Coalition Against Trafficking in Women (*CATW*), through its attorneys, Alexander A. Yanos and Ruth Teitelbaum of Freshfields Bruckhaus Deringer US LLP and Daniel F. Gallagher of Querrey & Harrow, Ltd., as local counsel, shall appear before the **Honorable Judge John Grady** or any Judge sitting in his stead, in **Room 2201** or the courtroom usually occupied by him in the U.S. District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court for an order (1) permitting the CATW to appear as *amicus curiae* in the above referenced matter; (2)

granting CATW permission to file an amicus brief of 34 pages and (3) granting such other relief as this Court deems just and proper.

Dated: July 10, 2009
      New York, New York

                    Respectfully submitted,

                    Freshfields Bruckhaus Deringer US LLP
                    /s/ Alexander A. Yanos (pro hac vice motion pending)

                    520 Madison Avenue, 34th Floor
                    New York, New York 10022
                    (212) 284-4918
                    alex.yanos@freshfields.com

                    Ruth Teitelbaum (pro hac vice motion pending)
                    520 Madison Avenue, 34th Floor
                    New York, New York 10022
                    (212) 284-4971
                    ruth.teitelbaum@freshfields.com

                    Daniel F. Gallagher (local counsel)
                    Querrey & Harrow, Ltd.
                    175 W. Jackson Blvd., Suite 1600
                    Chicago, IL 60604
                    (312) 540-7000