# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| THOMAS DART, SHERIFF OF COOK COUNTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRAIGSLIST, INC.,<br><br>　　　　　Defendant. | Case No. 09 CV 1385<br><br>Judge John F. Grady<br>Magistrate Judge Nan R. Nolan |

## PROOF OF SERVICE

I, Alexander A. Yanos, depose and state that I served a Notice of Motion dated July 10, 2009, together with the documents therein referred, to the above-named party attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on July 10, 2009.

　　　　　　　　　　　　　　　　　s/Alexander A. Yanos

[X]　Under penalties as provided by law pursuant to Ill. Rev. Stat., ch. 110, Sect. 1-109, I certify that the statements set forth herein are true and correct.

*Sheriff of Cook County v. Craigslist, Inc.*
Case No. 09 C 1385
Our File No. 38440

## SERVICE LIST

Eric D. Brandfonbrener
Perkins Coie LLC
131 S. Dearborn
Suite 1700
Chicago , IL 60603-5559
(312) 324-8400
(312) 324-9602
Email: ebrand@perkinscoie.com
***Attorney for Defendant***