Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1385 | **DATE** | 7/16/2009 |
| **CASE TITLE** | Sheriff of Cook County vs. Craigslist Inc. | | |

**DOCKET ENTRY TEXT**

Craigslist to file a reply brief in support of its motion for judgment on the pleadings (12) by 08/06/2009. Motions for leave to appear pro hac vice (24) (25) are denied without prejudice. Motion by defendant Craigslist, Inc. to strike appearance of nonparty (30) is denied without prejudice. Motion by unknown The Coalition Against Trafficking in Women for leave to appear as amicus curiae (32) is denied without prejudice. Motion by plaintiff Thomas Dart for joinder (35) is denied without prejudice. The Coalition Against Trafficking in Women is given leave to file a amicus brief not to exceed 15 pages including any attachment or exhibits by 08/06/2009.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | JD |
|---|---|---|

Dockets.Justia.com