# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Thomas Dart

                 Plaintiff,

v.                                         Case No.: 1:09–cv–01385
                                          Honorable John F. Grady

Craigslist, Inc.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 21, 2009:

      MINUTE entry before the Honorable John F. Grady:Attorney Ruth M. Teitelbaum is given leave to file her appearance as counsel for The Coalition Against Trafficking in Women. Alexander Athan Yanos is given leave to file an appearance as counsel for The Coalition Against Trafficking in Women. Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.