U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: Case No. 09 CV 1385 |

THOMAS DART, SHERIFF OF COOK COUNTY,

Plaintiff,

v.

CRAIGSLIST, INC.,

Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

The Coalition Against Trafficking in Women (CATW), as amicus curiae

| |
|---|
| NAME (Type or print)<br>Alexander A. Yanos |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Alexander A. Yanos |
| FIRM   FRESHFIELDS BRUCKHAUS DERINGER US LLP. |
| STREET ADDRESS 520 Madison Ave |
| CITY/STATE/ZIP  New York, NY 10022 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (212) 284-4971 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br>RETAINED COUNSEL                      APPOINTED COUNSEL |