# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS DART, SHERIFF OF COOK COUNTY, | ) | |
| | ) | Case No. 09 CV 1385 |
| Plaintiff, | ) | |
| | ) | Judge John F. Grady Magistrate Judge Nan R. Nolan |
| v. | ) | |
| CRAIGSLIST, INC., | ) | |
| Defendant. | ) | |
| | ) | |

## PROOF OF SERVICE

I, Alexander A. Yanos, depose and state that I served an *amicus curiae* brief dated August 6, 2009, to the attorney(s) noted below pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on August 6, 2009.

s/Alexander A. Yanos

[X] Under penalties as provided by law pursuant to Ill. Rev. Stat., ch. 110, Sect. 1-109, I certify that the statements set forth herein are true and correct.

*Sheriff of Cook County v. Craigslist, Inc.* Case No. 09 C 1385
Our File No. 38440

SERVICE LIST

Eric D. Brandfonbrener
Perkins Coie LLC
131 S. Dearborn
Suite 1700
Chicago, IL 60603-5559
(312) 324-8400
(312) 324-9602
Email: ebrand@perkinscoie.com
*Attorney for Defendant*